```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
          "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 03/18/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (5) Transferred
            Demand:
        Filing fee: Waived
          Trial by: Court
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | CERTAIN UNDERWRITERS AT LLOYDS LONDON | Brewster H. Jamieson<br>Lane Powell et al<br>301 W. Northern Lights Boulevard<br>Suite 301<br>Anchorage, AK 99503-2648<br>907-277-9511<br>FAX 907-276-2631<br><br>Christopher W. Nicoll<br>Nicoll Black et al<br>816 2nd Avenue, Suite 300<br>Seattle, WA 98104-1502<br>206-838-7555<br>FAX 206-838-7515 |
| DEF 1.1 | INLET FISHERIES INC | John A. Treptow<br>Dorsey & Whitney LLP<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501<br>907-276-4557<br>FAX 907-276-4152 |
| DEF 2.1 | INLET FISH PRODUCERS INC | John A. Treptow<br>(see above) |
| 3PP 1.1 | | John A. Treptow<br>(see above) |
| 3PP 2.1 | INLET FISHERIES INC | John A. Treptow<br>(see above) |
| 3DF 1.1 | TOTEM AGENCIES INC | Thomas A. Matthews<br>Matthews & Zahare<br>431 W. 7th Avenue, Suite 207<br>Anchorage, AK 99501<br>907-276-1516<br>FAX 907-276-8955 |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0058--CV (JWS)
                  "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

              Including terminated parties, excluding terminated counsel
```

| Parties of Record: | Counsel of Record: |
|---|---|
| 3DF 2.1   AMERICAN E & S INSURANCE BROKERS CALIFORNIA INC | Brewster H. Jamieson (see above)  Christopher W. Nicoll (see above) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                      "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                                  For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 03/18/04
           Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (5) Transferred
            Demand:
       Filing fee: Waived
         Trial by: Court


 Document #   Filed       Docket text

   37 -   1  03/18/04   Certified Copy of Order Granting defs mot to transfer action
                        (C03-00889Z) to the USDC of Anchorage, AK.

 NOTE -   1  03/22/04   Notation: All transferred documents are listed on the manual docket
                        sheet lodged in the original file.

  37A-   1  03/22/04   PLF 1 motion for non-resident attorney Christopher W. Nicoll w/lcl cnsl
                        B. Jamieson (LANDE) w/att exh.

  37B-   1  03/22/04   PLF 1 motion for non-resident attorney Timothy R. Borchers to appear and
                        participate w/att exhs.

   38 -   1  03/23/04   JWS Minute Order of notice of transfer and order.  Case #
                        2:03-cv-00889-TSZ transferred from Western District of Washington to
                        District of Alaska.  All Future filings are to bear the case #
                        A04-0058CV (JWS). cc: cnsl, D. Strout, K. Pflueger, S. Skinner

   39 -   1  03/23/04   DEF 1-2; 3PP 1 Attorney Appearance of W. Bankston.

  37A-   2  03/24/04   JWS Order granting motion for non-resident attorney Christopher W.
                        Nicoll (37A-1). cc: cnsl, C. Nicholl

  37B-   2  03/24/04   JWS Order granting motion for non-resident attorney Timothy R. Borchers
                        (37B-1) to appear and participate. cc: cnsl, T. Borchers

   40 -   1  03/24/04   JWS Minute Order setting stat conf on 4/7/04 at 2:00 p.m.. cc: cnsl

   41 -   1  03/31/04   3DF 1 Attorney Substitution of T. Matthews for K. Pflueger. cc: cnsl,
                        Pflueger

   42 -   1  04/02/04   3DF 2 motion for non-resident attorney to participate of Stephen Gift
                        Skinner w/lcl cnsl Kevin L. Donley (DELANEY) w/att exhs.

   42 -   2  04/06/04   JWS Order granting mot for non-resident atty, S. Skinner, to participate
                        (42-1). cc: cnsl, S. Skinner

   43 -   1  04/08/04   JWS Court Minutes [ECR: Caroline Edmiston] re: stat conf held 4/7/04;
                        ddlns set.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                        "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                                     For all filing dates

Document #    Filed      Docket text

   44 -   1   04/08/04   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         01/29/05; disp mots ddln 03/01/05; 4 day TBC estimate. cc: cnsl

   45 -   1   04/12/04   PLF 1 Attorney Appearance of B. Jamieson.

