John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants and Third-Party Plaintiffs, <br><br> vs. <br><br> TOTEM AGENCIES, INC., a Washington corporation, <br><br> Third-Party Defendant. | Case No. A04-0058 CV (JWS) <br><br> **ERRATA TO INLET ENTITIES' MOTION FOR PARTIAL <u>SUMMARY JUDGMENT</u>** |

TO:      CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

Please substitute the Inlet Entities' Motion for Partial Summary Judgment filed December 16, 2005, together with exhibits, with the attached motion titled "Inlet Entities' Motion for Partial Summary Judgment (Corrected Copy)" and accompanying exhibits. As originally filed, Inlet's motion contained the following citation errors:

(1) Most citations to Eric Parthemer's deposition actually cited the Totem Rule 30(b)(6) deposition and vice versa;[1]

(2) Page 6, line 23, included TOT2633 and SALV ASSOC 75-76 as part of a deposition exhibit when they were not;[2]

(3) Page 5, line 22, included TOT1395 as part of a deposition exhibit when it was not;

(4) Page 6, line 20, referenced Klier Dep. Ex. 25, 26, 27, Ex. B hereto, when the reference should have been Klier Dep. Ex. 25, p. TOT3217, Dep. Ex. 26, p. TOT2644, Ex. B hereto; p. TOT2633, Ex. K hereto;

(5) Page 7, footnote 1, page 6, lines 14 and 15, and page 7, footnote 4, referenced Ex. 26 of the WQIS Rule 30(b)(6) Deposition, when the reference should have been to Ex. 25; and

---

[1] Inlet notes that the deposition cover sheet accompanying Totem's Rule 30(b)(6) Deposition is titled "30(b)(6) Deposition of Eric Alan Parthemer" instead of "Totem 30(b)(6) Deposition."

[2] The MAREN I and QP vessel surveys included in Exhibit 25 of the Klier Deposition do not contain the "Recommendations" sections of the surveys (pages TOT2633 and SALV ASSOC 75-76) referenced in Inlet's motion. It is Inlet's understanding that complete copies of the vessel surveys were provided to Totem, and that, with the exception of the HARVESTER BARGE survey, Totem forwarded the "Recommendations" sections of the surveys to Inlet's P&I insurer as requested by Roanoake in March 1998. That explains why the "Recommendations" portions of the documents are out of sequence with the remaining bate stamps. As the Court can see from the surveys themselves, pages are missing.

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

ERRATA TO INLET ENTITIES' MOTION FOR PARTIAL SUMMARY JUDGMENT
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al,* Case No. A04-0058 CV (JWS)   Page 2 of 3

(6)   Page 9, footnote 2, referenced Ex. 29 of the Townsend Deposition, when the reference should have been to Ex. 23.

These errors carried over into the supporting exhibits. In addition, relevant portions of the Patrick Klier Deposition, the Inlet Fisheries, Inc. Rule 30(b)(6) Deposition, the WQIS Rule 30(b)(6) Deposition, the Janice Townsend Deposition, and the B. Harnett treatise on broker liability (Exhibits E, F, G, and H) were omitted.

The attached motion contains the correct citations and exhibits. No other changes were made.

DATED this 21st day of December, 2005, at Anchorage, Alaska.

>   DORSEY & WHITNEY LLP
>   Attorneys for Inlet Fisheries, Inc. and
>   Inlet Fish Producers, Inc.
>
>   By: _____
>   John A. Treptow, ABA #7605059
>   Wendy E. Leukuma, ABA #0211048

CERTIFICATE OF SERVICE

This certifies that on the 21st day of December, 2005, a copy of the foregoing document was served via hand-delivery on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 West 7th Avenue, Suite 207
Anchorage, AK 99501

_____
Certification Signature

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557