**FILED**
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>CERTAIN UNDERWRITERS AT LLOYDS LONDON</u>   v.   <u>INLET FISHERIES, INC., et al.</u>

THE HONORABLE JOHN W. SEDWICK          CASE NO.  <u>A04-0058 CV (JWS)</u>

<u>Deputy Clerk</u>                               Official Recorder

<u>Pam Richter</u>

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The court has reviewed the Inlet Entities Errata at docket 196. Based thereon, the earlier motion for partial summary judgment at docket193 is **DENIED** without prejudice to the corrected motion. The Clerk will please docket the corrected motion which has been lodged. The time for a response to the corrected motion will commence running upon the service of this minute order.


DATE: <u>December 22, 2005</u>           ENTERED AT JUDGE'S DIRECTION
                                        INITIALS: <u>prr</u>
                                        Deputy Clerk

A04-0058--CV (JWS)    12-22-05
----------------------------------
J. TREPTOW (DORSEY)
B. JAMIESON (LANE)
T. MATTHEWS

197