John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>  Defendants and Third-Party Plaintiffs, <br><br> vs. <br><br> TOTEM AGENCIES, INC., a Washington corporation, <br><br> Third-Party Defendant. | <br><br><br><br><br><br><br><br><br><br><br> Case No. A04-0058 CV (JWS) <br><br> **STIPULATION FOR** <br> **EXTENSION OF TIME** |

The parties, by and through their counsel of record, hereby stipulate and agree that

Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. shall have until Friday, January 20,

2006, to file their Opposition to Totem Agencies' Motion for Summary Judgment and that Totem Agencies shall likewise have until Friday, January 20, 2006, to file its Opposition to the Inlet Entities' Motion for Partial Summary Judgment (Corrected Copy).

DORSEY & WHITNEY LLP
Attorneys for Inlet Entities

Date:  January 3, 2006

By: s/Wendy Leukuma
John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.*, Case No. A04-0058 CV (JWS)   Page 2 of 3
4813-2251-8272\2\476759\00001

MATTHEWS & ZAHARE, P.C.
Attorneys for third-party defendant Totem

Date: 3 January 2006      By: _____
                          x-r Thomas A. Matthews, ABA #8511179

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.*, Case No. A04-0058 CV (JWS)      Page 3 of 3