John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>　　　　　　Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>　　　　　　Third-Party Defendant. | Case No. A04-0058 CV (JWS)<br><br>**PROPOSED ORDER GRANTING INLET FISHERIES, INC.'S AND INLET FISH PRODUCERS, INC.'S MOTION TO RELAX DEADLINE UNDER LOCAL RULE 59.1 FOR FILING MOTION FOR <u>RECONSIDERATION</u>** |

　　　Having reviewed defendant's and third-party plaintiff's, Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. (collectively "Inlet"), motion for an order relaxing Local Rule

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

59.1 and allowing Inlet to file a motion for reconsideration of this Court's Order of September 12, 2005 (Docket No. 181) due to newly discovered evidence, and any opposition thereto, and good cause having been shown therein,

IT IS HEREBY ORDERED that the deadline imposed under D. Ak. LR 59.1 is relaxed and Inlet's motion for reconsideration concerning the Court's September 12, 2005 Order regarding summary judgment is accepted as filed.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 6th day of January, 2006, a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Brewster H. Jamieson
Lane Powell
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648

Christopher W. Nicoll
Nicoll Black Misenti & Feig, PLLC
816 Second Avenue, Suite 300
Seattle, WA 98104-1502

s/John A. Treptow

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER GRANTING IFI'S AND IFPI'S MOTION TO RELAX DEADLINE
UNDER LOCAL RULE 59.1 FOR FILING MOTION FOR RECONSIDERATION
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.*, Case No. A04-0058 CV (JWS)   Page 2 of 2
4850-2713-7280\1\476759\00001