**TABLE OF CONTENTS TO EXHIBITS**
**TO IFI'S AND IFPI'S MOTION FOR RECONSIDERATION**
**FILED JANUARY 6, 2006**

CERTAIN UNDERWRITERS AT LLOYDS v. INLET FISHERIES, INC. et al.
Case No. A04-0058 CV (JWS)

**EXHIBIT A:** Excerpts from the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition

**EXHIBIT B:** Exhibit 23 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (6/2/92 fax from Totem Agencies to WQIS)

**EXHIBIT C:** Exhibit 24 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (6/15/92 fax from WQIS to Totem Agencies)

**EXHIBIT D:** Excerpts from the Totem Rule 30(b)(6) Deposition dated Nov. 11, 2005

**EXHIBIT E:** Excerpt from Exhibit 6 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (WQIS 000594)

**EXHIBIT F:** Excerpt from Exhibit 6 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (WQIS 000584)

**EXHIBIT G:** Excerpt from Exhibit 8 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (WQIS 000645)

**EXHIBIT H:** Excerpt from Exhibit 8 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (WQIS 000649)

**EXHIBIT I:** Exhibit 6 to the Nov. 11, 2005 Deposition of Janice L. Townsend (5/10/00 fax from Totem Agencies to WQIS)

**EXHIBIT J:** Exhibit 11 to the Dec. 6, 2005 WQIS Rule 30(b)(6) Deposition (Declaration of Russell Brown dated June 10, 2005)