JUN-12-'92 13:20  ID:                    TEL NO:15036452734              #188 P01



**TOTEM AGENCIES INC.**
INSURANCE

10525 N.E. 68th • KIRKLAND, WA 98033 • (206) 827-8774  (206) 682-0071

**IMPORTANT NOTICE**

**TELECOPY COVER LETTER**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ATTN: Bill

TO: Water Quality Ins.          Fax #: (212) 349-9161

FROM: Eric

DATE: 6/2/92                    TIME: 2:15 PM

TOTAL NUMBER OF PAGES, INCLUDING COVER LETTER: 1

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT

1-206-827-8774  or  1-206-682-0071 or FAX 206-827-5177

RE: Inlet Fisheries Inc / Pollution Coverage

MESSAGE:

Bill: Please Bind $500,000 Coverage For The

1) "MAREN I" 96 feet ± 96 Gross Ton. FV

2) "Quanirtuuq Princess" 276 Gross Tons

Both Non Motorized Barges ~~barged~~ Operating Poor

Risk in Bethel Alaska

Please Advise

TX

Eric

THANK YOU! — TOTEM AGENCIES, INC.

EXHIBIT B
Page 1 of 1

WQIS 000428



WQIS 000767