**WQIS**

WATER QUALITY INSURANCE SYNDICATE · 14 WALL STREET · NEW YORK, NEW YORK 10005 · (212) 233-5203

FAX: (212) 349-9161

DATE: 6/15/92   FAX NO: 206-817-5177
TO: Totem Agencies
ATTENTION: Lisa Taylor
FROM: Bill Oneligich
SUBJECT: Inlet Fisheries Inc.
NO. OF PAGES: 1
(Incl. this page)

Policy # 10-9047-01

Lisa -
We confirm binding coverage for the following barges under OPA to a limit of $500,000 each vessel effective June 12, 1992-93:

|  | GM | OPA 500,000 |
|---|---|---|
| 77.2 "MARIN I" | 96 | = 130.00 |
| 77.2 QUANIRTUUQ PRINCESS | 276 | = 219.00 |
|  |  | $349.00 G/ 314.10 N |

9/22/92

EXHIBIT C
Page 1 of 1

WQIS 000427



WQIS 000768