03-13-2004 10:33 AM OAM TOTE WQIS 14 WALL STREET, NEW YORK    212+292+8716    NO. 3389    P. 1/1

*4/25/97*
*Bill - Please bind all*
*four vessels at $1 million,*
*effective today. thanks!*
*Sue*

10526-N.E. 68th                          P O BOX 3419
Kirkland, WA 98033                    Kirkland, WA 98083

TO:        WQIS
ATTN:     Bill Ondrejcik
FROM:     Sue Hotchkiss
DATE:     4/7/97
FAX #     (212) 349-9161
TIME:     3:35 PM

*to →*

*Sue - if you desire increase*
*limit of $1 million, you must*
*purchase it for the two existing*
*vessels also.*
*— Bill*

*Send this*
*fax back to us*
*if desire binding.*

TOTAL PAGES, INCLUDING COVER PAGE    1

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT
1-206-827-8774 OR 1-800-347-8774 OR FAX 206-827-5177

RE:    Inlet Fisheries Inc/#9047-05

Please advise cost to add the following two vessels, with $500,000 limit.    *$5,000,000*

| | | | | |
|---|---|---|---|---|
| "Yukon II" | 564 Gr Tons/564 Net | *$488.60* | *at $/million* | *512.01* |
| "Ranger" | 74 Gr Tons/74 Net | *189.31* | *at $/million* | *199.17* |

These are floating platforms used for fish processing.

*MARAN I* — *199.17 $/min*
*QUANTUM PRINCESS* — *320.61 $/min*

Please advise additional information you need to quote.

If you have any questions, please feel free to give our office a call.

Thank you!

*4/17/97*
*Please also quote the above*
*with $1 million limit. We*
*need this ASAP!*
*thanks!*

RECEIVED TIME APR. 17.  1:30PM

EXHIBIT E
Page 1 of 1

WQIS 000594