03-13-2004 10:34 AM

# ENDORSEMENT NO. 1

New York, October 31, 1997

To be attached to and
form a part of Policy No. 9047-05    *of the* WATER QUALITY INSURANCE SYNDICATE

Assured:    INLET FISHERIES, INC.

For and in consideration of an additional pro rata premium in the amount of $93.88, it is understood and agreed that effective as shown, Insurance attaches on the following Vessel(s):

| VESSEL | GT | EFFECTIVE DATE | OPA LIMIT OF LIAB | HAZ SUB AS CARGO | OPA AND CERI CA PREM |
|---|---|---|---|---|---|
| YUKON II | 564 | 04/25/97 | 1,000,000 | NO | $67.59 |
| RANGER | 74 | 04/25/97 | 1,000,000 | NO | $26.29 |
| | | | | TOTAL | $93.88 |

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

Countersigned in New York, N.Y.
on October 31, 1997

_____
Agent for the Individual Subscribers to
WATER QUALITY INSURANCE SYNDICATE

EXHIBIT F
Page 1 of 1

WQIS 000584