06/30/99 09:26  OTEM AGENCIES → 912122928716  NO. 127 P001

03-13-2004 10:31 AM

# Totem Agencies, Inc.
## Business FAX

Totem Agencies, Inc.
10526 NE 68th
P O Box 3419
Kirkland, WA 98083-3419
Phone: (425)827-8774
Fax: (425)827-5177

**To:** Water Quality In Syndicate

**Att:** Bill Ondrejcik

**Fax #:** (212) 292-8716

**From:** Sue M. Hotchkiss

**RE: Customer:** Inlet Fisheries, Inc.
**Policy No.:** 9047-07

**Date:** 6/30/1999   **Time:** 9:15 AM

**TOTAL PAGES INCLUDING COVER PAGE:** 1

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT:
425-827-8774 OR 1-800-347-8774 OR FAX 425-827-5177.

**MESSAGE:**

Bill;

Sorry that the information regarding the "Fort Yukon" was not previously forwarded to you. I just started working here again after a year of being gone, and am still in the process of getting familiar with files again. The "Fort Yukon" is a 197' x 40' utility barge built in Portland, OR by the US Navy in 1963, GRT 1403, net 1403. Is this enough information to quote? If not, please let me know what additional information you need.

Thank you

RECEIVED TIME JUN. 30. 12:27PM

EXHIBIT 6
Page 1 of 1

WQIS 000645