01/13/99  14:29   OTEM AGENCIES → 912122928716                              NO.585  P001
03-13-2004 10:31 AM

Totem Agencies, Inc.
10526 NE 68th
P O Box 3419
Kirkland, WA 98083-3419
Phone: (425)827-8774
Fax: (425)827-5177

# Totem Agencies, Inc.
## Business FAX

| | |
|---|---|
| **To:** | Water Quality In Syndicate |
| **Att:** | William Ondrejcik |
| **Fax #:** | 212-292-8716 |
| **From:** | Dale Y. Isobe |
| **RE: Customer:** | Inlet Fisheries, Inc. |
| **Policy No.:** | 9047-07 |
| **Date:** | 1/13/1999     Time: 2:30 pm |

**TOTAL PAGES INCLUDING COVER PAGE:   1**

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT:
425-827-8774 OR 1-800-347-8774 OR FAX 425-827-5177.

**MESSAGE:**

Please add Inlet Fish Producers, Inc. PO Box 114 Kenai, AK 99611 and Arctic Salmon, Inc. PO Box 595 Kenai, AK 99611 as additional insureds under this policy. IFP has purchased the Maren I from Inlet Fisheries, Inc. and ASI is leasing the vessel from IFP.

Although Jack Miceli is the owner of the QP and appears to be an additional insured (End #2), the vessel is leased by IFP and subleased to ASI.

If you should have any questions or concerns, please call Eric Parthemer. Thank you.

*[handwritten]* 1/13/99  Name as additional assureds

RECEIVED TIME JAN. 13.  5:29PM

EXHIBIT H
Page 1 of 1

WQIS 000649