MAY 18 2000  2:23 PM FR WQIS        212 292 8716 TO 14258275177        P.01/01
05/18/2000  08:20

Totem Agencies, Inc.
10526 NE 68th
P O Box 3419
Kirkland, WA 98083-3419
Phone: (425)827-8774
Fax: (425)827-5177

# Totem Agencies, Inc.
## Business FAX

**To:** Water Quality Ins Syndicate
**Att:** Bill Ondrejcik
**Fax #:** 1-212-292-8716
**From:** Jan L. Townsend
**RE: Customer:** Inlet Fisheries, Inc.
**Policy No.:** 29-15297
**Date:** 5/10/00   **Time:** 4:00 pm

**TOTAL PAGES INCLUDING COVER PAGE:** 1

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT:
425-827-8774 OR 1-800-347-8774 OR FAX 425-827-6171.

**MESSAGE:**

Please advise what the cost would be to add "Harvester Barge" to the above policy at renewal. It does not store fuel, except for it's own use. We need a quote this week, as Eric would like to take to the insured next week.

Thank you,
Jan

*[Handwritten notes:]*
Jan — We need to know the vessel's GRT. — Bill

GRT-670

Annual $537.80
Return this fax with your request to bind. — Bill

** TOTAL PAGE.01 **

TOT 01361

EXHIBIT I
Page 1 of 1