John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
  and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants and Third-Party Plaintiffs, <br><br> vs. <br><br> TOTEM AGENCIES, INC., a Washington corporation, <br><br> Third-Party Defendant. | Case No. A04-0058 CV (JWS) <br><br> **PROPOSED ORDER GRANTING INLET FISHERIES, INC.'S AND INLET FISH PRODUCERS, INC.'S MOTION FOR RECONSIDERATION** |

Defendants and third-party plaintiffs, Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. (collectively "Inlet"), having moved this Court pursuant to Federal Rule 59(e), for an

Order requesting that the Court reconsider its decision of September 12, 2005, granting plaintiff's motion for summary judgment on the grounds of newly discovered evidence, and the Court having considered said motion and any opposition thereto, the Court finds that the newly discovered evidence creates a genuine issue of material fact regarding whether Inlet's alleged omissions were material.

IT IS HEREBY ORDERED that Inlet's motion for reconsideration is GRANTED and the Court's September 12, 2005 order (Docket No. 181) is withdrawn.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 6th day of January, 2006, a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Brewster H. Jamieson
Lane Powell
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648

Christopher W. Nicoll
Nicoll Black Misenti & Feig, PLLC
816 Second Avenue, Suite 300
Seattle, WA 98104-1502

s/John A. Treptow

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER GRANTING IFI'S AND IFPI'S MOTION FOR RECONSIDERATION
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.,* Case No. A04-0058 CV (JWS)    Page 2 of 2
4844-2322-3040\1\476759\00001