MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*CERTAIN UNDERWRITERS*　　v.　*INLET FISHERIES, INC., et al.*
*AT LLOYDS, LONDON*

THE HONORABLE JOHN W. SEDWICK　　　　CASE NO. 3:04-cv-00058-JWS

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date: January 11, 2006

　　　Plaintiffs shall file a response to each of the motions at dockets 203 and 204 on or before **January 27, 2006**.  The court realizes that technically it should decide the motion at docket 203 before considering the motion at docket 204, but has determined that it can best address the motion at docket 203 if better informed as to the motion at docket 204.

　　　There shall be no reply memorandum filed in support of either the motion at docket 203 or the motion at docket 204 unless the court specifically requests the same.