IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>        Defendants.<br>_____<br>INLET FISH PRODUCERS, INC., an Alaskan Corporation,<br><br>        Third-Party Plaintiffs,<br><br>  vs.<br><br>TOTEM AGENCIES, INC., a Washington Corporation, and AMERICAN E & S INSURANCE BROKERS CALIFORNIA, INC. a Washington corporation,<br><br>        Third-Party Defendants.<br>_____ | IN ADMIRALTY<br><br><br>Case No.: A04-0058 CV (JWS)<br><br><br><br><br><br><br><br><br>**JOINT REQUEST FOR STATUS CONFERENCE** |

Third-party Plaintiffs Inlet Fisheries, Inc., and Inlet Fish Producers, Inc. and Third-Party Defendant Totem Agencies, Inc., (the "Requesting Parties"), in response to the Court's January 3, 2006, Order (Document No. 200), request a status conference with the Court.

As background for this request, the Requesting Parties advise the Court of the following:

- Mediation in the underlying state court action currently is scheduled for February 16 and 17, 2006. At present, all State Court Plaintiffs, the Inlet Entities, Vince Goddard (a Defendant in the State Court actions), and Totem intend to attend the mediation. Lloyds' participation in that mediation is being explored;

- Trial in the underlying state court action has been continued, but has not been rescheduled as yet;

- The United States has filed suit against the Inlet Entities for damages related to the *QP* incident (Case No. A05-203 CV);

- Inlet Entites recently filed a Motion for Reconsideration (Document No. 203) with this Court;

- The parties have agreed and will ask the Court for an order extending the time for their respective responses to the Inlet Entities' Motion for Partial Summary Judgment and Totem's Motion for Summary Judgment, until after the mediation referenced above.

In light of the above background, the Requesting Parties wish to address with the Court the most economical means for moving forward with this matter.

Accordingly, a status conference with the Court is requested.

                                        MATTHEWS & ZAHARE, P.C.
                                        Counsel for Third-Party Defendant Totem

Dated _____           By  s/Thomas A. Matthews_____
                                               Thomas A. Matthews
                                               Matthews & Zahare, P.C.
                                               431 W. 7th Ave., Suite 207
                                               Anchorage, Alaska  99501
                                               Phone: (907) 276-1516
                                               Fax: (907) 276-8955
                                               tom.matthews@matthewszahare.com

Joint Request for Status Conference
*Lloyds London v. Inlet Fisheries*, Case No. A04-0058 CV (JKS)
KGS:jlw\3500-13\JointReqStatusConf1.doc
      Page 2

ABN: 8511179

DORSEY & WHITNEY LLP
Counsel for Inlet Fisheries & Inlet Fish Producers

Dated _____         By  s/John A. Treptow_____
                                    John A. Treptow
                                    Dorsey & Whitney LLP
                                    1031 West 4th Ave., Suite 600
                                    Anchorage AK 99502
                                    Phone: (907) 276-4557
                                    Fax: (907) 276-4152
                                    Email: treptow.john@dorsey.com
                                    ABA No. 7605059

Certificate of Service
I certify that on this ____ day of January 2006,
caused to be sent via Electronic Mailing, the foregoing
document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
  And American E & S

John A. Treptow, Esq.
Jahna M. Lindemuth, Esq.
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

And by Mail to:

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds
  And American E & S

_____
Joyce L. Wylie
Joint Request for Status Conference
*Lloyds London v. Inlet Fisheries*, Case No. A04-0058 CV (JKS)
KGS:jlw\3500-13\JointReqStatusConf1.doc
        Page 3