John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>          Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>          Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>          Third-Party Defendant. | Case No. A04-0058 CV (JWS)<br><br>**STIPULATION FOR**<br>**<u>EXTENSION OF TIME</u>** |

The parties, by and through their counsel of record, hereby stipulate and agree that

Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. shall have until Tuesday, January 31,

2006, to file their Opposition to Totem Agencies' Motion for Summary Judgment and that Totem Agencies shall likewise have until Tuesday, January 31, 2006, to file its Opposition to the Inlet Entities' Motion for Partial Summary Judgment (Corrected Copy).

DORSEY & WHITNEY LLP
Attorneys for Inlet Entities

Date: January 20, 2006

By: s/Wendy E. Leukuma
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152
E-mail: leukuma.wendy@dorsey.com
ABA #0211048

MATTHEWS & ZAHARE, P.C.
Attorneys for third-party defendant Totem

Date: January 20, 2006

By: s/ Thomas A. Matthews (consent)
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Telephone:  (907) 276-1516
Facsimile:  (907) 276-8955
E-mail:  tom.matthews@matthewszahare.com
ABA #8511179

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.,* Case No. A04-0058 CV (JWS)    Page 2 of 3

CERTIFICATE OF SERVICE

This certifies that on the 20th day of January, 2006,
a copy of the foregoing document was served
electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501


s/ Wendy E. Leukuma
*Certification Signature*

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557