John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>        Plaintiff, <br><br>vs. <br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>        Defendants and Third-Party Plaintiffs, <br><br>vs. <br><br>TOTEM AGENCIES, INC., a Washington corporation, <br><br>        Third-Party Defendant. | Case No. A04-0058 CV (JWS) <br><br>**ORDER GRANTING** <u>**EXTENSION OF TIME**</u> |

     The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

     HEREBY ORDERS that Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. shall have until Tuesday, January 31, 2006, to file their Opposition to Totem Agencies' Motion for Summary Judgment and that Totem Agencies will likewise have until Tuesday,

January 31, 2006, to file its Opposition to the Inlet Entities' Motion for Partial Summary Judgment (Corrected Copy).

ENTERED this 25th day of January, 2006.

/s/
John W. Sedwick
United States District Court Judge