Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:   907-277-9511
Facsimile:   907-276-2631

Christopher W. Nicoll, WSBA No. 20771
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle, Washington 98104
Telephone:   206-838-7555
Facsimile:   206-838-7515
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INLET FISHERIES, INC., *et al.*, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> TOTEM AGENCIES, INC., *et al.*, <br><br> Third-Party Defendants. | **IN ADMIRALTY** <br><br> Case No. A04-0058 CV (JWS) <br><br> **DECLARATION OF CHRISTOPHER W. NICOLL IN OPPOSITION TO THE INLET ENTITIES' MOTION FOR RECONSIDERATION** |

 1. My name is Christopher W. Nicoll. I am one of the counsel for Certain Underwriters at Lloyd's. I am competent to make this declaration. The facts set forth in this declaration are from my personal knowledge and are provided in support of Certain Underwriters at Lloyds' Opposition to Motion for Reconsideration filed by Inlet Fisheries, Inc. and Inlet Fish Producers, Inc.

 2. Attached as Exhibit 1 to this declaration is a true and correct copy of the discovery pleading entitled Plaintiff's Initial Disclosures, dated and served on May 19, 2004.

 3. Attached as Exhibit 2 is a true and correct copy of Plaintiffs' Final Revised Lay Witness List, dated and served on March 7, 2005.

4. Attached as Exhibit 3 is a true and correct copy of the deposition transcript of Russell Brown.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 27th day of January, 2006 at Seattle, Washington.

    s/ Christopher W. Nicoll
Christopher W. Nicoll

I certify that on January 27, 2006, a copy
of the foregoing was served by ECF on:

John A. Treptow, Esq.
Thomas A. Matthews, Esq.

Nanci L. Biggerstaff, CPS, PLS
053081.0001/153354.1