Christopher W. Nicoll
Timothy K. Borchers
COZEN O'CONNOR
1201 Third Avenue, Suite 5200
Seattle WA 98101
Telephone:  (206) 340-1000
Facsimile:   (206) 621-8783

Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL SPEARS LUBERSKY LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile:  (907) 276-2631

Attorneys for Certain Underwriters at Lloyds, London,
Subscribing to Certificate of Insurance OP01 0025,
Through Puget Sound Underwriters, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>Defendants. | IN ADMIRALTY<br><br>NO. A04-0058CV (JWS)<br><br>PLAINITFF'S INITIAL DISCLOSURES |

Comes now Plaintiff, Certain Underwriters at Lloyds, London, Subscribing to Certificate of Insurance OP 01 0025 ("Underwriters"), and makes its Initial Disclosures.

**PLAINTIFF'S INITIAL DISCLOSURES - 1**
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

ORIGINAL

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1. **Potential Witnesses**

Underwriters are presently able to identify the following persons who are likely to have discoverable information which Underwriters may use to support their claims:

    a.    Vincent Goddard
           Inlet Fisheries and Inlet Fish Producers
           P.O. Box 530
           Kenai, AK 99611
           (907) 283-92275

Mr. Goddard is believed to be the president, shareholder and sole board member of the Inlet entities. Mr. Goddard is believed to have knowledge about the insurance policies sought by Inlet, the condition of its vessels, and the casualties they sustained.

    b.    Patrick Klier
           Former employee of Inlet Fisheries and Inlet Fish Producers
           10690 U.S. Highway 93 N
           Missoula, MT 59808-9203
           (406) 728-7742

Mr. Klier is the former controller of Inlet and is believed to have knowledge about the insurance policies sought by Inlet, the condition of its vessels, and the casualties they sustained.

    c.    Laura Herr
           Inlet Fisheries and Inlet Fish Producers
           P.O. Box 530
           Kenai, AK 99611
           (907) 283-92275

Ms. Herr is believed to be the controller of Inlet and is believed to have knowledge about the insurance policies sought by Inlet, the condition of its vessels, and the casualties they sustained.

    d.    Stuart Currie

PLAINTIFF'S INITIAL DISCLOSURES - 2
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

        Former employee of Inlet Fisheries and Inlet Fish Producers
        Current address unknown

Mr. Currie is the former plant manager for Inlet's Bethel operations and is believed to have knowledge about the condition of its vessels and the casualties they sustained.

    e.    Robert Dryer
        Inlet Fisheries and Inlet Fish Producers
        P.O. Box 530
        Kenai, AK 99611
        (907) 283-92275

Mr. Dryer was the on-site coordinator for Inlet during part of the QP casualty and is believed to have knowledge about the cause of the loss, the condition of the vessel and the cost of cleanup.

    f.    Steve Sather
        Inlet Fisheries and Inlet Fish Producers
        P.O. Box 530
        Kenai, AK 99611
        (907) 283-92275

Mr. Sather is believed to be Inlet's former plant manager in Bethel and is believed to have knowledge of the condition of Inlet's vessels and the casualties.

    g.    Tony Joaquin
        P.O. Box 1816
        Bethel, AK 99559

Mr. Joaquin is believed to be Inlet's winter watchman for its vessels in the Bethel area and is believed to have knowledge about the condition of Inlet's vessels prior to their sinking.

    h.    David Curtis
        Inlet Fisheries and Inlet Fish Producers
        P.O. Box 530
        Kenai, AK 99611
        (907) 283-92275

**PLAINTIFF'S INITIAL DISCLOSURES - 3**
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

Mr. Curtis is believed to have worked for Inlet in Bethel and is believed to have knowledge about the condition of Inlet's vessels prior to their sinking.

    i.    Robert Carlson
         Leslie Pearson
         Randall Dowd
         Gary Folley
         Alaska Department of Environmental Conservation
         555 Cordova Street
         Anchorage, AK 99501
         (907) 543-3215

Messrs. Carlson, Pearson, Dowd and Folley are all believed to be employees of the Alaska Department of Environmental Conservation. All are believed to have been representatives of ADEC in Bethel at various times between 2000 and 2003. All are believed to have some knowledge regarding the casualties for the various Inlet vessels.

