Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com

Christopher West Nicoll, WSBA No. 20771
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle, Washington 98104-1502
Telephone: 206-838-7555
Facsimile: 206-838-7515
Email: cnicoll@nicollblack.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON,<br><br>Plaintiffs,<br><br>v.<br><br>INLET FISHERIES, INC., *et al.*,<br><br>Defendants/Third-Party Plaintiffs.<br><br>v.<br><br>TOTEM AGENCIES, INC., *et al.*,<br><br>Third-Party Defendants. | IN ADMIRALTY<br><br>Case No. A04-0058 CV (JWS)<br><br>**CERTAIN UNDERWRITERS AND AMERICAN E&S'S FINAL REVISED LAY WITNESS LIST** |

Certain Underwriters at Lloyds, London and American E&S Insurance Brokers California, Inc., by and through counsel, by and through counsel, provides the following revised final list of lay witnesses expect to testify in this matter.

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511 Fax: 907.276.2631

1. Clara Beard
   Crump Insurance Services, N.W.
   21540 30th Drive, SE, Suite 100
   Bothell WA 98021-7015

2. Ron S. Boardman
   Totem Agencies, Inc.
   c/o Matthews & Zahare, PC
   431 West Seventh Avenue, Suite 207
   Anchorage AK 99501-3500

3. Molly Brown
   Armfield Harrison & Thomas, Inc.
   2033 Sixth Avenue, Suite 730
   Seattle WA 98121-2809

4. Stephen Gargrave
   Certain Underwriters at Lloyds, London
   c/o Nicoll Black Misenti & Feig PLLC     (Attorney/client privilege applies)
   816 Second Avenue, Suite 300
   Seattle WA 98104-1502

5. Robert Carlson
   ADEC
   PO Box 557
   Bethel AK 99559-0557
   907-543-3215

6. Stuart Currie
   Arctic Salmon, Inc.
   PO Box 595
   Kenai AK 99611-0595
   907-283-9275

7. David Curtis
   Inlet Fisheries and Inlet Fish Producers
   PO Box 530
   Kenai AK 99611-0530
   907-283-9227

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511  Fax: 907.276.2631

Certain Underwriters and American
E&S's Final Revised Lay Witness List
*Certain Underwriters v. Inlet Fisheries* (Case No. A04-0058 CV (JWS))

8. Lt. Agnetha Dahl
   United States Coast Guard
   510 L Street, Suite 100
   Anchorage AK 99501-1946
   907-271-6700

9. Rowland Dawe
   Ropner Insurance Services, Ltd.
   Boundary House
   7/17 Jewry Street
   London EC3N 2HP England

10. John Dodds
    Salvage Association
    2200 Sixth Avenue, Suite 815
    Seattle WA 98121-1843
    206-441-7587

11. Randy Dowd
    ADEC
    PO Box 557
    Bethel AK 99559-0557
    907-543-3215

12. Robert Dryer
    Inlet Fisheries and Inlet Fish Producers
    PO Box 530
    Kenai AK 99611-0530

13. Chris Elliot
    American E&S Insurance Brokers
    Nicoll Black Misenti & Feig PLLC          (Attorney/client privilege applies)
    816 Second Avenue, Suite 300
    Seattle WA 98104-1502

14. Graham English
    Coast Guard USCG MSO
    510 L Street, Suite 100
    Anchorage AK 99501-1946

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511  Fax: 907.276.2631

**Certain Underwriters and American
E&S's Final Revised Lay Witness List**
*Certain Underwriters v. Inlet Fisheries (Case No. A04-0058 CV (JWS))*

15. Gary Folley
    ADEC
    555 Cordova Street
    Anchorage AK 99501-2617
    907-543-3215

16. Christopher Friese
    Coast Guard USCG MSO
    510 L Street, Suite 100
    Anchorage AK 99501-1946
    907-276-6700

17. Andrew Garger
    Water Quality Insurance Syndicate
    800 Broad Street, 21st Floor
    New York NY 10004-2209
    212-292-8700

18. Anthony Gerone
    Water Quality Insurance Syndicate
    800 Board Street, 21st Floor
    New York NY 10004-2209
    212-292-8700

19. Vincent Goddard
    Inlet Fisheries, Inc. and Inlet Fish Producers
    c/o Bankston Gronning O'Hara Sedor Mills Givens & Heaphey P.C.
    550 West Seventh Avenue, Suite 1800
    Anchorage AK 99501-6307

20. David B. Hamaker
    Rising Wind Ltd.
    PO Box 221089
    Anchorage AK 99522-1089
    907-344-8580

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511  Fax: 907.276.2631

Certain Underwriters and American
E&S's Final Revised Lay Witness List
*Certain Underwriters v. Inlet Fisheries* (Case No. A04-0058 CV (JWS))

Page 4 of 9

21. Paul Harcombe
    Ropner Insurance Services, Ltd.
    Boundary House
    7/17 Jewry Street
    London EC3N 2HP England

22. Linda Herr, Controller
    Inlet Fisheries, Inc. and Inlet Fish Producers
    c/o Bankston Gronning O'Hara Sedor Mills Givens & Heaphey P.C.
    550 West Seventh Avenue, Suite 1800
    Anchorage AK 99501-6307

23. Robert Hildebrand, NPFC
    Coast Guard USCG MSO
    510 L Street, Suite 100
    Anchorage AK 99501-1946
    907-276-6700

24. Richard Hobbie
    Water Quality Insurance Syndicate
    800 Broad Street, 21st Floor
    New York NY 10004-2209
    212-292-8700

