MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*CERTAIN UNDERWRITERS*     v.     *INLET FISHERIES, INC., et al.*
*AT LLOYDS, LONDON*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00058-JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date: January 27, 2006

    The court has considered the joint request for a status conference at docket 206. Although the court certainly has not yet decided the pending motions--indeed they are not all fully briefed--the court is inclined to the view that its determination of the motions at dockets 194, 198, 203, and 204 will dispose of the parties' dispute. Accordingly, the request at docket 206 for a status conference is **DENIED** without prejudice to renewal if that is appropriate after the court decides the motions at dockets 194, 198, 203, and 204.