IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>             Plaintiffs, <br>    vs. <br><br>INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>             Defendants. <br>_____ <br>INLET FISH PRODUCERS, INC., an Alaskan Corporation, <br><br>             Third-Party Plaintiffs, <br>    vs. <br><br>TOTEM AGENCIES, INC., a Washington Corporation, and AMERICAN E & S INSURANCE BROKERS CALIFORNIA, INC. a Washington corporation, <br><br>             Third-Party Defendants. <br>_____ | IN ADMIRALTY <br><br><br><br><br><br><br><br>Case No.:  A04-0058 CV (JWS) |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by and through their counsel of record, hereby stipulate and agree that Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. shall have until Friday, February 3, 2006 to file their Opposition to Totem Agencies' Motion for Summary Judgment, and that Totem Agencies shall likewise have until Friday, February 3,

2006 to file its Opposition to the Inlet Entities' Motion for Partial Summary Judgment (Corrected Copy).

DATED this 31st day of January 2006 at Anchorage, Alaska.

        MATTHEWS & ZAHARE, P.C.
        Counsel for Third-Party Defendant Totem Agencies, Inc.

By s/Thomas A. Matthews
    Thomas A. Matthews, ABN: 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, Alaska 99501
    Phone: (907)276-1516
    Fax:   (907)276-8955
    tom.matthews@matthewszahare.com

DORSEY & WHITNEY LLP
Counsel for Inlet Entities

By: s/John A. Treptow (consent)
    John A. Treptow, ABA #7605059
    Dorsey & Whitney, LLP
    1031 West 4th Ave., Suite 600
    Anchorage, AK 99501-5907
    Phone: (907) 276-4557
    Fax: (907) 276-4152
    treptow.john@dorsey.com

Stipulation for Extension of Time (Opps MFSJ)
*Lloyds London v. Inlet Fisheries, Totem Agencies*, Case No. A04-0058 CV (JKS)
KGS:jlw\3500-13\StipExtTimeOppsMFSJ    Page 2

Certificate of Service

I certify that on this 31st day of January 2006, I caused to be served by electronic mailing the foregoing document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
  And American E & S

John A. Treptow, Esq.
Wendy E. Leukuma, Esq
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

and sent via U.S. Mail to:

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds
  And American E & S


s/Thomas A. Matthews_____
Thomas A. Matthews