IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CERTAIN UNDERWRITERS AT LLOYDS,    )
LONDON, SUBSCRIBING TO CERTIFICATE)
OF INSURANCE OP01 0025, through Puget )
Sound Underwriters, Inc.,    )
                                        )    IN ADMIRALTY
           Plaintiffs,    )
    vs.    )
                                          )
INLET FISHERIES, INC., an Alaska    )
Corporation, and INLET FISH PRODUCERS,)    Case No.:  A04-0058 CV
INC., an Alaska corporation,    )    (JWS)
                                          )
          Defendants.    )
_____ )
INLET FISH PRODUCERS, INC., an Alaskan)
Corporation,    )
                                          )
          Third-Party Plaintiffs,    )
    vs.    )
                                          )
TOTEM AGENCIES, INC., a Washington    )
Corporation, and AMERICAN E & S    )
INSURANCE BROKERS CALIFORNIA, INC. )
a Washington corporation,    )
                                          )
          Third-Party Defendants.    )
_____ )

**(PROPOSED) ORDER GRANTING EXTENSION OF TIME**

The Court, having reviewed the parties' Stipulation for Extension of Time filed

herewith,

IT IS HEREBY ORDERED that Inlet Fisheries, Inc. and Inlet Fish Producers,

Inc. shall have until Friday, February 3, 2006 in which to file their Opposition to

Totem's Motion for Summary Judgment, and that Totem Agencies will likewise have

until Friday, February 3, 2006 to file its Opposition to the Inlet Entities' Motion for

Partial Summary Judgment (corrected copy).

ENTERED this _____ day of _____ 2006.


_____
JOHN W. SEDWICK
United States District Court Judge


Certificate of Service

I certify that on this 31st day of January 2006, I
caused to be served by electronic mailing
the foregoing document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
 And American E & S

John A. Treptow, Esq.
Wendy E. Leukuma, Esq
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

and sent via U.S. Mail to:

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds
 And American E & S


s/Thomas A. Matthews_____
Thomas A. Matthews