## INDEX OF EXHIBITS FOR TOTEM'S OPPOSITION
## TO INLET ENTITIES' PARTIAL MOTION FOR SUMMARY JUDGMENT
## (A04-0058 CV)

A.	Deposition of Vincent L. Goddard, November 9, 2005

I.	Deposition of Eric Alan Parthemer 30(b)(6), dated November 17, 2005.

J.	Deposition of Vincent L. Goddard 30(b)(6) of Inlet Fisheries, Inc., dated November 10, 2005

K.	Deposition of Vincent L. Goddard 30(b)(6) of Inlet Fish Producers, Inc., dated November 10, 2005