VINCENT L. GODDARD  
Vol. 1  
11/9/2005  
LLOYDS LONDON v. INLET FISHERIES  
A04-0058 Civil

```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ALASKA

CERTAIN UNDERWRITERS AT LLOYDS,  )
LONDON, SUBSCRIBING TO           )
CERTIFICATE OF INSURANCE         )
OP01 0025, through Puget Sound   )
Underwriters, Inc.,              )
                                 )
              Plaintiffs,        )
                                 )
vs.                              )
                                 )
INLET FISHERIES, INC., an        )
Alaska Corporation, and          )
INLET FISH PRODUCERS, INC.,      )
an Alaska Corporation,           )
                                 )
              Defendants,        )
_____)
                                 )
INLET FISH PRODUCERS, INC.,      )
an Alaskan Corporation,          )
                                 )
    Third-Party Plaintiffs,      )
                                 )
vs.                              )
                                 )
TOTEM AGENCIES, INC., a          )
Washington Corporation, and      )
AMERICAN E&S INSURANCE BROKERS   )
CALIFORNIA, INC., a Washington   )
Corporation,                     )
                                 )
    Third-Party Defendants.      )
_____)
IN ADMIRALTY
USDC Alaska No.:  A04-0058 CV


            VIDEOTAPE DEPOSITION OF VINCENT L. GODDARD

                         November 9, 2005
```

RECEIVED  
MATTHEWS & ZAHARE  
NOV 2 3 2005  
File No. 3500-13  
Atty TPM  
Approved to File

Exhibit A  
Page 1 of 16

```
 1   Q    In the Bering Sea?
 2   A    No.  In the mouth of the Quinhagak or the Kanetok River
 3        near Quinhagak.
 4   Q    How long did IFI continue to operate the QP in any
 5        capacity?
 6   A    Basically through direct operations and ownership through
 7        the time it was scuttled.
 8   Q    The QP was brought to Bethel then in -- did you say 1988,
 9        '89, somewhere in that time frame?
10   A    Yes.
11   Q    And it was moored to the dock where it was used as a
12        processor, correct?
13   A    Yes.  Actually, I'm not sure that that was -- it may have
14        been the Maren I that went there first in '88 because I
15        think the QP was actually involved in the oil spill.  I
16        don't really remember exactly which one was brought out
17        there first, the Maren I and the QP.
18   Q    When you say the Q -- the Maren I was actually involved in
19        the oil spill, you're talking about the Exxon Valdez?
20   A    The Exxon Valdez oil spill.  And the Motor Vessel Trident
21        carried it out to Bethel afterwards.  I'm not sure whether
22        it was brought back -- to tell you the truth, I don't
23        remember which vessel got in there first.  Ultimately both
24        the Maren I and the QP were in Bethel and used as support
25        facilities for the shore operation there.
```

Exhibit A
Page 2 of 16

```
 1   A    I have no idea.
 2   Q    Any reason to believe it was not an accurate answer at
 3        this time?
 4   A    No.  No idea.  No reason to believe it was not an accurate
 5        answer.
 6   Q    The vessels proposed for insurance on this application,
 7        Exhibit D, included two other vessels, the Fort Yukon and
 8        the QP, correct?
 9   A    Yes.
10   Q    Do you know whether or not the QP had protection and
11        indemnity insurance on it in September of 2002?
12   A    I do not know, but I believe that it did not.
13   Q    Why do you believe it did not?
14   A    It's my recollection that it expired in the spring of
15        2002.
16   Q    Was an effort made to your knowledge to renew the
17        protection and indemnity coverage on the QP in the spring
18        of 2002?
19   A    I don't recall.
20   Q    Was that something you were involved in anyway?
21   A    I may have been peripherally involved, but I don't recall.
22   Q    You have a personal memory that the coverage expired.
23   A    Yes.
24   Q    And you have a personal memory that the coverage was not
25        replaced as of the spring of 2002.
```

