FROM :MARINE INSURANCE MANAGER TO : 425-827-5177   1900-08-16   13:10   #651 P.02/04

# Puget Sound Underwriters, Inc.

520 PIKE STREET, SUITE 2120
SEATTLE, WA 98101
(206) ~~682-5955~~ 709-2000
FAX 206-~~624-4692~~ 709-2001

## APPLICATION: U.S. OIL POLLUTION ACT OF 1990

1. **APPLICANT:** Inlet Fisheries, Inc; Inlet Fish Producers, Inc + Arctic Salmon,
   **ADDRESS:** P O Box 530
   Kenai, AK 99611

2. **EFFECTIVE:** TBD

3. 

| VESSEL NAME | GRT | YR BUILT/REBUILT | CONSTRUCTION | SELF-PROPELLED? |
|---|---|---|---|---|
| See Attached | | | | |

4. **DESCRIPTION OF OPERATIONS:** Fish Processing

5. **POLLUTION LOSS HISTORY:** None

6. **CURRENT CARRIER:** Water Quality Ins. Syndicate

7. Under OPA 1990, "**tank vessel**" means a vessel that is constructed or adapted to carry, or that carries, oil or hazardous material in bulk as cargo or cargo residue, and that: (A) is a vessel of the United States; (B) operates on the navigable waters; or (C) transfers oil or hazardous material in a place subject to the jurisdiction of the United States.
   IS THIS VESSEL A "TANK VESSEL"?   YES ____   NO  X
   NOTE: If "YES", please complete other side of this application form.

8. If the vessel is **not** a "tank vessel", will it carry **any** oil on board (including gas, diesel, fuel) in containers, or barrels for others (i.e. not for use in propelling itself)?   YES ____   NO  X
   NOTE: If "YES", please complete other side of this application form.

9. Does the vessel carry hazardous material?   YES ____   NO  X
   NOTE: If "YES", please complete other side of this application form.

10. **Limits requested:** Article A: $1 Mil  Article B: $5 Mil  Art D: $137,50/250 u
    Article E: $1 Mil
    Article F: $1 Mil   LP: Jack Micelli DBA Silver Salmon Co (re: Q Princess)
    Article G: 1095   $500 Deductible Art D

**OPA 1990 RESPONSIBILITY REQUIREMENTS:**
(a) Tank vessels 3,000 GRT & less: $1,200. per GRT or; $2,000,000. whichever is greater
(b) Tank vessels OVER 3,000 GRT: $1,200. per GRT or $10,000,000. whichever is greater
(c) ALL OTHER VESSELS: $600. per GRT or $500,000. whichever is greater

**PRODUCER:** Eric Parthemer
Totem Agencies, Inc.

EXHIBIT Klier #9
BLN 11-16-05

8/17/00
DATE

PSUI/APP-OPA 2/91

EXHIBIT D
Page 1 of 3

FROM :MARINE INSURANCE MANAGER TO :   425-827-5177   1900-08-16   13:10   #651 P.03/04

Complete the following if answers to Question 7., 8., or 9. on reverse is "YES"

(1) Vessel will carry: 
   ___ under 10,000 gallons
   ___ under 25,000 gallons
   ___ under 50,000 gallons
   ___ under 100,000 gallons
   ___ other: _____

(2) Details of the operations involving the transportation of the oil, gas, diesel, fuel, hazardous materials in question: _____
_____

(3) If the vessel is a "tank vessel", additional details on hull construction:
   ___ single hull
   ___ double hull
   ___ double sides only
   ___ double bottom only

(4) Latest survey date: _____
Have recommendations been complied with? _____
(A copy of the survey may be requested by Underwriters.)

PSUI/APP-OPA 2/91

EXHIBIT D
Page 2 of 3

FROM :MARINE INSURANCE MANAGER TO    :    425-827-6177    1900.08-16    13:11    #651 P.04/04

## SUPPLEMENTAL VESSEL SCHEDULE

| # | VESSEL NAME | GRT | YR BUILT/REBUILT | CONSTRUCTION | SELF-PROPELLED? |
|---|---|---|---|---|---|
| 1 | Fort Yukon | 1403 | 1963 | Steel | No |
| 2 | Yukon II | 564 | Unknown | Steel | No |
| 3 | Harvester Barge | 670 | 1944 | Fiberglass | No |
| 4 | Quanirtuq Princess | 276 | 1944 | Steel | No |

PSOI/APP-OPA 2/91-SUPP

EXHIBIT D
Page 3 of 3