```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3      _____
 4
        CERTAIN UNDERWRITERS AT LLOYD'S,    )
 5      LONDON, SUBSCRIBING TO              )
        CERTIFICATE OF INSURANCE OP01       ) Case No.
 6      0025, through Puget Sound           )
        Underwriters, Inc.,                 ) A04-0058 CV (JWS)
 7                                          )
                   Plaintiffs,              )
 8                                          )
               vs.                          )
 9                                          )
        INLET FISHERIES, INC., an Alaska    )
10      corporation, and INLET FISH        )
        PRODUCERS, INC., an Alaska          )
11      corporation,                        )
                                            )
12              Defendants and              )
                Third-Party Plaintiffs,     )
13                                          )
               vs.                          )
14                                          )
        TOTEM AGENCIES, INC., a             )
15      Washington corporation,             )
                                            )
16              Third-Party Defendant.      )
17      _____
18
                  DEPOSITION OF RONALD SCOTT BOARDMAN
19                   Friday, November 18, 2005
                        Seattle, Washington
20
21
22
23
        Reported by:
24      Amy Patricia Rostad
        CCR No. 1901
25      Job No. 75219B
```

Page 30

```
 1       underwriters renew the account, or properly handle
 2       nonrenewing with proper and legal notices."
 3   A.  Okay.  I don't see that here.  Where is it at?
 4                   MR. MATTHEWS:  Last one.
 5   A.  Okay.  Okay.
 6   Q.  (By Mr. Treptow)  After writing that to Ms. Brown, did you
 7       recall her responding to you in any way about the matters
 8       that you had written of on --
 9   A.  No, I do not.
10   Q.  Do you have a recollection of trying to get the Lloyd's
11       policy that was in effect from August of 2002 to August of
12       2003 to get that renewed for the following year?
13   A.  Repeat that question.
14   Q.  Sure.  Do you remember trying to get the existing Lloyd's
15       policy that you had been involved in in 2002, to try to get
16       that renewed starting in August of 2003?
17   A.  I don't remember that at all.
18   Q.  You earlier testified that based upon your experience, it's
19       the insureds who fill out insurance applications and not the
20       broker, correct?
21   A.  Correct.
22   Q.  What is your understanding of the rationale behind having the
23       insured fill out applications for insurance rather than the
24       broker?
25   A.  It's for an E&O exposure.  I feel the insured should fill out
```

Page 31

1      an application so they give their information that they know

2      and you complete it correctly.  I mean, that's my term.

3  Q.  Well, do you -- and in your experience, has that been the

4      practice that has been followed by the insurance brokers that

5      you've worked for?

6  A.  Yes.

7  Q.  In your opinion, is -- would it be appropriate for the broker

8      to fill out an insurance application -- an application for

9      insurance, then run it by the insured for its review and

10     approval, and then submit it?

11  A.  Are you asking me if that's okay?

12  Q.  Yes.  In your opinion.

13  A.  In my opinion, no, that's not okay.

14                MR. TREPTOW:  That's all the questions I

15     have.  Thank you very much, Mr. Boardman.

16  A.  Thank you.

17                MR. MATTHEWS:  Can we take a short break?

18                MR. TREPTOW:  Sure.

19                    (Recess 12:17-12:25 p.m.)

20                    (Exhibit Nos. 13 & 14 marked

21                    for identification.)

22  Q.  (By Mr. Treptow)  Mr. Boardman, could you look at Exhibit 7

23     for a second.

24  A.  Okay.

25  Q.  Now, Exhibit 7 is the application for insurance that you