INLET FISHERIES 30(b)(6)　　　　11/10/2005　　　　LLOYDS LONDON v. INLET FISHERIES
Vol. 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　A04-0058 Civil

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF ALASKA
 3    CERTAIN UNDERWRITERS AT LLOYDS,  )
      LONDON, SUBSCRIBING TO           )
 4    CERTIFICATE OF INSURANCE         )
      OP01 0025, through Puget Sound   )
 5    Underwriters, Inc.,              )
                                       )
 6              Plaintiffs,            )
                                       )
 7    vs.                              )
                                       )
 8    INLET FISHERIES, INC., an        )
      Alaska Corporation, and          )
 9    INLET FISH PRODUCERS, INC.,      )
      an Alaska Corporation,           )
10                                     )
                Defendants,            )
11    _____)
                                       )
12    INLET FISH PRODUCERS, INC.,      )
      an Alaskan Corporation,          )
13                                     )
         Third-Party Plaintiffs,       )
14                                     )
      vs.                              )
15                                     )
      TOTEM AGENCIES, INC., a          )
16    Washington Corporation, and      )
      AMERICAN E&S INSURANCE BROKERS   )
17    CALIFORNIA, INC., a Washington   )
      Corporation,                     )
18                                     )
         Third-Party Defendants.       )
19    _____)
      IN ADMIRALTY
20    USDC Alaska No.:  A04-0058 CV
21
                VIDEOTAPE DEPOSITION OF VINCENT L. GODDARD
22                30(b)(6) of INLET FISHERIES, INC.
23                       November 10, 2005
24
25                                          EXHIBIT  G
                                            Page  1  of  2
```

COPY

| INLET FISHERIES 30(b)(6) | 11/10/2005 | LLOYDS LONDON v. INLET FISHERIES |
| Vol. 1 | | A04-0058 Civil |

Page 49

```
 1        Inc.'s operations have been any different?
 2    A   Well, if we'd known back in 2000 that there was no
 3        insurance available for the QP, we may very well have done
 4        something different in order to get rid of the boat,
 5        including scuttling it.
 6    Q   Scuttling it prior to -- you might have scuttled it
 7        yourself?
 8    A   Well, we would have hired Magone to do it.  I discussed it
 9        with him.
10    Q   When?
11    A   When we hired him to do the Maren I.
12    Q   So at the time you were scuttling the Maren I, you were
13        considering scuttling the QP?
14    A   Considering the future potential requirement to do so.
15    Q   Why?
16    A   If a boat has less and less economic value, you have to do
17        something with it.
18    Q   Including sinking it?
19    A   That's one of the alternatives.
20    Q   Is it fair to say that following the 2001 fishing season
21        in Bethel that the QP essentially had no value to Inlet
22        Fisheries, Inc.?
23    A   It was of di minimus value.
24    Q   I was more of a liability than value?
25    A   Certainly with retrospective viewpoint, yes.
```

EXHIBIT G
Page 2 of 2