```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   CERTAIN UNDERWRITERS AT LLOYDS,  )
     LONDON, SUBSCRIBING TO           )
 4   CERTIFICATE OF INSURANCE         )
     OP01 0025, through Puget Sound   )
 5   Underwriters, Inc.,              )
                                      )
 6              Plaintiffs,           )
                                      )
 7   vs.                              )
                                      )
 8   INLET FISHERIES, INC., an        )
     Alaska Corporation, and          )
 9   INLET FISH PRODUCERS, INC.,      )
     an Alaska Corporation,           )
10                                    )
                Defendants,           )
11   _____)
                                      )
12   INLET FISH PRODUCERS, INC.,      )
     an Alaskan Corporation,          )
13                                    )
         Third-Party Plaintiffs,      )
14                                    )
     vs.                              )
15                                    )
     TOTEM AGENCIES, INC., a          )
16   Washington Corporation, and      )
     AMERICAN E&S INSURANCE BROKERS   )
17   CALIFORNIA, INC., a Washington   )
     Corporation,                     )
18                                    )
         Third-Party Defendants.      )
19   _____)
     IN ADMIRALTY
20   USDC Alaska No.:  A04-0058 CV
21
            VIDEOTAPE DEPOSITION OF VINCENT L. GODDARD
22            30(b)(6) of INLET FISH PRODUCERS, INC.
23                     November 10, 2005
24
25
                                           EXHIBIT H
                                           Page 1 of 2
```

```
 1   A   Yes.
 2   Q   Was IFP the owner of that vessel at the time?
 3   A   Yes.
 4   Q   Was IFP also actively trying to sell the vessel at the
 5       time?
 6   A   Yes.
 7   Q   Had it, in fact, entered into a tentative sale to Faulkner
 8       Walsh?
 9   A   It was a serious discussion.
10   Q   It had been offered for sale to Faulkner Walsh at that
11       time?
12   A   No specific terms had been agreed to, just discussed.  A
13       range of prices had been discussed.
14   Q   And within a matter of weeks after the pollution incident
15       involving the Harvester Barge in May 2003 the vessel was
16       sold to Faulkner Walsh?
17   A   Actually within one day of terminating the spill cleanup
18       it was sold.
19   Q   I believe you said yesterday it was sold for $5,000.
20   A   Yes.
21   Q   At the time of the spill in May 2003, what insurance
22       coverage did IFP have on the Harvester Barge?
23   A   There was hull and machinery insurance that terminated on
24       May 5th, I believe.
25   Q   2003?
```

EXHIBIT H
Page 2 of 2