*Record ALL Conversations — Use THIS FORM Only*

**MEMO of** [PHONE Call ☒ or VISIT ☐]  WITH: Tony Gerone  DATE: 6/1/ω
OF: WGI  HOUR: 8:42 AM
PHONE NO. 212-292-8700  x 26

SUBJECT: Inlet Fisheries.

Survey back from Inlet Fisheries on condition of vessels.

Conditions of the Vessels

- If they get surveyed at there expense — by surveyor of WGI choice —

- Adhere to recommendations of surveyor will rescind ~~cancel~~ cancellation.

short term problem

Willing to work out the Long term problems.

left V/M requesting list of Survey fees

ALSO REFERRED TO: _____

TOT 01328

BY _____

OFF-118


Exhibit: 7
Wit: J TOWNSEND
Date: 11-18-05
Amy Rostad, CCR
Esquire Deposition Services

EXHIBIT I
Page 1 of 1

