VINCENT L. GODDARD          11/9/2005          LLOYDS LONDON v. INLET FISHERIES
Vol. 1                                                              A04-0058 Civil

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                      FOR THE DISTRICT OF ALASKA
 3   CERTAIN UNDERWRITERS AT LLOYDS, )
     LONDON, SUBSCRIBING TO          )
 4   CERTIFICATE OF INSURANCE        )
     OP01 0025, through Puget Sound  )
 5   Underwriters, Inc.,             )
                                     )
 6            Plaintiffs,            )
                                     )
 7   vs.                             )
                                     )
 8   INLET FISHERIES, INC., an       )
     Alaska Corporation, and         )
 9   INLET FISH PRODUCERS, INC.,     )
     an Alaska Corporation,          )
10                                   )
              Defendants,            )
11   _____)
                                     )
12   INLET FISH PRODUCERS, INC.,     )
     an Alaskan Corporation,         )
13                                   )
         Third-Party Plaintiffs,     )
14                                   )
     vs.                             )
15                                   )
     TOTEM AGENCIES, INC., a         )
16   Washington Corporation, and     )
     AMERICAN E&S INSURANCE BROKERS  )
17   CALIFORNIA, INC., a Washington  )
     Corporation,                    )
18                                   )
         Third-Party Defendants.     )
19   _____)
     IN ADMIRALTY
20   USDC Alaska No.:  A04-0058 CV
21
              VIDEOTAPE DEPOSITION OF VINCENT L. GODDARD
22
                          November 9, 2005
23
24
25                                              EXHIBIT __
                                                Page _1_ of _3_
```

Computer Matrix, LLC          Phone - 907-243-0668          jpk@gci.net
310 K Street, Suite 200       Fax     907-243-1473          sahile@gci.net

Page 37

1       realized, I don't even remember for sure, but WQIS was
2       actually requesting that it go through a particular
3       surveyor. I think that basically, from what they told me,
4       is that they just didn't have the time to do it and, you
5       know, the ability to do it in the time frame provided by
6       the time that it was asked of them. I don't know if
7       that's exactly the case or not. That's my recollection.
8   Q   Who in Bethel gave you that information?
9   A   It was either Stewart Curry or Jack Miceli.
10  Q   Stewart Curry was the plant manager in Bethel at the time?
11  A   Yes.
12  Q   And Jack Miceli was.....
13  A   He was overall in charge of operations in western Alaska.
14  Q   Was Jack Miceli an employee of IFI?
15  A   Yes.
16  Q   Also providing services to IFP?
17  A   Yes.
18  Q   Stewart Curry was an employee of IFI at the time?
19  A   No, he was an employee of Arctic Salmon.
20  Q   If I understand what you said a moment ago, is it fair to
21      say that you became aware at some point in the summer of
22      2000 that WQIS was requiring surveys on your vessels as a
23      condition of staying on the pollution risk, true?
24  A   Yes.
25  Q   And by the time you became aware of it, at least

VINCENT L. GODDARD                    11/9/2005              LLOYDS LONDON v. INLET FISHERIES
Vol. 1                                                       A04-0058 Civil

Page 57

| | | |
|---|---|---|
| 1 | | of 2002 had anything to do with the lack of current |
| 2 | | surveys? |
| 3 | A | I don't recall, but there could be a connection. |
| 4 | Q | You say there could be a connection because you have a |
| 5 | | vague memory that there was a connection or..... |
| 6 | A | No.  Just based on experience that that's sometimes a |
| 7 | | reason.  In other words, insurance carriers will request |
| 8 | | from time to time new surveys. |
| 9 | Q | And failing new surveys, insurance carriers from time to |
| 10 | | time will refuse to renew policies. |
| 11 | A | Yeah.  And if that occurred on that one, I'm not sure what |
| 12 | | -- I don't really recall.  They may have been requiring an |
| 13 | | out-of-water survey or something like that, which would |
| 14 | | have been virtually impossible for that vessel. |
| 15 | Q | For the QP? |
| 16 | A | Yeah. |
| 17 | Q | Why would that be virtually impossible? |
| 18 | A | You'd have to haul it very long distance to somewhere |
| 19 | | where it could be done. |
| 20 | Q | No such facilities exist in Bethel, right? |
| 21 | A | Or anywhere near. |
| 22 | Q | What's the closest place you could do that?  Seward? |
| 23 | A | Seward or Kodiak, probably. |
| 24 | Q | Over the years that you have been in the salmon processing |
| 25 | | business, is that an experience that you have had before |