

# Totem Agencies, Inc.

PO Box 3419
Kirkland, WA 98083-3419
10526 NE 68th
Kirkland, WA 98033

## IMPORTANT NOTICE
## TELECOPY COVER LETTER

**ATTN:**      Tony Gerone
**TO:**        WQIS
**FROM:**      Eric A Parthemer
**DATE:**      8-10-00
**FAX #**      1-212-292-8716
**TIME**       11:05 AM
**TOTAL PAGES, INCLUDING COVER PAGE   1**

### IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL US AT
### 1-425-827-8774 OR 1-800-347-8774 OR FAX 1-425-827-5177

**RE: Inlet Fisheries, Inc. #30-16489**

**Message :Tony,**

Please advise if the insured has the surveys and recommendations
complied with if you will remain at risk. Inlet Fisheries will have the
surveys done and comply with the recommendations shortly as the season
is winding down. They wanted to do the surveys and recommendations
prior to the storage of the vessels for winter. Please let me know what your
thoughts are.

Thanks
Eric Parthemer

*8/14/00 - 11:30 AM - Spoke to/Tony + per 8/7/00 they
are cancelling policy effective 21 Days from 8/7
or 60 days from date of survey completion not have
per their claims V.P. Fishing season should
occurred until done. Ofr.*

TOT 01302



Exhibit: 17
Wit: J TOWNSEND
Date: 11-18-05
*Amy Rosted, OCR*
*Esquire Deposition Services*



EXHIBIT K
Page 1 of 1