**Rowland Dawe**
19/09/02 17:46

To: "Molly Brown" <MMBrown@aesbrokers.com>
cc:
Subject: Re: Inlet Fisheries

Hi Molly

I will make the submission to underwriters tomorrow but following the "Quanirtuug Princess" incident I think that it is unlikely that they will agree to the addition of a vessel built in 1945. However in the meantime can you confirm that the assured has P & I coverage in place, including removal of wreck. A response for my opening tomorrow would greatly assist.
Thanks
Rowly

"Molly Brown" <MMBrown@aesbrokers.com>



"Molly Brown"
<MMBrown@aesbrok
ers.com>
19/09/02 16:18

To: <RDawe@ropnerins.co.uk>
cc:
Subject: Inlet Fisheries

Hello:

The assured wants to add another vessel. The broker and I discussed it before the QP claim occurred, but since I didn't have any information on it, other than the name, I never quoted it. We now have the info. I wasn't even sure underwriters would want to add the vessel so was careful not to suggest that it was a done deal.

It's the INLET HARVESTER. GRT: 722. Built 1945. Steel. Self-propelled.

What is underwriters' advice?

ALSO -- on the app we finally received, they list the QP incident, but DO NOT LIST the MARIN claim. Could we send NOC on this basis -- non disclosure of material fact? Or do uws want to try to recoup as much premium as possible?

Thanks very much,
Molly

*Not interested thanks*
*[signature]*
*24/9/02*



EXHIBIT 12
C. Elliot
9-26-04

EXHIBIT M
Page 1 of 1

ROP 00006

Exhibit C
Page 1 of 1