AUG 10 '00  08:14AM INLET SALMON 907 283 4097                         P.2

# WATER QUALITY INSURANCE SYNDICATE



80 BROAD STREET • NEW YORK, NY 10004
(212) 292-3700 • FAX (212) 292-8716

August 7, 2000

**By Registered Mail**
Inlet Fisheries
P.O. Box 530
Kenai, AK  99611

Re.:  Inlet Fisheries, Inc.
Policy No. 30-16489

Dear Sir or Madam:

Based on our review of our file for Inlet Fisheries, Inc., it appears that policy premiums have not been paid for the current policy period or the previous policy period. Moreover, Inlet Fisheries has failed to comply with WQIS's demand that its vessels be surveyed (which would allow WQIS to confirm exposure) and adhere to any recommendations by the surveyor. Accordingly, please consider this a twenty-day notice of cancellation in accordance with Section 21.36.220.

In the event that the survey requirements have been complied with and premiums paid, this letter shall constitute a sixty-day notice of cancellation. This cancellation is final.

In compliance with Section H of Part IV of the WQIS policy, we have sent the enclosed notice of cancellation to your broker, Eric Parthemer of Totem Agencies, Inc.

Sincerely,

Andrew J. Garger
Vice President, Legal

cc:   Mr. Eric Parthemer

TOT 01304

EXHIBIT  X
Page  1  of  1



DEFENDANT'S
EXHIBIT
22
KR 12/6/05