# TOTEM AGENCIES INC.
**INSURANCE**

P.O. Box 3419 • Kirkland, WA 98083-3419 • 10526 N.E. 68th • Kirkland, WA • 425-827-8774 • 800-347-8774 • Fax 425-827-5177

August 9, 1999



Mr. Patrick Klier
Inlet Fisheries, Inc.
PO Box 530
Kenai, AK 99611

Re:   Water Quality Insurance Syndicate Policy #29-15297
      06/12/1999 to 06/12/2000

Dear Patrick:

We are pleased to enclose the original of the above captioned policy for the term indicated.

Thank you for your payment of same.

**Please read your policy carefully for specifics concerning coverages, limitations and exclusions. Do not hesitate to call our office if you have any questions or concerns.**

The renewal was issued not including the "Fort Yukon". We have requested that this vessel be added, and endorsement reflecting this should follow soon.

Also, please let us know if we can be of help on any other insurance.

Thank you.

Sincerely,


Sue M. Hotchkiss
Account Representative


Enclosure

TOT 01203

EXHIBIT O
Page 1 of 1

