September 28, 2000

Patrick Klier
Inlet Fisheries, Inc.
PO Box 530
Kenai, AK 99611

Re:  Water Quality In Syndicate Policy #30-16489
     Effective June 12, 2000 to June 12, 2001

Dear Patrick:

The above captioned policy was canceled effective August 28, 2000. A return premium of $2,769.73 was created by the cancellation and our credit invoice in that amount is enclosed. This amount will be forwarded to you when it is received from the company.

Please feel free to give us a call if you have any questions regarding the above.

Sincerely,

Janice L. Townsend, CPCU
Account Representative

Enclosure

EXHIBIT P
Page 1 of 1

TOT 01251


