1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF ALASKA
 3   _____
 4   CERTAIN UNDERWRITERS AT        ) IN ADMIRALTY
 5   LLOYDS, LONDON, SUBSCRIBING    )
 6   TO CERTIFICATE OF INSURANCE    )
 7   OP01 0025, through Puget       ) NO. C03-00889A
 8   Sound Underwriters, Inc.,      ) (Washington)
 9                 Plaintiffs,      )
10        vs.                       )
11   INLET FISHERIES, INC., an      ) USDC Alaska No.:
12   Alaska Corporation, and        ) A 04-0058 CV (JWS)
13   INLET FISH PRODUCERS, INC.,    )
14        (Continued Next Page)     )
15   _____
16              DEPOSITION UPON ORAL EXAMINATION
17                              OF
18                      AMANDA SCHAEFFER
19   _____
20                   9:10 a.m. to 12:01 p.m.
21                       October 29, 2004
22                   520 Pike Street, Suite 2120
23                      Seattle, Washington
24   Barbara L. Nelson, CCR
25   Court Reporter
```

COPY

CONTINENTAL REPORTING, INC.
SEATTLE, WASHINGTON
(800) 624 - 3377

EXHIBIT Q
Page 1 of 4

WITNESS: AMANDA SCHAEFFER  10/29/04                                    83

1   express directive that you should not agree to
2   advance spill response cost?
3       A.   No.
4       Q.   That was simply your interpretation of the
5   e-mail that you got back, Exhibit 26?
6            MR. ALTENBRUN:  Objection, mischaracterizing
7   the previous testimony.
8            THE WITNESS:  Correct.
9       Q.   Okay.  Take a look at what we've marked as
10  Exhibit 33, if you would, please.  Do you recognize
11  that document?
12      A.   Yes.
13      Q.   What is it?
14      A.   It's an e-mail -- it's a fax from Darren
15  Nuding to myself advising me, Please find attached
16  (inaudible).
17           THE REPORTER:  I'm sorry.  Could you say
18  that again, please?
19           THE WITNESS:  Oh, I'm so sorry.  It's a fax
20  from Darren Nuding to myself saying that, Please find
21  attached our credit note for Dave Willoughby's fees
22  in the amount of U.S.D. $1,550.25.  Trust you will
23  find all to be in order and will arrange for payment
24  to be made to Dave in due course.
25      Q.   As I read this fax and the attached

CONTINENTAL REPORTING, INC.
SEATTLE, WASHINGTON
(800) 624 - 3377

EXHIBIT Q
Page 2 of 4

WITNESS:   AMANDA SCHAEFFER   10/29/04                         84

1    statement, Ropner is asking you to pay Mr.
2    Willoughby's bill; is that true?
3        A.    Yes.
4        Q.    Why?
5              MR. ALTENBRUN:   Objection.
6        Q.    If you know?
7              MR. ALTENBRUN:   Foundation, calls for
8    speculation.
9              THE WITNESS:   They're asking us sort of to
10   pay for it.  We have an arrangement with Ropner
11   Insurance Services that we pay them on a bordereau
12   their premiums every month, who in turn pay their
13   premium to underwriters.  We typically, with any
14   adjusters' fees, costs like that, just write that off
15   our bordereau and issue a check from our office.  So
16   we would deduct this amount of money off of what we
17   owe them for premiums and issue a check.
18       Q.    Okay.  So this is simply an accounting
19   function because you're collecting money for
20   underwriters' account when you're taking in premiums;
21   correct?
22       A.    Correct.
23       Q.    And then that's reported on a monthly basis;
24   correct?
25       A.    Correct.

CONTINENTAL REPORTING, INC.
SEATTLE, WASHINGTON
(800) 624 - 3377

EXHIBIT Q
Page 3 of 4

1    A.    Vaguely.

2    Q.    This appears to be a note directed to you
3  from John Boyt at Ropner Insurance Services,
4  enclosing a bill from the -- actually enclosing a
5  credit note relating to a billing from the Salvage
6  Association. Do you have any memory of that?

7    A.    Not really.

8    Q.    Okay. Would it be fair for me to assume
9  that an invoice like this would be handled in the
10 same way you've just described with your earlier
11 invoice, that it would be credited against the
12 monthly bordereau?

13   A.    In this case, I'm not sure. I would have
14 probably asked Molly Brown at that time if we had
15 enough premium to go against this. And if we had,
16 then we would have done it. If not, they would have
17 wired it directly to BMT Salvage.

18   Q.    Because of the amount of the invoice?

19   A.    Exactly.

20   Q.    All right. In this case, it's something
21 approaching $24,500?

22   A.    Correct.

23   Q.    Okay. Take a look at Exhibit 36, if you
24 would, please.

25   A.    Okay.