# AMERICAN E & S INSURANCE BROKERS
520 Pike Street, Suite 2120
Seattle, Washington 98101
206.708.2000 Fax: 206.708.2001

Attn: Molly Brown

## APPLICATION: U.S. OIL POLLUTION ACT OF 1990

1. Applicant: __INLET FISH PRODUCERS, INC.__
   Address: __PO BOX 114__
   __KENAI, AK 99611__

2. Effective Date: __8/28/02__

3. Vessel Description (If more than one, please attach separate schedule listing vessels):

   | Name | GRT | Year Built/Rebuilt | Construction | Self-Propelled? |
   |---|---|---|---|---|
   | SEE ATTACHED | | | | |

4. Description of Operations: __LAID UP / PORT RISK__

5. Pollution Loss History: __QUANIRTUGG PRINCESS - 8/02   OTHERS-NO POLLUTION CLAIMS__

6. Current Pollution Carrier & Dates: __AMERICAN E & S INS. 8/28/02 - 8/28/03__

7. Current Protection & Indemnity Carrier & Dates: __INLET HARVESTER & HARVESTER BARGE - ROANOKE TRADE   5/05/02 - 5/05/03__

8. Under OPA 1990, "tank vessel" means a vessel that is constructed or adapted to carry, or that carries oil or hazardous material in bulk as cargo or cargo residue, AND that (A) is a vessel of the United States; or (B) operates on the navigable waters; or (C) transfers oil or hazardous material in a place subject to the jurisdiction of the United States.

   Is this vessel a "tank vessel"?   ☐ Yes  ☒ No

   If YES, please complete the second page of this application form.

9. If the vessel is not a "tank vessel," will it carry any oil on board (including gas, diesel, fuel) on containers, or barrels for others (i.e., not for use in propelling itself)?   ☐ Yes  ☒ No

   If YES, please complete the second page of this application form.

10. Does the vessel carry hazardous material?   ☐ Yes  ☒ No

    If YES, please complete the second page of this application form.

11. Latest survey date: __1998__
    Have the recommendations been complied with? __YES__
    (A copy of the survey may be requested by the Underwriters.)

12. Limit Requested: __1,000,000.00__

    OPA 1990 Responsibility Requirements:
    (a) Tank vessels 3,000 GRT and less: $1,200 per GRT or $2,000,000., whichever is greater
    (b) Tank vessels OVER 3,000 GRT: $1,200 per GRT or $10,000,000., whichever is greater
    (c) ALL OTHER VESSELS: $600 per GRT or $500,000., whichever is greater

EXHIBIT 8
Page 1 of 3

PRODUCER'S SIGNATURE: _[signature]_
DATE: __9/11/2002__

EXHIBIT 8
C. Elliot
9-26-04

AES APP-OPA 8/01   Page 1

IF 0237

PSU 000034

09/18/2002  16:33  TOTEM AGENCIES → 2067062001  NO.014  003
SEP 18 '02  02:16PM  INLETSALMON ACCT OFC 9072836013  P.3

APPLICATION: U.S. OIL POLLUTION ACT OF 1990
TANK VESSEL SUPPLEMENT
Page 2

Complete the following questions ONLY if you answered "Yes" to question 8, 9, or 10 on the first page of this application.

13. Vessel will carry:
   _____ Under 10,000 gallons
   _____ Under 25,000 gallons
   _____ Under 50,000 gallons
   _____ Under 100,000 gallons
   _____ other: _____

14. Details of the operations involving the transportation of the oil, gas, diesel, fuel, or other hazardous materials in question: _____

15. Please complete the following on hull construction:
   _____ Single Hull
   _____ Double Hull
   _____ Double sides only
   _____ Double bottom only

INSURED"S SIGNATURE_____DATE_____

## SUPPLEMENTAL VESSEL SCHEDULE

| # | VESSEL NAME | GRT | YEAR BUILT/REBUILT | CONSTRUCTION | SELF PROPELLED? |
|---|---|---|---|---|---|
| 1 | FORT YUKON | 1403 | 1963 | STEEL | NO |
| 2 | HARVESTER BARGE | 670 | 1944 | STEEL | NO |
| 3 | QUANIRTUUG PRINCESS | 276 | 1944 | STEEL | NO |
| 4 | INLET HARVESTER | 722 | 1945 | STEEL | YES |

U/Ws declined to add 9/02

AES/APP-OPA 5/02-SUPP   INSURED"S SIGNATURE _Vincent L. Goddard_

IF 0239

EXHIBIT
Page 3 of 3

PSU 000036