```
                                                           Page 1
 1          IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF ALASKA

 3  _____

 4  CERTAIN UNDERWRITERS AT        )  IN ADMIRALTY

 5  LLOYDS, LONDON, SUBSCRIBING    )

 6  TO CERTIFICATE OF INSURANCE    )

 7  OPO1 0025, through Puget       )  NO. C03-00889A

 8  Sound Underwriters, Inc.,      )  (Washington)

 9              Plaintiffs,        )

10      vs.                        )

11  INLET FISHERIES, INC., an      )  USDC Alaska No.:

12  Alaska Corporation, and        )  A 04-0058 CV (JWS)

13  INLET FISH PRODUCERS, INC.,    )

14     (Continued Next Page)       )

15  _____

16     VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

17                        OF

18                  PATRICK KLIER

19  _____

20            9:14 a.m. to 1:56 p.m.

21              November 16, 2005

22          1420 Fifth Avenue, Suite 3400

23              Seattle, Washington

24  Barbara L. Nelson, CCR

25  Court Reporter
```

EXHIBIT S
Page 1 of 3

Page 112

```
 1      Q.    What was the need, what was Inlet's need for
 2   going to an insurance broker?
 3      A.    Somebody to provide the insurance.
 4      Q.    In your opinion, did Totem have any
 5   expertise in the areas of insurance that you wanted
 6   to tap into?
 7      A.    I don't understand the question.
 8      Q.    Well, let me ask it a little different way.
 9   Prior to beginning work with Inlet, had you had any
10   experience at all in procuring marine insurance?
11      A.    No.
12      Q.    Did you rely on Totem during the time that
13   you worked for Inlet to tell you what Inlet needed
14   with respect to marine insurance?
15            MR. MATTHEWS:  Objection to form.
16            THE WITNESS:  Yes, through Totem or who they
17   brought into the discussion for other coverages,
18   other agencies that had came through Totem's
19   brokerage.  I dealt with Woody Wilton, and I can't
20   remember if there was anybody else.
21      Q.    Okay.  Did you ever ask anybody at Totem
22   what their experience was as far as procuring marine
23   pollution insurance for vessels was?
24      A.    No.
25      Q.    Was that a concern of you as to what their
```

EXHIBIT 5
Page 2 of 3

Page 142

```
 1   being requested by Totem to provide information
 2   regarding Inlet's vessels that you failed to provide?
 3        A.   I don't recall any.
 4             VIDEO TECHNICIAN:  I need to change the
 5   tape.
 6             MR. TREPTOW:  Why don't we go off the record
 7   for a second?  I want to quickly go through my notes,
 8   see if we can wrap this up.
 9             MR. MATTHEWS:  Okay.  The Videographer just
10   told me we need to change the tape, anyway, so let's
11   go off record.
12             MR. TREPTOW:  Good timing.
13             VIDEO TECHNICIAN:  This is the end of Tape
14   Number Two in the deposition of Patrick Klier.  Time
15   is 1:39 p.m.  We are going off record.
16             (Recess taken.)
17             VIDEO TECHNICIAN:  This is the beginning of
18   Tape Number Three in the deposition of Patrick Klier.
19   Time is 1:45 p.m.  We are back on record.
20        Q.   Mr. Klier, prior to joining Inlet, had you
21   had any experience with your previous employers in
22   securing marine insurance?
23        A.   No.
24        Q.   During the time that you were employed by
25   Inlet, did you take any special courses, read any
```

EXHIBIT 5
Page 3 of 3