From:     Molly Brown
To:       ronb
Date:     8/28/02 10:39AM
Subject:  RE: Inlet Fisheries

Ron:
I did receive. Confirmation to follow.
Thank you,
Molly

OP02
1020

>>> "ronb" <ronb@totemagencies.com> 08/28/02 10:52AM >>>
Molly, thanks for your e-mail, I will be putting together the apps. However to get
them completed it will be first of next week. Please go ahead and Renew as of 08/28/2002
and I will be sending you the requested info. next week.
Thanks,
Ron

PLEASE CONFIRM THAT YOU HAVE RECEIVED THIS E-MAIL AND EVERY THING IS OK.
THANKS, RON

-----Original Message-----
From: Molly Brown [mailto:MMBrown@aesbrokers.com]
Sent: Wednesday, August 28, 2002 10:27 AM
To: ronb@totemagencies.com
Subject: Inlet Fisheries


Dear Ron:

Underwriters have agreed to renew per our quote, subject to the following requirements:

1) Complete application form, including complete details of operation, loss history, and all other items requested on application;

2) We've been told, information that came to light as a result of the spill by the QUANIRTUUG PRINCESS, that the Coast Guard repeatedly requested the Assured remove the QUANIRTUUG PRINCESS. Underwriters require an explanation why the Assured did not comply with the Coast Guard's request.

If you would please respond to these as quickly as possible, that would be appreciated, as underwriters are understandably concerned about this risk.

Thank you for your help. A confirmation will be faxed to you shortly.
Please call me with any questions.

Regards,
Molly



EXHIBIT
Brown #18
BLN 10-28-04

AES. 0091

EXHIBIT I
Page 1 of 1