**TABLE OF CONTENTS TO EXHIBITS**

INLET ENTITIES' OPPOSITION TO TOTEM AGENCIES'
MOTION FOR SUMMARY JUDGMENT
filed February 3, 2006

**EXHIBIT A**     Excerpts from Deposition of Eric Alan Parthemer

**EXHIBIT B**     Excerpts from Deposition of Janice L. Townsend

**EXHIBIT C**     Excerpts from Rule 30(b)(6) Deposition of Totem Agencies, Inc.

**EXHIBIT D**     Klier Deposition Exhibit 9  (8/17/2000 application for marine pollution insurance)

**EXHIBIT E**     Excerpts from Deposition of Ron Boardman

**EXHIBIT F**     Lloyds' reservation of rights letter dated September 10, 2002

**EXHIBIT G**     Excerpts from Rule 30(b)(6) Deposition of Inlet Fisheries, Inc.

**EXHIBIT H**     Excerpts from Rule 30(b)(6) Deposition of Inlet Fish Producers, Inc.

**EXHIBIT I**     Townsend Deposition Exhibit 7 (6/1/2000 record of phone call from T. Gerone)

**EXHIBIT J**     Excerpts from Deposition of Vincent L. Goddard

**EXHIBIT K**     Townsend Deposition Exhibit 17 (8/10/2000 fax from E. Parthemer to T. Gerone)

**EXHIBIT L**     Excerpts from WQIS Rule 30(b)(6) Deposition

**EXHIBIT M**     Elliot Deposition Exhibit 12 (9/19/02 email from M. Brown to R. Dowe)

**EXHIBIT N**     WQIS Rule 30(b)(6) Deposition Exhibit 22 (8/7/2000 letter from A. Garger to Inlet Fisheries)

**EXHIBIT O**     Klier Deposition Exhibit 24 (8/9/1999 letter from S. Hotchkiss to P. Klier)

**EXHIBIT P**     Townsend Deposition Exhibit 23 (9/28/2000 letter from J. Townsend to P. Klier)

**EXHIBIT Q**     Excerpts from Deposition of Amanda Schaeffer

**EXHIBIT R**    Elliot Deposition Exhibit 8 (9/11/2002 application for marine pollution insurance)

**EXHIBIT S**    Excerpts from Deposition of Patrick Klier

**EXHIBIT T**    WQIS Rule 30(b)(6) Deposition Exhibit 18 (8/28/2002 email from M. Brown to R. Boardman)

**EXHIBIT U**    P&I and Hull and Machinery insurance policy for the QP (Period April 30, 2000, Noon, Standard Time to April 30, 2001 Noon, Standard Time)

**EXHIBIT V**    P&I and Hull and Machinery insurance policy for the HARVESTER BARGE (Period May 5, 2000, Noon, Pacific Standard Time to May 5, 2001, Noon Pacific Standard Time)