Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955
tom.matthews@matthewszahare.com

Counsel for Totem Agencies Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiffs, <br> vs. <br><br> INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants and Third-Party Plaintiffs, <br> vs. <br><br> TOTEM AGENCIES, INC., a Washington Corporation, <br><br> Third-Party Defendants. | IN ADMIRALTY <br><br> Case No.: A04-0058 CV (JWS) |

**STIPULATION FOR EXTENSION OF TIME**

The parties, by and through their counsel of record, hereby stipulate and agree that Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. shall have until Monday March 6, 2006 to file their Reply to Totem's Opposition to Inlet Entities' Motion for

Partial Summary Judgment; and that Totem Agencies shall likewise have until Monday, March 6, 2006, to file its Reply to Inlet's Opposition to Totem's Motion for Partial Summary Judgment.

DATED this 6th day of February 2006 at Anchorage, Alaska.

    MATTHEWS & ZAHARE, P.C.
    Counsel for Third-Party Defendant Totem Agencies, Inc.

    By s/Thomas A. Matthews
    Thomas A. Matthews, ABN: 8511179
    Matthews & Zahare, P.C.
    431 W. 7th Ave., Suite 207
    Anchorage, Alaska 99501
    Phone: (907)276-1516
    Fax:   (907)276-8955
    tom.matthews@matthewszahare.com

    DORSEY & WHITNEY LLP
    Counsel for Inlet Entities

    By: s/John A. Treptow (consent)
    John A. Treptow, ABA #7605059
    Dorsey & Whitney, LLP
    1031 West 4th Ave., Suite 600
    Anchorage, AK 99501-5907
    Phone: (907) 276-4557
    Fax: (907) 276-4152
    treptow.john@dorsey.com

Stipulation for Extension of Time (Replies MFSJ)
*Lloyds London v. Inlet Fisheries, Totem Agencies*, Case No. A04-0058 CV (JKS)
KGS:jlw\3500-13\StipExtTimeReplyMFSJ    Page 2

Certificate of Service

I certify that on this 6th day of February 2006, I caused to be served by electronic mailing the foregoing document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
  And American E & S

John A. Treptow, Esq.
Wendy E. Leukuma, Esq
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds
  And American E & S


s/Thomas A. Matthews_____
Thomas A. Matthews