Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:	(907)276-1516
Fax:	(907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Totem Agencies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>    Plaintiffs,<br> vs.<br><br>INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>    Defendants and Third-Party Plaintiffs,<br> vs.<br><br>TOTEM AGENCIES, INC., a Washington Corporation,<br><br>    Third-Party Defendants. | IN ADMIRALTY<br><br><br><br>Case No.:  A04-0058 CV (JWS) |

**(PROPOSED) ORDER GRANTING EXTENSION OF TIME**

   The Court, having reviewed the parties' Stipulation for Extension of Time filed

herewith,

   IT IS HEREBY ORDERED that Inlet Fisheries, Inc. and Inlet Fish Producers,

Inc. shall have until Monday, March 6, 2006 in which to file their Reply to Totem's

Opposition to Inlet Entities' Motion for Partial Summary Judgment; and that Totem Agencies shall likewise have until Monday, March 6, 2006 to file its Reply to Inlet Entities' Opposition to Totem's Motion for Partial Summary Judgment.

ENTERED this _____ day of _____ 2006.

_____
JOHN W. SEDWICK
United States District Court Judge

Certificate of Service

I certify that on this 6th day of February 2006, I
caused to be served by electronic mailing
the foregoing document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
 And American E & S

John A. Treptow, Esq.
Wendy E. Leukuma, Esq
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds


s/Thomas A. Matthews_____
Thomas A. Matthews