IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>                 Plaintiffs,<br>     vs.<br><br>INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>                 Defendants.<br>_____<br>INLET FISH PRODUCERS, INC., an Alaskan Corporation,<br><br>          Third-Party Plaintiffs,<br>     vs.<br><br>TOTEM AGENCIES, INC., a Washington Corporation, and AMERICAN E & S INSURANCE BROKERS CALIFORNIA, INC. a Washington corporation,<br><br>          Third-Party Defendants.<br>_____ | IN ADMIRALTY<br><br>A04-0058 CV  (JWS) |

**ORDER GRANTING EXTENSION OF TIME**

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

**IT IS HEREBY ORDERED** that Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. shall have until Friday, February 3, 2006, in which to file their Opposition to Totem's Motion for Summary Judgment, and that Totem Agencies will likewise have

until Friday, February 3, 2006, to file its Opposition to the Inlet Entities' Motion for Partial Summary Judgment (corrected copy).

ENTERED this 7th day of February 2006.

                                        /s/
                                 JOHN W. SEDWICK
                                 United States District Court Judge

Order (Re: Stipulation for Extension of Time (Opps MFSJ))
*Lloyds London v. Inlet Fisheries, Totem Agencies*, Case No. A04-0058 CV (JWS)
KGS:jlw\3500-13\OrderStipExtOppMFSJ.doc          Page 2