Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:      (907)276-1516
Fax:           (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Totem Agencies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>        Plaintiffs,<br>vs.<br><br>INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>        Defendants and Third-Party Plaintiffs,<br>vs.<br><br>TOTEM AGENCIES, INC., a Washington Corporation,<br><br>        Third-Party Defendants. | IN ADMIRALTY<br><br>A04-0058 CV (JWS) |

**ORDER DENYING EXTENSION OF TIME**

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

**IT IS HEREBY ORDERED** that the parties' stipulation for an extension of time is **DENIED**. It is time to conclude the briefing on these long outstanding motions.

ENTERED this 7th day of February 2006.

                                            /s/
                                   JOHN W. SEDWICK
                                   United States District Court Judge

Order (Re: Stipulation for Extension of Time (Replies MFSJ))
*Lloyds London v. Inlet Fisheries, Totem Agencies*, Case No. A04-0058 CV (JWS)
KGS:jlw\3500-13\~7861387.doc                                                          Page 2