John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>             Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>             Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>             Third-Party Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. A04-0058 CV (JWS)<br><br>**JOINT MOTION FOR RECONSIDERATION OF ORDER DENYING EXTENSION OF TIME** |

The parties, by and through their counsel of record, move for reconsideration of

this Court's order denying the parties' stipulation for an extension of time until March 6,

2006, to file their respective replies. The basis for this motion is that the parties believe this Court may have overlooked the fact that the parties will be mediating this case on February 16 and 17, 2006.

As the Court may recall, the parties previously filed a joint request for a status conference on January 13, 2006. As background for the request, the parties advised the Court that:

> ■   Mediation in the underlying state court action currently is scheduled for February 16 and 17, 2006. At present, all State Court Plaintiffs, the Inlet Entities, Vince Goddard (a defendant in the State Court actions), and Totem intend to attend the mediation. Lloyds' participation in that mediation is being explored;
>
> …
>
> ■   The parties have agreed and will ask the Court for an order extending the time for their respective responses to the Inlet Entities' Motion for Partial Summary Judgment and Totem's Motion for Summary Judgment, until after the mediation referenced above.

Joint Request for Status Conference at 2 [Docket No. 206].

Although the parties agreed that filing their oppositions prior to the mediation would aid in settlement, the parties agree that it would be most beneficial to focus their efforts on the upcoming mediation, rather than drafting replies, as settlement of the state court action would effectively settle this action, as well. Accordingly, the parties respectfully request reconsideration of this Court's order denying their stipulation for an extension of time until March 6, 2006.

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

                                        DORSEY & WHITNEY LLP
                                        Attorneys for Inlet Entities

Date: February 7, 2006          By: s/Wendy E. Leukuma
                                            DORSEY & WHITNEY LLP
                                            1031 West 4th Avenue, Suite 600
                                            Anchorage, Alaska  99501-5907
                                            Telephone: (907) 276-4557
                                            Facsimile:  (907) 276-4152
                                            E-mail: leukuma.wendy@dorsey.com
                                            ABA #0211048

                                        MATTHEWS & ZAHARE, P.C.
                                        Attorneys for third-party defendant Totem

Date: February 7, 2006          By: s/ Thomas A. Matthews (consent)
                                            Matthews & Zahare, P.C.
                                            431 W. 7th Ave., Suite 207
                                            Anchorage, Alaska  99501
                                            Telephone:  (907) 276-1516
                                            Facsimile:  (907) 276-8955
                                            E-mail:  tom.matthews@matthewszahare.com
                                            ABA #8511179

CERTIFICATE OF SERVICE

This certifies that on the 7th day of February, 2006,
a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

s/ Wendy E. Leukuma

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

JOINT MOTION FOR RECONSIDERATION OF ORDER DENYING EXTENSION OF TIME
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.,* Case No. A04-0058 CV (JWS)    Page 3 of 3