John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>   Plaintiff, <br><br>vs. <br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>   Defendants and Third-Party Plaintiffs, <br><br>vs. <br><br>TOTEM AGENCIES, INC., a Washington corporation, <br><br>   Third-Party Defendant. | Case No. A04-0058 CV (JWS) <br><br>**(PROPOSED) ORDER GRANTING JOINT MOTION FOR RECONSIDERATION OF ORDER <u>DENYING EXTENSION OF TIME</u>** |

  The Court, having reviewed the parties' Joint Motion for Reconsideration of Order Denying Extension of Time filed herewith,

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

      HEREBY GRANTS the parties' motion and ORDERS that the parties shall have until Monday, March 6, 2006, to file their respective replies.

      ENTERED this _____ day of _____, 2006.

                                            _____
                                            JOHN W. SEDWICK
                                            United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 7th day of February, 2006,
a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501


s/ Wendy E. Leukuma

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557