MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ***CERTAIN UNDERWRITERS*** *** AT LLOYDS, LONDON*** | v. | ***INLET FISHERIES, INC., et al.*** |

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:04-cv-00058-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date:  February 8, 2006

    The joint motion for reconsideration at docket 218 is **DENIED**.  The court did not overlook the upcoming mediation, but concluded that (a) there is no guarantee that the mediation will succeed, (b) preparation of reply memoranda should not require more than a month after the responses were filed on February 3, 2006, (c) preparation of the reply memos ought to help, not hinder, the parties to sharpen their positions for the mediation, and (d) completion of briefing will allow the pending motions to be decided promptly if the case is not settled.

    Despite the above, the court will *sua sponte* grant the parties until **February 15, 2006**, in which to file their reply memoranda in recognition of the fact that the parties probably relied upon an assumption that their request would be granted.