# TOTEM'S MOTION FOR SUMMARY JUDGMENT
## INDEX TO EXHIBITS

**\*\*These Exhibits are Attached to Totem's Reply Brief.**

Affidavit of Counsel

A.      \*\* Vincent Goddard Deposition

B.      Russell Brown Deposition

C.      Chris Elliot Declaration

D.      Chris Elliot Deposition

E.      Philip Sandle Deposition

F.      Forrest "Woody" Wilton Deposition

G.      Russell Brown Declaration

H.      Valerie Dickover Declaration

I.      Eric Parthemer 30(b)(6) Deposition

J.      Vincent Goddard Inlet Fisheries, Inc. Deposition

K.      Vincent Goddard Inlet Fish Producers Deposition

L.      OPA Quotes

M.      Lloyds' Policy

N.      NPFC Invoice

O.      Vincent Goddard Affidavit

P.      \*\* B. Harnett, Responsibilities of Insurance Agents and Brokers §3.02[1]

Q.      \*\* Amanda Schaeffer Deposition

R.      \*\* Cozen O'Connor 9/10/02 Letter

S.      \*\* Patrick Klier Deposition

T.      \*\* Insurance Portfolio 1/1/01 – 1/1/02