# INSURANCE PORTFOLIO

## January 1, 2001 to January 1, 2002

For

Inlet Fish Producers, Inc. et al
PO Box 530
Kenai, AK  99611



THIS SUMMARY NEITHER AFFIRMATIVELY OR NEGATIVELY AMENDS, EXTENDS OR ALTERS THE COVERAGE AFFORDED BY THE CAPTIONED POLICY AND IS SUBJECT TO CUSTOMARY FORMS USED BY THE ISSUING COMPANY. PLEASE READ YOUR POLICY CAREFULLY AND DON'T HESITATE TO CALL OUR OFFICE IF YOU HAVE ANY QUESTIONS OR CONCERNS.

Date Prepared: July 3, 2001

TOT 02793

Exhibit 1
Page 1 of 3

# Table of Contents

| | |
|---|---|
| Named Insured Schedule | 2 |
| Property and General Liability Coverages | 3 |
| Boiler and Machinery Coverages | 6 |
| Business Automobile Coverages | 7 |
| Inland Marine Coverages | 8 |
| International Liability Policy | 9 |
| Alaska Workers' Compensation Policy | 10 |
| Bonds | 11 |
| Port Risk Policy | 12 |
| Operating Tenders Policy | 13 |
| Pollution Liability Policy | 16 |
| Port Risk Policy | 17 |
| Cargo (Stock Thru-put) Policy | 18 |
| P&I Crew Policy | 21 |
| Marine Operators Legal Liability Policy | 22 |
| Premium Breakdown | 23 |
| Pending Endorsements | 24 |
| Contractors Equipment Schedule | 25 |
| Business Automobile Schedule | 27 |

1

TOT 02794

Exhibit 7
Page 2 of 3

| | |
|---|---|
| Insurance Co.: | Underwriters at Lloyds, London/Puget Sound Underwriters |
| Policy Number: | OP/009039 |
| Policy Period: | August 28, 2000 to August 28, 2001 |
| Policy Type: | **Pollution Liability** |

**PREMIUM: $ 3,432.55**

Limit of Liability:   $1,000,000

Vessels Covered:
"Quanirtuuq Princess"
"Yukon II"
"Fort Yukon"
"Harvester Barge"

CONDITIONS:
Endorsements Included:
C.E.R.C.L.A. Extension for Waters other than U.S. Waters
BI/Third Party Cargo Buyback

Including OPA Administrative Penalties - Coverage is limited to 80% of Administrative penalties levied not to exceed: $1,000,000 Occurrence/Aggregate Limit

Nil Deductible

Fully Earned Minimum Premium:   $250

**NOTE:**   P&I Insurance must be maintained during the full period of policy

16
TOT 02808

Exhibit 7
Page 3 of 3