John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
and Inlet Fish Producers, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants and Third-Party Plaintiffs, <br><br> vs. <br><br> TOTEM AGENCIES, INC., a Washington corporation, <br><br> Third-Party Defendant. | Case No. A04-0058 CV (JWS) <br><br> **AFFIDAVIT OF** <br> **VINCENT L. GODDARD** |

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

    I, VINCENT L. GODDARD, being first duly sworn upon oath, depose and state as follows:

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

1. I serve as president and owner of defendants Inlet Fisheries, Inc. ("IFI") and Inlet Fish Producers, Inc. ("IFP") (collectively "Inlet" or "Inlet entities"). In that capacity, I am familiar with the facts set forth in this affidavit.

2. To the best of my knowledge, prior to May 2002, the Inlet entities had never been required or asked to furnish out-of-water surveys for any nonmotorized vessel for which they sought or desired to maintain insurance coverage.

_____
VINCENT L. GODDARD

SUBSCRIBED AND SWORN to before me this 15th day of February, 2006.

_____
NOTARY PUBLIC in and for Alaska
My commission expires: 8/23/08

CERTIFICATE OF SERVICE

This certifies that on the 15th day of February, 2006, a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Brewster H. Jamieson
Lane Powell
301 West Northern Lights
Boulevard, Suite 301
Anchorage, AK 99503-2648

Christopher W. Nicoll
Nicoll Black Misenti & Feig, PLLC
816 Second Avenue, Suite 300
Seattle, WA 98104-1502

s/John A. Treptow

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

AFFIDAVIT OF VINCENT L. GODDARD
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al*, Case No. A04-0058 CV (JWS)   Page 2 of 2