Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955
tom.matthews@matthewszahare.com

Counsel for Totem Agencies Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>   Plaintiffs,<br> vs.<br><br>INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>   Defendants and Third-Party Plaintiffs,<br> vs.<br><br>TOTEM AGENCIES, INC., a Washington Corporation,<br><br>   Third-Party Defendants. | IN ADMIRALTY<br><br><br><br>Case No.:  A04-0058 CV (JWS)<br><br><br><br>**NOTICE OF SETTLEMENT** |

Third-Party Defendant Totem Agencies, Inc. notifies the Court that the parties have reached a settlement in principal of all claims between Third-Party Plaintiffs and Totem.  The parties expect to submit closing paperwork to the Court within thirty days.

Dated this 17th day of February 2006, at Anchorage, AK 99501
MATTHEWS & ZAHARE, P.C.
Counsel for Third-Party Defendant Totem Agencies, Inc.


By s/Thomas A. Matthews_____
Thomas A. Matthews, ABN: 8511179
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone: (907)276-1516
Fax:   (907)276-8955
tom.matthews@matthewszahare.com


Certificate of Service

I certify that on this 17th day of February 2006, I
caused to be served by electronic mailing
the foregoing document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
 And American E & S

John A. Treptow, Esq.
Wendy E. Leukuma, Esq
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds
 And American E & S


s/Thomas A. Matthews_____
Thomas A. Matthews