MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*CERTAIN UNDERWRITERS*          v.     *INLET FISHERIES, INC., et al.*
*AT LLOYDS, LONDON*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:04-cv-00058-JWS

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date:  February 22, 2006

    The parties have advised the court that the dispute between Totem Agencies and Inlet Fisheries, *et al.,* has been settled.  Unless closing papers are sooner filed, an updated report on the status of the settlement shall be filed on **April 3, 2006.**

    In light of the above, the motions at dockets 194 and 198 are **DENIED as moot.**

    The court will decide the motions at dockets 203 and 204 in due course.