MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

***CERTAIN UNDERWRITERS***     v.     ***INLET FISHERIES, INC., et al.***
***AT LLOYDS, LONDON***

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:04-cv-00058-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 1, 2006

      Third-party plainitffs and third-party defendants have settled their dispute, and the court expects to receive closing papers from them soon. Plaintiff is hereby directed to lodge a proposed judgment disposing of the dispute as between plaintiff and defendants in accordance with the court's earlier rulings. The proposed judgment should be lodged within 20 days from the date of this order.