Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:      (907)276-1516
Fax:          (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Totem Agencies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiffs, <br> vs. <br><br> INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants and Third-Party Plaintiffs, <br> vs. <br><br> TOTEM AGENCIES, INC., a Washington Corporation, <br><br> Third-Party Defendants. <br>_____ | IN ADMIRALTY <br><br><br><br><br><br><br><br><br> Case No.:  A04-0058 CV (JWS) |

**(PROPOSED) ORDER GRANTING STIPULATION
FOR DISMISSAL**

The Court, having reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED that Inlet Fisheries, Inc. and Inlet Fish Producers,

Inc.'s dismissal of all claims against Third-Party Defendant Totem Agencies, Inc.,

with each party to bear its own costs and fees is **GRANTED.**

ENTERED this _____ day of _____ 2006.


_____
JOHN W. SEDWICK
United States District Court Judge

<u>Certificate of Service</u>

I certify that on this 16th day of March 2006, I caused to be served by electronic mailing the foregoing document to the following:

Brewster H. Jamieson, Esq.
Lane Powell Spears Lubersky LLP
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503
Counsel for Certain Underwriters at Lloyds, London
 And American E & S

John A. Treptow, Esq.
Wendy E. Leukuma, Esq
Dorsey & Whitney LLP
1031 West 4th Ave., Suite 600
Anchorage AK 99502
Counsel for Inlet Fisheries, Inc. & Inlet Fish Producers, Inc.

Christopher W. Nicoll, Esq,.
Nicoll Black Misenti & Feig PLLC
816 Second Ave., Suite 300
Seattle, WA 98104
Co-Counsel for Certain Underwriters at Lloyds


<u>s/Thomas A. Matthews</u>
Thomas A. Matthews

(Proposed) Order (Re: Stipulation for Dismissal)
 *Lloyds London v. Inlet Fisheries, Totem Agencies*, Case No. A04-0058 CV (JKS)
TAM:jlw\3500-13\OrderStipDismissal                                                                                                Page 2