Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Ave., Suite 207
Anchorage, Alaska  99501
Phone:        (907)276-1516
Fax:             (907)276-8955
tom.matthews@matthewszahare.com

Counsel  for Totem Agencies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., ) ) ) ) ) | |
| Plaintiffs, ) | IN ADMIRALTY |
| vs. ) ) | |
| INLET FISHERIES, INC., an Alaska Corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, ) ) ) | Case No. A04-0058 CV (JWS) |
| Defendants and Third-Party Plaintiffs, ) ) ) | |
| vs. ) ) | |
| TOTEM AGENCIES, INC., a Washington Corporation, ) ) ) | |
| Third-Party Defendants. ) _____ ) | |

**ORDER GRANTING STIPULATION
FOR DISMISSAL**

The Court, having reviewed the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED that Inlet Fisheries, Inc. and Inlet Fish Producers,

Inc.'s dismissal of all claims against Third-Party Defendant Totem Agencies, Inc.,

with each party to bear its own costs and fees is **GRANTED.**

ENTERED this 16th day of March 2006.


/s/
JOHN W. SEDWICK
United States District Court Judge