Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, *et al.* <br> Plaintiffs, <br><br> v. <br><br> INLET FISHERIES, INC., *et al.*, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> TOTEM AGENCIES, INC., *et al.*, <br><br> Third-Party Defendants. | **IN ADMIRALTY** <br><br><br> Case No. 3:04-cv-00058-JWS <br><br> **NOTICE OF FILING** <br> **FORM FINAL JUDGMENT** |

  Certain Underwriters at Lloyds, London, and American E&S Insurance Brokers California, Inc., by and through counsel, pursuant to the court's Order From Chambers of March 1, 2006 (Docket 226), files herewith a proposed Final Judgment in a Civil Case.

  DATED this 20th day of March, 2006.

          LANE POWELL LLC
          Attorneys for Plaintiffs

         By   s/ Brewster H. Jamieson
          Brewster H. Jamieson, ASBA No. 8411122
          301 West Northern Lights Boulevard, Suite 301
          Anchorage, Alaska  99503-2648
          Tel: 907-277-9511
          Fax: 907-276-2631
          Email: jamiesonb@lanepowell.com

I certify that on March 20, 2006, a copy of the foregoing was served by ECF on:

Thomas A. Matthews, tom.matthews@matthewszahare.com

John A. Treptow, treptow.john@dorsey.com

 s/ Brewster H. Jamieson
053081.0001/153881.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631