AO 133 (Rev. 9/89) Bill of Costs

# United States District Court
## —DISTRICT OF ALASKA—

CERTAIN UNDERWRITERS,

                                        Plaintiff,

v.

INLET FISHERIES, INC., *et al.*,

                    Defendants/Third-Party Defendant        Case No. 3:04-cv-00058-JWS

v.

TOTEM AGENCIES, *et al.*                                     **BILL OF COSTS**

Judgment having been entered in the above-entitled action on March 31, 2006, against defendants Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., and in favor of plaintiff Certain Underwriters at Lloyds and third-party defendant Americancan E&S Insurance Brokers California, Inc., the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk ................................................................................................................ | $ | 350.00 |
| Fees for service of summons and subpoena ........................................................................... | $ | 648.70 |
| Fees of the court reporter for all or any part of transcript necessarily obtained for use in the case ............... | $ | 6,201.89 |
| Fees and disbursements for printing........................................................................................ | $ | 0.00 |
| Fees for witnesses (itemize on reverse side) ........................................................................ | $ | 40.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (see itemization) .... | $ | 10,791.81 |
| Docket fees under 28 U.S.C. 1923 ......................................................................................... | $ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ................................................................. | $ | 0.00 |
| Compensation of court-appointed experts............................................................................... | $ | 0.00 |
| Compensation of interpreters and costs of special interpretations services under 28 U.S.C. 1828................ | $ | 0.00 |
| Other costs (see itemization) ............................................................................................... | $ | 0.00 |
| | TOTAL $ | 18,032.40 |

**NOTE**: *See* Exhibit A, Declaration of Brad E. Ambarian for an itemization and documentation for requested costs. in all categories

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the service for which fees have been charged were actually and necessarily performed. A copy of this bill was served by ECF on T. Matthews, tom.matthews@matthewszahare.com and J. Treptow, treptow.john@dorsey.com.

                                        LANE POWELL LLC
                                        Attorneys for Plaintiff and Third-Party Defendant AE&S

Dated:  April 14, 2006

                    By  s/ Brad E. Ambarian
                        _____
                        301 West Northern Lights Boulevard, Suite 301
                        Anchorage, Alaska  99503-2648
                        Tel:  907-277-9511    Fax:    907-276-2631
                        Email:  ambarianb@lanepowell.com
                        ASBA No. 8711072

Costs are taxed in the amount of _____ and included in the judgment.

_____        By:_____        _____
     *Clerk of Court*                              *Deputy Clerk*                              *Date*

| WITNESS FEES (computation, cf. 28 U.S.C 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Costs | Days | Total Costs | Days | Total Costs | |
| Kenneth Draper, Draper Consulting, 339 Lake Washington Blvd, Seattle, WA 98122 | 1 | $40.00 | | | | | $40.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **TOTAL** | $40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"§ . 1924.  Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following:**
Rule 54(d)
    "Except where express provisions therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceeding within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."