Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631

Christopher W. Nicoll, WSBA No. 20771
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle, Washington 98104
Telephone: 206-838-7555
Facsimile: 206-838-7515
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| CERTAIN UNDERWRITERS AT LLOYDS, | |
|---|---|
| Plaintiffs, | |
| v. | **IN ADMIRALTY** |
| INLET FISHERIES, INC., *et al.*, | |
| Defendants/Third-Party Plaintiffs, | |
| v. | Case No. 3:04-cv-00058-JWS |
| TOTEM AGENCIES, INC., *et al.*, | |
| Third-Party Defendants. | **DECLARATION OF** <br> **BRAD E. AMBARIAN** |

I, Brad E. Ambarian, declare that I am an attorney with Lane Powell LLC, co-counsel for plaintiff, Certain Underwriters at Lloyds and third-party defendant, American E&S Insurance Brokers California, Inc., and have personal knowledge of the contents of this declaration. This declaration is filed in support of the above-named parties' Bill of Costs and reflects the itemization of costs, which were necessarily and reasonably incurred in this matter.

| A. | Fees of the Clerk | | |
|---|---|---|---|
| | 1. Filing Fee - USDC, W.D., Wash. | 150.00 | |
| | 2. Filing Fee - Pro Hac Vice Applications (Nicol and Borchers) | 200.00 | $350.00 |

**Declaration of Brad E. Ambarian**
*Certain Underwriters at Lloyds v. Inlet Fisheries, Inc.* (Case No. 3:04-cv-00058-JWS)

EXHIBIT A
Page 1 of 5

| | | | |
|---|---|---:|---:|
| **B.** | **Fees for service of summons and subpoena** | | |
| | 3. Angleton Enterprises - service of process on Vince Goddard for Inlet Fisheries, Inc. | 63.25 | |
| | 4. Angleton Enterprises - service of process on Vince Goddard for Inlet Fish Producers, Inc. | 47.25 | |
| | 5. NW Legal Support - service of process on Totem Agencies | 32.00 | |
| | 6. NW Legal Support - service of process on Water Quality Insurance Syndicate (two locations on separate dates) | 270.00 | |
| | 7. NW Legal Support - service of process on Records Custodian, Water Quality Insurance Services | 135.00 | |
| | 8. NW Location Services, Inc. - locate Jack Miceli | 100.00 | |
| | 9. Angleton Enterprises - service of subpoena on Inlet Fish Producers, Inc. | 91.20 | |
| | 10. John Hastie & Co. - service of process on Bethel Police Dept. | 45.00 | **$783.70** |
| **1.** | **Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case** | | |
| | 11. Patrice Starkovich Reporting Service - Deposition of Forrest Wilton | 1,785.50 | |
| | 12. Prolumina Trial Technologies (video) - Deposition of Forrest Woody Wilton | 1,237.84 | |
| | 13. Esquire Deposition Services Deposition of Kenneth Draper | 987.45 | |
| | 14. Atkinson-Baker, Inc. - Certified copies of transcripts of depositions of Philip Sandle and Darren Nuding | 300.40 | |
| | 15. Atkinson-Baker, Inc. - Certified copy of transcript of deposition of Leslie Wilton | 182.00 | |
| | 16. Atkinson-Baker, Inc. - Certified copies of transcripts of deposition of John Boydt and Paul Harcombe | 229.50 | |
| | 17. Atkinson-Baker, Inc. - Certified copy of transcript of deposition of Stephen Gargrave | 440.80 | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

**Declaration of Brad E. Ambarian**
*Certain Underwriters at Lloyds v. Inlet Fisheries, Inc.* (Case No. 3:04-cv-00058-JWS)

EXHIBIT A
Page 2 of 5

| | | | |
|---|---|---:|---:|
| | 18. Atkinson-Baker, Inc. - Certified copy of transcript of deposition of Rowland Dawe | 562.40 | |
| | 19. Continental Reporting Service, Inc. - Depositions of Molly Brown and Amanda Schaefer | 476.00 | $6,201.89 |
| C. | **Fees and disbursements for printing** | | |
| D. | **Fees for Witnesses (see back of Bill of Costs)** | 40.00 | $40.00 |
| E. | **Fees for exemplification and copies of papers necessarily obtained for use in the case** | | |
| | 20. American Legal Copy - 395 b/w copies and 29 color copies | 123.38 | |
| | 21. American Legal Copy - 1146 b/w copies, 87 color copies and 487 auto-feed copies | 471.87 | |
| | 22. A-2 Duplicating Service - copies of documents provided by IFI and IFPI | 254.37 | |
| | 23. American Legal Copy - 174 color copies | 198.78 | |
| | 24. American Legal Copy - 45 color copies, 160 copies, 40 pages | 87.03 | |
| | 25. American Legal Copy - 952 copies | 165.72 | |
| | 26. American Legal Copy - 213 copies | 37.08 | |
| | 27. American Legal Copy - 33 color copies | 37.70 | |
| | 28. American Legal Copy - labeling, 189 pages; copies, 189 pages | 42.16 | |
| | 29. AK Dept of Environmental Conservation - FOIA Request copy charges for Inlet Fisheries, Inc. | 69.00 | |
| | 30. U.S. Environmental Protection Agency - FOIA Request copy charges | 42.20 | |
| | 31. AK Dept of Environmental Conservation - FOIA Request copy charges for Maren I, Quanirtuug Princess and Harvester Barge Spills | 31.50 | |
| | 32. Totem Agencies - copies of file and acquisition on Inlet Fish Producers | 200.00 | |
| | 33. U.S.C.G. - FOIA Request copy charges | 144.71 | |
| | 34. Rising Winds, Ltd. – file retrieval, copying, etc. | 234.00 | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Brad E. Ambarian**  
*Certain Underwriters at Lloyds v. Inlet Fisheries, Inc.* (Case No. 3:04-cv-00058-JWS)

