Fri Apr 11 16:46:18 2003

UNITED STATES DISTRICT COURT

SEATTLE, WA

Receipt No.   200 310717
Cashier       djackson

Check Number: 193335

DO Code    Div No
4686       2

| Sub Acct | Type | Tender | Amount |
|----------|------|--------|--------|
| 1:510000 | N    | 2      | 90.00  |
| 2:086900 | N    | 2      | 60.00  |

Total Amount        $   150.00

C03-0889Z

COZEN O'CONNOR SEATTLE WA 98101

#129181

Fri Apr 11 16:46:18 2003

Check No.  193335
Amount$    150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4686

EXHIBIT  /
PAGE  /  OF  /