PAGE ___



**UNITED STATES
DISTRICT COURT**
District of Alaska
Anchorage Division

# 00122751 - PD
March 22, 2004

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 6855XX-N | 04-0058CV | | 100.00 CK |

TOTAL→    100.00

FROM: CHRISTOPHER NICOLL
ATTORNEY ADMISSION FEE
A04-0058 CV (JWS)

LANE POWELL SPEARS LUBERSKY LLP
DATE: 03-19-04    PAYEE: Clerk of Court

| REF. # | INV. # | INV. DATE |
|--------|--------|-----------|
| 355543 | 53081.1 040319 | 03-19-04 |

EXHIBIT 2
PAGE 1 OF 2

```
UNITED STATES
DISTRICT COURT
   District of Alaska
   Anchorage Division

# 00122752 — PD
  March 22, 2004

Code    Case #    Qty       Amount

6855XX-N                    100.00 CK


TOTAL→            100.00


FROM: TIMOTHY BORCHERS
      ATTORNEY, PRO HAC VICE
      A04-0058 CV (JWS)
```

| LANE POWELL SPEARS LUBERSKY LLP | | |
|---|---|---|
| DATE: 03-19-04 | PAYEE: Clerk of C. | INV. DATE 03-19-04 |
| | INV. # 53081.1 040319 | |
| REF. # 365542 | | |

EXHIBIT 2
PAGE 2 OF 2