COZEN
O'CONNOR
ATTORNEYS

195471

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 129181 | CWN 1668 | INLET FISHERIES | 6/2/03 | (A99)ANGLETON ENTERPRISE RE:PROF.SERVICES INV# CRT CASE C03-0889Z1 | $47.25 |
| 129181 | " | " | " | RE:PROF.SERVICES INV#CRT.CASE C03-0889Z2 | $63.25 |
| | | ID#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 | | | $110.50 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT 3
PAGE 1 OF 2

ANGLETON ENTERPRISE
PO Box 4155
SOLDOTNA, AK 99669

RECEIVED
MAY 27 2003
COZEN O'CONNOR
NORTHWEST BRANCH

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO CERT. OF INS. OP01 0025 THROUGH PUGET SOUND UNDERWRITERS INC.<br>Plaintiff<br><br>VS<br><br>INLET FISH PRODUCERS INC.<br>Defendant | Court Case: C03-0889Z 2<br><br>5/23/2003<br><br>Attorney Case #: C03-0889Z |

COZEN O'CONNOR
COZEN O'CONNOR
Service ☒
INLET FISH PRODUCERS INC. WASHINGTON MUTUAL TOWER SUITE 5200
1201 THIRD AVE.
Non-Service ○
SEATTLE, WA 98101-43071

| | | |
|---|---|---|
| Extra Miles: 0 | @ $0.40 | 0 |
| Extra Hours: 0 | @ $20.00 | 0 |
| Attempts: 0 | @ $5.00 | 0 |
| DMV-PermFund-Fish: | | $0.00 |
| Service Fee: | | $35.00 |
| Mileage: | | $10.00 |
| Sub-Total: | | $45.00 |
| Tax: | | 2.25 |
| Total: | | $47.25 |
| Late: | 0 Days | 0 |
| Late Total: | | $47.25 |

Copies      8.00
Fax Copies  8.00
            63.25

Thanks for your request for service. Please Note: All bills not paid within 30 days will be charged 1.5% Late Fee per month.

ANGLETON ENTERPRISE
P.O. Box 4155
Soldotna, Alaska 99669
Or
P.O. Box 415
Kenai, Alaska 99611
Phone: (907) 262-2266
Tax ID# 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

Please pay
129181

EXHIBIT 3
PAGE 2 OF 2