

**NW Legal Support, Inc.**
526 Yale Ave N, Suite A
Seattle, WA 98109
Ph: (206) 223-9426 — Fax: (206) 223-9475

**INVOICE FOR SERVICE**

Invoice#: **COZEN-1099**     Link#: **146426**     Your Ref#: **129181.000**     DATE: 08/26/2003

IN RE: CERTAIN UNDERWRITERS A LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, et al. vs. INLET FISHERIES, INC., et al.

To: **ATTN: Debbie Kennedy
Cozen and O'Connor
1201 3rd Ave., #5200
Seattle, WA 98101**

| Item | Servee | Desc | Amount PD |
|---|---|---|---|
| P2 – Routine Process (2 att/4 days) or 3 att/7 days) | TOTEM AGENCIES | 10526 NE 68th St — Kirkland, WA | $32.00 – |

**TOTAL:**                                                                      **32.00**

CLIENTS ARE RESPONSIBLE FOR COLLECTION AND LEGAL FEES RESULTING FROM UNPAID INVOICES

*Please pay
129181.000*

EXHIBIT 5
PAGE 1 OF 1