# NW Legal Support, Inc.

526 Yale Ave N, Suite A
Seattle, WA 98109
Ph: (206) 223-9426 — Fax: (206) 223-9475

## INVOICE FOR SERVICE

Invoice#: **COZEN~1112**   Link#: **149768**   Your Ref#: **129181.000**   DATE: **09/24/2003**

IN RE: **CERTAIN UNDERWRITERS A LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025,** et al. vs. **INLET FISHERIES, INC.,** et al.

To: **ATTN: Debbie Kennedy
Cozen and O'Connor
1201 3rd Ave., #5200
Seattle, WA  98101**

*129181*

*Please pay:*

| Item | Servee | Desc | Amount | PD |
|---|---|---|---|---|
| Forward (out of state) | WATER QUALITY INSURANCE SYNDICATE | 80 Broad Street — New York, NY | $110.00 | – |
| Forward Fee (Fed-Ex) | WATER QUALITY INSURANCE SYNDICATE | 80 Broad Street — New York, NY | $25.00 | – |

**TOTAL:**                                                                                                **135.00**

CLIENTS ARE RESPONSIBLE FOR COLLECTION AND LEGAL FEES RESULTING FROM UNPAID INVOICES

EXHIBIT *6*
PAGE *1* OF *2*

# NW Legal Support, Inc.

526 Yale Ave N, Suite A
Seattle, WA 98109     2003 SEP 30  AM 10: 34
Ph: (206) 223-9426 — Fax: (206) 223-9475

COZEN O'CONNOR
SEATTLE OFFICE

### INVOICE FOR SERVICE

Invoice#: COZEN-1121     Link#: 146425     Your Ref#: 129181.000     DATE: 09/29/2003

IN RE: **CERTAIN UNDERWRITERS A LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, et al. vs. INLET FISHERIES, INC., et al.**

To:  **ATTN: Debbie Kennedy
Cozen and O'Connor
1201 3rd Ave., #5200
Seattle, WA  98101**

*129181.000*

| Item | Servee | Desc | Amount | PD |
|---|---|---|---|---|
| Forward (out of state) | WATER QUALITY INSURANCE SYNDICATE | 14 Wall St — New York, NY | $110.00 | — |
| Forward Fee (Fed-Ex) | WATER QUALITY INSURANCE SYNDICATE | 14 Wall St — New York, NY | $25.00 | — |

## TOTAL:                                                               135.00

CLIENTS ARE RESPONSIBLE FOR COLLECTION AND LEGAL FEES RESULTING FROM UNPAID INVOICES

EXHIBIT 6
PAGE 2 OF 2