# NW Legal Support, Inc.

526 Yale Ave N, Suite A
Seattle, WA 98109
Ph: (206) 223-9426 — Fax: (206) 223-9475

2003 OCT -8 AM 10: 48

## INVOICE FOR SERVICE

COZEN ~~~~~~~
SEATTLE OFFICE

Invoice#: **COZEN~1129**       Link#: **152864**       Your Ref#: **129181.000**       DATE: **10/07/2003**

IN RE:   vs.

To:   **ATTN: Debbie ~~Purcell~~ Kennedy**
      **Cozen and O'Connor**
      **1201 3rd Ave., #5200**
      **Seattle, WA  98101**

| Item | Servee | Desc | Amount | PD |
|---|---|---|---|---|
| Forward (out of state) | RECORDS CUSTODIAN; WATER QUALITY INSURANCE SYNDICATE | 80 Broad Street -- New York, WA | $110.00 | - |
| Forward Fee (Fed-Ex) | RECORDS CUSTODIAN; WATER QUALITY INSURANCE SYNDICATE | 80 Broad Street -- New York, WA | $25.00 | - |

## TOTAL:                                                                135.00

CLIENTS ARE RESPONSIBLE FOR COLLECTION AND LEGAL FEES RESULTING FROM UNPAID INVOICES

*Please Pay:*
*129181*

EXHIBIT  7
PAGE  1  OF  1