**COZEN O'CONNOR**
ATTORNEYS

**199957**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 129181 | CWN 1668 | INLET FISHERIES - QUANIRTUUG PRINCESS | 10/9/03 | (A49) NW LOCATION SVC. RE: INV# 43134, LOCATE JACK MICELI | $100.00 |
| | | ID# 91-1881767 | | | $100.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT 8
PAGE 1 OF 2

```
                                                                    NEW YORK
Decker, Michael R.                                                  NEWARK
                                                                    SAN DIEGO
From:   Cindy Kellogg [ckellogg@nwlocation.com]    COZEN            SAN FRANCISCO
Sent:   Tuesday, October 07, 2003 1:58 PM                           SEATTLE
To:     Decker, Michael R.          O'CONNOR                        WASHINGTON, DC
Subject: Miceli invoice                                             WEST CONSHOHOCKEN
                                    ATTORNEYS                       WILMINGTON
```



PHILADELPHIA  ATLANTA  CHARLOTTE  CHERRY HILL  CHICAGO  DALLAS  LAS VEGAS  LONDON  LOS ANGELES

ATT133789.txt

A PROFESSIONAL CORPORATION
SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
           Northwest Location Services, Inc.
PO Box 1345 * Puyallup, WA 98371-0127
PHN 253 848 7767 * FAX 253 848 4414 * info@nwlocation.com
FEIN 91-1881767




Mike Decker, Paralegal
Cozen & O'Connor
1201 3rd Ave., Suite 5200
Seattle, WA 98101



-



Invoice # 43134 10/07/03


Date Reference Search Subject    Charge
  10/07/03    129181    Locate   Jack Miceli     100.00


Amount Due Upon Receipt: $100.00


Please pay from this invoice as no statement will be sent.
```

OK

*[signature: Michael R. Decker]*