**COZEN O'CONNOR ATTORNEYS**

**206078**

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 129181 | CWN 1668 | INLET FISHERIES – QUANIRTUUG PRINCESS | 03/31/04 | (A47) ANGLETON ENTERPRIS RE: SERVICE OF SUBPOENA | $91.20 |
| | | ID# 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 | | | $91.20 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT 9
PAGE 1 OF 2

ANGLETON ENTERPRISE
PO Box 4155
SOLDOTNA, AK 99669

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS )<br>LONDON, SUBSCRIBING TO CERTIFICATE )<br>OF INSURANCE OP01 0025 THROUGH )<br>PUGET SOUND UNDERWRITERS INC. )<br>)) <br>Plaintiff ) <br>) <br>VS ) <br>) <br>INLET FISHERIES INC., AND INLET ) <br>FISH PRODUCERS INC. ) <br>Defendant ) <br>) <br>) | Court Case: CO3-08897 <br><br> 5/14/2003 <br><br> Attorney Case #: CO3-08897 <br> CHRISTOPHER W. NICOLL <br> COZEN O'CONNOR <br> 1201 THIRD AVE. SUITE 5200 <br><br> SEATTLE, WA 98101 |

Service ⊗
Non-Service ○   INLET FISH PRODUCERS

| | | |
|---|---|---|
| Extra Miles: 53 | @ $0.40 | 21.2 |
| Extra Hours: 0 | @ $20.00 | 0 |
| Attempts: 5 | @ $5.00 | 25 |
| DMV-PermFund-Fish: | | $0.00 |
| Service Fee: | | $35.00 |
| Mileage: | | $10.00 |
| Sub-Total: | | $91.20 |
| Tax: | | 0 |
| Total: | | $91.20 |
| Late: | 0 Days | 0 |
| Late Total: | | $91.20 |

Thanks for your request for service. Please Note: All bills not paid within 30 days will be charged 1.5% Late Fee per month.

*not paid A-7*
*3-20-04*

ANGLETON ENTERPRISE
P.O. Box 4155
Soldotna, Alaska 99669
Or
P.O. Box 415
Kenai, Alaska 99611
Phone: (907) 262-2266
Tax ID# 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

EXHIBIT 9
PAGE 2 OF 2