V# 389818

## LANE POWELL PC
## ANCHORAGE OFFICE

### CHECK REQUEST

If request is for less than **$500.00** and chargeable to a client you may send this request via e-mail to "Seattle Accounts Payable". If request is for over $500 this form must be signed and delivered to Accounts Payable by inter office mail to SEA 37N or by fax to (206) 223-4917. If check is for payment of an invoice the check request and the invoice must be delivered to Accounts Payable.

Payee: John Hastie & Co., Ltd.

Address: Post Office Box 1984
Bethel, Alaska 99559-1984

Phone: 907-543-3105

Payee Federal Tax ID#: 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

Date: March 3, 2005

Amount: 45.00

Requested By: Nanci L. Biggerstaff

Employee ID #: 1852

Ext.: _____   Location: Anchorage

Send Check To: Alaska Printer   Ext.: 3132

**APPROVED BY:** _____

---

### CLIENT CHARGES

Matter Number: 53081.1

Description: Payment of Process Server fee for service of subpoena on Bethel PD

---

### FIRM CHARGES

Description of Firm Expense: _____

Firm G/L #: _____

---

ATTACH RECEIPTS FOR ANY CLAIMS OF **$25.00** OR MORE

Check Request.doc

03/03/2005 4:05 PM

EXHIBIT 10
PAGE 1 OF 2

Billed and Unbilled Recap Of Cost Detail - [053081.000001 - Anvil v. Inlet Fisheries v. Certain Underwriters]    Page 1
Client:053081 - Certain Underwriters at Lloyds, London Limit PLC   04/02/2006 3:50:50 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/03/2005 | 1533 | Brewster H. Jamieson | SE | 1.00 | 45.00 | 45.00 | Process service -- John Hastie and Company | 4963319 |
| 04/25/2005 | | Invoice=3321170 | | 1.00 | 45.00 | 45.00 | Limited Service of Subpoena on Bethel PD, | |
| | | | | | | | 03/03/05 | |
| | | Voucher=389818 Paid | | | | | Vendor=John Hastie and Company Limited Balance= .00 | |
| | | | | | | | Amount= 45.00 | |
| | | | | | | | Paid: 618380 03/03/2005 | |
| | | BILLED TOTALS: WORK: | | | | 45.00 | 1 records | |
| | | BILLED TOTALS: BILL: | | | | 45.00 | | |
| | | GRAND TOTAL: WORK: | | | | 45.00 | 1 records | |
| | | GRAND TOTAL: BILL: | | | | 45.00 | | |

EXHIBIT 10
PAGE 2 OF 2