```
            PATRICE STARKOVICH REPORTING SERVICE
                      P.O. BOX 22884
                 SEATTLE, WASHINGTON  98122
                 UBI NO.:  C600 352 197 *5
                 TAX I.D. NO.  91-1463624
                     (206) 323 - 0919
```



CHRISTOPHER W. NICOLL                June 14, 2005
NICOLL BLACK MISENTI & FIEG
816 SECOND AVENUE, SUITE 300         Invoice# 33866
SEATTLE, WA  98104
                                     Balance:  $1,785.50


  Caption: LLOYD'S V INLET FISHERIES/WILTON
           SEATTLE
Scheduled: 06/07/05    Billed: 06/14/05
 Reporter: MICHELLE A. NELSON, M.A.N., INC.


               I n v o i c i n g     I n f o r m a t i o n


Charge Description

REPORTING DEPOSITION OF FORREST WILTON      $ 350.00
0+1 TRANSCRIPT OF FORREST WILTON             1397.50
   E-TRANSCRIPT SENT 6/08/05
EXHIBITS                                       18.00
MINUSCRIPT FOR MR. WILTON'S REVIEW             20.00



           P l e a s e   R e m i t   - - - >  Total Due: $1,785.50


            PLEASE REMIT PAYMENT WITH INVOICE NUMBER
                   NOTED ABOVE.  THANK YOU.


                                            EXHIBIT //
                                            PAGE / OF /