# Prolumina
### TRIAL TECHNOLOGIES

80 S. WASHINGTON, SUITE 200
SEATTLE, WASHINGTON 98104
(206) 622-6700  (888) 622-6722
FAX (206) 467-1777
www.proluminatech.com
TAX ID # 91-1936156

| DATE | INVOICE # |
|---|---|
| 6/16/2005 | 23652 |

Please reference this invoice # when sending payment.

**BILL TO:**

Nicoll Black Misenti & Feig
816 Second Avenue
Suite 300
Seattle, WA 98104

Christopher Nicoll
Deposition 6/7/05
Certain Underwriter v. Inlet Fisheries
A04-0058 CV

1008.0001

**TERMS**

Net 30

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 7.5 | Deposition Service Hours (9:00am to 4:20pm) Witness: Forrest Woody Wilton | 100.00 | 750.00T |
| 3 | Original Digital Stock | 35.00 | 105.00T |
| 1 | Parking | 22.00 | 22.00 |
| 3 | Deposition Copy on CD | 85.00 | 255.00T |
| 1 | Shipping / Delivery Charges |  | 7.50T |

RECEIVED JUN 2 2 2005 NICOLL BLACK MISENTI & FEIG PLLC

**ProVideo|Seattle has changed its name to Prolumina Trial Technologies.  Please update your records.**

7/22

| | |
|---|---|
| Subtotal | $1,139.50 |
| Sales Tax (8.8%) | $98.34 |
| **TOTAL** | **$1,237.84** |

EXHIBIT / 2
PAGE / OF /