

# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

ESQUIRE DEPOSITION SERVICES, LLC - ESE
A HOBART WEST COMPANY
Tax ID # 22-3779684
701 Fifth Ave, Suite 6630
Seattle, Washington 98104
(206)624-9099    FAX (206)624-9995

74120    ALBRE01

**To:**
NICOLE BLACK MISENTI & FEIG
816 SECOND AVENUE
SUITE 300
SEATTLE, WA 98104

ATTN : CHRISTOPHER NICOLL

| INVOICE NUMBER | DATE |
|---|---|
| 54755ESE | 06/14/05 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:** LLOYDS OF LONDON VS. INLAND FISHERIES

SERVICES PROVIDED ON 06/08/05:
D. KENNETH DRAPER             525.00    1CC

B&W EXHIBITS                   46.20
SHIPPING /ADMINISTRATIVE FEE   25.00

1308.0001

RECEIVED
JUN 2 0 2005
NICOLL BLACK
MISENTI & FEIG PLLC

BALANCE DUE                    TOTAL    596.20    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(206)624-9099
Fax (206)624-9995

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT /3
PAGE / OF 2



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC - ESE**
**A HOBART WEST COMPANY**
Tax ID # 22-3779684
701 Fifth Ave, Suite 6630
Seattle, Washington 98104
(206)624-9099   FAX(206)624-9995

74124    MILLD01

To:
NICOLE BLACK MISENTI & FEIG
816 SECOND AVENUE
SUITE 300
SEATTLE, WA 98104

*1008.0001*

ATTN : CHRISTOPHER NICOLL

| INVOICE NUMBER | DATE |
|---|---|
| 54786ESE | 06/17/05 |

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

**YOUR REFERENCE NUMBER:**

**CAPTION:**
LLOYDS OF LONDON VS. INLAND FISHERIES

SERVICES PROVIDED ON 06/08/05:

KENNETH DRAPER, M.D.
VIDEO DIGITIZING
SHIPPING/ADMINISTRATIVE FEE

RECEIVED JUN 2 3 2005 NICOLL BLACK MISENTI & FEIG PLLC

361.25
30.00

BALANCE DUE

TOTAL   391.25   Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(206)624-9099
Fax (206)624-9995

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT 13
PAGE 2 OF 2