Atkinson-Baker, Inc. -- Mai   ffice
500 N. Brand Boulevard, Third Floor
Glendale, CA  91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the   oice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#:  95-4189037

**INVOICE # 9E09799C**
**FIRM # 1207988**
**INVOICE DATE: 1/12/2005**
**DUE UPON RECEIPT**

Setting Firm:  Matthews & Zahare
Taking Attorney:  Thomas A. Matthews
Case Name:  Lloyds of London vs Inlet Fisheries
Case #:  A04-0058CV (JWS)

Christopher W. Nicoll
Nicoll, Black, Misenti & Feig, PLLC
816 Second Avenue
Suite 300
Seattle, WA  98104

129181.000
1008.000

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Philip Sandle and Darren Nuding, taken December 8, 2004. | $ 300.40 |
| BALANCE DUE | $ 300.40 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $300.40

**INVOICE # 9E09799C**
**FIRM # 1207988**

For: Certified copy of the reporter's transcript of the deposition of Philip Sandle and Darren Nuding, taken December 8, 2004.

From:

Christopher W. Nicoll
Nicoll, Black, Misenti & Feig, PLLC
816 Second Avenue
Suite 300
Seattle, WA  98104

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA  91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

EXHIBIT 14
PAGE 1 OF 1