Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9E0979AC
FIRM # 1207988
INVOICE DATE: 1/12/2005
DUE UPON RECEIPT

Setting Firm: Matthews & Zahare
Taking Attorney: Thomas A. Matthews
Case Name: Lloyds of London vs Inlet Fisheries
Case #: A04-0058CV (JWS)

Larry Altenbrun
Nicoll, Black, Misenti & Feig, PLLC
816 Second Avenue
Suite 300
Seattle, WA 98104

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of John Boydt and Paul Harcombe, taken December 9, 2004. | $ 229.50 |
| BALANCE DUE | $ 229.50 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · ·   Fold and tear at this perforation, then return stub with payment.   · · · · · · · · · · · · · · ·

EXHIBIT /6
PAGE / OF /