Atkinson-Baker, Inc. -- Mai[n] [Of]fice
500 N. Brand Boulevard, Third Floor
Glendale, CA  91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the [Inv]oice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#:  95-4189037

INVOICE # 9E09798C
FIRM # 1207988
INVOICE DATE: 1/11/2005
DUE UPON RECEIPT

Setting Firm:  Matthews & Zahare
Taking Attorney:  Thomas A. Matthews
Case Name:  Lloyds of London vs Inlet Fisheries
Case #:  A04-0058CV (JWS)

Christopher W. Nicoll
Nicoll, Black, Misenti & Feig, PLLC
816 Second Avenue
Suite 300
Seattle, WA  98104

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Mr Stephen Gargrave, taken December 7, 2004. | $ 440.80 |
| BALANCE DUE | $ 440.80 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · · ·  Fold and tear at this perforation, then return stub with payment.  · · · · · · · · · · · · · · · ·

EXHIBIT 17
PAGE 1 OF 1