**Atkinson-Baker, Inc. -- Main** ice
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA 91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the ice # and your Firm # in any
correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9E09797C**
**FIRM # 1207988**
**INVOICE DATE: 1/11/2005**
**DUE UPON RECEIPT**

Setting Firm:  Matthews & Zahare
Taking Attorney:  Thomas A. Matthews
Case Name:  Lloyds of London vs Inlet Fisheries
Case #:  A04-0058CV (JWS)

**Christopher W. Nicoll**
**Nicoll, Black, Misenti & Feig, PLLC**
**816 Second Avenue**
**Suite 300**
**Seattle, WA 98104**

| ITEM | | AMOUNT |
|------|---|--------|
| Certified copy of the reporter's transcript of the deposition of Rawland Dawe, taken December 6, 2004. | $ | 562.40 |
| BALANCE DUE | $ | 562.40 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · ·  Fold and tear at this perforation, then return stub with payment.  · · · · · · · · · · · · · · ·

**EXHIBIT** / 8
**PAGE** / **OF** /