```
CONTINENTAL REPORTING SERVICE, INC.                     INVOICE
TAX ID: 91-1485168
(206) 624-3377  Fax: (206) 623-7228
```

Send Billing Inquires to:            Remit Payment to:
500 Union Street, Suite 926          P.O. Box 50245
Seattle, WA  98101                   Bellevue, WA  98015

                                     Invoice No. :   545544
                                     Invoice Date:   11/19/04

Client ID: 127312
Larry E. Altenbrun, Esq.
NICOLL BLACK MISENTI & FEIG
816 2nd. Avenue, Suite 300           *1008.0001*
Seattle WA  98104 USA

                    Note: Please mail a copy of invoice
                          with payment and include the
                          invoice number from above on
TERMS: DUE UPON RECEIPT               the check.

---

RE: LLOYDS LONDON v INLET FISHERIES
No: C0300889A

| DEPONENT NAME | JOB NO. | TAKEN | CHARGES |
|---|---|---|---|
| MOLLY BROWN | 96344.1 | 10/28/2004 | |
| Delivery and Handling | | | 15.00 |
| Exhibits, 1 cc | | | 3.85 |
| Transcript, 1 cc | | | 207.50 |
| AMANDA SCHAEFER | 96345.1 | 10/29/2004 | |
| Exhibits, 1 cc | | | 12.25 |
| Transcript, 1 cc | | | 237.50 |
| TOTAL AMOUNT DUE..................$ | | | 476.10 |

*[RECEIVED NOV 2 2 2004 NICOLL BLACK MISENTI & FEIG PLLC]*

Note:



Payment is due upon receipt. Invoices not paid in 30 days shall accrue interest at the rate of 1.5% per month. Continental Reporting shall be entitled to recover all costs and expenses incurred in collecting such amounts, including but not limited to reasonable attorneys' fees.

EXHIBIT 19
PAGE 1 OF 1