

**ALC**
AMERICAN LEGAL
CORPORATION
SEATTLE

**Please Pay From This Invoice**

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|---|---|
| 1/12/2005 | 91850 |

| BILL TO |
|---|
| Nicoll Black Misenti & Feig |
| 816 2nd Avenue Ste.300 |
| Seattle, WA 98104 |

| PLEASE PAY |
|---|
| American Legal Corporation |
| 1417 4th Ave., Suite 700 |
| Seattle, WA 98101 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 7036 | Net 30 | TW | FREE | Debbie K. | See Below |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
|  | CM# 12918.1-INLET FISHERIES  1008.0001 |  |  |
| 395 | Glasswork Copy Services | 5 | 82.95T |
| 29 | Color Copy Services - 8.5" x 11" | 6 | 30.45T |
|  | Sales Tax |  | 9.98 |

2/11/05

EXHIBIT 20
PAGE 1 OF 1

Received & Approved    Date 1/12/05    **TOTAL** $123.38

The American Legal Corporation Customer is ultimately
responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days