

**AMERICAN LEGAL CORPORATION SEATTLE**

## Please Pay From This Invoice

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|------|-------------|
| 2/3/2005 | 92626 |

| BILL TO | PLEASE PAY |
|---------|-----------|
| Nicoll Black Misenti & Feig<br>816 2nd Avenue Ste.300<br>Seattle, WA 98104 | American Legal Corporation<br>1417 4th Ave., Suite 700<br>Seattle, WA 98101 |

*1008.0001*

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 7016 | Net 30 | TW | FREE | Debbie | ~~Inlet Fish Prod~~ |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|----------|-------------|------|--------|
| 1,146 | Medium Litigation Copy Services | 4a | 171.90T |
| 87 | Color Copy Services ~ 8.5" x 11" | 6 | 91.35T |
| 487 | Auto-Feed Copy Services | 1 | 170.45T |
| | Three sets of copies | | |
| | Sales Tax | | 38.17 |

**EXHIBIT** *2/*
**PAGE** */* **OF** */*

Received & Approved _____ Date 2/3/05

**TOTAL**   $471.87

The American Legal Corporation Customer is ultimately
responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days