

# CUSTOMER INVOICE

| Date | Invoice Number |
|---|---|
| 2/19/2005 | 21510 |

| Phone # | (907) 349-3224 |
|---|---|

**Ship To:**
Nicoll Black Misenti & Feig, LLC
816 Second Ave.
Suite 300
Seattle, Washington 98104-1502

**Ship To**
Nicoll Black Misenti & Feig, LLC
816 Second Ave.
Suite 300
Seattle, Washington 98104-1502

| Client | Terms | Rep |
|---|---|---|
| See Below | EOM | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| | *** Original Documents Returned To Bankston Grooning *** | | | |
| Staple Copies | Flat Rate For Stapled Copies | 1,728 | 0.09 | 155.52 |
| Color 8.5 x 11 | Standard Color Copies | 9 | 1.25 | 11.25 |
| Oversize Copies | Oversize Black & White Copies | 12 | 1.00 | 12.00 |
| 11 x 17 | 11 x 17 Black & White | 3 | 0.20 | 0.60 |
| Shipping | Shipping / Postage | 1 | 75.00 | 75.00 |
| | Attn: Debbie Kennedy | | | |

RECEIVED BY_____

DATE_____

All work is complete!

**Total** $254.37

EXHIBIT 22
PAGE 1 OF 1