

**AMERICAN LEGAL CORPORATION SEATTLE**

## Please Pay From This Invoice

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|---|---|
| 3/23/2005 | 94229 |

| BILL TO |
|---|
| Nicoll Black Misenti & Feig |
| 816 2nd Avenue Ste. 300 |
| Seattle, WA 98104 |

| PLEASE PAY |
|---|
| American Legal Corporation |
| 1417 4th Ave., Suite 700 |
| Seattle, WA 98101 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 7148 | Net 30 | TW | FREE | Debbie K. | 1008.0001 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| 174 | Color Copy Services - 8.5" x 11" | 6 | 182.70T |
|  | 6 Sets |  |  |
|  | Sales Tax |  | 16.08 |

4/22

EXHIBIT 23
PAGE 1 OF 1

Received & Approved [signature]   Date 3/24/05

**TOTAL**   $198.78

The American Legal Corporation Customer is ultimately responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days