

**AMERICAN LEGAL CORPORATION SEATTLE**

# Please Pay From This Invoice

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|---|---|
| 11/22/2004 | 90497 |

| BILL TO |
|---|
| Nicoll Black Misenti & Feig |
| 816 2nd Avenue Ste.300 |
| Seattle, WA 98104 |

| PLEASE PAY |
|---|
| American Legal Corporation |
| 1417 4th Ave., Suite 700 |
| Seattle, WA 98101 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 7116 | Net 30 | TW | FREE | Debbie | 1008.0001 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| 45 | Color Blowbacks | 41 | 56.25T |
| 160 | Light Litigation Copy Services | 2 | 20.80T |
| 49 | Bates Labeling Services-WILL 000001-WILL 000049 | 9 | 2.94T |
|  | Sales Tax |  | 7.04 |

EXHIBIT 24
PAGE 1 OF 1

Received & Approved [signature]   Date 11/22/04

**TOTAL $87.03**

The American Legal Corporation Customer is ultimately responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days