# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2004 | 90683 |



| Bill To | Please Pay |
|---|---|
| Nicoll Black Misenti & Feig<br>816 2nd Avenue Ste.300<br>Seattle, WA 98104 | American Legal Corporation<br>1417 4th Ave., Suite 700<br>Seattle, WA 98101 |

| Job # | Terms | Rep | Delivery | Attention | Client Matter # |
|---|---|---|---|---|---|
| 7158 | Net 30 | TW | FREE | Debbie K | 1008.0001 |

| Quantity | Description | Item | Amount |
|---|---|---|---|
| 952 | Heavy Litigation Copy Services<br>Sales Tax | 4 | 152.32T<br>13.40 |

EXHIBIT 25
PAGE 1 OF 1

| | Total | $165.72 |
|---|---|---|