

**AMERICAN LEGAL CORPORATION SEATTLE**

**Please Pay From This Invoice**

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|---|---|
| 11/30/2004 | 90682 |

| BILL TO |
|---|
| Nicoll Black Misenti & Feig |
| 816 2nd Avenue Ste.300 |
| Seattle, WA 98104 |

| PLEASE PAY |
|---|
| American Legal Corporation |
| 1417 4th Ave., Suite 700 |
| Seattle, WA 98101 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 7160 | Net 30 | TW | FREE | Debbie K | 1008.0001 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| 213 | Heavy Litigation Copy Services | 4 | 34.08T |
|  | Sales Tax |  | 3.00 |

EXHIBIT 26
PAGE / OF /

Received & Approved _____ Date 11/30/04

**TOTAL** $37.08

The American Legal Corporation Customer is ultimately responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days