

**AMERICAN LEGAL CORPORATION SEATTLE**

**Please Pay From This Invoice**

This is the only invoice you will receive
Please forward it to your payable department

| DATE | INVOICE NO. |
|---|---|
| 11/30/2004 | 90684 |

| BILL TO |
|---|
| Nicoll Black Misenti & Feig<br>816 2nd Avenue Ste.300<br>Seattle, WA 98104 |

| PLEASE PAY |
|---|
| American Legal Corporation<br>1417 4th Ave., Suite 700<br>Seattle, WA 98101 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|---|---|---|---|---|---|
| 7159 | Net 30 | TW | FREE | Debbie K. | 1008.0001 |

| QUANTITY | DESCRIPTION | ITEM | AMOUNT |
|---|---|---|---|
| 33 | Color Copy Services - 8.5" x 11"<br>Three sets of copies<br>Sales Tax | 6 | 34.65T<br>3.05 |

EXHIBIT 27
PAGE 1 OF 1

| | TOTAL | $37.70 |
|---|---|---|

Received & Approved   Date 11/30/04

The American Legal Corporation Customer is ultimately
responsible for payment within our terms.

Fed ID# 91-1723980
Finance charge of 1.5% monthly on accounts past 30 days