AhC

11/8/2004        90028

Nicoll Black Misenti & Feig
816 2nd Avenue Ste.300
Seattle, WA 98104

| 7035 | Net 30 | TW | FREE | Debbie | 1008.0001 |

| 189 | Medium Litigation Copy Services | 4a | 27.41T |
| 189 | Bates Labeling Services-ROP 000496-ROP 000685 | 9 | 11.34T |
|     | Sales Tax |   | 3.41 |

EXHIBIT 28        $42.16
PAGE 1 OF 1