COZEN O'CONNOR
ATTORNEYS

199990

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 129181 | CWN 1668 | INLET FISHERIES - QUANIRTUUG PRINCESS | 10/27/03 | (A46) STATE OF ALASKA - INLET FISHERIES, INC. FIOA REQUEST, COPY CHARGES REIMBURSEMENT | $69.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT 29
PAGE 1 OF 1