# Bill for Collection

Bill No: 0-RIN-00001-04
Date: November 3, 2003

| | |
|---|---|
| Make remittance payable to: | U.S. Environmental Protection Agency, Region 10 |
| Mailing address for payment: | P.O. Box 360903M, Pittsburgh, Pennsylvania 15251 |

Payer:
Victoria Wu, Paralegal
Cozen O'Connor Attorneys
1201 Third Avenue, Suite 5200
Seattle, WA 98101

Tax ID #:

Description: **Freedom of Information Act - Alaska Pollution Incidents**

| Date | Description | Quantity | Unit Price Cost | Per | Amount |
|---|---|---|---|---|---|
| | Photocopies | 188 | $0.15 | Page | $28.20 |
| | Search and Review Time | 0.5 | $28.00 | Hours | $14.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | Amount Due | | $42.20 |
| | | | Amount of Payment | | |

*ok to pay*
*# 129181*
*To FA Reg. doc*
*production.*
*Vicky*

EXHIBIT 30
PAGE 1 OF 1