**COZEN O'CONNOR**
ATTORNEYS

201209

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 129181 | CWN 1668 | QUANIRTUGG PRINCESS | 11/24/03 | (A46) STATE OF AK.ADEC RE: FOIA REQUEST RE: RECORDS FOR MAREN I, QANIRTUUG PRINCESS AND HARVESTER BARGE SPILLS | $31.50 |
| | ID# N/A | | | | $31.50 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT __31__
PAGE __1__ OF __2__

# STATE OF ALASKA

FRANK H. MURKOWSKI, GOVERNOR

## DEPT. OF ENVIRONMENTAL CONSERVATION

**DIVISION OF SPILL PREVENTION AND RESPONSE**
**PREVENTION AND EMERGENCY RESPONSE PROGRAM**
**BETHEL FIELD OFFICE**

P.O. Box 228
Bethel, AK 99559
PHONE: (907) 543-3215
FAX: (907) 543-3216
http://www.state.ak.us/dec/home.htm

Ms. Victoria Wu, Paralegal
Cozen O'Connor
1201 Third Avenue, Suite 5200
Seattle, WA 98101

November 17, 2003

**RE: FOIA Request, Maren I, Qanirtuuq Princess, and Harvester Barge Spills**

Dear Ms. Wu:

In response to your request for records concerning the above-referenced spills, I am enclosing fifty-eight (58) pages of my field notes and sixty-eight (68) pages of my phone logs. Please remit $31.50 payable to "State of Alaska – ADEC" for these, with a notation that it is for the Inlet Fisheries FOIA. I was not involved the Harvester Barge spills. With respect to your request for Mavica digital photographs, I am still researching whether we have any or all of these. They were originally taken on floppy disks. I treat these as informal working documents, and do not usually take notes related to them when in the field, so they aren't normally found in my field notebook. Often, when my immediate use for them is accomplished, I re-use the disks. I don't know if that happened in this case or not. However, I will find out, and will gladly send you copies of they still exist. Please phone or email me (Bob_Carlson@DEC.State.AK.US) if you have any questions concerning my notes or these spills.

Sincerely,

Robert V. Carlson
Environmental Specialist

Re: 129181
Doc Production

enclosures: R. Carlson field notes related to Inlet Fisheries spills, 1999-2002
R. Carlson phone logs related to Inlet Fisheries spills, 1999-2002

EXHIBIT **3 /**
PAGE **2** OF **2**