COZEN
O'CONNOR
ATTORNEYS

201243

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|----------|------|--------------|------|-------------|--------|
| 129181 | CWN 1668 | INLET FISHERIES – QUANIRTUUG PRINCESS | 12/03/03 | (A46) U.S. COAST GUARD RE: DOCUMENT PRODUCTION | $144.71 |
| | | ID# N/A | | | $144.71 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT _33_
PAGE _/_ OF _2_



**U.S. Department of Homeland Security**

**United States Coast Guard**

Director
National Pollution Funds Center
United States Coast Guard

4200 Wilson Blvd., Suite 1000
Arlington, VA  22203-1804
Staff Symbol: (cs)
Phone: (202) 493-6708
Fax: (202) 493-6950

5720
November 21, 2003

Cozen O'Connor Attorneys
Washington Mutual Tower
1201 Third Ave., Suite 5200
Seattle, WA  98101-3071
ATTN:  Victoria Wu

Dear Ms. Wu:

Enclosed are copies of the information regarding the pollution incidents in Alaska in 1999, 2000, 2001 and 2002 for which the NPFC may have responded or been involved for Inlet Fisheries, Inc., Inlet Fish Producers, Inc., or Arctic Salmon, Inc. that you requested in your September 29, 2003 Freedom of Information Act letter.  The cost of providing you with these records is $144.71.  Payment for these records can be made by mail or by using the Department of Transportation Do It Yourself (DIY) payment system via the Internet (http://diy.dot.gov).  The DIY system accepts VISA, MasterCard and American Express.  The FOIA case number, NPFCFOIA-2004-001, will serve as the invoice number.  If you prefer to make your payment by mail, please make your check payable to the U.S. Coast Guard and remit it, along with a copy of this letter, to the address above.  Payment must be received within 30 days.

If you have any questions or need additional information, please feel free to contact me at (202) 493-6708.

Sincerely,

MADELINE P. DIGGS
FOIA Coordinator

Enclosure:    Requested Records

EXHIBIT ___33___
PAGE _2_ OF _2_