02/03/2004 13:00 FAX 907 344 8880    RISING WINDS LTD.    ☑002

**Rising Winds, Ltd.**

P.O. Box 221089
Anchorage, AK 99522-1089
EIN# 92-0129940

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/3/2004 | 1785 |

| BILL TO |
|---------|
| Cozen O'Connor Attorneys<br>Washington Mutual Tower<br>1201 Third Ave., Ste. 5200<br>Seattle, WA 98101-3071<br>Attn: Vicky Wu |

#129181
Please Pay
— Vicky

| P.O. NUMBER | TERMS | DUE DATE | RWL REF | YOUR REF |
|-------------|-------|----------|---------|----------|
| Inlet Salmon ... | On Receipt | 2/3/2004 | 03MS-2053 | N/A |

| DESCRIPTION | QTY | AMOUNT |
|-------------|-----|--------|
| PROFESSIONAL SERVICES: 2.30 Hours for file retrieval from archives, sorting, copying and various services related to complete duplication of 5 Inlet Salmon files | | 184.00 |
| CLERICAL SERVICES - COMPUTER INPUT & FILE MAINTENANCE: | | 50.00 |

| Please return one copy of this invoice with your payment. Thank you. | **Total** | $234.00 |
|---|---|---|