02/03/2004 13:00 FAX 907 344 8880   RISING WINDS, LTD.   ☒003

# Invoice

**Rising Winds, Ltd.**
P.O. Box 221089
Anchorage, AK 99522-1089
EIN# 92-0129940

| DATE | INVOICE NO. |
|---|---|
| 2/3/2004 | 1786 |

**BILL TO**

Cozen O'Connor Attorneys
Washington Mutual Tower
1201 Third Ave., Ste. 5200
Seattle, WA 98101-3071
Attn: Vicky Wu

*#129181*
*Please Pay*
*-Vicky*

| P.O. NUMBER | TERMS | DUE DATE | RWL REF | YOUR REF |
|---|---|---|---|---|
| Inlet Salmon ... | On Receipt | 2/3/2004 | 03MS-2053 | N/A |

| DESCRIPTION | QTY | AMOUNT |
|---|---|---|
| OFFICE/ADMINISTRATIVE EXPENSES: Copies, phone/fax, film/dev, postage, etc.; expenses related to complete duplication of 5 Inlet Salmon files | | 259.77 |

Please return one copy of this invoice with your payment. Thank you.

**Total** $259.77

EXHIBIT 35
PAGE 1 OF 1

Received   Feb-03-04   01:55pm   From-907 344 8880   To-Cozen O'Connor-Seatt   Page 003