EIN 23-1732832



| PHILADELPHIA | | NEW YORK |
|---|---|---|
| ATLANTA | | NEWARK |
| CHARLOTTE | COZEN | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | O'CONNOR | SEATTLE |
| DALLAS | | WASHINGTON, DC |
| LAS VEGAS | ATTORNEYS | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200  WASHINGTON MUTUAL TOWER  1201 THIRD AVENUE  SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     May 19, 2003      PAGE    13
FILE NUMBER: 129181.000
INVOICE NO.: 361244


      DATE              EXPENSES INCURRED                             VALUE


                    DUPLICATING                                       83.75




                    EXPENSES INCURRED.....................


                    GRAND TOTAL
```

*Fees and Costs are due upon receipt of bill*         EXHIBIT  36
                                                      PAGE  1  OF  1