

EIN 23-1732832

PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
LAS VEGAS  
LONDON  
LOS ANGELES  

**COZEN O'CONNOR**  
ATTORNEYS  

NEW YORK  
NEWARK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WILMINGTON  

A PROFESSIONAL CORPORATION  
SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com  

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Sep  3, 2003    PAGE   14  
FILE NUMBER: 129181.000  
INVOICE NO.: 372195  

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 03/24/03 | DUPLICATING 172 COPIES 03/24 | 43.00 |
| 04/11/03 | DUPLICATING 67 COPIES 04/11 | 16.75 |
| 04/14/03 | DUPLICATING 218 COPIES 04/14 | 54.50 |
| 04/23/03 | DUPLICATING 26 COPIES 04/23 | 6.50 |
| 04/25/03 | DUPLICATING 26 COPIES 04/25 | 6.50 |
| 04/29/03 | DUPLICATING 45 COPIES 04/29 | 11.25 |
| 05/20/03 | DUPLICATING 73 COPIES 05/20 | 18.25 |
| 05/21/03 | DUPLICATING 36 COPIES 05/21 | 9.00 |
| 05/28/03 | DUPLICATING 48 COPIES 05/28 | 12.00 |

EXHIBIT  37  
PAGE  1  OF  2  

*Fees and Costs are due upon receipt of bill*

EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



# COZEN
## O'CONNOR
### ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Sep  3, 2003     PAGE   15
FILE NUMBER: 129181.000
INVOICE NO.: 372195


06/05/03 DUPLICATING 24 COPIES 06/05                                6.00
06/10/03 DUPLICATING 29 COPIES 06/10                                7.25
06/11/03 DUPLICATING 12 COPIES 06/11                                3.00


06/18/03 DUPLICATING 3 COPIES 06/18                                 0.75



            TOTAL DISBURSEMENTS......................


                GRAND TOTAL

EXHIBIT  3 7
PAGE  2  OF  2

*Fees and Costs are due upon receipt of bill*