

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Nov 12, 2003      PAGE  11
FILE NUMBER: 129181.000
INVOICE NO.: 380612
```

DATE                    DISBURSEMENTS                                    VALUE

```
08/22/03 DUPLICATING 14 COPIES 08/22                                      3.50

09/16/03 DUPLICATING 28 COPIES 09/16                                      7.00
09/25/03 DUPLICATING 8 COPIES 09/25                                       2.00

09/30/03 DUPLICATING 13 COPIES 09/30                                      3.25
10/03/03 DUPLICATING 13 COPIES 10/03                                      3.25
10/06/03 DUPLICATING 18 COPIES 10/06                                      4.50
10/09/03 DUPLICATING 29 COPIES 10/09                                      7.25
10/13/03 DUPLICATING 1 COPIES 10/13                                       0.25

10/16/03 DUPLICATING 13 COPIES 10/16                                      3.25
```

*Fees and Costs are due upon receipt of bill*        EXHIBIT  38
                                                     PAGE  1  OF  1