

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR ATTORNEYS**

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Mar 11, 2004     PAGE   14
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| DATE | EXPENSES INCURRED | VALUE |
|---|---|---|
| 10/27/03 | DUPLICATING 6 COPIES 10/27 | 1.50 |
| 10/29/03 | DUPLICATING 12 COPIES 10/29 | 3.00 |
| 11/04/03 | DUPLICATING 308 COPIES 11/04 | 77.00 |
| 11/11/03 | DUPLICATING 1 COPIES 11/11 | 0.25 |
| 11/12/03 | DUPLICATING 2 COPIES 11/12 | 0.50 |
| 11/13/03 | DUPLICATING 6 COPIES 11/13 | 1.50 |
| 11/18/03 | DUPLICATING 1 COPIES 11/18 | 0.25 |
|  |  | 7.00 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT   39
PAGE   1   OF   2



PHILADELPHIA　　　　　　　　　　　　　　　　EIN 23-1732832　　NEWARK
ATLANTA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW YORK
CHARLOTTE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SAN DIEGO
CHERRY HILL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SAN FRANCISCO
CHICAGO　　　　　　　　　　COZEN　　　　　　　　　　　　　　　　　　SEATTLE
DALLAS　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRENTON
DENVER　　　　　　　　　　O'CONNOR　　　　　　　　　　　　　　　WASHINGTON, DC
LAS VEGAS　　　　　　　　　ATTORNEYS　　　　　　　　　　　WEST CONSHOHOCKEN
LONDON　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WICHITA
LOS ANGELES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Mar 11, 2004    PAGE    15
FILE NUMBER: 129181.000
INVOICE NO.: 394234



11/21/03 DUPLICATING 1 COPIES 11/21                                     0.25




12/18/03 DUPLICATING 150 COPIES 12/18                                  37.50
12/22/03 DUPLICATING 22 COPIES 12/22                                    5.50
01/09/04 DUPLICATING 68 COPIES 01/09                                   17.00
01/12/04 DUPLICATING 853 COPIES 01/12                                 213.25
01/15/04 DUPLICATING 1 COPIES 01/15                                     0.25
01/20/04 DUPLICATING 50 COPIES 01/20                                   12.50
01/27/04 DUPLICATING 191 COPIES 01/27                                  47.75

         EXPENSES INCURRED.........................



         GRAND TOTAL
```

*Fees and Costs are due upon receipt of bill*　　　EXHIBIT  39
　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE  2  OF  2