

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE   Oct 27, 2004      PAGE   48
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| DATE | EXPENSES INCURRED | VALUE |
|------|-------------------|-------|
| 02/24/04 | DUPLICATING 14 COPIES 02/24 | 3.50 |
| 03/01/04 | DUPLICATING 7 COPIES 03/01 | 1.75 |
| 03/08/04 | DUPLICATING 14 COPIES 03/08 | 3.50 |
| 03/09/04 | DUPLICATING 532 COPIES 03/09 | 133.00 |
| 03/18/04 | DUPLICATING 20 COPIES 03/18 | 5.00 |
| 04/08/04 | DUPLICATING 4 COPIES 04/08 | 1.00 |
| 04/12/04 | DUPLICATING 94 COPIES 04/12 | 23.50 |
| 04/13/04 | DUPLICATING 60 COPIES 04/13 | 15.00 |
| 04/19/04 | DUPLICATING 196 COPIES 04/19 | 49.00 |
| 04/26/04 | DUPLICATING 164 COPIES 04/26 | 41.00 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT    40
PAGE   1   OF   5



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN
O'CONNOR**
ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200    WASHINGTON MUTUAL TOWER    1201 THIRD AVENUE    SEATTLE, WA 98101-3071
206.340.1000    800.423.1950    206.621.8783 FAX    www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE   Oct 27, 2004      PAGE   49
FILE NUMBER: 129181.000
INVOICE NO.: 420657


05/03/04 DUPLICATING 88 COPIES 05/03                    22.00
05/05/04 DUPLICATING 139 COPIES 05/05                   34.75
05/07/04 DUPLICATING 8 COPIES 05/07                      2.00

05/10/04 DUPLICATING 60 COPIES 05/10                    15.00


05/11/04 DUPLICATING 417 COPIES 05/11                  104.25

05/17/04 DUPLICATING 24 COPIES 05/17                     6.00


05/18/04 DUPLICATING 1107 COPIES 05/18                 276.75
05/19/04 DUPLICATING 3843 COPIES 05/19                 960.75

05/20/04 DUPLICATING 4559 COPIES 05/20                1139.75

05/21/04 DUPLICATING 130 COPIES 05/21                   32.50
05/24/04 DUPLICATING 330 COPIES 05/24                   82.50
05/25/04 DUPLICATING 53 COPIES 05/25                    13.25
05/26/04 DUPLICATING 8 COPIES 05/26                      2.00


06/01/04 DUPLICATING 21 COPIES 06/01                     5.25


06/08/04 DUPLICATING 56 COPIES 06/08                    14.00
06/10/04 DUPLICATING 17 COPIES 06/10                     4.25
06/15/04 DUPLICATING 86 COPIES 06/15                    21.50
06/16/04 DUPLICATING 16 COPIES 06/16                     4.00


