**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

|  |  |
|---|---|
| Interested Underwriters at Lloyds<br>c/o Ropner Insurance Services, Ltd.<br>Attn: Darren Nuding<br>Boundary House, 7-17 Jewry Street<br>London   EC3N 2HP<br>United Kingdom | Page: 1<br>October 26, 2004<br>Our File Number:   1008-0001M<br>Statement/Invoice No.:   11 |

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

<u>For Services Through 10/22/2004</u>

EXHIBIT  41
PAGE  1  OF  2

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 5
October 26, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 11

## Expenses

Photocopy charges     444.00

Total Expenses Thru 10/22/2004

Total Current Work

Balance Due

EXHIBIT 41
PAGE 2 OF 2