**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
November 23, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 102

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

<u>For Services Through 11/19/2004</u>

EXHIBIT  42
PAGE  1  OF  2

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 5
November 23, 2004
Our File Number:   1008-0001M
Statement/Invoice No.:        102

<u>Expenses</u>

Photocopy charges                                                                                                          204.26

Total Expenses Thru 11/19/2004

<u>Advances</u>

EXHIBIT __42__
PAGE __2__ OF __2__