**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
January 14, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   162

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

<u>For Services Through 12/31/2004</u>

EXHIBIT   43
PAGE   1   OF   2

Page: 4
January 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 162

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Expenses

Photocopy charges — 248.00

EXHIBIT __43__
PAGE __2__ OF __2__

Total Expenses Thru 12/31/2004