## NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
February 17, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   217

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

<u>For Services Through 01/28/2005</u>

EXHIBIT   44
PAGE   1   OF   2

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 3
February 17, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 217

<u>Expenses</u>

| | |
|---|---|
| Photocopy charges | 108.20 |
| Total Expenses Thru 01/28/2005 | |

EXHIBIT 44
PAGE 2 OF 2