# NICOLL BLACK MISENTI & FEIGL LLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
April 01, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   404

Re:  Lloyds-Quanirtuug Princess

   Name of Assured:  Inlet Fisheries, Inc.
   Vessel: QUANIRTUUG PRINCESS
   Matter:  Sinking near Bethel, Alaska
   D/Incident:  August 24, 2002
   Policy Number:  OP01 0025

For Services Through 03/25/2005

EXHIBIT  45
PAGE  1  OF  2

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 4<br>
April 01, 2005<br>
Our File Number: 1008-0001M<br>
Statement/Invoice No.: 404

Expenses

| | |
|---|---|
| Photocopy charges | 189.00 |

Total Expenses Thru 03/25/2005

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

EXHIBIT  45
PAGE  2  OF  2