**NICOLL BLACK MISENTI & FEIGL LLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
May 10, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   481

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

<u>For Services Through 04/29/2005</u>

EXHIBIT   46
PAGE  1  OF  2

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 3
May 10, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 481

Expenses

Photocopy charges                                                                170.20

Total Expenses Thru 04/29/2005

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

EXHIBIT  46
PAGE  2  OF  2