**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

|  |  |
|---|---|
| Interested Underwriters at Lloyds | Page: 1 |
| c/o Ropner Insurance Services, Ltd. | June 14, 2005 |
| Attn: Darren Nuding | Our File Number: 1008-0001M |
| Boundary House, 7-17 Jewry Street | Statement/Invoice No.: 575 |
| London   EC3N 2HP |  |
| United Kingdom |  |

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

<u>For Services Through 05/27/2005</u>

EXHIBIT __47__
PAGE __1__ OF __2__

Interested Underwriters at Lloyds

Page: 5
June 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 575

Re: Lloyds-Quanirtuug Princess

Summary

Expenses

Photocopy charges                                                                  320.40

Total Expenses Thru 05/27/2005

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

EXHIBIT __47__
PAGE __2__ OF __2__