**NICOLL BLACK MISENTI & FEIG LLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

| | |
|---|---|
| Interested Underwriters at Lloyds | Page: 1 |
| c/o Ropner Insurance Services, Ltd. | July 08, 2005 |
| Attn: Darren Nuding | Our File Number: 1008-0001M |
| Boundary House, 7-17 Jewry Street | Statement/Invoice No.: 662 |
| London   EC3N 2HP | |
| United Kingdom | |

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

For Services Through 07/01/2005

EXHIBIT __48__
PAGE __1__ OF __2__

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 6
July 08, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 662

Expenses

Photocopy charges                                                                                    166.40

Total Expenses Thru 07/01/2005

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

EXHIBIT 48
PAGE 2 OF 2