**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
September 09, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:         887

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number:  OP01 0025

<u>For Services Through 09/02/2005</u>

EXHIBIT  49
PAGE  1  OF  2

Interested Underwriters at Lloyds

Page: 4
September 09, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   887

Re:  Lloyds-Quanirtuuq Princess

<u>Expenses</u>

Photocopy charges                                                                                                 3.40

Total Expenses Thru 09/02/2005

EXHIBIT __49__
PAGE _2_ OF _2_