**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
October 20, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   974

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

For Services Through 09/30/2005

EXHIBIT _50_
PAGE _1_ OF _2_

Interested Underwriters at Lloyds

Page: 2
October 20, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 974

Re: Lloyds-Quanirtuug Princess

### Expenses

| | |
|---|---|
| Photocopy charges | 0.40 |
| Total Expenses Thru 09/30/2005 | |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

EXHIBIT 50
PAGE 2 OF 2