**NICOLL BLACK MISENTI & FEIG PLLC**
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Page: 1
December 12, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 1129

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

<u>For Services Through 12/02/2005</u>

EXHIBIT   52
PAGE  1  OF  2

Interested Underwriters at Lloyds

Page: 2
December 12, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 1129

Re: Lloyds-Quanirtuug Princess

<u>Expenses</u>

| | |
|---|---:|
| Photocopy charges | 108.40 |
| Total Expenses Thru 12/02/2005 | |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

EXHIBIT __52__
PAGE __2__ OF __2__