## NICOLL BLACK MISENTI & FEIGH LLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
February 06, 2006
Our File Number:   1008-0001M
Statement/Invoice No.:   1257

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

<u>For Services Through 01/27/2006</u>

EXHIBIT  53
PAGE  1  OF  2

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 2
February 06, 2006
Our File Number: 1008-0001M
Statement/Invoice No.: 1257

## Expenses

Photocopy charges                                                                                              23.80

Total Expenses Thru 01/27/2006                                                                           ―――

EXHIBIT  53
PAGE  2  OF  2