**DOWNTOWN LEGAL COPIES, LLC**
320 East Fireweed Lane
Anchorage, Alaska 99503
(907) 277-8770 • www.downtownlegal.com
Federal Tax ID: 92-0166073

V#13886
**RECEIVED**
MAR 2 5 2004
LANE POWELL SPEARS LUBERSKY

**Invoice**

| DATE | INVOICE... |
|---|---|
| 3/25/2004 | 87408 |

**BILL TO**
Lane Powell Spears Lubersky LLP
301 West Northern Lights, Suite 301
Anchorage, AK 99503-2648

**SHIP TO**
Lane Powell Spears Lubersky LLP
301 West Northern Lights, Suite 301
Anchorage, AK 99503-2648

| Terms | REP | SHIP VIA | Client No. | CC | Job Tracking |
|---|---|---|---|---|---|
| EOM | | | 13794-200 | 600 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Stapled/Co... | Flat rate per copy for stapled,clipped,tagged,tabbed, | 862 | 0.09 | 77.58 |
| | Origianls returned to Bankston Grooning O'Hara | | | |
| | Attn: Lani Gerkin | | | |

RECEIVED
MAR 3 1 2004
ACCOUNTING

√ 53081.1
√ OK to pay
McAdiews

RECEIVED BY _____

DATE: _____

Thank you Have a Great Day!

**Total** $77.58

Please Remit Payment to
Downtown Legal Copies, LLC
320 E. Fireweed Lane
Anchorage, Alaska, 99503

EXHIBIT  54
PAGE  1  OF  1