

# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/14/2004 | 213585 |

| BILL TO | SHIP TO |
|---|---|
| Lane, Powell, Spears, Lubersky<br>301 W. Northern Lgts. Blvd., #301<br>Anchorage, AK 99503-2648 | Same<br>Attn: Nanci Biggerstaff<br>277-9511 |

RECEIVED
JUN 16 2004
ACCOUNTING

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | KJL |  | 53081.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 100 | 8.5 x 11 copies, litigation type, one set | 439 | 0.085 | 37.32 |
| 420 | Special stock; 8.5 x 11, colored | 10 | 0.05 | 0.50 |
| 470 | Staples/clips, removed, replaced | 2 | 0.00 | 0.00 |

*OK to pay
53081.1
BAJ [signature]*

Signature:

**Total**     $37.82

EXHIBIT  55
PAGE  1  OF  1