

# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

| DATE | INVOICE # |
|---|---|
| 6/21/2004 | 213631 |

6/22 10AM

RECEIVED
JUN 24 2004
ACCOUNTING

| BILL TO | SHIP TO |
|---|---|
| Lane, Powell, Spears, Lubersky<br>301 W. Northern Lgts. Blvd., #301<br>Anchorage, AK 99503-2648 | Same<br>Attn: Nanci<br>277-9511 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | KJL |  |  |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 110 | 8.5 x 11; two set price, litigation | 578 | 0.075 | 43.35 |
| 470 | Staples/clips, removed, replaced | 2 | 0.00 | 0.00 |
| 810 | Postage/ Freight (one copy sent to Cozen O'Connor, Attn: Tim Borchers) | 1 | 10.00 | 10.00 |
|  | Copies only. Originals returned to: Bankston Gronning, Attn: Joan. |  |  |  |

OK to pay
5308
BHJ

1 ctn.

Signature:

**Total** $53.35

EXHIBIT 56
PAGE 1 OF 1