

# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

RECEIVED
AUG 0 2 2004
ACCOUNTING

| DATE | INVOICE # |
|---|---|
| 7/27/2004 | 213949 |

| BILL TO | SHIP TO |
|---|---|
| Lane, Powell, Spears, Lubersky<br>301 W. Northern Lgts. Blvd., #301<br>Anchorage, AK 99503-2648 | Same<br>Attn: Nanci Biggerstaff<br>277-9511 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | KJL |  | 53081.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 100 | 8.5 x 11 copies, litigation type, one set | 526 | 0.085 | 44.71 |

*OK to pay*
*53081.1*
*BHJ/nlh*

*Thank you*

Signature:                              **Total**           $44.71

EXHIBIT  57
PAGE  1  OF  1