

# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

| DATE | INVOICE # |
|---|---|
| 3/25/2005 | 216386 |

**BILL TO**
Lane, Powell, Spears, Lubersky
301 W. Northern Lgts. Blvd., #301
Anchorage, AK 99503-2648

**SHIP TO**
Same
Attn: Nanci
277-9511

RECEIVED
APR - 6 2005
ACCOUNTING

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | JMJ |  | 53081.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 115 | 8.5 x 11; three or more set price, litigation | 1,304 | 0.069 | 89.98 |
| 470 | Paper Clips | 8 | 0.05 | 0.40 |
| 450 | Medium Binder Clips | 4 | 0.35 | 1.40 |
| 460 | Large Binder Clips | 4 | 0.45 | 1.80 |
| 661 | Tabs; inserted only | 188 | 0.38 | 71.44 |

OK to pay
53081.1
BN/[initials]

Thank you

Signature:

**Total** $165.02

EXHIBIT 58
PAGE 1 OF 1