

# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

| DATE | INVOICE # |
|---|---|
| 6/14/2005 | 217415 |

| BILL TO | SHIP TO |
|---|---|
| Lane, Powell, LLC<br>301 W. Northern Lgts. Blvd., #301<br>Anchorage, AK 99503-2648 | Same<br>Attn: Nanci<br>277-9511 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | JMJ |  | 53081.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 130 | Auto-feed Copying; mulitple sets or briefs/depos | 1,315 | 0.065 | 85.48 |
| 700 | Docutag Labels: 1-1000, .029; 1001-5000, .0275; 5001-20000, .0250; 20001-50000, .02; 50001 and above, .015 | 214 | 0.039 | 8.35 |
| 710 | Affixing Docutag Labels | 214 | 0.03 | 6.42 |
| 661 | Tabs; inserted only | 80 | 0.38 | 30.40 |

OK to pay
53081.1
BH/[initials]

Thank you!

RECEIVED
JUN 1 4 2005
LANE POWELL PC

RECEIVED
JUN 28 2005
ACCOUNTING

Signature:

**Total**  $130.65

EXHIBIT  59
PAGE  1  OF  1