

# Alaska Legal Copy

731 I Street, Suite 102
Anchorage, Alaska 99501
(907) 272-1265

## Invoice

| DATE | INVOICE # |
|---|---|
| 7/22/2005 | 217962 |

| BILL TO |
|---|
| Lane, Powell, LLC<br>301 W. Northern Lgts. Blvd., #301<br>Anchorage, AK 99503-2648 |

| SHIP TO |
|---|
| Same<br>Attn: Nanci<br>277-9511 |

| P.O. NO. | TERMS | REP | PROJECT | CLIENT MATTER # |
|---|---|---|---|---|
|  | Net 30 | KJL |  | 53081.1 |

| CODE # | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 100 | 8.5 x 11 copies, litigation type, one set | 108 | 0.085 | 9.18 |
| 460 | Large Binder Clips | 1 | 0.45 | 0.45 |
| 470 | Staples/clips, removed, replaced | 24 | 0.00 | 0.00 |
| 780 | Minimum invoice/delivery charge | 1 | 0.37 | 0.37 |

RECEIVED
AUG 2 2 2005
ACCOUNTING

OK to pay
53081.1 [signature]

RECEIVED
JUL 2 2 2005
LANE POWELL PC

| Signature: | Total | $10.00 |
|---|---|---|

EXHIBIT  60
PAGE  1  OF  1