Client:053081 - Certain Underwriters at Ll     London Limit PLC  04/02/2006 3:50:50 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/19/2004 | 9999 | LPSL Firm Attorney | CY | 96.00 | 0.15 | 14.40 | Photocopy, 2391 | 4733460 |
| 05/14/2004 | | Invoice=3286279 | | 96.00 | 0.15 | 14.40 | | |
| 03/22/2004 | 9999 | LPSL Firm Attorney | CY | 16.00 | 0.15 | 2.40 | Photocopy, 1782 | 4733461 |
| 05/14/2004 | | Invoice=3286279 | | 16.00 | 0.15 | 2.40 | | |
| 03/23/2004 | 9999 | LPSL Firm Attorney | CY | 0.00 | 0.00 | 0.00 | Photocopy, 1782 | 4733462 |
| 05/14/2004 | | Invoice=3286279 | | 0.00 | 0.00 | 0.00 | | |
| 03/24/2004 | 9999 | LPSL Firm Attorney | CY | 0.00 | 0.00 | 0.00 | Photocopy, 1782 | 4743293 |
| 05/14/2004 | | Invoice=3286279 | | 0.00 | 0.00 | 0.00 | | |
| 03/24/2004 | 9999 | LPSL Firm Attorney | CY | 88.00 | 0.15 | 13.20 | Photocopy, 1782 | 4743294 |
| 05/14/2004 | | Invoice=3286279 | | 88.00 | 0.15 | 13.20 | | |
| 03/25/2004 | 9999 | LPSL Firm Attorney | CY | 1.00 | 0.15 | 0.15 | Photocopy, 2391 | 4743295 |
| 05/14/2004 | | Invoice=3286279 | | 1.00 | 0.15 | 0.15 | | |
| 04/02/2004 | 9999 | LPSL Firm Attorney | CY | 22.00 | 0.15 | 3.30 | Photocopy, 2391 | 4748483 |
| 05/14/2004 | | Invoice=3286279 | | 22.00 | 0.15 | 3.30 | | |
| 04/07/2004 | 9999 | LPSL Firm Attorney | CY | 7.00 | 0.15 | 1.05 | Photocopy, 1310 | 4748484 |
| 05/14/2004 | | Invoice=3286279 | | 7.00 | 0.15 | 1.05 | | |
| 04/09/2004 | 9999 | LPSL Firm Attorney | CY | 10.00 | 0.15 | 1.50 | Photocopy, 2391 | 4753063 |
| 05/14/2004 | | Invoice=3286279 | | 10.00 | 0.15 | 1.50 | | |
| 04/21/2004 | 9999 | LPSL Firm Attorney | CY | 81.00 | 0.15 | 12.15 | Photocopy, 1310 | 4761226 |
| 05/14/2004 | | Invoice=3286279 | | 81.00 | 0.15 | 12.15 | | |
| 04/21/2004 | 9999 | LPSL Firm Attorney | CY | 1.00 | 0.15 | 0.15 | Photocopy, 1310 | 4761227 |
| 05/14/2004 | | Invoice=3286279 | | 1.00 | 0.15 | 0.15 | | |
| 04/29/2004 | 9999 | LPSL Firm Attorney | CY | 70.00 | 0.15 | 10.50 | Photocopy, 2391 | 4766792 |
| 05/14/2004 | | Invoice=3286279 | | 70.00 | 0.15 | 10.50 | | |
| 04/30/2004 | 9999 | LPSL Firm Attorney | CY | 310.00 | 0.15 | 46.50 | Photocopy, 1852 | 4766793 |
| 05/14/2004 | | Invoice=3286279 | | 310.00 | 0.15 | 46.50 | | |
| 05/06/2004 | 9999 | LPSL Firm Attorney | CY | 14.00 | 0.15 | 2.10 | Photocopy, 2581 | 4770681 |
| 06/10/2004 | | Invoice=3288342 | | 14.00 | 0.15 | 2.10 | | |
| 05/06/2004 | 9999 | LPSL Firm Attorney | CY | 3.00 | 0.15 | 0.45 | Photocopy, 2581 | 4770682 |
