# LANE
# POWELL
# SPEARS
# LUBERSKY
LLP

Anchorage
Olympia
Portland
Seattle
London
www.lanepowell.com

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 91-0521691*

Ropner Insurance Services Limited
Mr. Darren Nuding
Boundary House
7-17 Jewry Street
London EC3N 2HP  ENGLAND

May 14, 2004
Invoice No.  3286279

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/04

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/26/2004 | B. Jamieson | Telephone conference with C. Nicoll and T. Borchers; draft e-mail memorandum re state vs. federal court issues; review amended complaint | 0.90 |
| 04/02/2004 | B. Jamieson | Review motion for summary judgment and related pleadings | 0.90 |
| 04/07/2004 | B. Jamieson | Telephone conferences with T. Matthews re planning meeting; draft and revise parties' planning meeting report; attend planning meeting at US District Court; conferences with C. Nicoll re same; draft correspondence re Rule 26 disclosures | 2.30 |
| 04/12/2004 | B. Jamieson | Review motion for summary judgment and related pleadings | 0.40 |
| 04/29/2004 | B. Ambarian | Review e-mail from T. Borchers re First Amended Complaint, and review complaint; begin work on Rule 15(a) motion for leave to file First Amended Complaint | 2.50 |

**EXHIBIT 1**
**PAGE 1 OF 25**

Our File:  053081.000001                                                                                           Page:  2

Certain Underwriters at Lloyds, London Limit PLC                                               May 14, 2004


| 04/30/2004 | B. Ambarian | Continue work on motion for leave to file First Amended Complaint; finalize same; research re same on Westlaw re Ninth Circuit law (.1) | 2.80 |

|  | | TOTAL HOURS | 9.80 |


**OUR FEE**                                                                                                  $2,691.00


**COSTS ADVANCED**

| 03/19/2004 | Filing fee - -  Alaska Bar Association - Pro hac vice (State) - Christopher Nicoll, 3/19/04 | 450.00 |
| 03/19/2004 | Filing fee - -  Alaska Bar Association - Pro hac vice (State) - Timothy Borchers, 3/19/04 | 450.00 |
| 03/19/2004 | Filing fee - -  Clerk of Court - Pro hac vice - Timothy Borchers, 3/19/04 | 100.00 |
| 03/19/2004 | Filing fee - -  Clerk of Court - Pro hac vice - Christopher Nicoll, 3/19/04 | 100.00 |
| 03/31/2004 | Outside photocopy service - DownTown Legal Copies LLC, 3/25/04 | 77.58 |
|  | Computer legal research | 26.99 |
|  | Photocopies | 105.30 |
|  | Delivery charge | 10.00 |
|  | Facsimile | 4.35 |
|  | Messenger and courier service | 42.33 |
|  | Postage | 10.45 |
|  | Long distance telephone | 22.55 |

**TOTAL COSTS ADVANCED**                                                                       $ 1,399.55


**TOTAL THIS INVOICE**                                                                              $4,090.55

**EXHIBIT 1**
**PAGE 2 OF 25**

# LANE
# POWELL
# SPEARS
# LUBERSKY
### LLP

Anchorage
Olympia
Portland
Seattle
London
www.lanepowell.com

**Wire Transfer Information:**

Wells Fargo Bank
ABA No. 121000248
Account No. 4159599521

**Visa and Mastercard Accepted:**
Please call (206) 223-6288

**Remit Payments To:**

1420 Fifth Ave
Ste 4100
Seattle, WA
98101-2338
Attn Cash Receipts
Fax: (206) 223-7107

Identification No. 91-0521691

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House
7-17 Jewry Street
London EC3N 2HP ENGLAND

