EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



**COZEN**
**O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

INVOICE NO.: 361244                    INVOICE DATE: May 19, 2003

02742.0001.000 CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARO
129181.000 INLET FISHERIES - QUANIRTUUG PRINCESS

| DATE | ATTY | DESCRIPTION OF SERVICES | HOURS |
|------|------|-------------------------|-------|
| 08/27/02 | C N | CONFER WITH R. ALLEN RE: NEW ASSIGNMENT; TELEPHONE CALL TO I. HOGBEN AND J. ODDS AT SALVAGE ASSOCIATION; LEAVE MESSAGE; TELEPHONE CALL TO J. DODDS WITH R. ALLEN. | .80 |
| 08/28/02 | R A | TELEPHONE CONFERENCES (3) WITH A. SCHAFFER, C. ELLIOTT; TELEPHONE CONFERENCE WITH J. BOYD; REVIEW POLICY; DRAFT LETTER TO UNDERWRITERS; TELEPHONE CONFERENCE WITH D. WILLOUGHBY (2); MEMOS TO FILE; MEMORANDUM TO B. MILLS | 4.30 |
| 08/28/02 | C N | CONFER WITH R. ALLEN; TELEPHONE CALL TO SALVAGE ASSOCIATION; TELEPHONE CALL J. DODDS. | .80 |
| 08/29/02 | R A | TELEPHONE CONFERENCE WITH A. SCHAFFER (3); MEMO TO FILE; TELEPHONE CONFERENCE WITH L. WILTON; INTEROFFICE CONFERENCES WITH C. NICOLL; MEMORANDUM TO L. WILTON; TELEPHONE CONFERENCE WITH I. HOGBEN; TELEPHONE CONFERENCE WITH D. WILLOUGHBY; NOTES TO FILE | 3.90 |
| 08/29/02 | C N | TELEPHONE CALL I. HOGBEN RE: ALASKA INVESTIGATION; CONFER WITH R. ALLEN RE: INSTRUCTIONS FROM L. WILTON; REVIEW DOCS AND FORWARD COPIES TO I. HOGBEN; TELEPHONE CALL I. HOGBEN RE: CONFERENCE WITH USCG. | .70 |
| 08/29/02 | S M | REVIEW DOCUMENTS; PREPARE INITIAL INTAKE MATERIALS | .60 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 1 OF 107

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    May 19, 2003    PAGE    2
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| Date | | Description | Hours |
|---|---|---|---|
| 08/30/02 | R A | MEMORANDUM TO L. WILTON; TELEPHONE CONFERENCE WITH M. BROWN; TELEPHONE CONFERENCE WITH I. HOGBEN (2); TELEPHONE CONFERENCE WITH D. WILLOUGHBY; INTEROFFICE CONFERENCE WITH C. NICOLL; REVIEW ALASKA STATUTES AND AVAILABLE CASE LAW RE: MEMO TO FILE | 3.70 |
| 08/31/02 | R A | MEMORANDUM TO L. WILTON; REVIEW MATERIALS FROM AMERICAN E&S | 1.10 |
| 09/02/02 | R A | MEMORANDUM TO L. WILTON; REVIEW E-MAIL FROM L. WILTON | .50 |
| 09/03/02 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL; REVIEW MEMORANDUM FROM I. HOGBEN; MEMORANDUM TO L. WILTON | .80 |
| 09/04/02 | R A | REVIEW E-MAIL AND TELEPHONE MESSAGES FROM SALVAGE ASSOCIATION; TELEPHONE CONFERENCE WITH I. HOGBEN RE: INVESTIGATION | .70 |
| 09/05/02 | R A | MEETING WITH L. WILTON; INTEROFFICE CONFERENCES WITH C. NICOLL; TELEPHONE CONFERENCE WITH A. SCHAEFFER; MEMO TO FILE; TELEPHONE CONFERENCE WITH L. WILTON | 1.90 |
| 09/07/02 | R A | TELEPHONE CONFERENCE WITH I. HOGBEN | .20 |
| 09/09/02 | R A | TELEPHONE CONFERENCE WITH L. WILTON | .90 |
| 09/11/02 | R A | MEMORANDUM FROM C. NICOLL; REVIEW RESERVATION OF RIGHTS LETTER; E-MAIL CORRESPONDENCE WITH I. HOGBEN | .60 |
| 09/12/02 | R A | MEMORANDUM TO L. WILTON; REVIEW MATERIALS FROM I. HOGBEN; MEMORANDUM TO C. NICOLL | .70 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2
PAGE 2 OF 107**

EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



# COZEN O'CONNOR
## ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      May 19, 2003       PAGE    3
FILE NUMBER: 129181.000
INVOICE NO.: 361244

09/12/02  C N    TELEPHONE MESSAGE I. HOGBEN; RESPOND THROUGH D.              .30
                 KENNEDY.

09/16/02  R A    MEMORANDUM TO L. WILTON; REVIEW REPORT FROM I.               .80
                 HOGBEN; MEMORANDUM TO C. NICOLL

09/16/02  C N    TELEPHONE CONFERENCE WITH I. HOGBEN RE: VERBAL               .60
                 REPORT OF FINDINGS.

09/17/02  R A    E-MAIL CORRESPONDENCE TO C. NICOLL; REVIEW                   .60
                 MEMORANDUM FROM I. HOGBEN

09/20/02  R A    REVIEW USCG RECORDS RE: MAREN I INCIDENT;                   1.30
                 INTEROFFICE CONFERENCE WITH C. NICOLL RE:


09/24/02  R A    TELEPHONE CONFERENCE WITH A. SCHAEFFER; REVIEW               .50
                 RENEWAL APPLICATION; MEMO TO FILE

09/24/02  C N    RECEIVE/REVIEW REPORT FROM I. HOGBEN; REPLY TO               .30
                 SAME; TRANSFER PHONE MESSAGE FROM AES TO R.
                 ALLEN.