   46 -   1   04/15/04   3DF 1 Answer to Third-party Complaint of Inlet Fisheries Inc.

   47 -   1   04/15/04   3DF 1 Answer to Third-party Complaint of Inlet Fish Producers Inc.

   48 -   1   04/16/04   JWS Minute Order that 3PP 2 file proofs of svc as to 3DF 1 and 3DF 2 re:
                         3rd pty cmplt. cc: cnsl

   49 -   1   04/16/04   JWS Minute Order that cclm plf Inlet Fisheries to file proof of svc of
                         cclm  w/i 20 days. cc: cnsl

   50 -   1   04/16/04   JWS Minute Order that cclm plf Inlet Fish Producers require reply to
                         cclm or apply for dft w/i 20 days. cc: cnsl

   51 -   1   04/26/04   DEF 2; 3PP 1 Attorney Substitution of cnsl of W. Bankston for John
                         Young. cc: cnsl

   52 -   1   04/30/04   DEF 1 Proof of svc of answer, cntrclm & 3PP complaint.

   53 -   1   04/30/04   PLF 1 motion for leave to file 1st amended complaint for declaratory
                         relief w/att 1st amended cmplt.

   54 -   1   05/03/04   DEF 1-2; 3PP 1-2 motion for a stay pending outcome of parallel state
                         proceedings w/att memo and exhs.

   55 -   1   05/07/04   PLF 1 motion for summary judgment w/att affs and exhs.

   56 -   1   05/10/04   PLF 1 Amended certificate of svc re: PLF 1 motion for summary judgment
                         (55-1).

   57 -   1   05/13/04   3DF 1 Waiver of Service.

   58 -   1   05/13/04   PLF 1 Second Certificate of svc re: PLF 1 motion for leave to file 1st
                         amended complaint for declaratory relief (53-1) .

   59 -   1   05/17/04   PLF 1 Notice of filing original declaration of Chistopher Nicoll re: PLF
                         1 motion for summary judgment (55-1).

   60 -   1   05/17/04   DEF 1-2; 3PP 1-2 Preliminary Witness List.

   61 -   1   05/18/04   3DF 1 non-opposition to PLF 1 motion for leave to file 1st amended
                         complaint for declaratory relief (53-1).

   62 -   1   05/21/04   3DF 1 motion for extension of time to 06/14/04 to respond to Certain
                         Underwriters at Lloyds' motion for summary judgment w/att aff & exhs.

   63 -   1   05/21/04   3DF 1 oppo to DEF 1-2; 3PP 1-2 mot for a stay pending outcome of
                         parallel state proceedings (54-1) w/att exhs.

   64 -   1   05/21/04   PLF 1 oppo to DEF 1-2; 3PP 1-2 mot for a stay pending outcome of
                         parallel state proceedings (54-1) w/att declaration & exhs.

   65 -   1   05/21/04   PLF 1 Notice of filing faxed declaration.

ACRS: R_VDSDX                 As of 12/01/05 at 3:15 PM by GARRY                        Page 2
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                  "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                              For all filing dates


Document #   Filed      Docket text

   66 -  1   05/24/04   JWS Minute Order that reply to cclm by plf has not been fld nor default
                        taken; plf/cclm def as to whom the case is not at issue 120 days from
                        the transfer of case to the District of Ak will be dism for lack of
                        prosecution. cc: cnsl

   67 -  1   05/24/04   JWS Minute Order that proof of svc is lacking as to third-party def
                        American E&S Ins Brokers CA, Inc.; if proof of svc is not on file by 120
                        days from the transfer of this case to the District of AK will be dism.
                        cc: cnsl

   68 -  1   05/24/04   JWS Minute Order that reply to Inlet Fisheries cclm has not been fld by
                        plf; require a reply or apply for default within 20 days from the date
                        of this mo. cc: cnsl

   69 -  1   05/24/04   DEF 1-2; 3PP 1-2 motion for an extension of time to oppose plaintiff's
                        motion for summary judgment until (a) court decides on motion to stay or
                        (b) three weeks w/att aff.

   70 -  1   05/24/04   DEF 1-2; 3PP 1-2 motion for consideration in shortened time re: motion
                        for an extension of time to oppose motion for summary judgment.