    j.    Lt. Comdr. Chris Woodley
         Lt. Agnetha Dahl
         United States Coast Guard
         510 L Street, Suite 100
         Anchorage, AK 99501
         (907) 271-6700

Lt. Commander Woodley and Lt. Dahl are believed to be employed at the Coast Guard's Marine Safety Office in Anchorage and are believed to have information related to Inlet's vessels and the casualties in the Bethel area.

    k.    Robert Hildebrand
         National Pollution Funds Center, United States Coast Guard
         4200 Wilson Blvd., Suite 1000
         Arlington, VA 22203
         (202) 493-6887

Mr. Hildebrand is employed at the Coast Guard's National Pollution Funds Center and is believed to have knowledge about the costs associated with the clean-up of the various Inlet

**PLAINTIFF'S INITIAL DISCLOSURES - 4**
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

pollution claims.

    l.    Raymond Russell
          Bethel Fire Department
          P.O. Box 388
          Bethel, AK 99559

Mr. Russell is believed to have knowledge of the HARVESTER spill in August of 2000.

    m.    Dale Isobe
          Eric Parthemer
          Jan Townsend
          Mary Larsen
          Totem Agencies, Inc.
          10526 NE 68th Street
          Kirkland, WA 98033-7044
          (425) 827-8774

All of these are believed to be current Totem Agencies employees and are believed to have knowledge regarding Inlet's application for marine pollution insurance with Underwriters, the prior coverage with WQIS and the claims made by Inlet on those policies.

    n.    Richard Hobbie
          Bill Ondrejcik
          Andrew Garger
          Anthony Gerone
          Water Quality Insurance Syndicate
          800 Broad St., 21st Floor
          New York, NY 10004-2209
          (212) 292-8700

Mr. Ondrejcik is believed to have knowledge of Inlet's marine pollution insurance for the years 1998-2000. Messrs. Garger, Gerone and Hobbie are believed to have knowledge of Inlet's marine pollution insurance for the year 2000 and the non-renewal of that coverage.

    o.    David Hamaker
          Rising Wind, Ltd.

PLAINTIFF'S INITIAL DISCLOSURES - 5
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

        3751 Chiniak Bay Dr.
        Anchorage, AK 99515
        (907) 344-8580

Mr. Hamaker is a marine surveyor believed to have attended the MAREN I casualty for hull underwriters and is believed to have knowledge about the condition of Inlet's vessels at Bethel in 2000.

    p.    Ian Hogben
         The Salvage Association
         2200 6th Avenue, Suite 815
         Seattle, WA 98121
         (206) 441-7587

Mr. Hogben is a marine surveyor believed to have attended the MAREN I and QP casualties and is believed to have knowledge about the condition of Inlet's vessels at Bethel in 2000.

    q.    Edward Travers
         Edward F. Travers & Associates
         14906 8th Avenue SW
         Burien, WA 98166
         (206) 242-2865

Mr. Travers is a marine surveyor believed to have attended the MAREN I and QP casualties and is believed to have knowledge about the condition of Inlet's vessels at Bethel in 2000.

    r.    Christopher Elliott
         Molly Brown
         Amanda Schaeffer
         American E&S
         520 Pike St., Suite 2120
         Seattle, WA 98101
         (206) 708-2044

Mr. Elliott and Ms. Brown are believed to have knowledge of the underwriting of the marine insurance policies issued to the Inlet entities and the claims submitted on those policies. Ms. Schaeffer is believed to have knowledge of the claims submitted by Inlet on those policies.

PLAINTIFF'S INITIAL DISCLOSURES - 6
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

    s.    Rowly Dawes
         Darren Nuding
         Paul Harcombe
         Ropner Insurance Services Limited
         Boundary House
         7/17 Jewry Street
         London EC3N 2HP
         England

May be reached via plaintiffs counsel, Chris Nicoll, (206) 340-1000

Messrs. Dawes, Nuding and Harcombe are believed to have knowledge about the claims presented by Inlet on its marine pollution policies.

    t.    Dan Magone
         John Bollinger
         Magone Marine
         P.O. Box 920247
         Dutch Harbor, AK 99692
         (907) 581-1400

Messrs. Magone and Bollinger are believed to be employees of Magone Marine, which is believed to have been the company that salvaged the QP after its sinking near Bethel.

    u.    David P. Willoughby
         Willoughby Consulting and Adjusting
         1521 N. Jantzen
         Portland, OR 97217

Mr. Willoughby investigated the pollution losses experienced by Inlet.

    v.    Jack V. Miceli
         19328 233rd Avenue NE
         Woodinville, WA 98072

Mr. Miceli is alleged to be a former owner of the QP and is believed to have knowledge about its condition prior to its sinking.