25. Ian Hogben
    Brent Salvage, Ltd.
    2200 Sixth Avenue, Suite 815
    Seattle WA 98121-1843
    206-441-7587

26. Tony Jaquin (Joaquin)
    PO Box 1816
    Bethel AK 99559-1819

27. Patrick Klier
    10690 U.S. Highway 93 N
    Missoula MT 59808-9203

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511  Fax: 907.276.2631

Certain Underwriters and American
E&S's Final Revised Lay Witness List
*Certain Underwriters v. Inlet Fisheries* (Case No. A04-0058 CV (JWS))

Page 5 of 9

28. Mary Larson
    Totem Agencies, Inc.
    c/o Matthews & Zahare, PC
    431 West Seventh Avenue, Suite 207
    Anchorage AK 99501-3500

29. Dan Magone
    ADEC
    PO Box 557
    Bethel AK 99559-0557
    907-543-3215

30. Jack Miceli
    Silver Salmon Company
    19328 233rd Avenue, NE
    Woodinville WA 98072-7520

31. Ron Morris MSO
    Coast Guard USCG MSO
    510 L Street, Suite 100
    Anchorage AK 99501-1946
    907-276-6700

32. Darren Nuding
    Ropner Insurance Services, Ltd.
    Boundary House
    7/17 Jewry Street
    London EC3N 2HP England

33. William J. Ondrejcik
    Water Quality Insurance Syndicate
    80 Broad Street, 21st Floor
    New York NY 10004-2242
    212-292-8700

34. Eric A. Parthemer
    Totem Agencies, Inc.
    c/o Matthews & Zahare
    431 West Seventh Avenue, Suite 207
    Anchorage AK 99501-3500

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511   Fax: 907.276.2631

**Certain Underwriters and American
E&S's Final Revised Lay Witness List**
*Certain Underwriters v. Inlet Fisheries* (Case No. A04-0058 CV (JWS))

Page 6 of 9

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511  Fax: 907.276.2631

35. Leslie Pearson
    ADEC
    555 Cordova Street
    Anchorage AK 99501-2617
    907-543-3215

36. Penco Environmental Corp., Inc.
    Holmes Weddel & Barcott, P.C.
    701 West Eighth Avenue, Suite 700
    Anchorage AK 99501-3480

37. Kenneth Phillips
    Coast Guard USCG MSO
    510 L Street, Suite 100
    Anchorage AK 99501-1946
    907-276-6700

38. Ramond Russell
    Bethel Fire Department
    PO Box 388
    Bethel AK 99559-0388

39. Steve Sather, Plant Manager
    Inlet Fisheries, Inc. and Inlet Fish Producers
    c/o Bankston Gronning O'Hara Sedor Mills Givens & Heaphey P.C.
    550 West Seventh Avenue, Suite 1800
    Anchorage AK 99501-6307

40. Amanda Schaeffer                         (Attorney/client privilege applies)
    American E&S Insurance Brokers
    Nicoll Black Misenti & Feig PLLC
    816 Second Avenue, Suite 300
    Seattle WA 98104-1502

41. Janice L. Townsend
    Totem Agencies, Inc.
    c/o Matthews & Zahare
    431 West Seventh Avenue, Suite 207
    Anchorage AK 99501-3500

42. Eddie Travers
Travers & Associates
PO Box 46358
Seattle WA 98146-0358
206-242-2865

43. Les Wilton                                        (Attorney/client privilege applies)
Certain Underwriters at Lloyds, London
Nicoll Black Misenti & Feig PLLC
816 Second Avenue, Suite 300
Seattle WA 98104-1502

44. Lt. Comdr. Chris Woodley
United States Coast Guard
510 L Street, Suite 100
Anchorage AK 99501-1946
907-276-6700

45. David Yanswen
Inlet Fisheries, Inc. and Inlet Fish Producers
c/o Bankston Gronning O'Hara Sedor Mills Givens & Heaphey P.C.
550 West Seventh Avenue, Suite 1800
Anchorage AK 99501-6307

46. Phil Sandle
Limit
SJ Gargrave Syndicate 2724
88 Leadenhall Street
London EC3A 3BP England

47. John Boyt
Ropner Insurance Services, Ltd.
Boundary House
7/17 Jewry Street
London EC3N 2HP England

48. Any and all witnesses named by plaintiffs or any other party.

49. Any and all witnesses identified during the course of further discovery.

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511   Fax: 907.276.2631

**Certain Underwriters and American
E&S's Final Revised Lay Witness List**
*Certain Underwriters v. Inlet Fisheries* (Case No. A04-0058 CV (JWS))            Page 8 of 9

50. Any and all witnesses identified in other parties' discovery or disclosures.

51. Any and all necessary rebuttal witnesses.

52. Any and all witnesses necessary to authenticate any documents on which the parties cannot stipulate to authenticity.

53. All other witnesses deemed necessary for a proper adjudication of this case.

DATED this 7th day of March, 2005.

NICOLL BLACK MISENTI & FEIG PLLC
and
LANE POWELL SPEARS LUBERSKY LLP
Attorneys for Certain Underwriters at Lloyds and American E&S Insurance Brokers California, Inc.

By _____
Brewster H. Jamieson, ASBA No. 8411122

I certify that on March 7, 2005, a copy of the foregoing was served by mail on:

William M. Bankston, Esq.
Bankston, Gronning, O'Hara, Sedor,
  Mills, Givens & Heaphey, P.C.
601 West Fifth Avnenue, Suite 900
Anchorage, Alaska 99501-6307

Thomas Matthews, Esq.
Matthews & Zahare, PC
431 West Seventh Avenue, Suite 207
Anchorage, Alaska 99501-3500

_____
Nanci L. Biggerstaff, CPS, PLS
053081.0001/146622.1
cc: Cozen O'Connor

LANE POWELL PC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Tel: 907.277.9511   Fax: 907.276.2631