Computer Matrix, LLC              Phone - 907-243-0668      Exhibit  A         jpk@gci.net
310 K Street, Suite 200           Fax     907-243-1473                         sahile@gci.net
                                                            Page  3  of  16

Page 56

| | | |
|---|---|---|
| 1 | A | That's what I believe. |
| 2 | Q | Do you have a memory at all of why that transpired? |
| 3 | A | No. |
| 4 | Q | Do you know whether or not in September of 2002 the QP had |
| 5 | | hull and machinery coverage? |
| 6 | A | No, I don't know. |
| 7 | Q | Do you have a belief? |
| 8 | A | Yes. |
| 9 | Q | What's your belief? |
| 10 | A | That it didn't. |
| 11 | Q | Did not? |
| 12 | A | Yeah. |
| 13 | Q | Do you know when it last had had hull and machinery |
| 14 | | coverage? |
| 15 | A | I believe it would have been coincident with the P&I |
| 16 | | coverage. |
| 17 | Q | So it would have expired then in the spring of '02, the |
| 18 | | same time the P&I coverage expired? |
| 19 | A | That would be my guess. |
| 20 | Q | Do you personally have any understanding why hull and |
| 21 | | machinery coverage was not maintained after the spring of |
| 22 | | 2002 on the QP? |
| 23 | A | No. |
| 24 | Q | Do you know whether or not the lack of P&I coverage or |
| 25 | | hull and machinery coverage on the QP following the spring |

Page 57

```
 1       of 2002 had anything to do with the lack of current
 2       surveys?
 3  A    I don't recall, but there could be a connection.
 4  Q    You say there could be a connection because you have a
 5       vague memory that there was a connection or.....
 6  A    No.  Just based on experience that that's sometimes a
 7       reason.  In other words, insurance carriers will request
 8       from time to time new surveys.
 9  Q    And failing new surveys, insurance carriers from time to
10       time will refuse to renew policies.
11  A    Yeah.  And if that occurred on that one, I'm not sure what
12       -- I don't really recall.  They may have been requiring an
13       out-of-water survey or something like that, which would
14       have been virtually impossible for that vessel.
15  Q    For the QP?
16  A    Yeah.
17  Q    Why would that be virtually impossible?
18  A    You'd have to haul it very long distance to somewhere
19       where it could be done.
20  Q    No such facilities exist in Bethel, right?
21  A    Or anywhere near.
22  Q    What's the closest place you could do that?  Seward?
23  A    Seward or Kodiak, probably.
24  Q    Over the years that you have been in the salmon processing
25       business, is that an experience that you have had before
```

VINCENT L. GODDARD            11/9/2005            LLOYDS LONDON v. INLET FISHERIES
Vol. 1                                                              A04-0058 Civil