**EXHIBIT A**  
**Page 3 of 5**

| | | |
|---|---:|---|
| 35. Rising Winds, Ltd. - duplication of 5 Inlet Salmon files | 259.77 | |
| 36. CO Invoice 05/19/03 - 335 copies at .25 per copy | 83.75 | |
| 37. CO Invoice 09/03/03 - 711 copies at .25 per copy | 194.75 | |
| 38. CO Invoice 11/12/03 - 137 copies at .25 per copy | 34.25 | |
| 39. CO Invoice 03/11/04 – 1672 copies at .25 per copy | 425.00 | |
| 40. CO Invoice 10/27/04 (02/04–09/04) 5699 copies at .25 per copy | 3,924.75 | |
| 41. NBMF Invoice 10/26/04 - 2220 copies at .20 per copy | 444.00 | |
| 42. NBMF Invoice 11/23/04 - 1021 copies at .20 per copy | 204.26 | |
| 43. NBMF Invoice 01/14/05 - 1240 copies at .20 per copy | 248.00 | |
| 44. NBMF Invoice 02/17/05 - 541 copies at .20 per copy | 108.20 | |
| 45. NBMF Invoice 04/01/05 - 945 copies at .20 per copy | 189.00 | |
| 46. NBMF Invoice 05/10/05 - 851 copies at .20 per copy | 170.20 | |
| 47. NBMF Invoice 06/14/05 - 1,602 copies at .20 per copy | 320.40 | |
| 48. NBMF Invoice 07/08/05 - 832 copies at .20 per copy | 166.40 | |
| 49. NBMF Invoice 09/09/05 - 17 copies at .20 per copy | 3.40 | |
| 50. NBMF Invoice 10/20/05 - 2 copies at .20 per copy | .40 | |
| 51. NBMF Invoice 11/11/05 - 28 copies at .20 per copy | 5.60 | |
| 52. NBMF Invoice 12/12/05 - 542 copies at .20 per copy | 108.40 | |
| 53. NBMF Invoice 02/06/06 - 119 copies at .20 per copy | 23.80 | |
| 54. Downtown Legal 03/25/04 - 862 copies at .09 per copy | 77.58 | |
| 55. Alaska Legal Copy 06/14/04 - 439 copies at .085 per copy | 37.82 | |
| 56. Alaska Legal Copy 06/21/04 - 575 copies at .075 per copy | 53.35 | |
| 57. Alaska Legal Copy 07/27/04 - 526 copies at .085 per copy | 44.71 | |

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Brad E. Ambarian**
*Certain Underwriters at Lloyds v. Inlet Fisheries, Inc.* (Case No. 3:04-cv-00058-JWS)

EXHIBIT A
Page 4 of 5

|   |   | | |
|---|---|---:|---:|
|   | 58. Alaska Legal Copy 03/25/05 - 1304 copies at .069 per copy w/tabs | 165.02 | |
|   | 59. Alaska Legal Copy 06/14/05 - 1315 copies at .065 per copy w/tabs | 130.65 | |
|   | 60. Alaska Legal Copy 07/22/05 - 108 copies at .085 per copy | 10.00 | |
|   | 61. Lane Powell in-house copies - 8126 copies at .15 per copy | 1,218.90 | $10,926.86 |
| G. | **Docket fees under 28 U.S.C. 1923** | | |
| H. | **Other costs (please itemize)** | | |
|   |   | **TOTAL** | **$18,167.40** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 14th day of April, 2006.

*[signature]*
Brad E. Ambarian

I certify that on April 14, 2006, a copy of the foregoing was served by ECF on:

Thomas A. Matthews, tom.matthews@matthewszahare.com
John A. Treptow, treptow.john@dorsey.com

 s/ Brad E. Ambarian
053081.0001/154665.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

**Declaration of Brad E. Ambarian**
*Certain Underwriters at Lloyds v. Inlet Fisheries, Inc.* (Case No. 3:04-cv-00058-JWS)

EXHIBIT A
Page 5 of 5