06/17/04 DUPLICATING 242 COPIES 06/17                   60.50


06/22/04 DUPLICATING 92 COPIES 06/22                    23.00
06/25/04 DUPLICATING 32 COPIES 06/25                     8.00
```

*Fees and Costs are due upon receipt of bill*

EXHIBIT   _40_
PAGE _2_ OF _5_



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

**COZEN**
**O'CONNOR**
ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200    WASHINGTON MUTUAL TOWER    1201 THIRD AVENUE    SEATTLE, WA 98101-3071
206.340.1000    800.423.1950    206.621.8783 FAX    www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004    PAGE  50
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---:|
| 06/30/04 | DUPLICATING 24 COPIES 06/30 | 6.00 |
| 07/02/04 | DUPLICATING 2 COPIES 07/02 | 0.50 |
| | | 3.82 |
| 07/02/04 | DUPLICATING 2 COPIES 07/02 | 0.50 |
| 07/02/04 | DUPLICATING 2 COPIES 07/02 | 0.50 |
| 07/06/04 | DUPLICATING 12 COPIES 07/06 | 3.00 |
| 07/06/04 | DUPLICATING 28 COPIES 07/06 | 7.00 |
| 07/07/04 | DUPLICATING 22 COPIES 07/07 | 5.50 |
| 07/08/04 | DUPLICATING 22 COPIES 07/08 | 5.50 |
| 07/15/04 | DUPLICATING 428 COPIES 07/15 | 107.00 |
| 07/16/04 | DUPLICATING 96 COPIES 07/16 | 24.00 |
| 07/19/04 | DUPLICATING 14 COPIES 07/19 | 3.50 |
| 07/27/04 | DUPLICATING 144 COPIES 07/27 | 36.00 |
| 07/27/04 | DUPLICATING 19 COPIES 07/27 | 4.75 |
| 07/27/04 | DUPLICATING 6 COPIES 07/27 | 1.50 |
| 07/27/04 | DUPLICATING 73 COPIES 07/27 | 18.25 |
| 07/27/04 | DUPLICATING 76 COPIES 07/27 | 19.00 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT ___40___

PAGE _3_ OF _5_



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 5200    WASHINGTON MUTUAL TOWER    1201 THIRD AVENUE    SEATTLE, WA 98101-3071
206.340.1000    800.423.1950    206.621.8783 FAX    www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004    PAGE    51
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| 07/29/04 | DUPLICATING 36 COPIES 07/29 | 9.00 |
| 08/06/04 | DUPLICATING 2 COPIES 08/06 | 0.50 |
| 08/06/04 | DUPLICATING 4 COPIES 08/06 | 1.00 |
| 08/06/04 | DUPLICATING 60 COPIES 08/06 | 15.00 |
| 08/10/04 | DUPLICATING 172 COPIES 08/10 | 43.00 |
| 08/10/04 | DUPLICATING 60 COPIES 08/10 | 15.00 |
| 08/12/04 | DUPLICATING 17 COPIES 08/12 | 4.25 |
| 08/24/04 | DUPLICATING 62 COPIES 08/24 | 15.50 |
| 08/25/04 | DUPLICATING 22 COPIES 08/25 | 5.50 |
| 08/25/04 | DUPLICATING 3 COPIES 08/25 | 0.75 |
| 08/25/04 | DUPLICATING 2 COPIES 08/25 | 0.50 |
| 08/30/04 | DUPLICATING 424 COPIES 08/30 | 106.00 |
| 08/31/04 | DUPLICATING 9 COPIES 08/31 | 2.25 |
| 09/01/04 | DUPLICATING 375 COPIES 09/01 | 93.75 |
| 09/01/04 | DUPLICATING 1 COPIES 09/01 | 0.25 |
| 09/01/04 | DUPLICATING 31 COPIES 09/01 | 7.75 |
| 09/01/04 | DUPLICATING 375 COPIES 09/01 | 93.75 |
| 09/02/04 | DUPLICATING 51 COPIES 09/02 | 12.75 |
| 09/03/04 | | |
| 09/07/04 | DUPLICATING 99 COPIES 09/07 | 24.75 |
| 09/07/04 | DUPLICATING 3 COPIES 09/07 | 0.75 |
| 09/08/04 | DUPLICATING 126 COPIES 09/08 | 31.50 |
| 09/09/04 | DUPLICATING 1 COPIES 09/09 | 0.25 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT    40
PAGE  4  OF  5



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004      PAGE  52
FILE NUMBER: 129181.000
INVOICE NO.: 420657


09/20/04 DUPLICATING 242 COPIES 09/20                      60.50



09/23/04 DUPLICATING 18 COPIES 09/23                        4.50
                                                            3.00


09/24/04 DUPLICATING 29 COPIES 09/24                        7.25
09/24/04 DUPLICATING 9 COPIES 09/24                         2.25
09/24/04 DUPLICATING 2 COPIES 09/24                         0.50


09/24/04 DUPLICATING 4 COPIES 09/24                         1.00

09/24/04 DUPLICATING 14 COPIES 09/24                        3.50
09/24/04 DUPLICATING 43 COPIES 09/24                       10.75
```

```
        EXPENSES INCURRED........................


        GRAND TOTAL
```

*Fees and Costs are due upon receipt of bill*

EXHIBIT __41__
PAGE __5__ OF __5__