| 06/10/2004 | | Invoice=3288342 | | 3.00 | 0.15 | 0.45 | | |
| 05/06/2004 | 9999 | LPSL Firm Attorney | CY | 18.00 | 0.15 | 2.70 | Photocopy, 1899 | 4770683 |
| 06/10/2004 | | Invoice=3288342 | | 18.00 | 0.15 | 2.70 | | |
| 05/07/2004 | 9999 | LPSL Firm Attorney | CY | 791.00 | 0.15 | 118.65 | Photocopy, 1852 | 4775818 |
| 06/10/2004 | | Invoice=3288342 | | 791.00 | 0.15 | 118.65 | | |
| 05/07/2004 | 9999 | LPSL Firm Attorney | CY | 945.00 | 0.15 | 141.75 | Photocopy, 1852 | 4775819 |
| 06/10/2004 | | Invoice=3288342 | | 945.00 | 0.15 | 141.75 | | |
| 05/07/2004 | 9999 | LPSL Firm Attorney | CY | 30.00 | 0.15 | 4.50 | Photocopy, 1852 | 4775820 |
| 06/10/2004 | | Invoice=3288342 | | 30.00 | 0.15 | 4.50 | | |
| 05/10/2004 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 1852 | 4775821 |
| 06/10/2004 | | Invoice=3288342 | | 4.00 | 0.15 | 0.60 | | |
| 05/10/2004 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 1852 | 4775822 |
| 06/10/2004 | | Invoice=3288342 | | 4.00 | 0.15 | 0.60 | | |
| 05/10/2004 | 9999 | LPSL Firm Attorney | CY | 10.00 | 0.15 | 1.50 | Photocopy, 1852 | 4775823 |
| 06/10/2004 | | Invoice=3288342 | | 10.00 | 0.15 | 1.50 | | |
| 05/11/2004 | 9999 | LPSL Firm Attorney | CY | 60.00 | 0.15 | 9.00 | Photocopy, 0565 | 4775824 |
| 06/10/2004 | | Invoice=3288342 | | 60.00 | 0.15 | 9.00 | | |
| 05/12/2004 | 9999 | LPSL Firm Attorney | CY | 44.00 | 0.15 | 6.60 | Photocopy, 1852 | 4775825 |
| 06/10/2004 | | Invoice=3288342 | | 44.00 | 0.15 | 6.60 | | |
| 05/17/2004 | 9999 | LPSL Firm Attorney | CY | 32.00 | 0.15 | 4.80 | Photocopy, 1852 | 4781480 |
| 06/10/2004 | | Invoice=3288342 | | 32.00 | 0.15 | 4.80 | | |
| 05/17/2004 | 9999 | LPSL Firm Attorney | CY | 40.00 | 0.15 | 6.00 | Photocopy, 1852 | 4781481 |

EXHIBIT 61
PAGE 1 OF 5

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/10/2004 | | Invoice=3288342 | | 40.00 | 0.15 | 6.00 | | |
| 05/17/2004 | 9999 | LPSL Firm Attorney | CY | 8.00 | 0.15 | 1.20 | Photocopy, 1852 | 4781482 |
| 06/10/2004 | | Invoice=3288342 | | 8.00 | 0.15 | 1.20 | | |
| 05/21/2004 | 9999 | LPSL Firm Attorney | CY | 728.00 | 0.15 | 109.20 | Photocopy, 1852 | 4787831 |
| 06/10/2004 | | Invoice=3288342 | | 728.00 | 0.15 | 109.20 | | |
| 05/21/2004 | 9999 | LPSL Firm Attorney | CY | 19.00 | 0.15 | 2.85 | Photocopy, 1852 | 4787832 |
| 06/10/2004 | | Invoice=3288342 | | 19.00 | 0.15 | 2.85 | | |
| 05/24/2004 | 9999 | LPSL Firm Attorney | CY | 21.00 | 0.15 | 3.15 | Photocopy, 1852 | 4787833 |
| 06/10/2004 | | Invoice=3288342 | | 21.00 | 0.15 | 3.15 | | |