June 10, 2004
Invoice No. 3288342

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/04

Matter: 053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/05/2004 | B. Jamieson | Telephone conference with T. Borchers re urgent need to file Motion for Summary Judgement and related issues | 0.40 |
| 05/06/2004 | B. Jamieson | ▓▓▓▓▓ review attachments for Motion for Summary Judgement and prepare same for filing | 0.60 .2 |
| 05/06/2004 | B. Ambarian | ▓▓▓▓▓ research on Westlaw re maritime issues (.6) | 5.70 .6 |
| 05/07/2004 | B. Jamieson | Review, revise and finalize motion for summary judgment and ensure filing of same | 1.10 |
| 05/11/2004 | B. Ambarian | Telephone conference with Cozen O'Connor re initial disclosures | 0.10 |
| 05/12/2004 | M. Everard | Receive assignment from N. Biggerstaff re multiple documents to prepare in file | 0.40 |
| 05/13/2004 | B. Ambarian | Telephone conference with T. Borchers re status of initial disclosures | 0.10 |

04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE

**EXHIBIT 1**
**PAGE 3 OF 25**

Our File: 053081.000001                                                    Page: 2

Certain Underwriters at Lloyds, London Limit PLC                     June 10, 2004

| | | | |
|---|---|---|---|
| 05/18/2004 | B. Jamieson | ███████████████████████████ ███████████████████████████ telephone conference with K. Schoolcraft re potential extension for summary judgment response | 1.00 |
| 05/18/2004 | M. Everard | ███████ Review, organize and index various ████████ | 2.10 |
| 05/19/2004 | M. Everard | ███████████████████████████ ████████ | 0.70 |
| 05/21/2004 | B. Jamieson | ███████████████████████████ ███████████████████████████ | |
| 05/25/2004 | B. Jamieson | Telephone conference with court re motion on shortened time; telephone conference with C. Nicoll and B. Bankston re same; review motion for extension of time | 0.90 |
| 05/26/2004 | B. Jamieson | Review, revise and finalize answers to counterclaims | 0.20 |
| | | TOTAL HOURS | 14.10 |

*(margin annotations: PORTIONS EXCLUDED 04/14/06 FROM ATTY FEE INVOICE; handwritten ".6", "1.0", ".3"; "04/14/06 EXCLUDED FROM ATTY FEE INVOICE")*

OUR FEE                                                                  $3,441.00

COSTS ADVANCED

| | |
|---|---|
| Computer legal research | 233.11 |
| Photocopies | 445.95 |
| Delivery charge | 35.00 |
| Facsimile | 0.60 |
| Messenger and courier service | 10.00 |
| Postage | 46.13 |
| Long distance telephone | 61.40 |

TOTAL COSTS ADVANCED                                                    $ 832.19

**EXHIBIT 1**
**PAGE 4 OF 25**

Our File:  053081.000001                                                      Page:  3

Certain Underwriters at Lloyds, London Limit PLC                      June 10, 2004

TOTAL THIS INVOICE                                                   $4,273.19

**EXHIBIT 1**
**PAGE 5 OF 25**

**LANE**
**POWELL**
**SPEARS**
**LUBERSKY**
LLP

Anchorage
Olympia
Portland
Seattle
London
www.lanepowell.com

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 91-0521691*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House
7-17 Jewry Street
London EC3N 2HP ENGLAND

July 23, 2004
Invoice No.  3293302

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/04

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| | | | |
|---|---|---|---|
| 06/02/2004 | B. Jamieson | Review and respond to e-mails from T. Borchers | 0.20 |
| 06/04/2004 | B. Jamieson | Draft non-opposition and related pleadings related to motion for clarification | 0.40 |
| 06/25/2004 | B. Ambarian | Review and revise reply to motion for summary judgment | 0.50 |
| | | TOTAL HOURS | 1.10 |

OUR FEE                                                            $303.00

COSTS ADVANCED

| | | |
|---|---|---|
| 06/17/2004 | Outside photocopy service - -  Alaska Legal Copy, Inc. , 6/14/04 | 37.82 |
| 06/24/2004 | Outside photocopy service - -  Alaska Legal Copy, Inc. , 6/21/04 | 53.35 |
| | Photocopies | 78.45 |
| | Delivery charge | 15.00 |
| | Facsimile | 0.75 |
| | Messenger and courier service | 20.00 |
| | Postage | 16.28 |
| | Long distance telephone | 13.15 |