09/25/02  S M    REVIEW AND CLASSIFY DOCUMENTS; UPDATE FILES AND              .80
                 INDICES

09/26/02  R A    REVIEW RENEWAL APPLICATION; INTEROFFICE                     1.00
                 CONFERENCE WITH C. NICOLL RE:
                                           COVERAGE

09/28/02  C N    TELEPHONE AMANDA SCHAEFFER AND LEAVE MESSAGE;                .80
                 REVIEW 2002 APPLICATION; REVIEW TELEPHONE
                 MESSAGE FROM A. SCHAEFFER; TELEPHONE CALL TO A.
                 GARGER AND LEAVE MESSAGE RE MARAN I

09/30/02  R A    E-MAIL TO I. HOGBEN; REVIEW E-MAIL FROM C.                  1.10
                 NICOLL; INTEROFFICE CONFERENCE WITH C. NICOLL
                 RE:
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2
PAGE 3 OF 107**

EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



# COZEN O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     May 19, 2003     PAGE   4
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/30/02 | C N | TELEPHONE CALL A. GARGER; EMAIL TO R. ALLEN; PREPARE LETTER TO INSURED; PREPARE RELEASE FOR WQIS. | 1.00 |
| 10/01/02 | R A | TELEPHONE CONFERENCE WITH L. WILTON; REVIEW E-MAIL FROM I. HOGBEN; MEMO TO FILE | .60 |
| 10/04/02 | R A | MEMORANDUM TO C. NICOLL; REVIEW MATERIALS FROM I. HOGBEN | .30 |
| 10/04/02 | C N | REVIEW MATERIALS FROM AMERICAN E + S. | .30 |
| 10/07/02 | R A | REVIEW E-MAIL CORRESPONDENCE; MEMORANDUM TO C. NICOLL | .40 |
| 10/08/02 | C N | REVIEW LETTER FROM T. WANG, LAWYER FOR INLET FISHERIES; PLACE CALL TO T. WANG AND LEAVE MESSAGE; EMAIL FROM GRAEME SPROWSON; REPLY; REVIEW PSU FILES; ARRANGE FOR NUMBERING AND COPYING OF SAME; PREPARE REPORT TO CLIENTS; REVISE SAME. | 2.50 |
| 10/09/02 | R A | MEMORANDUM TO C. NICOLL | .30 |
| 10/09/02 | C N | EMAIL FROM CLIENT; REPLY; PREPARE LETTER TO INLET'S COUNSEL; TELEPHONE CALL I. HOGBEN; EMAIL TO CLIENT RE: SAME; RESEARCH RE: ALASKA LAW. | 3.20 |
| 10/10/02 | C N | RESEARCH AK MARINE INSURANCE COVERAGE DECISIONS AND MISREP. STATUTE; TELEPHONE CALL OWNER AND HIS COUNSEL RE: VESSEL INSPECTION; TELEPHONE CALL I. HOGBEN AND LEAVE MESSAGE RE: SAME; FINALIZE AND SEND LETTER TO COUNSEL RE: BROKER FILE. | 2.10 |
| 10/14/02 | R A | EMAIL CORRESPONDENCE WITH VARIOUS. | .30 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 4 OF 107

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200  WASHINGTON MUTUAL TOWER  1201 THIRD AVENUE  SEATTLE, WA 98101-3071
206.340.1000  800.423.1950  206.621.8783 FAX  www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    May 19, 2003    PAGE   5
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/15/02 | LEA | MEET WITH C. NICOLL TO DISCUSS FACTS OF LOSS AND CIRCUMSTANCES CONCERNING INSURANCE COVERAGE ISSUES. | .50 |
| 10/16/02 | C N | REVIEW REPORT FROM I. HOGBEN; EMAIL TO I. HOGBEN RE: SAME. | .40 |
| 10/24/02 | C N | REVIEW EMAIL FROM I. HOGBEN; TELEPHONE CALL I. HOGBEN RE: SAME; REVIEW STATUS. | .40 |
| 10/25/02 | C N | REPORT ON STATUS - RECEIVE LETTER FROM INLET'S COUNSEL; CONFER WITH L. ALTENBRUN RE: STATUS. | .50 |
| 10/30/02 | R A | REVIEW SURVEYOR'S REPORT; TELEPHONE L. WILTON. | .50 |
| 10/31/02 | R A | TELEPHONE L WILTON AND REVIEW EXPENSE PROJECTIONS. | .40 |
| 11/04/02 | C N | EMAIL FROM R. ALLEN; RESPOND TO SAME. | .40 |
| 11/06/02 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL. | .40 |
| 11/08/02 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE: STATUS. | .20 |
| 11/08/02 | LEA | LEGAL RESEARCH RE: 9TH CIRCUIT CASE LAW DISCUSSING EFFECT OF NONDISCLOSURE OR MISREPRESENTATION IN MARINE INSURANCE POLICY. | .80 |
| 11/11/02 | LEA | LEGAL RESEARCH RE: CASE LAW DISCUSSING THE DOCTRINE OF UBERRIMAE FIDEI IN THE CONTEXT OF MARINE INSURANCE, WHETHER THE DOCTRINE IS "WELL-ESTABLISHED," WHAT MISREPRESENTATIONS ARE "MATERIAL," AND WHETHER A RENEWAL AFFECTS A MISREPRESENTATION IN AN ORIGINAL APPLICATION. | 4.80 |
| 11/12/02 | C N | EMAIL FROM. L. WILTON; CONFER WITH L. ALTENBRUN RE: STATUS OF RESEARCH PROJECTS; FINALIZE AND SEND LETTER TO INLET'S COUNSEL | .80 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 5 OF 107**