   71 -  1   05/25/04   JWS Minute Order granting mot for consideration in shortened time re:
                        mot for an ext of tim (70-1); granting/denying mot for an ext of time to
                        oppose plf's mot for sj (69-1); defs IFI and IFP shall have until
                        06/14/04 to file response to mot for sj. cc: cnsl

   72 -  1   05/25/04   JWS Minute Order granting mot for ext of time to 06/14/04 to respond to
                        Certain Underwriters a (62-1). cc: cnsl

   73 -  1   05/27/04   PLF 1 Answer to Inlet Fish Producers Inc Counterclaim.

   74 -  1   05/27/04   PLF 1 Answer to Inlet Fisheries Inc Counterclaim.

   75 -  1   05/27/04   PLF 1 Answer (Amended) to Inlet Fish Producers Inc's cntrclm.

   76 -  1   06/01/04   DEF 1-2; 3PP 1-2 motion for clarification due date for replies to
                        motions for a stay w/att memo.

   77 -  1   06/03/04   DEF 1-2; 3PP 1-2 reply to oppo to DEF 1-2; 3PP 1-2 mot for a stay
                        pending outcome of parallel state proceedings (54-1).

   78 -  1   06/04/04   PLF 1 non-opposition to DEF 1-2; 3PP 1-2 motion for clarification due
                        date for replies to motions for a stay (76-1) w/att decla.

   79 -  1   06/04/04   3DF 1 motion to compel complete initial disclosures & discovery
                        responses from American E & S w/att exhs.

   80 -  1   06/04/04   PLF 1 Notice of fiing original declaration of C. Nicoll re: oppo to DEF
                        1-2; 3PP 1-2 motion for a stay pending outcome of parallel state
                        proceedings (54-1) w/att declaration.

   81 -  1   06/07/04   JWS Order denying mot for clarification due date for replies to motions
                        for a stay (76-1). cc: cnsl

   82 -  1   06/07/04   JWS Minute Order granting motion for leave to file 1st amended complaint
                        for declaratory relief (53-1). cc: cnsl


ACRS: R_VDSDX              As of 12/01/05 at 3:15 PM by GARRY                       Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                       "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                                    For all filing dates


 Document #    Filed       Docket text

      83 -  1  06/07/04    PLF 1 Complaint (1st Amended) w/att exhs.

      84 -  1  06/08/04    3DF 1 Notice of w/drwl of mot to compel w/att exh.

      84 -  2  06/08/04    Clerk's Notice withdrawing motion to compel complete initial disclosures
                           & discovery responses from Amer (79-1).

      85 -  1  06/10/04    PLF 1; DEF 1-2; 3PP 1-2; 3DF 1 Stipulation that Inlet Fisheries' & Inlet
                           Fish Producers' replies fld on 6/3/04 to Lloyd's & Totem's oppos to the
                           mot to stay proceedings will be accepted & not opposed for untimely
                           filing.

      85 -  2  06/14/04    JWS Order approving stip that Inlet Fisheries' & Inlet Fish Producers'
                           replies fld 6/3/04 are timely (85-1). cc: cnsl

      86 -  1  06/14/04    DEF 1-2; 3PP 1-2 motion (cross) for summary judgment re: ambiguity.

      87 -  1  06/14/04    DEF 1-2; 3PP 1-2 motion for a 56(f) continuance to oppose plaintiffs'
                           motion for summary judgment re: avoidance.

      88 -  1  06/14/04    DEF 1-2; 3PP 1-2 opposition to PLF 1 motion for summary judgment (55-1)
                           & memo in support of cross-mot for sj re: ambiguity (86-1) and mot for
                           rule 56(f) continuance (87-1) w/att exhs.

      89 -  1  06/14/04    3DF 1 motion for rule 56(f) continuance to respond to plaintiffs' motion
                           for summary judgment w/att aff and exhs.

      90 -  1  06/25/04    PLF 1 motion to accept 1-day late filing of plaintiffs' reply re: motion
                           for summary judgment w/att prop reply.

      91 -  1  06/28/04    JWS Order granting mot to accept 1-day late filing of plfs' reply re:
                           mot for sj (90-1). cc: cnsl

      92 -  1  06/28/04    PLF 1 reply to opposition to PLF 1 motion for summary judgment (55-1)
                           w/att exhs.

      93 -  1  06/29/04    PLF 1 Notice of filing original declaration reply to oppo re: PLF 1
                           motion for summary judgment(55-1).

      94 -  1  06/29/04    PLF 1 Supplemental declaration of C. Nicoll re: PLF 1 motion for summary
                           judgment(55-1).