**2.**    **Document Information**

PLAINTIFF'S INITIAL DISCLOSURES - 7
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

Plaintiffs have previously circulated a substantial list of documents which Plaintiffs have acquired through document requests, subpoenas and federal and state FOIA requests.

Plaintiffs also have in their possession copies of the underwriting and claims files for the policies at issue, as well as other documents related to the various Inlet pollution incidents in the Bethel area, and documents related to Inlet's various marine pollution insurance coverages, which will be produced in response to Third-party Defendant Totem Agencies, Inc.'s requests for production of documents.

**3.   Damage Calculation**

Plaintiffs filed this Declaratory Judgment action seeking a finding that insurance policies issued to Inlet Fisheries and Inlet Fish Producers are void ab initio and are otherwise void. Plaintiffs do not seek monetary damages.

**4.   Insurance Information**

The insurance policies produced by Underwriters in this action, if not void or voidable, may cover some or all of the damages alleged in the Inlet defendants' counterclaim if same are not excluded as claimed in the lawsuit. These policies have previously been produced by Underwriters.

Dated this 19th day of May, 2004.

COZEN O'CONNOR

_____
Christopher W. Nicoll, WSBA No. 20771
Timothy K. Borchers, WSBA No. 17538

PLAINTIFF'S INITIAL DISCLOSURES - 8
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1
2    LANE POWELL SPEARS LUBERSKY LLP
3
4    *[signature: Brewster Jamieson by Tony K Bul]*
     Brewster H. Jamieson, ASBA No. 8411122
5
6    Attorneys for CERTAIN UNDERWRITERS AT
     LLOYDS, LONDON, SUBSCRIBING TO
7    CERTIFICATE OF INSURANCE OP01 0025,
     through Puget Sound Underwriters, Inc.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**PLAINTIFF'S INITIAL DISCLOSURES - 9**
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1

2

3  I HEREBY CERTIFY that a true and correct copy of the foregoing (typed in Times New Roman 12) was mailed to the following attorney(s) on the 19th day of May, 2004:

4

5  Brewster H. Jamieson
Lane Powell Spears Lubersky
301 W. Northern Lights Blvd., Ste. 301
6  Anchorage, AK 99503-2648

7  Jim Valcarce
Hedland Brennan Heideman & Cooke
8  900 Third Avenue
P.O. Box 409
9  Bethel, Alaska 99559

10  David M. Freeman
Holmes Weddle & Barcott
11  701 West Eighth Avenue, Suite 700
Anchorage, AK 99501-3408

12
Thomas A. Matthews
Matthews & Zahare, P.C.
13  431 West 7th Avenue, Suite 207
Anchorage, AK 99501
14

15  Kevin L. Donley
Delaney Wiles Hayes Gerety Ellis & Young, Inc.
1007 West Third Avenue, Suite 400
16  Anchorage, AK 99501

17  William M. Bankston
Bankston, Gronning O'Hara Sedor Mills Givens &
18  Heaphey, P.C.
601 West 5th Ave., Suite 900
19  Anchorage, AK 99501

20  Stephen G. Skinner
Johnson Christie Andrews & Skinner
21  200 West Thomas, Suite 500
Seattle, WA 98119

22

23  [signature]

24  SEATTLE1\426165\1 129181.000

25

26

**PLAINTIFF'S INITIAL DISCLOSURES - 10**
*Certain Underwriters vs. Inlet Fisheries, Inc.*
Case No. A04-0058CV (JWS)

LAW OFFICES OF
COZEN O'CONNOR
A PROFESSIONAL CORPORATION
SUITE 5200
WASHINGTON MUTUAL TOWER
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000