Page 72

```
 1   A   No.
 2   Q   Do you have an understanding as to whether or not IFI has
 3       made any payments of any kind to any of the fishermen
 4       claimants?
 5   A   Not specifically, no.
 6   Q   Same question with respect to IFP.
 7   A   Well, I know that IFP has made payments to the claimants
 8       but for fish purchased.
 9   Q   Okay.  I wasn't very clear in my question.  I apologize.
10   A   That's why I thought I'd finish out the answer for you.
11   Q   Do you know whether or not IFP has made payments to any of
12       the claimants for spill-related damages?
13   A   To my knowledge, no.
14   Q   And the same question with respect to IFI.
15   A   Once again, no.
16   Q   To your knowledge, have either IFI or IFP made any
17       payments with respect to damages claimed by the claimants
18       in Bethel for.....
19       MR. TREPTOW:  I'm sorry.
20   A   I think it's the same question that you asked before.  I
21       don't see the difference.
22   Q   I just wanted to expand it a little bit instead of saying
23       spill-related.  I mean there are additional -- other than
24       direct oil damage claims, they're claiming some.....
25   A   We have made no -- both IFI and IFP have made no payments
```

```
 1        as to any claims related to that lawsuit.
 2   Q    You answered it much better than I asked it.  Thank you.
 3        MR. TREPTOW:  Can we go off the record for a second.  I'd
 4   like to talk to the witness.
 5        MR. MATTHEWS:  Sure.  Actually, what I was.....
 6        (Off record)
 7        (On record)
 8        (Court reporter Nathaniel Hile returns)
 9        REPORTER:  Back on record.  The time is 1:34 p.m.
10   Counsel, you may proceed.
11   Q    Mr. Goddard, we've now had a lunch break over the course
12        of the last hour and I wanted to ask you generally is
13        there anything at this point in time that you need to
14        correct based upon our discussions this morning?
15   A    I don't have anything to correct based on our discussions
16        this morning, but a discussion I had with Eric just in the
17        anteroom suggests that my scenario when we started
18        business was inaccurate.
19   Q    You're talking about a conversation you and he just
20        had.....
21   A    Yeah.
22   Q    .....moments ago?
23   A    Yeah.
24   Q    Okay.  And how would you correct that?
25   A    He leads me to believe, and I think that he's correct,
```

```
 1          hall here moments ago, anything else that you feel the
 2          need to correct at this point?
 3   A      Once again, there may -- some of my renditions related to
 4          time, you know, scenarios and everything may be incorrect,
 5          but I don't know of any others besides that that need to
 6          be corrected at this point.
 7   Q      Okay.  We were discussing just before we broke -- I
 8          believe that you said you had not -- neither IFP nor IFI
 9          have made any payments to any of the fisherman claimants
10          in the Bethel litigation specifically related to damages
11          that they claim in those lawsuits.
12   A      That's correct.
13   Q      Have you made -- strike that.  Has IFP or IFI made
14          payments of any kind relating to the QP incident to any
15          other entity?
16          MR. TREPTOW:  Objection in the sense it assumes payments
17   have been made to anyone.
18   Q      That's the question.  Have any payments been made to
19          anyone relating to the QP incident?
20   A      Well, in the sense that we sent Steve Sather out there to
21          represent Inlet Fisheries interest, he was paid.
22   Q      Steve was an employee?
23   A      Yes.
24   Q      On the payroll at the time?
25   A      No.  He was sent out specifically for that project.
```

1   Q   Was he not otherwise on the payroll before that incident?
2   A   He was off the payroll by that point in time. He's a
3       seasonal employee.
4   Q   Any other payments you can think of?
5   A   Other than anything that would have been directly related
6       to what he was doing up there, for instance skiff rental
7       or something like that. That would be it. Maybe lodging,
8       you know.
9   Q   So expenses related particularly to his stay up in Bethel.
10  A   Yes.
11  Q   Let me see -- I may be leading into tomorrow's questioning
12      a little bit, but let me ask this just to clarify who the
13      right person to ask some of these questions is. Would
14      questions relating to specific payments like that to Steve
15      Sather or such things, would those be better directed to
16      you or to Laura Herr?
17  A   Regarding specific payments, she would know more about
18      things than I would.
19  Q   Was Laura on the payroll before Patrick Clear departed?
20  A   Yes.
21  Q   So there was some period of overlap?
22  A   She was on the payroll before Patrick Clear arrived.
23  Q   Okay. So she's worked for you for 20 years or so, maybe
24      longer?
25  A   Who's counting? I don't know. No, the longest time she