| 05/26/2004 | 9999 | LPSL Firm Attorney | CY | 28.00 | 0.15 | 4.20 | Photocopy, 1852 | 4787834 |
| 06/10/2004 | | Invoice=3288342 | | 28.00 | 0.15 | 4.20 | | |
| 05/26/2004 | 9999 | LPSL Firm Attorney | CY | 56.00 | 0.15 | 8.40 | Photocopy, 1852 | 4787835 |
| 06/10/2004 | | Invoice=3288342 | | 56.00 | 0.15 | 8.40 | | |
| 05/26/2004 | 9999 | LPSL Firm Attorney | CY | 56.00 | 0.15 | 8.40 | Photocopy, 1852 | 4787836 |
| 06/10/2004 | | Invoice=3288342 | | 56.00 | 0.15 | 8.40 | | |
| 05/26/2004 | 9999 | LPSL Firm Attorney | CY | 14.00 | 0.15 | 2.10 | Photocopy, 1852 | 4787837 |
| 06/10/2004 | | Invoice=3288342 | | 14.00 | 0.15 | 2.10 | | |
| 05/26/2004 | 9999 | LPSL Firm Attorney | CY | 14.00 | 0.15 | 2.10 | Photocopy, 1852 | 4787838 |
| 06/10/2004 | | Invoice=3288342 | | 14.00 | 0.15 | 2.10 | | |
| 05/27/2004 | 9999 | LPSL Firm Attorney | CY | 28.00 | 0.15 | 4.20 | Photocopy, 1852 | 4787839 |
| 06/10/2004 | | Invoice=3288342 | | 28.00 | 0.15 | 4.20 | | |
| 05/28/2004 | 9999 | LPSL Firm Attorney | CY | 6.00 | 0.15 | 0.90 | Photocopy, 2581 | 4791500 |
| 06/10/2004 | | Invoice=3288342 | | 6.00 | 0.15 | 0.90 | | |
| 06/01/2004 | 9999 | LPSL Firm Attorney | CY | 87.00 | 0.15 | 13.05 | Photocopy, 1852 | 4796539 |
| 07/23/2004 | | Invoice=3293302 | | 87.00 | 0.15 | 13.05 | | |
| 06/01/2004 | 9999 | LPSL Firm Attorney | CY | 27.00 | 0.15 | 4.05 | Photocopy, 2581 | 4796540 |
| 07/23/2004 | | Invoice=3293302 | | 27.00 | 0.15 | 4.05 | | |
| 06/07/2004 | 9999 | LPSL Firm Attorney | CY | 17.00 | 0.15 | 2.55 | Photocopy, 1852 | 4799760 |
| 07/23/2004 | | Invoice=3293302 | | 17.00 | 0.15 | 2.55 | | |
| 06/08/2004 | 9999 | LPSL Firm Attorney | CY | 63.00 | 0.15 | 9.45 | Photocopy, 2514 | 4799761 |
| 07/23/2004 | | Invoice=3293302 | | 63.00 | 0.15 | 9.45 | | |
| 06/09/2004 | 9999 | LPSL Firm Attorney | CY | 1.00 | 0.15 | 0.15 | Photocopy, 1852 | 4799762 |
| 07/23/2004 | | Invoice=3293302 | | 1.00 | 0.15 | 0.15 | | |
| 06/21/2004 | 9999 | LPSL Firm Attorney | CY | 24.00 | 0.15 | 3.60 | Photocopy, 1852 | 4807004 |
| 07/23/2004 | | Invoice=3293302 | | 24.00 | 0.15 | 3.60 | | |
| 06/21/2004 | 9999 | LPSL Firm Attorney | CY | 10.00 | 0.15 | 1.50 | Photocopy, 1852 | 4807005 |
| 07/23/2004 | | Invoice=3293302 | | 10.00 | 0.15 | 1.50 | | |
| 06/21/2004 | 9999 | LPSL Firm Attorney | CY | 5.00 | 0.15 | 0.75 | Photocopy, 2581 | 4807006 |
| 07/23/2004 | | Invoice=3293302 | | 5.00 | 0.15 | 0.75 | | |
| 06/21/2004 | 9999 | LPSL Firm Attorney | CY | 1.00 | 0.15 | 0.15 | Photocopy, 2581 | 4807007 |