**EXHIBIT 1**
**PAGE 6 OF 25**

Our File:  053081.000001                                                    Page:  2

Certain Underwriters at Lloyds, London Limit PLC                          July 23, 2004


TOTAL COSTS ADVANCED                                                    $ 234.80


TOTAL THIS INVOICE                                                      $537.80


EXHIBIT 1
PAGE 7 OF 25



**LANE**
**POWELL**
**SPEARS**
**LUBERSKY**
LLP

Anchorage
Olympia
Portland
Seattle
London
www.lanepowell.com

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 91-0521691*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House
7-17 Jewry Street
London EC3N 2HP ENGLAND

August 10, 2004
Invoice No.  3294309

FOR PROFESSIONAL SERVICES RENDERED THROUGH  07/31/04

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| | | | |
|---|---|---|---|
| 07/01/2004 | B. Jamieson | Review and revise motion re ambiguity; review and revise brief regarding 56f continuance | 1.50 |
| 07/02/2004 | B. Jamieson | Revise and finalize oppositions to motions | 0.80 |
| 07/16/2004 | B. Jamieson | Telephone conference with C. Nicoll and AES attorney re strategy for status conference in State court action | 0.50 |
| 07/19/2004 | B. Jamieson | Review and revise discovery responses | 0.60 |
| 07/28/2004 | B. Jamieson | Telephone conference with T. Borchers; review and revise reply memorandum and motion to accept filing of same | 0.30 |
| 07/29/2004 | B. Ambarian | Draft motion to accept late-filed reply to motion to sever/stay; draft affidavit of B. Jamieson in support of motion; draft order re motion | 1.90 |

TOTAL HOURS     5.60

OUR FEE                                                                    $1,549.00

COSTS ADVANCED

**EXHIBIT 1**
**PAGE 8 OF 25**

Our File:  053081.000001                                              Page:  2

Certain Underwriters at Lloyds, London Limit PLC                    August 10, 2004


| | |
|---|---:|
| Photocopies | 68.40 |
| Delivery charge | 10.00 |
| Facsimile | 0.60 |
| Messenger and courier service | 40.21 |
| Postage | 16.50 |
| Long distance telephone | 9.49 |

TOTAL COSTS ADVANCED                                              $ 145.20


TOTAL THIS INVOICE                                              $1,694.20


**EXHIBIT 1**
**PAGE 9 OF 25**

**LANE**
**POWELL**
**SPEARS**
**LUBERSKY**
LLP

Anchorage
Olympia
Portland
Seattle
London
www.lanepowell.com

| Wire Transfer Information: | Remit Payments To: |
|---|---|
| *Wells Fargo Bank* | *1420 Fifth Ave* |
| *ABA No. 121000248* | *Ste 4100* |
| *Account No. 4159599521* | *Seattle, WA* |
| | *98101-2338* |
| *Visa and Mastercard* | *Attn  Cash Receipts* |
| *Accepted:* | *Fax: (206) 223-7107* |
| *Please call (206) 223-6288* | |

*Identification No. 91-0521691*

Interested Underwriters                                        October 18, 2004
c/o Ropner Insurance Services Limited                   Invoice No.  3302345
Attn Mr. Darren Nuding
Boundary House
7-17 Jewry Street
London EC3N 2HP
ENGLAND

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/04

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| | | | |
|---|---|---|---|
| 08/18/2004 | B. Ambarian | Review and revise motion for withdrawal and substitution of counsel | 0.30 |
| 08/23/2004 | B. Jamieson | Review and revise motion for substitution | 0.30 |
| 08/24/2004 | B. Jamieson | Telephone conference with T. Borchers re extension of time and re substitution of counsel for AE&S | 0.20 |
| 09/01/2004 | B. Ambarian | Review and revise American E&S's motion for summary judgment | 0.40 |
| 09/10/2004 | B. Jamieson | Telephone conference with T. Borchers re motion for protective order; review Federal Court order re motion to stay | 0.50 |
| 09/13/2004 | B. Jamieson | Review court's order and telephone conference with C. Nicoll re impact of same on State court action | 0.70 |
| 09/15/2004 | B. Jamieson | ███████████████████████████████ | |
| 09/17/2004 | B. Jamieson | ███████████████████████████████ | |
| 09/22/2004 | B. Jamieson | Telephone conference with T. Borchers; review, revise and finalize motion on shortened time for protective order | 0.90 |