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    May 19, 2003       PAGE    6
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/12/02 | LEA | DRAFT MEMO TO C. NICOLL RE: APPLICABILITY OF DOCTRINE OF UTMOST GOOD FAITH, INSURER'S RIGHT TO CANCEL POLICY, MATERIALITY ANALYSIS UNDER DOCTRINE OF UBERRIMAE FIDAE, AND WHETHER THE DOCTRINE IS "ENTRENCHED" FEDERAL LAW IN 9TH CIRCUIT. | 4.60 |
| 11/13/02 | LEA | LEGAL RESEARCH RE: ALASKA LAW STATUTORY AND CASE LAW DISCUSSING MISREPRESENTATION OR NONDISCLOSURE BY AN INSURED AND DUTIES OF UTMOST GOOD FAITH BETWEEN INSURER AND INSURED; LEGAL RESEARCH RE: ALASKA LAW PROVIDING FOR NOTICE OF CANCELLATION OF INSURANCE POLICY; LEGAL RESEARCH RE: EFFECT OF BREACH OF TERMS OF A BINDER ON A POLICY UNDER ALASKA LAW; CONTINUE DRAFTING MEMO TO C. NICOLL RE: DOCTRINE OF UTMOST GOOD FAITH AND CONSTRUCTION OF TERM IN BINDER AS PART OF POLICY. | 7.80 |
| 11/14/02 | R A | EMAIL CORRESPONDENCE TO C. NICOLL. | .30 |
| 11/15/02 | R A | MEMO TO C. NICOLL. | .40 |
| 11/16/02 | LEA | REVIEW, EDIT AND REVISE MEMO TO C. NICOLL RE: POSSIBLE APPLICATION OF DUTY OF UTMOST GOOD FAITH | 1.20 |
| 11/18/02 | C N | COMMENCE REVIEW OF MEMO FROM L. ALTENBRUN ON UBERRIMAE FIDAE. | .60 |
| 11/18/02 | LEA | EDIT AND REVISE MEMO RE: DUTY OF UTMOST GOOD FAITH; VERIFY VALIDITY OF CASE LAW CITED IN MEMO. | 2.20 |
| 11/20/02 | C N | REVIEW MEMO RE: UBERIMAE FIDAE | 1.00 |
| 11/25/02 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE: ASSURED'S CLAIM AND NOTICE OF REQUEST FOR INFORMATION. | .30 |

*Fees and Costs are due upon receipt of bill*                EXHIBIT 2
                                                             PAGE 6 OF 107

EIN 23-1732832



| | | |
|---|---|---|
| PHILADELPHIA | COZEN | NEW YORK |
| ATLANTA | O'CONNOR | NEWARK |
| CHARLOTTE | ATTORNEYS | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | | SEATTLE |
| DALLAS | | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     May 19, 2003     PAGE     7
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| | | | |
|---|---|---|---|
| 12/02/02 | C N | TELEPHONE CALL PUGET SOUND UNDERWRITERS RE: STATUS; DRAFT LETTER TO INSURED COUNSEL; REVIEW POLICY AND CORRESPONDENCE; REVISE LETTER. | 2.80 |
| 12/04/02 | R A | REVIEW EMAIL CORRESPONDENCE AND NOTE TO FILE. | .30 |
| 12/04/02 | C N | REVIEW LETTER FROM INSURED'S COUNSEL; FORWARD TO CLIENTS FOR REVIEW; REVIEW SURVEY REPORT. | .30 |
| 12/05/02 | R A | CONFERENCE WITH L. WILTON; NOTE TO C. NICOLL. | .50 |
| 12/09/02 | R A | MEMO TO C. NICOLL; REVIEW EMAIL RESPONSE. | .30 |
| 12/09/02 | C N | COMPLETE REVIEW OF PUGET SOUND DOCUMENTS; REVISE LETTER TO INLET'S COUNSEL. | 1.30 |
| 12/11/02 | C N | REVIEW LETTER FROM INLET FISHERIES' COUNSEL; FORWARD SAME TO CLIENT WITH BRIEF ANALYSIS/REPORT; RESEARCH FOR CORPORATE INFO ON INLET FISHERIES AND INLET FISH PRODUCERS; RESEARCH RECORDS RE: BANKRUPTCY FILINGS IN AK; ASSIGN ASSOCIATE TO OBTAIN SECRETARY OF STATE RECORDS AND BANKRUPTCY PLEADINGS; COMPLETE REVIEW OF BMT SALVAGE ASSOCIATION REPORT; EMAIL TO CLIENT RE: DISCLOSURE OF REPORT TO INSURED. | 2.80 |
| 12/12/02 | C N | EMAIL FROM L. WILTON CONFIRMING AUTHORITY TO DISCLOSE BMT SURVEY REPORT; EMAIL TO L. WILTON RE: SAME AND REPORTING ON DEVELOPMENTS. | .70 |
| 12/12/02 | LEA | DRAFT EMAIL TO SECRETARY OF STATE OF ALASKA REQUESTING INFORMATION AND DOCUMENTS RELATING TO INLET FISHERIES INC. AND INLET FISH PRODUCERS, INC. | .60 |
| 12/13/02 | R A | REVIEW AND REVISE LETTER TO CLIENT AND EMAIL TO C. NICOLL. | .30 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 7 OF 107

EIN 23-1732832



| | |
|---|---|
| PHILADELPHIA | NEW YORK |
| ATLANTA | NEWARK |
| CHARLOTTE | SAN DIEGO |
| CHERRY HILL | SAN FRANCISCO |
| CHICAGO | SEATTLE |
| DALLAS | WASHINGTON, DC |
| LAS VEGAS | WEST CONSHOHOCKEN |
| LONDON | WILMINGTON |
| LOS ANGELES | |