      95 -  1  07/02/04    PLF 1 opposition to DEF 1-2; 3PP 1-2 motion (cross) for summary judgment
                           re: ambiguity (86-1).

      96 -  1  07/02/04    PLF 1 opposition to DEF 1-2; 3PP 1-2 motion for a 56(f) continuance to
                           oppose plaintiffs' motion for summary judgment re: avoidance (87-1), 3DF
                           1 motion for rule 56(f) continuance to respond to plaintiffs' motion for
                           summary judgment (89-1) w/att exhs.

      97 -  1  07/02/04    DEF 1-2; 3PP 1-2 Notice of filing faxed waiver of service by 3DF-2.

      98 -  1  07/09/04    JWS Minute Order that plf require ans' to amended cmplt or apply for dft
                           w/i 20 days. cc: cnsl

      99 -  1  07/12/04    DEF 1-2 reply to opposition to DEF 1-2; 3PP 1-2 motion (cross) for
                           summary judgment re: ambiguity (86-1), DEF 1-2; 3PP 1-2 motion for a

 ACRS: R_VDSDX                  As of 12/01/05 at 3:15 PM by GARRY                         Page 4
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                     "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 56(f) continuance to oppose plaintiffs' motion for summary judgment re: avoidance (87-1). |
| 100 - 1 | 07/12/04 | 3DF 1 reply to opposition to 3DF 1 motion for rule 56(f) continuance to respond to plaintiffs' motion for summary judgment (89-1) w/att exhs. |
| 101 - 1 | 07/23/04 | 3DF 2 Answer to 3PP 2 Third-party Complaint. |
| 102 - 1 | 07/23/04 | 3DF 2 Answer to 3PP 1 Third-party Complaint. |
| 103 - 1 | 08/06/04 | 3DF 1 motion to compel production & interrogatory responses from 3DF 2 w/att exhs. |
| 104 - 1 | 08/16/04 | JWS Minute Order that if case isn't @ iss re: amended cmplt by 120 days from filing amended cmplt will be dism. cc: cnsl |
| 105 - 1 | 08/19/04 | DEF 1 Answer to 1st Amended Complaint. |
| 106 - 1 | 08/19/04 | DEF 2 Answer to 1st Amended Complaint. |
| 107 - 1 | 08/25/04 | PLF 1 motion for withdrawal & substitution of counsel for 3rd party defendant American E&S w/att decla. |
| 108 - 1 | 08/25/04 | PLF 1 Notice of filing scanned decla of C. Elliott. |
| 108A- 1 | 08/25/04 | PLF 1; 3DF 1-2 Stipulation that 3DF-2 have until 9/3/04 to file oppo to 3DF-1 mot to compel. |
| 108A- 2 | 08/26/04 | Order approving stip that 3DF-2 have until 9/3/04 to file oppo to 3DF-1 mot to compel (108A-1). cc: cnsl |
| 109 - 1 | 08/26/04 | JWS Order granting mot for w/drwl & subs of cnsl for 3rd pty def American E&S (107-1); S. Skinner & K. Donley are w/drwn & B. Jamieson, C. Nicoll & T. Borchers are substituted in. cc: cnsl |
| 110 - 1 | 08/31/04 | PLF 1; 3DF 2 Notice of filing orig declaration re: PLF 1 motion for withdrawal & substitution of counsel for 3rd party defendant American E&S (107-1). |
| 111 - 1 | 09/02/04 | 3DF 2 motion for summary judgment w/att exhs. |
| 112 - 1 | 09/02/04 | 3DF 2 Notice of filing scanned decla in support of mot for sj. |
| 113 - 1 | 09/02/04 | 3DF 1-2 Stipulation for ext of time until 9/17/04 for American E & S to file oppo to Totem's motion to compel. |
| 113 - 2 | 09/03/04 | Order approving stip for ext of time until 9/17/04 for American E & S to file oppo to Totem's mot to compel (113-1). cc: cnsl |
| 114 - 1 | 09/09/04 | JWS Order denying mot for a stay pending outcome of parallel state proceedings (54-1). cc: cnsl |
| 115 - 1 | 09/17/04 | JWS Sua Sponte Order withdrawing in part reference to U.S. Bankruptcy Crt. cc: cnsl, Bkcy Clk |
| 116 - 1 | 09/17/04 | DEF 1-2; 3PP 1-2 opposition to 3DF 2 motion for summary judgment (111-1) w/att exhs |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                          "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                                        For all filing dates


Document #   Filed      Docket text

  117 -  1   09/21/04   PLF 1; 3DF 2 motion for protective order for depositions of Chris
                        Elliott, Molly Brown, Amanda Schaffer and American E&S.