Page 79

```
1   Q   Is it fair to say the Coast Guard federalized that spill
2       within 48 hours?
3   A   I don't know.  I mean I'm sure there's records that would
4       indicate it, so I don't know if there's any reason to
5       respond.
6   Q   It was pretty quick though?
7   A   Yes.
8   Q   As a result of that federalization, the national NFP sent
9       a bill to Inlet Fisheries for its spill-related expenses,
10      correct?
11  A   Yes.
12  Q   And that bill is in the amount of roughly $460,000, 465,
13      something like that?
14  A   Yes, it is.
15  Q   Has any portion of that bill been paid?
16  A   No.
17  Q   Have arrangements been made of any kind to pay that bill?
18  A   No.
19  Q   Do you have any agreement with the NFP for repayment of
20      that bill?
21  A   What do you mean by repayment?
22  Q   For payment of any kind.
23  A   Oh.  No.
24  Q   Is there any settlement of any kind relating to that bill?
25  A   No.
```

VINCENT L. GODDARD   11/9/2005   LLOYDS LONDON v. INLET FISHERIES
Vol. 1   A04-0058 Civil

Page 85

```
 1                    (Deposition Exhibit E marked)
 2   Q    Have you had a chance to look at.....
 3   A    Yes.
 4   Q    .....what we've marked as Exhibit E?
 5   A    Yes.
 6   Q    What I want to draw your attention to -- well, first of
 7        all, is that an affidavit that you signed on October 10,
 8        2003?
 9   A    I have every reason to believe it is.
10   Q    That's your signature on the third page?
11   A    Yes.
12   Q    And it appears to have been notarized in front of an
13        Alaska notary public.
14   A    Yes, at BGO.
15   Q    Take a look at paragraph four of that affidavit.
16   A    Yes.
17   Q    Does that help refresh your memory as to what vessels
18        which entity had?
19   A    I believe that this statement is coincident with the one I
20        gave you.
21   Q    It wasn't clear from the affidavit what the relevant times
22        were that they were talking about, so let me just see if I
23        can't make sure that we're clear for purposes of our
24        record.  So in May of '03 you said that Inlet Fish
25        Producers had the Fort Yukon.
```

```
 1   A    Fort Yukon.
 2   Q    The Harvester Barge.
 3   A    Harvester Barge.
 4   Q    Mr. Alexie, Barge I.
 5   A    And that was it.
 6   Q    And that was it.  The Inlet Harvester was owned by.....
 7   A    Inlet Harvester isn't on here.
 8   Q    It's not listed in the affidavit.
 9   A    Yeah.  It should have been listed as IFP as the owner.
10   Q    Okay.
11   A    And by May of 2003 the Schenk's Arc had been sold and the
12        Maren I and the Quanirtuuq Princess were no longer in
13        evidence.  There's another vessel that was left out of
14        here, too.  The Casco Bay was owned by Inlet Fisheries,
15        Inc.  Of course, I might also add that paragraph four
16        doesn't say that this is necessarily a complete and
17        exhausted list.  It merely says that these vessels were
18        owned.
19   Q    Okay.  Working through -- let me just make sure that we're
20        clear on this list then.  May of '03 you had -- excuse me,
21        IFP owned the Fort Yukon, Harvester Barge, Mr. Alexie,
22        Barge I and Inlet Harvester.
23   A    Yes.
24   Q    At that point in time, the QP was no longer in existence,
25        true?
```

Page 87

```
 1   A   Yes.
 2   Q   Maren I was no longer in existence.
 3   A   Yeah.
 4   Q   The Yukon II was owned by IFI?
 5   A   Yes.
 6   Q   Schenk's Arc was owned by.....
 7   A   Schenk's Arc had been sold.
 8   Q   Okay.  Casco Bay, was that still part of the fleet?
 9   A   It was owned by Inlet Fisheries.
10   Q   If we drop back a year to August of 2002, we're still
11       dealing with the same total universe of vessels, right?
12       No other names to add to the list?
13   A   Right, except the QP would be back on the list.
14   Q   And the Maren I had been scuttled by that point.....
15   A   Yes.
16   Q   .....but the QP was on the list.
17   A   Yeah.
18   Q   Schenk's Arc was still owned?
19   A   I believe the Schenk's Arc was sold in 2002 in the spring.
20   Q   Did IFP in August of 2002 still have the Fort Yukon,
21       Harvester Barge, Mr. Alexie, Barge I?
22   A   Yes.
23   Q   And the Inlet Harvester was owned at that point in time
24       by.....
25   A   I believe IFP.
```