| 07/23/2004 | | Invoice=3293302 | | 1.00 | 0.15 | 0.15 | | |
| 06/21/2004 | 9999 | LPSL Firm Attorney | CY | 7.00 | 0.15 | 1.05 | Photocopy, 2581 | 4807008 |
| 07/23/2004 | | Invoice=3293302 | | 7.00 | 0.15 | 1.05 | | |
| 06/25/2004 | 9999 | LPSL Firm Attorney | CY | 42.00 | 0.15 | 6.30 | Photocopy, 1852 | 4811431 |
| 07/23/2004 | | Invoice=3293302 | | 42.00 | 0.15 | 6.30 | | |
| 06/25/2004 | 9999 | LPSL Firm Attorney | CY | 203.00 | 0.15 | 30.45 | Photocopy, 1852 | 4811432 |
| 07/23/2004 | | Invoice=3293302 | | 203.00 | 0.15 | 30.45 | | |
| 06/29/2004 | 9999 | LPSL Firm Attorney | CY | 18.00 | 0.15 | 2.70 | Photocopy, 1852 | 4811433 |
| 07/23/2004 | | Invoice=3293302 | | 18.00 | 0.15 | 2.70 | | |
| 06/29/2004 | 9999 | LPSL Firm Attorney | CY | 18.00 | 0.15 | 2.70 | Photocopy, 1852 | 4811434 |
| 07/23/2004 | | Invoice=3293302 | | 18.00 | 0.15 | 2.70 | | |

EXHIBIT  61
PAGE  2  OF  5

Client:053081 - Certain Underwriters at Lloyd London Limit PLC   04/02/2006 3:50:50 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/02/2004 | 9999 | LPSL Firm Attorney | CY | 197.00 | 0.15 | 29.55 | Photocopy, 1852 | 4815828 |
| 08/10/2004 | | Invoice=3294309 | | 197.00 | 0.15 | 29.55 | | |
| 07/08/2004 | 9999 | LPSL Firm Attorney | CY | 3.00 | 0.15 | 0.45 | Photocopy, 2581 | 4815829 |
| 08/10/2004 | | Invoice=3294309 | | 3.00 | 0.15 | 0.45 | | |
| 07/14/2004 | 9999 | LPSL Firm Attorney | CY | 2.00 | 0.15 | 0.30 | Photocopy, 1782 | 4815830 |
| 08/10/2004 | | Invoice=3294309 | | 2.00 | 0.15 | 0.30 | | |
| 07/15/2004 | 9999 | LPSL Firm Attorney | CY | 39.00 | 0.15 | 5.85 | Photocopy, 1852 | 4815831 |
| 08/10/2004 | | Invoice=3294309 | | 39.00 | 0.15 | 5.85 | | |
| 07/16/2004 | 9999 | LPSL Firm Attorney | CY | 2.00 | 0.15 | 0.30 | Photocopy, 1852 | 4823400 |
| 08/10/2004 | | Invoice=3294309 | | 2.00 | 0.15 | 0.30 | | |
| 07/22/2004 | 9999 | LPSL Firm Attorney | CY | 125.00 | 0.15 | 18.75 | Photocopy, 2514 | 4823401 |
| 08/10/2004 | | Invoice=3294309 | | 125.00 | 0.15 | 18.75 | | |
| 07/28/2004 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 1852 | 4829467 |
| 08/10/2004 | | Invoice=3294309 | | 4.00 | 0.15 | 0.60 | | |
| 07/29/2004 | 9999 | LPSL Firm Attorney | CY | 36.00 | 0.15 | 5.40 | Photocopy, 1852 | 4829468 |
| 08/10/2004 | | Invoice=3294309 | | 36.00 | 0.15 | 5.40 | | |
| 07/29/2004 | 9999 | LPSL Firm Attorney | CY | 48.00 | 0.15 | 7.20 | Photocopy, 1852 | 4829469 |
| 08/10/2004 | | Invoice=3294309 | | 48.00 | 0.15 | 7.20 | | |
| 08/25/2004 | 9999 | LPSL Firm Attorney | CY | 83.00 | 0.15 | 12.45 | Photocopy, 1852 | 4845996 |