04/14/06
EXCLUDED FROM
ATTY FEE INVOICE

**EXHIBIT 1**
**PAGE 10 OF 25**

Our File:  053081.000001

Certain Underwriters at Lloyds, London Limit PLC

October 18, 2004

| | | | |
|---|---|---|---|
| 09/23/2004 | B. Jamieson | Telephone conference with court re 56F motion; telephone conference with T. Borchers and K. Schoolcraft re document review and depositions | 1.20 |
| 09/27/2004 | B. Jamieson | Telephone conference with T. Borchers re reply memorandum; review, revise reply memorandum | 0.70 |

TOTAL HOURS     6.80

OUR FEE     $1,897.00

COSTS ADVANCED

| | | |
|---|---|---|
| 08/03/2004 | Outside photocopy service - -  Alaska Legal Copy, Inc. , 7/27/04 | 44.71 |
| | Photocopies | 176.55 |
| | Delivery charge | 35.00 |
| | Facsimile | 3.30 |
| | Messenger and courier service | 55.10 |
| | Postage | 12.22 |
| | Long distance telephone | 154.23 |

TOTAL COSTS ADVANCED     $ 481.11

TOTAL THIS INVOICE     $2,378.11

**EXHIBIT 1**
**PAGE 11 OF 25**

## LANE
## POWELL
## SPEARS
## LUBERSKY
### LLP

Anchorage
Olympia
Portland
Seattle
London
www.lanepowell.com

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 91-0521691*

Interested Underwriters                                   December 9, 2004
c/o Ropner Insurance Services Limited                     Invoice No.  3306878
Attn Mr. Darren Nuding
Boundary House  7-17 Jewry Street
London EC3N 2HP
ENGLAND

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/04

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| | | | |
|---|---|---|---:|
| 10/20/2004 | B. Jamieson | Telephone conference with C. Nicoll re London deposition issues | 0.60 |
| 10/27/2004 | B. Jamieson | Telephone conference with C. Nicoll re London depositions | 0.40 |
| 10/29/2004 | B. Jamieson | Review order denying Inlet's motion for summary judgement | 0.70 |
| 11/22/2004 | B. Jamieson | Review court's order re severance and stay | 0.40 |
| | | TOTAL HOURS | 2.10 |

OUR FEE                                                              $588.00

COSTS ADVANCED

| | |
|---|---:|
| Photocopies | 12.00 |
| Delivery charge | 5.00 |
| Messenger and courier service | 40.00 |
| Postage | 4.20 |
| Long distance telephone | 25.80 |

**EXHIBIT 1**
**PAGE 12 OF 25**

Our File: 053081.000001

Certain Underwriters at Lloyds, London Limit PLC

Page: 2

December 9, 2004

TOTAL COSTS ADVANCED $ 87.00

TOTAL THIS INVOICE $675.00

**EXHIBIT 1**
**PAGE 13 OF 25**

# LANE POWELL PC

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House 7-17 Jewry Street
London EC3N 2HP
ENGLAND

January 20, 2005
Invoice No. 3311459

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/04

Matter: 053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| 12/02/2004 | B. Jamieson | Assist in witness preparation for London depositions | 3.60 |
| 12/03/2004 | B. Jamieson | Assist in witness deposition preparation | 1.50 |
| 12/20/2004 | B. Jamieson | Telephone conference with C. Nicoll re outcome of London depositions and briefing schedule | 0.80 |
| | | TOTAL HOURS | 5.90 |

OUR FEE                                                                                $1,652.00

COSTS ADVANCED

| Photocopies | 7.50 |
| Long distance telephone | 15.96 |
| TOTAL COSTS ADVANCED | $ 23.46 |