## COZEN O'CONNOR ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE       May 19, 2003       PAGE    8
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| | | | |
|---|---|---|---|
| 12/13/02 | C N | CONFER WITH L. ALTENBRUN RE: STATE RECORDS AND BANKRUPTCY RECORDS; ASSIGNMENT RE: RESEARCH; ARRANGE TO NUMBER BMT'S REPORT. | 1.00 |
| 12/13/02 | LEA | REVIEW CORRESPONDENCE FROM ALASKA SECRETARY OF STATE RE: ACCESS TO CORPORATE INFORMATION; DRAFT REQUEST FOR INFORMATION; CALL ALYCE HOUSTON AT SECRETARY OF STATE OFFICE. | .70 |
| 12/18/02 | R A | REVIEW REPORT AND NOTE TO C NICOLL | .40 |
| 12/27/02 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE: STATUS AND RESPONSE TO CLAIM NOTIFICATIONS. | .20 |
| 01/08/03 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL RE: STATUS. | .20 |
| 01/08/03 | C N | EMAILS WITH R. ALLEN RE: STATUS. | .10 |
| 01/24/03 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE: STRATEGY. | .30 |
| 02/24/03 | C N | TELEPHONE CALL AMERICAN E&S RE: NOTICE FROM U.S.C.G. OF $460,000 AND BILL FOR CLEANUP COSTS; COMMENCE LETTER TO CLIENTS. | .50 |
| 02/27/03 | C N | RECEIPT AND CONSIDERATION OF EMAIL FROM AMANDA SCHAEFFER REGARDING THEIR RECEIPT OF A CLAIM FROM THE NATIONAL POLLUTION FUND CENTER DEMANDING PAYMENT OF CLEANUP AND REMEDIATION COSTS IN EXCESS OF $400,000; PREPARE AND SEND RESPONSE TO AMANDA SCHAEFFER VIA EMAIL; FORWARD NOTICE OF CLAIM FROM NPFC TO DICK ALLEN AND LES WILTON; RECEIVE REPLY FROM AMANDA SCHAEFFER RE: INQUIRY AS TO WHETHER NPFC OR U.S. COAST GUARD WAS A NAMED INSURED ON THE POLICY; CONFIRM WITH AMANDA SCHAEFFER THAT PUGET SOUND UNDERWRITERS DID NOT ISSUE A COFR OR ANY OTHER TYPE OF FINANCIAL GUARANTEE WITH RESPECT TO FINANCIAL RESPONSIBILITY OF INLET FISHERIES FOR THE QUANIRTUUG PRINCESS; CONSIDER BANKRUPTCY ISSUES | 2.10 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2
PAGE 8 OF 107**

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE        May 19, 2003        PAGE     9
FILE NUMBER: 129181.000
INVOICE NO.: 361244

RELATED TO NPFC CLAIM; FORWARD CORRESPONDENCE
FROM AMANDA SCHAEFFER TO LES WILTON AND DICK
ALLEN; CONFER WITH T. BORCHERS RE: RESEARCH
ASSIGNMENTS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/27/03 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: INLET FISHERIES INSURANCE COVERAGE MATTER AND PROPOSED LEGAL RESEARCH PROJECT; REVIEW UNDERWRITING AND CLAIMS FILES TO DETERMINE BACKGROUND FACTS AND CLARIFY RESEARCH ISSUES. | 1.60 |
| 02/28/03 | R A | REVIEW EMAIL CORRESPONDENCE. | .60 |
| 02/28/03 | C N | TELEPHONE CONFERENCE WITH A. SCHAEFFER AT AMERICAN E&S RE: NPFC CLAIMS. | .20 |
| 02/28/03 | TB | BEGIN RESEARCH ON OPA | 4.60 |
| 03/03/03 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL RE: STATUS. | .30 |
| 03/03/03 | TB | CONTINUE RESEARCH ON BANKRUPTCY AND OPA ISSUES; REVIEW LETTER FROM CLIENT ENCLOSING NPFC CLAIM. | 4.60 |
| 03/04/03 | R A | REVIEW EMAIL REPORTS; MEETING WITH L. WILTON; NOTE TO FILE. | .90 |
| 03/04/03 | C N | EMAIL FROM L. WILTON RE: QP DEVELOPMENTS; CONFER WITH T. BORCHERS RE: STATUS OF RESEARCH. | .40 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 9 OF 107

EIN 23-1732832



| | | |
|---|---|---|
| PHILADELPHIA | COZEN | NEW YORK |
| ATLANTA | O'CONNOR | NEWARK |
| CHARLOTTE | ATTORNEYS | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | | SEATTLE |
| DALLAS | | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE        May 19, 2003        PAGE   10
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| | | | |
|---|---|---|---|
| 03/05/03 | TB | CONTINUE RESEARCH ON BANKRUPTCY ISSUES; TELEPHONE CONFERENCE WITH D. LEIBMAN IN PHILADELPHIA OFFICE RE: BANKRUPTCY ISSUES; CONTINUE DRAFTING MEMORANDUM TO C. NICOLL. | 3.60 |
| 03/05/03 | DL | DISCUSSED BANKRUPTCY ISSUES WITH BORCHERS | .50 |
| 03/06/03 | C N | CONFER WITH T. BORCHERS RE: STATUS OF INLET'S BANKRUPTCY; ASSIGN T. BORCHERS TO DRAFT REPLY TO NPFC. | .40 |
| 03/06/03 | TB | CONTINUE RESEARCH ON CLAIMS BY COAST GUARD AGAINST UNDERWRITERS; CONTINUE DRAFTING RESEARCH MEMO TO C. NICOLL; EXCHANGE EMAIL WITH D. LIEBMAN REGARDING RESEARCH; ARRANGE VIA M. DECKER TO SECURE COMPLETE BANKRUPTCY COURT DOCKET; REVIEW BANKRUPTCY COURT DOCKET; OFFICE CONFERENCE WITH CHRIS NICOLL RE: FINDINGS FROM DOCKET AND NEED TO DRAFT LETTER TO R. HILDEBRAND OF COAST GUARD; BEGIN DRAFTING LETTER TO R. HILDEBRAND. | 5.80 |
| 03/06/03 | DL | RESEARCHED | .90 |
| 03/07/03 | C N | REVIEW DRAFT LETTER AND RESEARCH MEMO FROM T. BORCHERS. | 1.10 |
| 03/07/03 | TB | COMPLETE MEMORANDUM TO C. NICOLL RE: BANKRUPTCY AND DIRECT ACTION ISSUES; COMPLETE DRAFT LETTER TO COAST GUARD REGARDING DEMAND LETTER; GIVE LETTER AND MEMO TO C. NICOLL WITH COMMENTS. | 2.20 |
| 03/07/03 | DL | RESEARCHED | .40 |
| 03/10/03 | DL | RESEARCHED         ; E-MAILED WITH BORCHERS; DISCUSSED CASE WITH FREED | .80 |