  118 -  1   09/21/04   PLF 1; 3DF 2 motion for shortened time re motion for protective order.

  119 -  1   09/23/04   JWS Minute Order denying motion for protective order for depositions
                        of Chris Elliott, Molly Brown, Amanda Schaefer and American E&S (117-1);
                        granting motion for shortened time re motion for protective order
                        (118-1).  The court to shortly issue an order addressing dkt 87.  cc:
                        cnsl

  120 -  1   09/23/04   JWS Order denying mot for sj w/o prej (55-1), denied as moot mot for
                        rule 56(f) continuance to respond to plfs' mot for sj (89-1); granting
                        mot for a 56(f) continuance to oppose plfs' mot for sj (87-1); DEF 1 &
                        DEF 2 have until 11/15/04 to complete disc necessary to oppose a mot for
                        sj by PLF 1; 3 DF-1 may participate in & initiate such disc; plf may not
                        file new mot for sj prior to 11/22/04; 3DF-1 granted leave to file an
                        amicus curiae memo in support of defs response to any mot for sj fld by
                        plf; any such mot shall be fld no later than the 1st day on which defs
                        could file their oppo to any new mot for sj fld by plfs.  cc: cnsl

  121 -  1   09/24/04   JWS Minute Order granting motion to compel production & interrogatory
                        responses from 3DF 2 (103-1). cc: cnsl

  122 -  1   09/24/04   3DF 2 reply to opposition to 3DF 2 motion for summary judgment (111-1)
                        w/att exhs.

  123 -  1   09/27/04   PLF 1; 3DF 2 Notice of change of firm name & address for out-of-state
                        co-cnsl C. W. Nicoll; T. Borchers & Cozen O'Connor no longer affiliated
                        w/this case.

  124 -  1   09/27/04   3DF 2 Notice of flg scanned declaration of Amanda Schaeffer in support
                        of motion for summary judgment (111-1).

  125 -  1   10/12/04   PLF 1; DEF 1-2; 3PP 1-2; 3DF 1-2 Stipulation for confidentiality order.

  125 -  2   10/13/04   JWS Order granting Stipulation for confidentiality order (125-1).  cc:
                        cnsl

  126 -  1   10/20/04   JWS Order granting mot for sj (111-1); 3rd pty cmplt of DEF 1 dism
                        w/prej as to 3DF-2. cc: cnsl

  127 -  1   10/28/04   JWS Order denying motion (cross) for summary judgment re: ambiguity
                        (86-1). cc: cnsl

  128 -  1   12/03/04   Stipulation for ext of time until 1/3/05 to file final revised wit
                        lists, including experts.

  128 -  2   12/07/04   JWS Order approving stip for ext of time until 1/3/05 to file final
                        revised wit list (128-1). cc: cnsl

  129 -  1   01/03/05   Stipulation for ext of time until 2/3/05 to file final revised wit
                        lists, including experts.