Computer Matrix, LLC                Phone - 907-243-0668                    jpk@gci.net
310 K Street, Suite 200             Fax    907-243-1473    Exhibit  A       sahile@gci.net
                                                           Page  13  of  16

Page 88

```
 1   Q   Okay.  How about in 2001, working through the list.
 2   A   This is a mental memory game?
 3   Q   To the best of your memory.  I understand that we're.....
 4   A   You mean what changes might be.
 5   Q   Well, let me try it this way.
 6   A   It's beginning to be like the 12 Days of Christmas song.
 7   Q   In the time period 2000 to 2003, does the list we've just
 8       gone through, Fort Yukon, Harvester Barge, Mr. Alexie,
 9       Barge I, Inlet Harvester, Yukon II, QP, Maren I, Schenk's
10       Arc and Casco Bay, does that represent the Inlet fleet if
11       you will?
12   A   I'm not sure.  I've gone over this before and there's
13       always a boat or two that pop up and I go, oh, that one,
14       too.  For instance, the Barge Ranger we sold to a
15       gentleman in Kodiak and I believe the time of that sale
16       was probably 2001, so if you go back to 2000 that was one
17       of the owned vessels.
18   Q   Is it fair to say that in the summer of 2000 you owned
19       more vessels than you had insured for pollution liability?
20   A   Yes.
21   Q   The same thing would be true for 2001?
22   A   Yes.
23   Q   The same thing would be true for 2002?
24   A   Yes.
25   Q   And does that continue to be true for today?
```

```
 1    A    Yes.  As it turned out, we didn't have insurance.
 2    Q    During the years that you had purchased insurance there
 3         were nonetheless vessels that you did not choose to
 4         insure, correct?
 5    A    That's correct.
 6    Q    And that was true for pollution liability.
 7    A    Yes.
 8    Q    Also true at different times for P&I coverage.
 9    A    Yes.
10    Q    Also true at different times for hull and machinery
11         coverage.
12    A    Yes.
13    Q    So for the assets that were part of the Inlet fleet, if I
14         can call it that, at various different points in time
15         you've had insurance coverage on them or not.....
16    A    Yes.
17    Q    .....depending upon circumstances.
18    A    Yes.
19    Q    As a matter of choice.
20    A    Generally, yes.
21    Q    Is it fair to say that you would choose to insure those
22         vessels as a business decision depending upon
23         circumstances then prevailing?
24    A    Yes.
25    Q    Sometimes it's a matter of money?
```

Page 134

```
 1                      C E R T I F I C A T E

 2   UNITED STATES OF AMERICA        )
                                     ) ss
 3   STATE OF ALASKA                 )

 4         I, Joseph P. Kolasinski, Notary Public in and for the

 5   state of Alaska, residing in Anchorage in said state, do hereby

 6   certify that the deponent in the foregoing matter was duly

 7   sworn to testify to the truth, and nothing but the truth;

 8         That said testimony was taken at the time and place

 9   therein stated;

10         That the testimony of said witness was recorded by

11   videotape and electronically and thereafter transcribed under

12   my direction and reduced to print;

13         That the foregoing is a full, complete, and true record of

14   said testimony.

15         I further certify that I am not a relative, nor employee,

16   nor attorney, nor of counsel of any of the parties to the

17   foregoing matter, nor in any way interested in the outcome of

18   the matter therein named.

19         IN WITNESS WHEREOF I have hereunto set my hand and affixed

20   my seal this 22nd day of November, 2005.

21

22                              _____

23                              Joseph P. Kolasinski, Notary Public
                                in and for the State of Alaska.

                                My Commission Expires:  03/12/2008
24

25
```