| 10/18/2004 | | Invoice=3302345 | | 83.00 | 0.15 | 12.45 | | |
| 08/25/2004 | 9999 | LPSL Firm Attorney | CY | 7.00 | 0.15 | 1.05 | Photocopy, 1852 | 4845997 |
| 10/18/2004 | | Invoice=3302345 | | 7.00 | 0.15 | 1.05 | | |
| 08/27/2004 | 9999 | LPSL Firm Attorney | CY | 2.00 | 0.15 | 0.30 | Photocopy, 1852 | 4849224 |
| 10/18/2004 | | Invoice=3302345 | | 2.00 | 0.15 | 0.30 | | |
| 08/30/2004 | 9999 | LPSL Firm Attorney | CY | 28.00 | 0.15 | 4.20 | Photocopy, 1852 | 4849225 |
| 10/18/2004 | | Invoice=3302345 | | 28.00 | 0.15 | 4.20 | | |
| 09/02/2004 | 9999 | LPSL Firm Attorney | CY | 240.00 | 0.15 | 36.00 | Photocopy, 1852 | 4855429 |
| 10/18/2004 | | Invoice=3302345 | | 240.00 | 0.15 | 36.00 | | |
| 09/20/2004 | 9999 | LPSL Firm Attorney | CY | 13.00 | 0.15 | 1.95 | Photocopy, 1852 | 4867241 |
| 10/18/2004 | | Invoice=3302345 | | 13.00 | 0.15 | 1.95 | | |
| 09/21/2004 | 9999 | LPSL Firm Attorney | CY | 96.00 | 0.15 | 14.40 | Photocopy, 2611 | 4867242 |
| 10/18/2004 | | Invoice=3302345 | | 96.00 | 0.15 | 14.40 | | |
| 09/21/2004 | 9999 | LPSL Firm Attorney | CY | 1.00 | 0.15 | 0.15 | Photocopy, 1852 | 4867243 |
| 10/18/2004 | | Invoice=3302345 | | 1.00 | 0.15 | 0.15 | | |
| 09/24/2004 | 9999 | LPSL Firm Attorney | CY | 7.00 | 0.15 | 1.05 | Photocopy, 1137 | 4867244 |
| 10/18/2004 | | Invoice=3302345 | | 7.00 | 0.15 | 1.05 | | |
| 09/27/2004 | 9999 | LPSL Firm Attorney | CY | 480.00 | 0.15 | 72.00 | Photocopy, 1852 | 4867245 |
| 10/18/2004 | | Invoice=3302345 | | 480.00 | 0.15 | 72.00 | | |
| 09/27/2004 | 9999 | LPSL Firm Attorney | CY | 166.00 | 0.15 | 24.90 | Photocopy, 1852 | 4867246 |
| 10/18/2004 | | Invoice=3302345 | | 166.00 | 0.15 | 24.90 | | |
| 09/29/2004 | 9999 | LPSL Firm Attorney | CY | 54.00 | 0.15 | 8.10 | Photocopy, 1852 | 4867247 |
| 10/18/2004 | | Invoice=3302345 | | 54.00 | 0.15 | 8.10 | | |
| 10/14/2004 | 9999 | LPSL Firm Attorney | CY | 8.00 | 0.15 | 1.20 | Photocopy, 2581 | 4877145 |
| 12/09/2004 | | Invoice=3306878 | | 8.00 | 0.15 | 1.20 | | |
| 11/15/2004 | 9999 | LPSL Firm Attorney | CY | 72.00 | 0.15 | 10.80 | Photocopy, 1852 | 4897532 |
| 12/09/2004 | | Invoice=3306878 | | 72.00 | 0.15 | 10.80 | | |
| 12/21/2004 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 2644 | 4916403 |
| 01/20/2005 | | Invoice=3311459 | | 4.00 | 0.15 | 0.60 | | |
| 12/22/2004 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 1852 | 4916404 |
| 01/20/2005 | | Invoice=3311459 | | 4.00 | 0.15 | 0.60 | | |

EXHIBIT __61__