**EXHIBIT 1**
**PAGE 14 OF 25**

Our File: 053081.000001                                                    Page: 2

Certain Underwriters at Lloyds, London Limit PLC                    January 20, 2005

TOTAL THIS INVOICE                                                   $1,675.46

**EXHIBIT 1**
**PAGE 15 OF 25**

# LANE POWELL
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House  7-17 Jewry Street
London EC3N 2HP
ENGLAND

April 25, 2005
Invoice No.  3321170

FOR PROFESSIONAL SERVICES RENDERED THROUGH  03/31/05

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| 03/24/2005 | B. Ambarian | Review and revise Lloyd's motion for summary judgment | 0.50 |
|---|---|---|---|
| | | TOTAL HOURS | 0.50 |

OUR FEE                                                                          $142.50

COSTS ADVANCED

| 03/03/2005 | Process service - -  John Hastie and Company Limited Service of Subpoena on Bethel PD, 03/03/05 | 45.00 |
|---|---|---|
| | Photocopies | 27.90 |
| | Delivery charge | 20.00 |
| | Facsimile | 0.60 |
| | Postage | 2.49 |
| | Long distance telephone | 4.20 |

TOTAL COSTS ADVANCED                                            $ 100.19

**EXHIBIT 1**
**PAGE 16 OF 25**

Our File: 053081.000001                                                    Page: 2

Certain Underwriters at Lloyds, London Limit PLC                    April 25, 2005

TOTAL THIS INVOICE                                                    $242.69

**EXHIBIT 1**
**PAGE 17 OF 25**

# LANE POWELL
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Interested Underwriters                                      May 17, 2005
c/o Ropner Insurance Services Limited             Invoice No.  3323557
Attn Mr. Darren Nuding
Boundary House  7-17 Jewry Street
London EC3N 2HP
ENGLAND

FOR PROFESSIONAL SERVICES RENDERED THROUGH  04/30/05

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| | | | |
|---|---|---|---|
| 04/14/2005 | B. Jamieson | Numerous telephone conferences and e-mails with J. Treptow and L. Altenbrun re receipt of opposition to motion for summary judgment | 1.30 |
| | | TOTAL HOURS | 1.30 |

OUR FEE                                                                  $383.50

COSTS ADVANCED

| | | |
|---|---|---|
| 04/07/2005 | Outside photocopy service - -  Alaska Legal Copy, Inc. 03/25/05 | 165.02 |
| | Photocopies | 9.75 |
| | Messenger and courier service | 15.00 |
| TOTAL COSTS ADVANCED | | $ 189.77 |

**EXHIBIT 1**
**PAGE 18 OF 25**

Our File:  053081.000001

Page:  2

Certain Underwriters at Lloyds, London Limit PLC                    May 17, 2005

TOTAL THIS INVOICE                                               $573.27

**EXHIBIT 1**
**PAGE 19 OF 25**

# LANE POWELL
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House  7-17 Jewry Street
London EC3N 2HP
ENGLAND

June 13, 2005
Invoice No.  3326009

FOR PROFESSIONAL SERVICES RENDERED THROUGH  05/31/05

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/04/2005 | B. Jamieson | Provide input re timing of reply opposition on motions for summary judgment | 0.80 |
| 05/05/2005 | B. Jamieson | Review and revise stipulation re opposition/reply | 0.20 |
| 05/10/2005 | B. Jamieson | Review oppositions and cross motions for summary judgment filed by Inlet and Totem | 0.80 |
| 05/17/2005 | B. Jamieson | Telephone conference with L. Altenbrun re opposition to cross motion and discovery issues related thereto | 0.30 |

TOTAL HOURS                          2.10

OUR FEE                                                          $619.50

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 05/13/2005 | Delivery charge-  Alaska Airlines, Inc., 01/12/05 | 20.00 |
| | Photocopies | 19.35 |
| | Delivery charge | 35.00 |
| | Messenger and courier service | 37.50 |
| | Postage | 2.53 |
| | Long distance telephone | 19.72 |