*Fees and Costs are due upon receipt of bill*          EXHIBIT 2
                                                       PAGE 10 OF 107

EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES



# COZEN O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    May 19, 2003    PAGE 11
FILE NUMBER: 129181.000
INVOICE NO.: 361244

| Date | TK | Description | Hours |
|---|---|---|---|
| 03/11/03 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: STATUS OF REPORT LETTER AND LETTER TO NPFC AND DISCUSSION OF FURTHER INVESTIGATION; REVIEW DOCKET SHEET FROM BANKRUPTCY COURT AND IDENTIFY PLEADINGS NEEDED TO EVALUATE NPFC CLAIM. | .40 |
| 03/12/03 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL. | .30 |
| 03/12/03 | TB | REVIEW BANKRUPTCY COURT PLEADINGS RETRIEVED FROM COURT LINK FOR EVIDENCE OF CLAIM BY COAST GUARD AND DISCLOSURE OF QP OIL SPILL, THEREIN. | 1.20 |
| 03/12/03 | MRD | ORGANIZE AND ASSEMBLE BANKRUPTCY PLEADINGS FOR REVIEW BY T. BORCHERS | .80 |
| 03/13/03 | C N | PREPARE LETTER TO A. GARGER RE: WQIS RECORDS FOR INLET FISHERIES: WORK ON REPORT LETTER TO L. WILTON | 4.60 |
| 03/14/03 | C N | CONTINUE DRAFTING REPORT LETTER ANALYZING COVERAGE AND RELATED ISSUES; ; REVISE DRAFT AND FORWARD TO R. ALLEN FOR REVIEW; SEND GARGER LETTER. | 3.60 |

TOTAL HOURS......................    125.00

SUMMARY OF PROFESSIONAL SERVICES RENDERED:

```
*---------------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*         HOURS              FEES
R. ALLEN                                33.60           11424.00
C. NICOLL                               39.40           10244.00
S. MILLER                                1.40             119.00
T. BORCHER                              24.00            4920.00
L E ALTENBRUN                           23.20            4060.00
```

*Fees and Costs are due upon receipt of bill*    EXHIBIT 2
PAGE 11 OF 107

EIN 23-1732832



| PHILADELPHIA | | NEW YORK |
| --- | --- | --- |
| ATLANTA | COZEN | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | O'CONNOR | SEATTLE |
| DALLAS | ATTORNEYS | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    May 19, 2003      PAGE   12
FILE NUMBER: 129181.000
INVOICE NO.: 361244

  MICHAEL R. DECKER                                    .80           88.00
  D. LIEBMAN                                          2.60          533.00
                         TOTALS                     125.00        31388.00


       FEES FOR PROFESSIONAL SERVICES RENDERED       $31,388.00
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 12 OF 107**

EIN 23-1732832



| | | |
|---|---|---|
| PHILADELPHIA | **COZEN** | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | SEATTLE |
| DALLAS | ATTORNEYS | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    May 19, 2003    PAGE   13
FILE NUMBER: 129181.000
INVOICE NO.: 361244

DATE            EXPENSES INCURRED                              VALUE

    AMERICAN LEGAL COPY                                     74.62
    TRAVEL RELATED EXPENSES                                228.35
    LONG DISTANCE TELEPHONE                                  8.47
    DUPLICATING                                             83.75
    TRAVEL & MEALS SUBJECT TO I.R.S. LIMITATIONS ON        211.58
    BUSINESS MEALS AND TRAVEL EXPENSES
    WESTLAW RESEARCH                                       558.48
    LONG DISTANCE TELEPHONE                                  3.02
    TELEPHONE REIMBURSEMENT                                 22.65
    MISCELLANEOUS                                           33.00
    PUBLICATIONS                                            60.00

        EXPENSES INCURRED......................        $1,283.92


            GRAND TOTAL                          $32,671.92

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 13 OF 107

EIN 23-1732832

PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
LAS VEGAS  
LONDON  
LOS ANGELES  