  130 -  1   01/03/05   DEF 1-2; 3PP 1-2 Notice of filing faxed signatures on stip for ext of
                        time.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                     "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 129 - 2 | 01/04/05 | JWS Order approving stip for ext of time until 2/3/05 to file final revised wit list (129-1). cc: csnl |
| 131 - 1 | 01/28/05 | PLF 1; DEF 1-2; 3PP 1-2; 3DF 1-2 Stipulation to ext discovery deadlines or, alternatively, for discovery conference. |
| 131 - 2 | 02/03/05 | JWS Order granting stipulation to ext discovery deadlines or, alternatively, for discover (131-1) & setting the following dates: Discovery to close 05/16/05; Dispositive motions deadline 06/13/05. cc: cnsl |
| 132 - 1 | 03/07/05 | PLF 1; 3DF 2 Final Revised Lay Witness List. |
| 133 - 1 | 03/07/05 | DEF 1-2; 3PP 1-2 Final Witness List. |
| 134 - 1 | 03/07/05 | 3DF 1 Final Witness List. |
| 135 - 1 | 03/25/05 | PLF 1 motion for summary judgment w/att decl & exhs. |
| 136 - 1 | 03/25/05 | PLF 1 notice of flg fax cy of declarations re: PLF 1 motion for summary judgment (135-1). |
| 137 - 1 | 04/01/05 | PLF 1 Notice of filing original signed declaration re: PLF 1 motion for summary judgment w/att decl & exhs (135-1) w/att decalaration. |
| 138 - 1 | 04/04/05 | PLF 1; DEF 1-2; 3PP 1-2; 3DF 1-2 Stipulation to extend discovery deadlines to 6/16/05; deadline for dispositive mots is 7/13/05. |
| 139 - 1 | 04/04/05 | DEF 1-2; 3PP 1-2 Attorney Substitution of Dorsey & Whitney for Bankston, Gronning, O'Hara. |
| 140 - 1 | 04/04/05 | DEF 1-2; 3PP 1-2 Notice of filing unsigned consent to substitution of cnsl. |
| 141 - 1 | 04/06/05 | JWS Order approving stip to extend disc ddlns to 6/16/05; ddln for dispositive mots is 7/13/05 (138-1). cc: cnsl |
| 142 - 1 | 04/06/05 | JWS Order that Dorsey & Whitney is sub as atty for DEF 1 & 2/3PP 1 & 3PP 2. cc: cnsl, J. Treptow |
| 143 - 1 | 04/12/05 | DEF 1-2; 3PP 1-2 Amended Attorney Substitution of Dorsey & Whitney for Bankston, et al. |
| 144 - 1 | 04/14/05 | JKS Amended Order re: substitution of cnsl. cc: cnsl, J. Treptow |
| 145 - 1 | 04/14/05 | DEF 1-2; 3PP 1-2 motion for extension of time until 4/29/05 to file opposition to plaintiff's motion for summary judgment w/att aff. |
| 146 - 1 | 04/15/05 | PLF 1 opposition to DEF 1-2; 3PP 1-2 motion for extension of time until 4/29/05 to file opposition to plaintiff's motion for summary judgment (145-1). |
| 147 - 1 | 04/15/05 | PLF 1 Notice of filing scanned declaration. |
| 148 - 1 | 04/18/05 | JWS Order granting mot for ext of time until 4/29/05 to file oppo to plf's mot for sj (145-1). cc: cnsl |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
         "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                         For all filing dates


Document #   Filed      Docket text

  149 -  1  04/18/05   DEF 1-2; 3PP 1-2 reply to oppo to DEF 1-2; 3PP 1-2 mot for ext of time
                       until 4/29/05 to file oppo to plf's mot for sj (145-1).

  150 -  1  04/21/05   PLF 1 Notice of filing orig signed declaration of Christopher Nicol
                       re:oppo to DEF 1-2; 3PP 1-2 motion for extension of time until 4/29/05
                       to file opposition to plaintiff's motion for summary judgment (145-1)
                       w/att declaration.

  151 -  1  04/29/05   DEF 1-2; 3PP 1-2 opposition to PLF 1 motion for summary judgment (135-1)
                       w/att exhs. (original in folder behind file)

  151 -  2  04/29/05   DEF 1-2; 3PP 1-2 motion (cross) for summary judgment w/att exhs.
                       (original in folder behind file)

  152 -  1  04/29/05   3DF 1 opposition to PLF 1 motion for summary judgment (135-1) w/att
                       declas & exhs. (original in folder behind file)

  153 -  1  04/29/05   3DF 1 Notice of filing facsimile signature page of decla of E. Parthemer
                       in support of oppo to plf's mot for sj.

  154 -  1  05/04/05   3DF 1 Expert Witness List.

  155 -  1  05/05/05   PLF 1; DEF 1-2; 3PP 1-2 Stipulation for ext of time until 5/24/05 for
                       plf to file combination reply to mot for sj & oppo to Inlet's cross-mot
                       for sj.

  156 -  1  05/05/05   3DF 1 Notice of filing original signature page of decla of E. Parthemer
                       re:  3DF's oppo to PLF 1 mot for sj (135-1).

  157 -  1  05/05/05   3DF 1 Supplement re: expert wit list.

  155 -  2  05/06/05   JWS Order approving stip for ext of time until 5/24/05 for plf to file
                       combination reply to sj mot & oppo to cross-mot for sj (155-1). cc: cnsl

  158 -  1  05/13/05   PLF 1; DEF 1-2; 3PP 1-2 Stipulation for ext of time until 6/1/05 to file
                       combination reply re: plfs' mot for sj & oppo to Inlet's cross-mot for
                       sj.