PAGE __3__ OF __5__

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 12/27/2004 | 9999 | LPSL Firm Attorney | CY | 10.00 | 0.15 | 1.50 | Photocopy, 1852 | 4916405 |
| 01/20/2005 | | Invoice=3311459 | | 10.00 | 0.15 | 1.50 | | |
| 12/28/2004 | 9999 | LPSL Firm Attorney | CY | 2.00 | 0.15 | 0.30 | Photocopy, 1852 | 4916406 |
| 01/20/2005 | | Invoice=3311459 | | 2.00 | 0.15 | 0.30 | | |
| 12/29/2004 | 9999 | LPSL Firm Attorney | CY | 30.00 | 0.15 | 4.50 | Photocopy, 1852 | 4916407 |
| 01/20/2005 | | Invoice=3311459 | | 30.00 | 0.15 | 4.50 | | |
| 02/18/2005 | 9999 | LPSL Firm Attorney | CY | 42.00 | 0.15 | 6.30 | Photocopy, 2643 | 4948350 |
| 04/25/2005 | | Invoice=3321170 | | 42.00 | 0.15 | 6.30 | | |
| 03/07/2005 | 9999 | LPSL Firm Attorney | CY | 45.00 | 0.15 | 6.75 | Photocopy, 1852 | 4968166 |
| 04/25/2005 | | Invoice=3321170 | | 45.00 | 0.15 | 6.75 | | |
| 03/08/2005 | 9999 | LPSL Firm Attorney | CY | 10.00 | 0.15 | 1.50 | Photocopy, 1852 | 4968167 |
| 04/25/2005 | | Invoice=3321170 | | 10.00 | 0.15 | 1.50 | | |
| 03/25/2005 | 9999 | LPSL Firm Attorney | CY | 89.00 | 0.15 | 13.35 | Photocopy, 1852 | 4974999 |
| 04/25/2005 | | Invoice=3321170 | | 89.00 | 0.15 | 13.35 | | |
| 04/15/2005 | 9999 | LPSL Firm Attorney | CY | 41.00 | 0.15 | 6.15 | Photocopy, 1852 | 4988935 |
| 05/17/2005 | | Invoice=3323557 | | 41.00 | 0.15 | 6.15 | | |
| 04/15/2005 | 9999 | LPSL Firm Attorney | CY | 10.00 | 0.15 | 1.50 | Photocopy, 1852 | 4988936 |
| 05/17/2005 | | Invoice=3323557 | | 10.00 | 0.15 | 1.50 | | |
| 04/21/2005 | 9999 | LPSL Firm Attorney | CY | 14.00 | 0.15 | 2.10 | Photocopy, 1852 | 4988937 |
| 05/17/2005 | | Invoice=3323557 | | 14.00 | 0.15 | 2.10 | | |
| 05/04/2005 | 9999 | LPSL Firm Attorney | CY | 90.00 | 0.15 | 13.50 | Photocopy, 1852 | 5000576 |
| 06/13/2005 | | Invoice=3326009 | | 90.00 | 0.15 | 13.50 | | |
| 05/04/2005 | 9999 | LPSL Firm Attorney | CY | 6.00 | 0.15 | 0.90 | Photocopy, 1852 | 5000577 |
| 06/13/2005 | | Invoice=3326009 | | 6.00 | 0.15 | 0.90 | | |
| 05/05/2005 | 9999 | LPSL Firm Attorney | CY | 12.00 | 0.15 | 1.80 | Photocopy, 1852 | 5000578 |
| 06/13/2005 | | Invoice=3326009 | | 12.00 | 0.15 | 1.80 | | |
| 05/10/2005 | 9999 | LPSL Firm Attorney | CY | 5.00 | 0.15 | 0.75 | Photocopy, 1852 | 5000579 |
| 06/13/2005 | | Invoice=3326009 | | 5.00 | 0.15 | 0.75 | | |
| 05/13/2005 | 9999 | LPSL Firm Attorney | CY | 8.00 | 0.15 | 1.20 | Photocopy, 1852 | 5006751 |
| 06/13/2005 | | Invoice=3326009 | | 8.00 | 0.15 | 1.20 | | |