**EXHIBIT 1**
**PAGE 20 OF 25**

Our File:  053081.000001                                                    Page:  2

Certain Underwriters at Lloyds, London Limit PLC                            June 13, 2005


TOTAL COSTS ADVANCED                                                       $ 134.10


TOTAL THIS INVOICE                                                          $753.60


**EXHIBIT 1**
**PAGE 21 OF 25**

# LANE POWELL
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House  7-17 Jewry Street
London EC3N 2HP
ENGLAND

July 19, 2005
Invoice No.  3329177

FOR PROFESSIONAL SERVICES RENDERED THROUGH  06/30/05

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/14/2005 | B. Ambarian | Review and revise motion to strike testimony of defendant's expert Wilton | 0.50 |
| 06/15/2005 | B. Jamieson | Review, revise and finalize for filing opposition/reply and motion to strike | 2.10 |
| 06/22/2005 | B. Jamieson | Respond to e-mail and telephonic inquiries regarding order of responsive briefing | 0.20 |
| | | TOTAL HOURS | 2.80 |

OUR FEE                                                                        $821.00

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 06/28/2005 | Outside photocopy service - -  Alaska Legal Copy, Inc. , 06/14/05 | | 130.65 |
| | Photocopies | | 207.90 |
| | Delivery charge | | 15.00 |
| | Messenger and courier service | | 12.50 |
| | Long distance telephone | | 11.27 |

TOTAL COSTS ADVANCED                                              $ 377.32

**EXHIBIT 1**
**PAGE 22 OF 25**

Our File: 053081.000001

Certain Underwriters at Lloyds, London Limit PLC                    July 19, 2005

TOTAL THIS INVOICE                                                  $1,198.32

**EXHIBIT 1**
**PAGE 23 OF 25**

# LANE POWELL
ATTORNEYS & COUNSELORS

*Wire Transfer Information:*

*Wells Fargo Bank*
*ABA No. 121000248*
*Account No. 4159599521*

*Visa and Mastercard*
*Accepted:*
*Please call (206) 223-6288*

*Remit Payments To:*

*1420 Fifth Ave*
*Ste 4100*
*Seattle, WA*
*98101-2338*
*Attn  Cash Receipts*
*Fax: (206) 223-7107*

*Identification No. 20-2071651*

Interested Underwriters
c/o Ropner Insurance Services Limited
Attn Mr. Darren Nuding
Boundary House  7-17 Jewry Street
London EC3N 2HP
ENGLAND

October 18, 2005
Invoice No.  3337775

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/05

Matter:  053081.000001

Anvil v. Inlet Fisheries v. Certain Underwriters

| | | | |
|---|---|---|---|
| 07/19/2005 | B. Ambarian | Review and revise motion for leave to supplement | 0.30 |
| 07/22/2005 | B. Ambarian | Review and revise reply to motion to strike Wilton | 0.30 |
| 09/13/2005 | B. Jamieson | Review district court order; begin preparation of cost bill | 1.70 |
| 09/14/2005 | B. Jamieson | E-mails with C. Nicoll re post-summary judgment issues | 0.20 |

TOTAL HOURS                2.50

OUR FEE                                                                    $731.50

COSTS ADVANCED

| | | |
|---|---|---|
| 08/30/2005 | Outside photocopy service - -  Alaska Legal Copy, Inc. 07/22/05 | 10.00 |
| | Photocopies | 59.85 |
| | Delivery charge | 5.00 |
| | Messenger and courier service | 91.54 |
| | Messenger and courier service | 20.00 |
| | Postage | 6.70 |
| | Long distance telephone | 8.45 |

**EXHIBIT 1**
**PAGE 24 OF 25**

Our File: 053081.000001                                                    Page: 2

Certain Underwriters at Lloyds, London Limit PLC                    October 18, 2005


TOTAL COSTS ADVANCED                                                    $ 201.54




TOTAL THIS INVOICE                                                      $933.04


**EXHIBIT 1**
**PAGE 25 OF 25**