## COZEN O'CONNOR ATTORNEYS

NEW YORK  
NEWARK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WILMINGTON  

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

INVOICE NO.: 372195                                      INVOICE DATE: Sep 3, 2003

02742.0001.000 CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARG  
129181.000 INLET FISHERIES - QUANIRTUUG PRINCESS

| DATE | ATTY | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 10/30/02 | C N | REVIEW EMAIL FROM D. ALLEN RE STATUS; REVIEW SURVEY REPORT FROM I. HOGBEN; FORWARD TO LES WILTON AND D. ALLEN; RECEIPT AND CONSIDERATION OF LETTER FROM COUNSEL FOR INLET FISHERIES RE: REASON FOR NO DISCLOSURE OF THE MARIN I. | 1.20 |
| 03/17/03 | R A | REVIEW REPORT; INTEROFFICE CONFERENCE WITH C. NICOLL. | .70 |
| 03/17/03 | C N | REVIEW EMAIL FROM T. BORCHERS RE BANKRUPTCY RECORDS; REVIEW FILES; TELEPHONE LAWYER FOR MAERSK-SEALAND IN BANKRUPTCY; REVISIONS TO DRAFT LETTER. | 2.10 |
| 03/17/03 | TB | OFFICE CONFERENCE C. NICOLL RE: BANKRUPTCY RESEARCH; | 1.80 |
| 03/18/03 | C N | EMAIL FROM R. ALLEN RE OPINION LETTER; PREPARE DRAFT CONCLUSION. | .70 |
| 03/20/03 | R A | MEMO TO C. NICOLL RE DECLARATORY ACTION. | .40 |
| 03/20/03 | C N | CONFER WITH D. KENNEDY REGARDING RECENT EXAMPLES OF COMPLAINTS FOR DECLARATORY RELIEF; EMAIL FROM D. KENNEDY FORWARDING EXAMPLES; FINALIZE REPORT LETTER TO CLIENT; REVISE AND FINALIZE DRAFT LETTER TO NATIONAL POLLUTION FUND CENTER; PLACE TELEPHONE CALL TO AMANDA SCHAEFFER AND LEAVE MESSAGE. | 2.60 |

EXHIBIT 2  
PAGE 14 OF 107

*Fees and Costs are due upon receipt of bill*



EIN 23-1732832

PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
LAS VEGAS  
LONDON  
LOS ANGELES  

**COZEN O'CONNOR**  
ATTORNEYS  

NEW YORK  
NEWARK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WILMINGTON  

A PROFESSIONAL CORPORATION  
SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com  

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Sep 3, 2003     PAGE   2  
FILE NUMBER: 129181.000  
INVOICE NO.: 372195  

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/21/03 | C N | FINALIZE AND SEND LETTER TO NPFC PER CLIENT INSTRUCTION; PREPARE LETTER FORWARDING I. HOGBEN'S SURVEY, REPORTS AND REITERATING REQUESTS FOR COOPERATION; TELEPHONE CALL A. GARGER AND WATER QUALITY INSURANCE SERVICES; EMAIL TO CLIENT; SEARCH SECRETARY OF STATE RECORDS TO DETERMINE IF INLET HAS BUSINESS PRESENCE IN WASHINGTON; SEARCH BANKRUPTCY RECORDS RE SAME; ASSIGN V. WU TO SEARCH COURT LINK FOR CASES FILED AGAINST INLET OR BY INLET IN WASHINGTON; EMAILS FROM V. WU. | 3.50 |
| 03/21/03 | VW | COURTLINK RESEARCH REGARDING PREVIOUS LAWSUITS INVOLVING INLET FISHERIES IN UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AND SUPERIOR COURTS IN THE COUNTIES OF KING, SNOHOMISH, PIERCE, SKAGIT, WHATCOM AND THURSTON AND REVIEW SEARCH RESULTS | .70 |
| 03/24/03 | R A | REVIEW CORRESPONDENCE TO AND FROM COUNSEL. | .50 |
| 03/24/03 | LEA | REVIEW AND REVISE LETTER TO T. WANG RE COOPERATION IN INVESTIGATION; REVIEW SURVEY REPORT AND ATTACHMENTS BY BMT SALVAGE LIMITED. | .90 |
| 03/25/03 | R A | REVIEW COVERAGE CORRESPONDENCE; MEMO TO C. NICOLL. | .40 |
| 03/25/03 | C N | RECEIVE EMAIL FROM G. SPROWSON; RECEIPT AND CONSIDERATION OF CORRESPONDENCE FROM MENDES & MOUNT FORWARDING A COPY OF A NOTICE OF THE NATIONAL POLLUTION FUND CENTER'S CLAIM LETTER SENT BY INLET'S COUNSEL LAST WEEK, | .70 |
| 03/26/03 | R A | REVIEW EMAIL CORRESPONDENCE. | .30 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2  
PAGE 15 OF 107



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

# COZEN O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200  WASHINGTON MUTUAL TOWER  1201 THIRD AVENUE  SEATTLE, WA 98101-3071
206.340.1000  800.423.1950  206.621.8783 FAX  www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Sep  3, 2003     PAGE    3
FILE NUMBER: 129181.000
INVOICE NO.: 372195

03/27/03 C N    RECEIVE AND CONSIDER VOICE MESSAGES FROM AMANDA           .60
                SCHAEFFER AND ANDY GARGER OF WQIS; PLACE
                TELEPHONE CALL TO AMANDA SCHAEFFER AND LEAVE
                MESSAGE; PLACE TELEPHONE CALL TO ANDY GARGER
                AND LEAVE RESPONDING MESSAGE.

03/28/03 R A    INTEROFFICE CONFERENCE WITH C. NICOLL; NOTE TO            .50
                FILE.