  158 -  2  05/17/05   JWS Order granting stip for ext of time until 6/1/05 to file combination
                       reply re: plf's mot for sj & oppo to Inlet's cross-mot for sj (158-1).
                       cc: cnsl

  159 -  1  05/18/05   3DF 1 Stipulation to extend close of discovery, dispositive motions, and
                       motions in limine until 60 days after Court's ruling on plf's pending
                       mot for sj and the Def's cross mot for sj.

  160 -  1  05/20/05   PLF 1; DEF 1-2 Stipulation for ext of time until 6/14/05 for plaintiffs
                       to file combination reply re: Underwriterss' mot for sj & oppo to
                       Inlet's cross-mot for sj.

  160 -  2  05/23/05   JWS Order approving stip for ext of time until 6/14/05 for plfs to file
                       combined reply & oppo (160-1). cc: cnsl

  161 -  1  05/23/05   JWS Order approving stip to extend close of disc, dispositive mot & mots
                       in limine (159-1); disc closes 60 days after ruling on plf's mot for sj
                       & Inlets' cross-mot for sj; ddln for dispositive mots & mots in limine
                       due 30 days after close of disc. cc: cnsl

ACRS: R_VDSDX              As of 12/01/05 at 3:15 PM by GARRY                    Page 8
```

Case 3:04-cv-00058-JWS   Document 192   Filed 03/18/2004   Page 11 of 13
```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                       "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"
```

For all filing dates

```
Document #    Filed      Docket text

  162 -  1   06/10/05   PLF 1 Supplemental  Lay Witness List.

  163 -  1   06/15/05   PLF 1 motion to strike declaration of Forrest V. (Woody) Wilton w/att
                        exhs.

  164 -  1   06/15/05   PLF 1 Unopposed motion to accept late filing of reply/opposition to
                        motion for summary judgment & cross-motion for summary judgment w/att
                        prop reply/oppo.

  165 -  1   06/16/05   JWS Order granting unoppo mot to accept late filing of reply/opposition
                        (164-1). cc: cnsl

  166 -  1   06/16/05   PLF 1 reply to opposition to PLF 1 motion for summary judgment (135-1)
                        w/att exhs. (original located in folder behind file)

  166 -  2   06/16/05   PLF 1 opposition to DEF 1-2; 3PP 1-2 motion (cross) for summary judgment
                        (151-2). (original in folder behind file)

  167 -  1   06/16/05   DEF 1-2 Unopposed motion for extension of time until 7/1/05 to file
                        reply to plaintiff's opposition to Inlet's cross-motion for summary
                        judgment.

  167 -  2   06/17/05   Order granting unoppo mot for ext of time until 7/1/05 to file reply to
                        plfs' oppo to Inlet's cross-mot for sj (167-1). cc: cnsl

  168 -  1   06/28/05   Stipulation for ext of time until 7/11/05 for Inlet Fisheries, Inlet
                        Fish Producers & Totem Agencies to oppose plf's mot to strike decla of
                        F. Wilton.

  168 -  2   06/29/05   Order approving stip for ext of time until 7/11/05 for Inlet Fisheries,
                        Inlet Fish Producers & Totem Agencies to file oppo to plf's mot to
                        strike decla of F. Wilton (168-1). cc: cnsl

  169 -  1   07/01/05   PLF 1; DEF 1-2; 3PP 1-2 Stipulation for ext of time until 7/8/05 to file
                        reply to plf's oppo to Inlets' cross-mot for sj.

  169 -  2   07/05/05   Order approving stip for ext of time until 7/8/05 to file reply to plf's
                        oppo to Inlets' cross-mot for sj (169-1). cc: cnsl

  170 -  1   07/08/05   DEF 1-2; 3PP 1-2 motion to allow filing of overlength reply brief w/att
                        reply to Inlets' cross-motion for sj.

  171 -  1   07/08/05   DEF 1-2; 3PP 1-2 Notice of filikng affidavit of Vicent Goddard with
                        Facsmile signature in support of reply to Inlet's cross-motion for sj.

  172 -  1   07/11/05   DEF 1-2; 3PP 1-2 opposition to PLF 1 motion to strike declaration of
                        Forrest V. (Woody) Wilton (163-1) w/att exhs.