| 05/20/2005 | 9999 | LPSL Firm Attorney | CY | 8.00 | 0.15 | 1.20 | Photocopy, 1852 | 5011192 |
| 06/13/2005 | | Invoice=3326009 | | 8.00 | 0.15 | 1.20 | | |
| 06/03/2005 | 9999 | LPSL Firm Attorney | CY | 118.00 | 0.15 | 17.70 | Photocopy, 1852 | 5017480 |
| 07/19/2005 | | Invoice=3329177 | | 118.00 | 0.15 | 17.70 | | |
| 06/03/2005 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 1852 | 5017481 |
| 07/19/2005 | | Invoice=3329177 | | 4.00 | 0.15 | 0.60 | | |
| 06/10/2005 | 9999 | LPSL Firm Attorney | CY | 12.00 | 0.15 | 1.80 | Photocopy, 1852 | 5021630 |
| 07/19/2005 | | Invoice=3329177 | | 12.00 | 0.15 | 1.80 | | |
| 06/15/2005 | 9999 | LPSL Firm Attorney | CY | 880.00 | 0.15 | 132.00 | Photocopy, 1852 | 5021631 |
| 07/19/2005 | | Invoice=3329177 | | 880.00 | 0.15 | 132.00 | | |
| 06/20/2005 | 9999 | LPSL Firm Attorney | CY | 332.00 | 0.15 | 49.80 | Photocopy, 1852 | 5021632 |
| 07/19/2005 | | Invoice=3329177 | | 332.00 | 0.15 | 49.80 | | |
| 06/23/2005 | 9999 | LPSL Firm Attorney | CY | 40.00 | 0.15 | 6.00 | Photocopy, 1852 | 5030251 |
| 07/19/2005 | | Invoice=3329177 | | 40.00 | 0.15 | 6.00 | | |
| 07/15/2005 | 9999 | LPSL Firm Attorney | CY | 4.00 | 0.15 | 0.60 | Photocopy, 1852 | 5039362 |
| 10/18/2005 | | Invoice=3337775 | | 4.00 | 0.15 | 0.60 | | |
| 07/19/2005 | 9999 | LPSL Firm Attorney | CY | 244.00 | 0.15 | 36.60 | Photocopy, 1852 | 5039363 |
| 10/18/2005 | | Invoice=3337775 | | 244.00 | 0.15 | 36.60 | | |
| 07/19/2005 | 9999 | LPSL Firm Attorney | CY | 16.00 | 0.15 | 2.40 | Photocopy, 1852 | 5039364 |
| 10/18/2005 | | Invoice=3337775 | | 16.00 | 0.15 | 2.40 | | |
| 07/19/2005 | 9999 | LPSL Firm Attorney | CY | 40.00 | 0.15 | 6.00 | Photocopy, 1852 | 5039365 |

EXHIBIT  61
PAGE  4  OF  5

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/18/2005 | | Invoice=3337775 | | 40.00 | 0.15 | 6.00 | | |
| 07/25/2005 | 9999 | LPSL Firm Attorney | CY | 8.00 | 0.15 | 1.20 | Photocopy, 1852 | 5046705 |
| 10/18/2005 | | Invoice=3337775 | | 8.00 | 0.15 | 1.20 | | |
| 08/18/2005 | 9999 | LPSL Firm Attorney | CY | 46.00 | 0.15 | 6.90 | Photocopy, 2654 | 5063111 |
| 10/18/2005 | | Invoice=3337775 | | 46.00 | 0.15 | 6.90 | | |
| 09/13/2005 | 9999 | LPSL Firm Attorney | CY | 41.00 | 0.15 | 6.15 | Photocopy, 1852 | 5071879 |
| 10/18/2005 | | Invoice=3337775 | | 41.00 | 0.15 | 6.15 | | |
| | | BILLED TOTALS: WORK: | | | | 1,218.90 | 105 records | |
| | | BILLED TOTALS: BILL: | | | | 1,218.90 | | |
| | | GRAND TOTAL: WORK: | | | | 1,218.90 | 105 records | |
| | | GRAND TOTAL: BILL: | | | | 1,218.90 | | |