03/28/03 C N    COMMENCE PREPARATION OF DECLARATORY JUDGMENT             2.70
                COMPLAINT; REVIEW FILE FOR DETAILS NECESSARY
                FOR SAME; TELEPHONE CONFERENCE OF B. HILDEBRAND
                OF THE NATIONAL POLLUTION FUND CENTER RE OUR
                LETTER DECLINING RESPONSIBILITY ON BEHALF OF
                UNDERWRITERS FOR QUANIRTUUG PRINCESS SPILL AND
                INFORMING US OF AN ADDITIONAL INCIDENT
                INVOLVING ANOTHER INLET FISHERIES VESSEL;
                PREPARE REPORT TO CLIENTS REGARDING SAME;
                TELEPHONE CONFERENCE WITH C. ELLIOTT AND M.
                BROWN OF PUGET SOUND UNDERWRITERS RE SAME AND
                REGARDING THE ADDITIONAL INFORMATION ABOUT
                ANOTHER POLLUTION INCIDENT THAT WAS NOT
                DISCLOSED; REVISE REPORT TO CLIENTS REGARDING
                COMMENTS OF PUGET SOUND UNDERWRITERS WITH
                RESPECT TO MATERIALITY OF INFORMATION REGARDING
                POLLUTION LOSS CONCERNING THE HARVESTER.

03/31/03 R A    REVIEW EMAIL CORRESPONDENCE; NOTE TO FILE.                .40

04/02/03 R A    REVIEW EMAIL CORRESPONDENCE: NOTE TO C. NICOLL            .50
                RE

04/03/03 R A    REVIEW COVERAGE ANALYSIS AND DRAFT COVERAGE             1.60
                DECLARATORY COMPLAINT; EMAIL TO C. NICOLL RE
                SAME.

04/03/03 C N    REVIEW EMAIL FROM A. SCHAEFFER AND ATTACHMENT;            .20
                REVIEW EMAIL FROM T. BORCHERS RE DRAFT D.J.
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 16 OF 107**



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE        Sep  3, 2003        PAGE   4
FILE NUMBER: 129181.000
INVOICE NO.: 372195                                     04/14/06
                                                  EXCLUDED FROM
04/03/03  TB    PREPARE DECLARATORY JUDGMENT.     ATTY FEE INVOICE  → 5.60

04/07/03  R A   EMAIL CORRESPONDENCE WITH C. NICOLL.                    .30

04/08/03  R A   EMAIL CORRESPONDENCE WITH C. NICOLL; TELEPHONE          .90
                L. WILTON AND REVIEW DRAFT CORRESPONDENCE WITH
                NPFC

04/08/03  C N   REVIEW AND REVISE DRAFT DECLARATORY ACTION;            4.20
                REVIEW DELEGATED AUTHORITY AGREEMENT; EMAIL TO
                R. ALLEN; EMAIL TO A. SCHAEFFER.

04/09/03  R A   REVIEW AND REVISE DECLARATORY ACTION COMPLAINT         1.50
                AND EMAIL CORRESPONDENCE WITH C. NICOLL.

04/10/03  R A   REVIEW DRAFT COMPLAINT; INTEROFFICE CONFERENCE          .80
                WITH C. NICOLL RE SAME; REVIEW EMAIL
                CORRESPONDENCE.

04/10/03  C N   REPLY TO EMAIL FROM R. ALLEN; REVISE COMPLAINT;        1.00
                CONFER RE SERVICE.

04/11/03  R A   TELEPHONE L. WILTON; EMAIL CORRESPONDENCE WITH         1.60
                C. NICOLL AND CONFERENCE WITH L. WILTON.

04/11/03  C N   FILE DECLARATORY ACTION; RECEIVE AND REPLY TO          1.30
                EMAIL FROM R. ALLEN; DRAFT LETTER TO INLET'S
                COUNSEL.

04/13/03  C N   DRAFT SUBPOENAS FOR TOTEM AGENCIES AND WQIS.           1.00

04/14/03  R A   EMAIL CORRESPONDENCE WITH C. NICOLL; LETTER TO          .80
                L. WILTON.

04/14/03  C N   PREPARE LETTER TO INLET'S COUNSEL; PREPARE             1.80
                ERRATA FOR FEDERAL COURT; REVIEW USCG MAREN 1
                FILE; TELEPHONE NPFC AND LEAVE MESSAGE; REVIEW
                MAREN 1 USCG REPORT.

*Fees and Costs are due upon receipt of bill*                **EXHIBIT 2
                                                             PAGE 17 OF 107**

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
## O'CONNOR
### ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Sep  3, 2003     PAGE    5
FILE NUMBER: 129181.000
INVOICE NO.: 372195

04/15/03 R A    REVIEW AND REVISE LETTER TO L. WILTON AND NOTE              .60
                TO FILE RE

04/17/03 R A    EMAIL CORRESPONDENCE AND NOTE TO C. NICOLL                  .30

04/18/03 C N    CONFER RE STATUS OF ATTEMPTS TO SERVE INLET;                .20
                REVIEW TITLE ABSTRACT.

04/21/03 C N    REVIEW QUANIRTUUG PRINCESS ABSTRACT OF TITLE;              1.00
                CONFER RE ATTEMPTED SERVICE; RESEARCH SAME;
                ASSIGN L. ALTENBRUN TO RESEARCH SERVICE
                METHODS.

04/21/03 LEA    LEGAL RESEARCH RE CASE LAW DISCUSSING SERVICE              2.20
                UPON AN AGENT, CASHIER OF SECRETARY OF FOREIGN
                CORPORATION.

04/22/03 C N    REVIEW MEMO FROM L. ALTENBRUN RE SERVICE OF                 .80
                PROCESS; ASSIGN TO FOLLOW UP RE SERVICE; CONFER
                WITH D. KENNEDY RE SAME.

04/22/03 LEA    DRAFT MEMORANDUM TO C. NICOLL RE SERVICE UPON              3.20
                AN OUT-OF-STATE CORPORATION; CASES DISCUSSING
                SERVICE UPON AGENT, CASHIER, OR SECRETARY; AND
                SUBSTANTIAL COMPLIANCE DOCTRINE; REVIEW FILE
                FOR CORPORATE INFORMATION AND RECENT
                CORRESPONDENCE.