  173 -  1   07/11/05   3DF 1 opposition to PLF 1 motion to strike declaration of Forrest V.
                        (Woody) Wilton (163-1) w/att exhs.

  174 -  1   07/12/05   JWS Order granting mot to allow filing of overlength reply brf (170-1).
                        cc: cnsl

  175 -  1   07/12/05   DEF 1-2; 3PP 1-2 reply to opposition to DEF 1-2; 3PP 1-2 motion (cross)
                        for summary judgment (151-2) w/att exhs.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
                         "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                                       For all filing dates


 Document #    Filed      Docket text

    176 -  1  07/18/05   PLF 1; DEF 1-2; 3PP 1-2; 3DF 1 Stipulation for ext of time until 7/22/05
                         for plfs to file combined reply to Totem's & Inlet's oppos to plfs' mot
                         to strike decla of F. Wilton.

    176 -  2  07/19/05   Order approving stip for ext of time until 7/22/05 for plfs to file
                         combined reply to oppos to mot to strike decla of F. Wilton (176-1). cc:
                         cnsl

    177 -  1  07/19/05   PLF 1 motion for leave to supplement the record w/att decla & exh.

    178 -  1  07/22/05   PLF 1 reply to opposition to PLF 1 motion to strike declaration of
                         Forrest V. (Woody) Wilton (163-1) w/att decla & exh.

    179 -  1  07/25/05   PLF 1 Notice of filing original signed decla re: reply in support of PLF
                         1 motion to strike declaration of Forrest V. (Woody) Wilton (163-1)
                         w/att decla.

    180 -  1  08/11/05   JWS Minute Order granting motion for leave to supplement the record
                         (177-1). cc: cnsl

    181 -  1  09/12/05   JWS Order denying mot (cross) for sj (151-2); granting mot for sj
                         (135-1); granting/denying mot to strike decla of Forrest V. (Woody)
                         Wilton (163-1); cnsl for Inlet & Totem to file a joint stat rpt w/i 30
                         days re: settl, issues to be resolved @ trial, estimate of length of
                         trial & 2 prop trial dates not sooner than 1/9/06. cc: cnsl

    182 -  1  10/12/05   3PP 1-2; 3DF 1 Status Report and discovery plan.

    183 -  1  10/14/05   JWS Minute Order re: stat rpt @ dkt 182: disc to close 11/30/05;
                         dispositive mots ddln 12/16/05. cc: cnsl

    184 -  1  10/25/05   3DF 1 motion to compel Inlet Fisheries, Inc. & Inlet Fish Producers to
                         respond to discovery requests w/att exhs.

    185 -  1  10/25/05   3DF 1 motion to shorten time for consideration of motion to compel.

    186 -  1  10/26/05   JWS Minute Order granting mot to shorten time for consideration of mot
                         to compel (185-1); 3PP 1 & 2 shall respond by 10/31/05; no reply shall
                         be fld unless requested by crt. cc: cnsl

    187 -  1  10/31/05   3PP 1-2 opposition to 3DF 1 motion to compel Inlet Fisheries, Inc. &
                         Inlet Fish Producers to respond to discovery requests (184-1) w/att
                         exhs.

    188 -  1  10/31/05   3PP 1-2 Notice of filing unsigned aff of V. Goddard in support of oppo
                         re: 3DF 1 motion to compel Inlet Fisheries, Inc. & Inlet Fish Producers
                         to respond to discovery requests (184-1).

    189 -  1  11/04/05   JWS Order granting mot to compel Inlet Fisheries, Inc. & Inlet Fish
                         Producers to respond to certain interrog & reqs for production (184-1);
                         Inlet's responses due no later than 11/8/05. cc: cnsl

    190 -  1  11/07/05   3DF 1 motion for clarification of the order at docket 189.

    191 -  1  11/09/05   JWS Minute Order granting motion for clarification of the order at
                         docket 189 (190-1) as stated.  cc: cnsl


 ACRS: R_VDSDX              As of 12/01/05 at 3:15 PM by GARRY                       Page 10
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A04-0058--CV (JWS)
           "CERTAIN UNDERWRITERS LLOYDS V INLET FISHERIES"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 192 - 1 | 11/14/05 | 3PP 1-2 Notice of filing signed orig aff of V. Goddard in support of oppo re: 3DF 1 motion to compel Inlet Fisheries, Inc. & Inlet Fish Producers to respond to discovery requests (184-1) w/att aff. |