04/23/03 R A    REVIEW AND REVISE REPORT; EMAIL C. NICOLL.                 1.00

04/23/03 C N    TELEPHONE CALL B. HILDEBRANDT OF NPEC RE                    .60
                DECLARATORY JUDGMENT ACTION AND RE OWNERSHIP OF
                MAREN 1, QP AND HARVESTER BARGE; FAX
                DECLARATORY ACTION COPY TO MR. HILDEBRANDT.

04/24/03 R A    EMAIL CORRESPONDENCE WITH C. NICOLL.                        .60

04/24/03 C N    PREPARE REPORT PER CLIENT REQUEST; REVIEW                  2.00
                ABSTRACT OF TITLE.
```

EXHIBIT 2
PAGE 18 OF 107

*Fees and Costs are due upon receipt of bill*



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
## O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Sep  3, 2003     PAGE    6
FILE NUMBER: 129181.000
INVOICE NO.: 372195

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/25/03 | R A | EMAIL CORRESPONDENCE RE REPORT TO INSURERS | .40 |
| 04/25/03 | C N | REVIEW EMAIL FROM R. ALLEN; REVISE AND FINALIZE CLIENT REPORT; SEND SAME; VOICE MESSAGE FROM PROCESS SERVER RE V. GODDARD AVOIDANCE. | 1.00 |
| 04/28/03 | R A | EMAIL CORRESPONDENCE RE STATUS. | .40 |
| 04/28/03 | C N | REVIEW, REPLY EMAIL FROM L. WILTON; REVISE REPORT AS REQUESTED; EMAIL FROM R. ALLEN RE REPORTING; REVIEW DELEGATED AUTHORITY AGREEMENT; FORWARD SAME AND EMAIL TO R. ALLEN FOR REVIEW; REPLY TO R. ALLEN EMAIL RE | 1.50 |
| 04/29/03 | C N | REVIEW EMAIL FROM R. ALLEN RE        ; TELEPHONE CALL PROCESS SERVER RE SERVICE ON V. GODDARD; PREPARE LETTER TO INLET'S COUNSEL. | .80 |
| 05/02/03 | LEA | DISCUSS ALASKA SERVICE OF PROCESS ISSUES WITH C. NICOLL. | .30 |
| 05/05/03 | C N | EMAIL A. SCHAEFFER RE FIRST NOTICE OF LOSS; REPLY; TELEPHONE CALL A. SCHAEFFER AND LEAVE MESSAGE. | .40 |
| 05/07/03 | C N | REVIEW LETTERS FROM INLET'S COUNSEL; ASSIGN T. BORCHERS TO RESEARCH ASSIGNMENT ISSUE; PREPARE LETTER TO CLIENT RE SAME. | 1.20 |
| 05/07/03 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: RESEARCH OF ASSIGNABILITY OF CLAIMS UNDER OIL POLLUTION POLICY; BEGIN RESEARCH ON ASSIGNABILITY ISSUE. | .50 |
| 05/08/03 | R A | REVIEW EMAIL CORRESPONDENCE; CONFERENCE WITH L. WILTON RE STATUS; EMAIL TO C. NICOLL. | .60 |
| 05/08/03 | TB | CONTINUE TO RESEARCH ON ASSIGNABILITY ISSUES. | .50 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 19 OF 107

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

## COZEN O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Sep  3, 2003      PAGE    7
FILE NUMBER: 129181.000
INVOICE NO.: 372195

05/09/03  R A   REVIEW AND REVISE REPORT; INTEROFFICE                    1.50
                CONFERENCE WITH C. NICOLL RE
                          ASSIGNMENT OF CLAIM TO US.

05/09/03  C N   CONFER R. ALLEN RE STRATEGIC ISSUES PRESENTED             .20
                BY LETTER FROM INLET'S COUNSEL.

05/09/03  TB    RESEARCH ASSIGNABILITY OF INSURANCE CLAIMS AND            4.90
                POLICIES UNDER MARITIME, WASHINGTON AND ALASKA
                LAW.

05/12/03  R A   REVIEW CORRESPONDENCE FROM ASSURED'S COUNSEL.             .60

05/12/03  C N   LETTER TO B. BANKSTON; CONFER WITH R. ALLEN;             1.20
                EMAIL D. KENNEDY.

05/13/03  R A   INTEROFFICE CONFERENCE WITH C. NICOLL RE                 1.50
                RECOMMENDATIONS TO LEADERS; CONFERENCE WITH L.
                WILTON.

05/13/03  C N   REVISE LETTER TO INLET'S COUNSEL; MEETING WITH           2.60
                L. WILTON AND R. ALLEN RE STATUS, ASSIGNMENT
                AND RESPONSE TO INLET'S COUNSEL; REVIEW T.
                BORCHERS EMAIL; REVIEW AND REPLY TO EMAIL FROM
                L. WILTON RE LETTER EMAIL TO OFFICE RE SAME;
                EMAIL TO T. BORCHERS RE ASSIGNMENT ISSUE;
                TELEPHONE CALL TO B. HILDEBRAND, NPFC; LEAVE
                MESSAGE; EMAIL FROM T. BORCHERS RE RESEARCH AND
                REPLY.

05/13/03  LEA   CONFER WITH T. BORCHERS RE DISCUSSION OF POLICY           .50
                PROVISION REQUIRING COUNSEL OF INSURER TO
                ASSIGN RIGHTS UNDER POLICY; REVIEW LETTER TO
                INSURED RE ASSIGNMENT.

05/14/03  R A   REVIEW AND REVISE REPORT TO L. WILTON;                   1.30
                INTEROFFICE CONFERENCE WITH C. NICOLL.
```

EXHIBIT 2
PAGE 20 OF 107

*Fees and Costs are due upon receipt of bill*