EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES


# COZEN
## O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Sep  3, 2003      PAGE    8
FILE NUMBER: 129181.000
INVOICE NO.: 372195

05/14/03  C N    EMAIL TO L. ALTENBRUN RE NEED FOR RESEARCH ON              .20
                 POST-CLAIM RIGHT OF INSURED TO ASSIGN DESPITE
                 NON-ASSIGNMENT CLAUSE IN POLICY.

05/14/03  LEA    LEGAL RESEARCH RE CASE LAW FROM WASHINGTON AND             6.20
                 ALASKA DISCUSSING GENERAL RIGHT OF INSURED TO
                 ASSIGN RIGHTS UNDER POLICY, EFFECT OF "NO
                 ASSIGNMENT" PROVISIONS IN POLICY, AND

                 DRAFT MEMO TO C. NICOLL RE ASSIGNMENT OF CLAIMS
                 AND EFFECT THEREOF.

05/15/03  R A    INTEROFFICE CONFERENCE WITH C. NICOLL; REVIEW               .80
                 DRAFT CORRESPONDENCE

05/16/03  R A    INTEROFFICE CONFERENCE WITH C. NICOLL RE                   1.30
                 ASSIGNABILITY ISSUE AND CORRESPONDENCE TO
                 ASSURED AND AES

05/16/03  C N    PREPARE LETTER TO INLET'S COUNSEL RE ASSIGNMENT            2.60
                 AND OTHER ISSUES; REVIEW RESEARCH RE ASSIGNMENT
                 OF INSURANCE CLAIMS; EMAIL L. WILTON RE SAME
                 AND FORWARD DRAFT LETTER FOR APPROVAL.

05/16/03  TB     OFFICE CONFERENCE WITH LARRY ALTENBRUN RE:                  .30
                 RESEARCH ON ASSIGNMENT               ; LEAVE
                 VOICE MESSAGE FOR CHRIS NICOLL RE: ASSIGNMENT


05/16/03  LEA    CONFER WITH T. BORCHERS RE NON-ASSIGNABILITY                .30
                 CLAUSE IN POLICY AND EFFECT THEREOF.

05/19/03  R A    REVIEW EMAIL CORRESPONDENCE; INTEROFFICE                    .70
                 CONFERENCE WITH C. NICOLL RE ASSIGNMENT OF
                 INSURANCE CONTRACT
```

**EXHIBIT 2**
**PAGE 21 OF 107**

*Fees and Costs are due upon receipt of bill*

EIN 23-1732832



| | | |
|---|---|---|
| PHILADELPHIA | | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | **COZEN** | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | SEATTLE |
| DALLAS | ATTORNEYS | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Sep 3, 2003     PAGE   9
FILE NUMBER: 129181.000
INVOICE NO.: 372195

| | | | |
|---|---|---|---|
| 05/19/03 | C N | TELEPHONE CALL A. SCHAEFFER; REVIEW EMAIL FROM A. SCHAEFFER; EMAIL TO CLIENTS WITH DRAFT RESPONSE TO TOTEM AGENCIES; REVISE LETTER TO BANKSTON; REVIEW LETTER FROM BANKSTON RE SERVICE. | 1.50 |
| 05/20/03 | R A | REVIEW EMAIL CORRESPONDENCE; REVIEW AND REVISE LETTER TO ASSURED; TELEPHONE L. WILTON | .70 |
| 05/20/03 | C N | EMAIL FROM L. WILTON; REPLY TO SAME; EMAIL RE ASSIGNMENT ISSUES; REPLY TO SAME; EMAIL RE SERVICE; REPLY TO SAME; LETTER FROM BANKSTON RE HIS CLIENT'S WILLINGNESS TO ACCEPT SERVICE; ARRANGE FOR NEW SUMMONSES AND ASSIGNMENT OF PROCESS SERVER; ADDITIONAL LETTER COMPLAINING ABOUT DECLARATORY ACTION; DRAFT REPLY. | 3.80 |
| 05/21/03 | R A | EMAIL CORRESPONDENCE WITH L. WILTON AND C. NICOLL. | 1.00 |
| 05/21/03 | C N | EMAIL A. SCHAEFFER RE HARVESTER BARGE; ADEC REPORTING; EMAIL TO I. HOGBEN RE ASSIGNMENT; EMAIL FROM I. HOGBEN AND REPLY; TELEPHONE CALL P. BERNS, DOJ ADMIRALTY LAWYER; LETTER TO P. BERNS; REPORT TO CLIENTS. | 2.80 |
| 05/22/03 | R A | MEMO TO L. WILTON; REVIEW EMAIL CORRESPONDENCE; NOTE TO C. NICOLL. | .60 |
| 05/22/03 | C N | TELEPHONE CALLS I. HOGBEN; EMAIL R. ALLEN; EMAIL I. HOGBEN; EMAIL RE SERVICE; TELEPHONE CALL L. ALTENBRUN RE SAME; EMAIL TO I. HOGBEN. | .70 |
| 05/22/03 | LEA | CALL COUNSEL FOR INLET RE SERVICE OF PROCESS; REVIEW 05/21 LETTER TO INSURED'S COUNSEL RE STATUS OF CASE AND COVERAGE POSITION; DISCUSS SERVICE ISSUE WITH C. NICOLL; DRAFT MEMO TO FILE RE CALL TO INSURED'S COUNSEL. | 1.30 |

EXHIBIT 2
PAGE 22 OF 107

*Fees and Costs are due upon receipt of bill*



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

# COZEN O'CONNOR
## ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Sep 3, 2003       PAGE   10
FILE NUMBER: 129181.000
INVOICE NO.: 372195

05/23/03  R A    INTEROFFICE CONFERENCE WITH C. NICOLL                        .20

05/23/03  C N    EMAIL FROM L. WILTON; TELEPHONE CALL I. HOGBEN               .60
                 RE HARVESTER BARGE; REVIEW RULES ON
                 INTERVENTION.

05/23/03  LEA    CALL FROM B. BANKSTON RE SERVICE OF PROCESS ON               .20
                 V. GODDARD.

05/27/03  R A    INTEROFFICE CONFERENCE WITH C. NICOLL RE                     .30
                 HARVESTER BARGE SURVEY

05/27/03  TB     RESEARCH POTENTIAL RIGHT OF INTERVENTION BY THE             4.60
                 NPFC IN THE DECLARATORY JUDGMENT ACTION; BEGIN
                 PREPARING LEGAL RESEARCH MEMORANDUM TO C.
                 NICOLL.

05/28/03  C N    EMAILS FROM L. WILTON AND A. SCHAEFFER;                     3.70
                 TELEPHONE CALL I. HOGBEN RE HARVESTER BARGE;
                 EMAIL TO A. SCHAEFFER RE NEED FOR PERMISSION
                 FOR I. HOGBEN TO BOARD; TELEPHONE CALL A.
                 SCHAEFFER RE SAME; DRAFT LETTER; TELEPHONE CALL
                 P. BERNS OF U.S. DEPARTMENT OF JUSTICE; FAX
                 COPY OF 05/27/03 LETTER TO W. BANKSTON; ASSIGN
                 MEMO TO T. BORCHERS RE USA RIGHT OF
                 INTERVENTION; REVIEW MEMO AND SEND FOLLOW UP
                 REQUESTS.

05/28/03  TB     COMPLETE INITIAL RESEARCH ON INTERVENTION AS OF             4.80
                 RIGHT AND PERMISSIVE INTERVENTION AND PREPARE
                 MEMORANDUM TO C. NICOLL ON INTERVENTION.

05/29/03  R A    INTEROFFICE CONFERENCE WITH C. NICOLL; REVIEW                .20
                 EMAIL CORRESPONDENCE

05/29/03  C N    EMAIL FROM I. HOGBEN RE STATUS.                              .10
```

EXHIBIT 2
PAGE 23 OF 107

*Fees and Costs are due upon receipt of bill*

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE          Sep  3, 2003      PAGE   11
FILE NUMBER: 129181.000
INVOICE NO.: 372195

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/29/03 | TB | REVIEW C. NICOLL EMAIL RE: INTERVENTION INTO INSURANCE COVERAGE DECLARATORY JUDGMENT | 5.70 |
| 05/30/03 | C N | TELEPHONE CALL P. BERNS, DOJ; RESEARCH DIRECT ACTION AGAINST INSURER TO EXECUTE A JUDGMENT AGAINST AN INSURANCE POLICY; CONFER WITH T. BORCHERS RE ASSIGNMENT; TELEPHONE CALL I. HOGBEN; GENERAL INFORMATION REQUEST. | 1.40 |
| 05/30/03 | TB | CONTINUE RESEARCH INTO INTERVENTION ISSUES. | 4.80 |
| 06/01/03 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE CLAIM BY US GOVERNMENT, ASSIGNMENT AND INTERVENTION | .70 |
| 06/02/03 | C N | CONFER WITH BORCHERS RE RESEARCH PROJECT; CONFER WITH R. ALLEN RE STATUS; REVIEW AND REPLY TO EMAILS FROM A. SCHAEFFER; COMMENCE LETTER TO CLIENTS RE DEVELOPING ISSUES; EMAIL I. HOGBEN. | 1.50 |
| 06/02/03 | TB | CONFER WITH C. NICOLL RE: DIRECT ACTION CLAIM BY NPFC AGAINST UNDERWRITERS; RESEARCH DIRECT ACTION ISSUE; BEGIN PREPARING MEMORANDUM RE: DIRECT ACTION CLAIMS UNDER WASHINGTON LAW. | 2.80 |
| 06/03/03 | R A | EMAIL CORRESPONDENCE RE HARVESTER BARGE | .30 |
| 06/03/03 | C N | VOICE MAIL FROM B. BANKSTON RE REQUEST FOR EXTENSION; RETURN CALL. | .50 |

EXHIBIT 2
PAGE 24 OF 107

*Fees and Costs are due upon receipt of bill*

EIN 23-1732832



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE   Sep  3, 2003   PAGE  12
FILE NUMBER: 129181.000
INVOICE NO.: 372195

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/04/03 | TB | CONTINUE RESEARCH ON DIRECT ACTION STATUTE; CONTINUE DRAFTING MEMORANDUM TO C. NICOLL RE: DIRECT ACTION CLAIMS BY NPFC AGAINST UNDERWRITERS; COMPLETE RESEARCH ON ADDITIONAL INTERVENTIONS CASES BY THIRD-PARTIES INTO COVERAGE DECLARATORY JUDGEMENT ACTIONS; COMPLETE MEMORANDUM TO C. NICOLL ON INSURANCE INTERVENTION. | 4.50 |
| 06/05/03 | TB | COMPLETE LEGAL RESEARCH MEMORANDUMS TO C. NICOLL RE: DIRECT ACTION AND INTERVENTION. | .40 |
| 06/09/03 | R A | REVIEW CORRESPONDENCE AND EMAIL CORRESPONDENCE | .30 |
| 06/09/03 | C N | REVIEW RESEARCH MEMORANDA FROM T. BORCHERS RE INTERVENTION AND DIRECT ACTIONS IN UA; REVIEW LETTERS FROM INLET'S COUNSEL; FAX AND VOICE MAIL FROM A. SCHAEFFER; REVIEW NEW SP COMPLAINT; PREPARE REPORT TO CLIENT RE DISCUSSIONS WITH DOJ AND RE NEW LAWSUIT. | 3.30 |
| 06/10/03 | C N | REVISE CLIENT LETTER; EMAIL FROM A. SCHAEFFER; REPLY; REVIEW NOTICE OF APPEARANCE; TELEPHONE DAVID STROUT, LEAVE MESSAGE; TELEPHONE CASEY CONDON AND LEAVE MESSAGE; FINALIZE AND SEND REPORT. | 2.30 |
| 06/11/03 | C N | TELEPHONE CALLS NEW COUNSEL; PREPARE AND FILE STATUS REPORT TO COURT. | 1.20 |
| 06/13/03 | TB | PREPARE FOIA REQUEST TO NPFC. | .30 |
| 06/16/03 | R A | REVIEW EMAIL CORRESPONDENCE AND NOTE TO C. NICOLL. | .70 |
| 06/17/03 | R A | DRAFT LETTER TO L. WILTON | .80 |
| 06/23/03 | R A | REVIEW CORRESPONDENCE FROM ASSURED'S COUNSEL; NOTE TO FILE | .20 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 25 OF 107**

EIN 23-1732832



| | | |
|---|---|---|
| PHILADELPHIA | **COZEN O'CONNOR** | NEW YORK |
| ATLANTA | ATTORNEYS | NEWARK |
| CHARLOTTE | | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | | SEATTLE |
| DALLAS | | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WILMINGTON |
| LOS ANGELES | | |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Sep  3, 2003      PAGE   13
FILE NUMBER: 129181.000
INVOICE NO.: 372195

06/25/03  R A   NOTE TO FILE; REVIEW CORRESPONDENCE FROM                       .30
                ASSURED'S COUNSEL

06/26/03  C N   LETTER FROM BANKSTON; REVIEW SCHEDULING ORDER.                 .30

06/27/03  R A   REVIEW EMAIL CORRESPONDENCE; NOTE TO FILE                      .30

06/30/03  C N   EMAIL FROM A. SCHAEFFER; REPLY.                                .20

07/02/03  R A   REVIEW EMAIL CORRESPONDENCE; NOTE TO FILE                      .30


          TOTAL HOURS.......................                  150.80


SUMMARY OF PROFESSIONAL SERVICES RENDERED:

   *--------------------------TIME AND FEE SUMMARY---------------------*
   *---------TIMEKEEPER---------*        HOURS                FEES
   R. ALLEN                              29.70             10098.00
   C. NICOLL                             63.80             16588.00
   V. WU                                   .70                77.00
   T. BORCHER                            41.50              8507.50
   L E ALTENBRUN                         15.10              2642.50
                       TOTALS           150.80             37913.00


          FEES FOR PROFESSIONAL SERVICES RENDERED       $37,913.00
```

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 26 OF 107



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Sep  3, 2003      PAGE   14
FILE NUMBER: 129181.000
INVOICE NO.: 372195
```

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 03/04/03 | MEALS - BUSINESS, BOLTONS, RICHARD ALLEN, LONDON, LES WILTON FROM LIMIT UNDERWRITING, CLIENT/MANAGEMENT MEETINGS, REF# ER00008831 | 123.06 |
| 03/17/03 | FAX CHARGES 3 PAGE(S) 03/17 | 3.00 |
| 03/17/03 | WESTLAW RESEARCH "BORCHERS,TIMOTHY R" 03/17/2003 | 30.33 |
| 03/20/03 | FAX CHARGES 102 PAGE(S) 03/20 | 102.00 |
| 03/24/03 | DUPLICATING 172 COPIES 03/24 | 43.00 |
| 03/28/03 | MISCELLANEOUS, CHRIS NICOLL, ABSTRACT OF TITLE, REF# ER00002679 | 25.00 |
| 03/31/03 | TELEPHONE, AT&T WIRELESS, RICHARD ALLEN, MEETING - OTHER, REF# ER00009114 | 26.28 |
| 04/11/03 | DUPLICATING 67 COPIES 04/11 | 16.75 |
| 04/14/03 | DUPLICATING 218 COPIES 04/14 | 54.50 |
| 04/14/03 | MISCELLANEOUS, CHRIS NICOLL, ABSTRACT OF TITLE, REF# ER00006258 | 25.00 |
| 04/14/03 | MISCELLANEOUS, CHRIS NICOLL, ABSTRACT OF TITLE, REF# ER00006258 | 25.00 |
| 04/17/03 | MISCELLANEOUS, CHRIS NICOLL, ABSTRACT OF TITLE, REF# ER00006258 | 25.00 |
| 04/23/03 | DUPLICATING 26 COPIES 04/23 | 6.50 |
| 04/25/03 | DUPLICATING 26 COPIES 04/25 | 6.50 |
| 04/29/03 | DUPLICATING 45 COPIES 04/29 | 11.25 |
| 05/07/03 | MISC RESEARCH FEES PACER RECORDS SEARCH | 29.54 |
| 05/13/03 | FILING FEES USDC, SEATTLE RE: FILING FEE, CK#193335 | 150.00 |
| 05/14/03 | WESTLAW RESEARCH "ALTENBRUN,LARRY" 05/14/2003 | 38.98 |
| 05/20/03 | FAX CHARGES 37 PAGE(S) 05/20 | 37.00 |
| 05/20/03 | DUPLICATING 73 COPIES 05/20 | 18.25 |
| 05/21/03 | FAX CHARGES 10 PAGE(S) 05/21 | 10.00 |
| 05/21/03 | DUPLICATING 36 COPIES 05/21 | 9.00 |
| 05/28/03 | DUPLICATING 48 COPIES 05/28 | 12.00 |
| 05/29/03 | WESTLAW RESEARCH "BORCHERS,TIMOTHY R" 05/29/2003 | 101.74 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 27 OF 107



EIN 23-1732832

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Sep  3, 2003    PAGE   15
FILE NUMBER: 129181.000
INVOICE NO.: 372195

06/03/03  MISC RESEARCH FEES 04/08/03 STMT. - PACER                   1.40
06/04/03  COURIER SERVICE 04/23/03 STMT. - NW LEGAL                   7.00
            SUPPORT, INC. - 04/14/03
06/04/03  COURIER SERVICE 04/23/03 STMT. - NW LEGAL                   7.00
            SUPPORT, INC. - 04/11/03
06/05/03  LONG DISTANCE TELEPHONE 1 CALL(S) 06/05                     1.77
06/05/03  DUPLICATING 24 COPIES 06/05                                 6.00
06/10/03  DUPLICATING 29 COPIES 06/10                                 7.25
06/11/03  DUPLICATING 12 COPIES 06/11                                 3.00
06/11/03  FAX CHARGES 6 PAGE(S) 06/11                                 6.00
06/16/03  MISC RESEARCH FEES COURTLINK SEARCHES 3/03                  5.00
06/16/03  MISC RESEARCH FEES COURTLINK SEARCHES 3/03                 39.00
06/18/03  DUPLICATING 3 COPIES 06/18                                  0.75
06/18/03  FAX CHARGES 4 PAGE(S) 06/18                                 4.00
06/18/03  EXPERT ANGLETON ENTERPRISE RE: PROF. SERVICES;             63.25
            INV#CRT.CASE C03-0889Z2; CK#195471
06/18/03  EXPERT ANGLETON ENTERPRISE RE: PROF. SERVICES;             47.25
            INV#CRT.CASE C03-0889Z1; CK#195471
06/24/03  COURIER SERVICE 05/21/03 STMT. - NW LEGAL                  11.30
            SUPPORT, INC.
07/22/03  FEDERAL EXPRESS - 4-754-06442 05/30/03                     22.51

          TOTAL DISBURSEMENTS.....................          $1,162.16


          GRAND TOTAL                                      $39,075.16
```

EXHIBIT 2
PAGE 28 OF 107

*Fees and Costs are due upon receipt of bill*



| PHILADELPHIA | | EIN 23-1732832 | NEWARK |
| ATLANTA | | | NEW YORK |
| CHARLOTTE | | | SAN DIEGO |
| CHERRY HILL | **COZEN** | | SAN FRANCISCO |
| CHICAGO | | | SEATTLE |
| DALLAS | **O'CONNOR** | | TRENTON |
| DENVER | ATTORNEYS | | WASHINGTON, DC |
| LAS VEGAS | | | WEST CONSHOHOCKEN |
| LONDON | | | WICHITA |
| LOS ANGELES | | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

INVOICE NO.: 380612                    INVOICE DATE: Nov 12, 2003

        02742.0001.000 CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARG
                129181.000 INLET FISHERIES - QUANIRTUUG PRINCESS

| DATE | ATTY | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 07/15/03 | R A | EMAIL CORRESPONDENCE; MEMO TO FILE  *(04/14/06 EXCLUDED FROM ATTY FEE INVOICE)* | .40 |
| 07/16/03 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL | .20 |
| 07/21/03 | R A | MEMO TO C. NICOLL; EMAIL CORRESPONDENCE RE STATUS | .50 |
| 07/23/03 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL | .30 |
| 07/31/03 | C N | TELEPHONE CALL AMANDA SCHAEFFER RE INLET RENEWAL REQUEST. | .20 |
| 08/07/03 | R A | CONFERENCE WITH L. WILTON RE STATUS | .30 |
| 08/07/03 | C N | EMAIL FROM A. SCHAEFFER RE RENEWAL; TELEPHONE ALL C. ELLIOT RE SAME; REPLY TO A. SCHAEFFER. | .30 |
| 08/11/03 | RQF | REVIEW RECENT CORRESPONDENCE AND PLEADINGS RE: CURRENT ISSUES. | .50 |
| 08/15/03 | R A | EMAIL CORRESPONDENCE RE STATUS | .20 |
| 08/18/03 | R A | EMAIL CORRESPONDENCE  *(04/14/06 EXCLUDED FROM ATTY FEE INVOICE)* | .30 |
| 08/18/03 | R A | EMAIL CORRESPONDENCE  *(04/14/06 EXCLUDED FROM ATTY FEE INVOICE)* | .30 |
| 08/22/03 | LEA | CALL FROM A. SCHAEFFER RE PREVIOUS BROKER; REVIEW FILE RE UPCOMING DEADLINES; DRAFT LETTER TO INLET'S COUNSEL RE RECORD SUBPOENAS; REVIEW SUBPOENAS TO WQI'S AND TOTEM AGENCIES; MEET WITH M. DECKER RE FILE REVIEW. | 2.40 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 29 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Nov 12, 2003        PAGE    2
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| | | | |
|---|---|---|---|
| 08/22/03 | MRD | CONFER WITH L. ALTENBRUN RE: CASE STATUS; REVIEW FEDERAL BANKRUPTCY COURT CASE FILE RE: IDENTIFICATION OF ASSURED PRIOR INSURANCE BROKER; INVESTIGATE CURRENT WHEREABOUTS AND STATUS OF OCEAN MARINE INSURANCE; PREPARE DOCUMENTS FOR REVIEW BY L. ALTENBRUN | 3.80 |
| 08/25/03 | R A | EMAIL CORRESPONDENCE RE STATUS | .20 |
| 08/26/03 | MRD | FURTHER INVESTIGATION INTO CURRENT STATUS OF OCEAN MARINE INSURANCE; CONFER WITH L. ALTENBRUN RE: RESULTS OF INQUIRIES | 1.00 |
| 09/08/03 | R A | EMAIL CORRESPONDENCE AND CONFERENCE WITH L. WILTON RE STATUS | .40 |
| 09/09/03 | MRD | RECEIVE AND REVIEW CORRESPONDENCE FROM TOTEM AGENCIES RE: RESPONSE TO SUBPOENA DUCES TECUM; CONFER WITH C. NICOLL RE: CASE STATUS; COORDINATE ARRANGEMENTS FOR COPYING AND NUMBERING OF DOCUMENTS BEING PRODUCED BY TOTEM AGENCIES | 1.00 |
| 09/10/03 | C N | TELEPHONE CONFERENCE WITH A. GARGER OF WQIS RE STATUS OF THEIR RESPONSE TO OUR SUBPOENA; CHECK ADDRESS OF SUBPOENA; ARRANGE FOR RE-ISSUANCE OF SUBPOENA TO WQIS AND ACCEPTANCE OF SERVICE. | .80 |
| 09/10/03 | TB | CONFER IN OFFICE WITH C. NICOLL; REVIEW FILE AND PREPARE JOINT STATUS REPORT; FORWARD TO C. NICOLL FOR APPROVAL TO DISTRIBUTE TO COUNSEL. | .90 |
| 09/11/03 | R A | MEMO TO C. NICOLL RE STATUS | .30 |
| 09/11/03 | MRD | RECEIVE AND REVIEW DOCUMENTS PRODUCED BY TOTEM AGENCIES; COORDINATE RETURN OF ORIGINAL DOCUMENTS TO OFFICES OF TOTEM AGENCIES IN KIRKLAND | 1.80 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 30 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Nov 12, 2003        PAGE    3
FILE NUMBER: 129181.000
INVOICE NO.: 380612

09/12/03  R A    EMAIL CORRESPONDENCE WITH C. NICOLL                       .30

09/12/03  VW     PREPARATION FOR FILING OF JOINT STATUS REPORT,            .60
                 TELEPHONE CALL TO JUDGE ZILLY'S COURT REGARDING
                 DEFENSE COUNSEL'S ABSENCE AND DELAY IN FILING
                 OF JOINT STATUS REPORT

09/12/03  TB     TELEPHONE CONFERENCE WITH DEFENSE COUNSEL                 .60
                 OFFICES REGARDING APPROVAL OF JOINT STATUS
                 REPORT; TELEPHONE CONFERENCE WITH V. WU RE:
                 JOINT STATUS REPORT.

09/15/03  VW     TELEPHONE CALLS TO JOHN YOUNG AND DAVID STROUT            .30
                 REGARDING APPROVAL OF JOINT STATUS REPORT

09/16/03  VW     TELEPHONE CALL TO DAVID STROUT'S OFFICE                   .20
                 REGARDING HIS REVIEW AND APPROVAL OF THE JOINT
                 STATUS REPORT

09/17/03  R A    MEMO TO C. NICOLL RE STATUS                               .30

09/22/03  VW     BEGIN TO REVIEW DOCUMENTS FROM WQIS AND                   .40
                 ORGANIZE SAME FOR PRODUCTION PURPOSES

09/23/03  R A    NOTE TO J. BOYT; MEMO TO C. NICOLL                        .60

09/23/03  VW     CONTINUE TO ORGANIZE DOCUMENTS FROM WQIS IN              1.00
                 PREPARATION FOR PRODUCTION

09/23/03  TB     REVIEW WQIS PRODUCTION; PREPARE MEMO TO C.               1.80
                 NICOLL RE: PRODUCTION; EMAIL V. WU RE:
                 ADDITIONAL FOIA AND OTHER NECESSARY DOCUMENT
                 DISCOVERY; OFFICE CONFERENCE WITH C. NICOLL RE:
                 STATUS OF FILING FIRST AMENDED COMPLAINT.

09/24/03  R A    EMAIL CORRESPONDENCE RE STATUS                            .30

09/24/03  VW     REVIEW MEMO AND DISCUSSION WITH T. BORCHER                .50
                 REGARDING DISCOVERY TO BE ACCOMPLISHED
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 31 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Nov 12, 2003    PAGE    4
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/24/03 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: DOCUMENTS PRODUCED BY WQIS; CONFIRM THAT ONLY CLAIMS FILES WERE PRODUCED BY WQIS; REVIEW WQIS PRODUCTION; PREPARE LIST OF SUBPOENAS AND FOIA REQUESTS FOR V. WU AND THEN MEET WITH MS. WU TO PROVIDE FURTHER INFORMATION ON THE TIMING AND NATURE OF THE THIRD PARTY DISCOVERY; REVIEW TOTEM PRODUCTION. | 3.40 |
| 09/25/03 | R A | EMAIL CORRESPONDENCE | .20 |
| 09/25/03 | VW | REVIEW CASE SCHEDULING ORDER AND NOTE ALL NECESSARY DEADLINES AND CUT OFF DATES FOR DISCOVERY, MOTIONS AND PRE-TRIAL MATTERS | .50 |
| 09/25/03 | TB | BEGIN PREPARING FIRST AMENDED COMPLAINT INCORPORATING ANVIL CLAIMS; BEGIN PREPARING DISCOVERY REQUESTS TO INLET; OFFICE CONFERENCE WITH V. WU RE: INLET BANKRUPTCY AND FOIA REQUESTS. | 3.90 |
| 09/26/03 | R A | EMAIL CORRESPONDENCE RE STATUS; NOTE TO C. NICOLL | .30 |
| 09/26/03 | VW | INTERNET SEARCH AND TELEPHONE CALLS TO THE EPA, NATIONAL POLLUTION FUNDS CENTER AND THE ALASKA STATE ADEC REGARDING FOIA REQUESTS, DRAFT LETTER TO DEFENSEN COUNSEL REGARDING THE PRODUCTION OF TOTEM AGENCY AND WQIS DOCUMENTS, PREPARE TO DRAFT SUBPOENAS AND FOIA REQUESTS, BEGIN TO REVIEW DOCUMENTS PRODUCED BY TOTEM AGENCIES AND DRAFT INDEX FOR SAME | 3.50 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 32 OF 107**



| | |
|---|---|
| PHILADELPHIA | EIN 23-1732832  NEWARK |
| ATLANTA | NEW YORK |
| CHARLOTTE | SAN DIEGO |
| CHERRY HILL | SAN FRANCISCO |
| CHICAGO | **COZEN** SEATTLE |
| DALLAS | **O'CONNOR** TRENTON |
| DENVER | WASHINGTON, DC |
| LAS VEGAS | ATTORNEYS WEST CONSHOHOCKEN |
| LONDON | WICHITA |
| LOS ANGELES | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE        Nov 12, 2003        PAGE    5
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| | | | |
|---|---|---|---|
| 09/26/03 | TB | REVIEW SCHEDULING ORDER; COMPLETE DRAFT OF FIRST AMENDED COMPLAINT AND FORWARD TO C. NICOLL WITH COMMENTS; CONTINUE PREPARING DISCOVERY REQUESTS TO INLET; CONFER WITH V. WU RE FOIAS; PREPARE SUPPLEMENTAL SUBPOENA TO WQIS; TELEPHONE CONFERENCE WITH A. GARGER OF WQIS RE SUPPLEMENTAL SUBPOENA; REVIEW INLET BANKRUPTCY COURT DOCKET SHEET AND BANKRUPTCY COURT DOCUMENTS | 5.20 |
| 09/27/03 | R A | DRAFT MEMO | .50 |
| 09/29/03 | C N | REVIEW DISCOVERY PLEADINGS; CONFER WITH T. BORCHERS RE SAME AND MOTION TO AMEND COMPLAINT. | .40 |
| 09/29/03 | VW | DRAFT FOIA LETTERS TO THE EPA AND NATIONAL POLLUTION FUNDS CENTER, CONTINUE TO REVIEW DOCUMENTS PRODUCED BY TOTEM AGENCIES, INC. AND DRAFT DOCUMENT INDEX OF SAME | 3.80 |
| 09/29/03 | TB | CONTINUE PREPARING DISCOVERY TO INLET; OFFICE CONFERENCE WITH V. WU RE FOIAS; REVIEW AND SIGN FOIA TO NFPC AND APPROVE FORM OF OTHER FOIA LETTERS; REVISE DRAFT FIRST AMENDED COMPLAINT; OFFICE CONFERENCE WITH C. NICOLL RE POTENTIAL ADDITIONAL COVERAGE DEFENSE RELATED TO BANKRUPTCY AND FINANCIAL CONDITION OF INSURED | 5.40 |
| 09/30/03 | VW | CONTINUE TO REVIEW TOTEM AGENCIES' DOCUMENTS AND DRAFT INDEX FOR SAME, TWO TELEPHONE CALLS WITH BOB MATSON OF ALASKA DEC REGARDING THE APPROPRIATE PERSON TO DIRECT A FOIA REQUEST TO, DRAFT LETTER TO GARY FOLLEY OF ALASKA DEC REGARDING FOIA REQUEST | 4.00 |

*Fees and Costs are due upon receipt of bill*           **EXHIBIT 2**
                                                        **PAGE 33 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN**
**O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Nov 12, 2003      PAGE    6
FILE NUMBER: 129181.000
INVOICE NO.: 380612

09/30/03 TB    CONTINUE PREPARING DISCOVERY REQUESTS AND FIRST         5.30
               AMENDED COMPLAINT; REVIEW BANKRUPTCY COURT
               FILES AND PREPARE REPORT LETTER TO CLIENT
               SUMMARIZING DEVELOPMENTS AND DOCUMENT REVIEW;
               OFFICE CONFERENCE WITH V. WU RE DISCOVERY
               REQUESTS

10/01/03 R A   INTEROFFICE CONFERENCE WITH C. NICOLL RE:                .30
               STATUS

10/01/03 TB    COMPLETE DRAFT OF REPORT LETTER AND FORWARD             3.80
               WITH COMMENTS TO C. NICOLL; PREPARE LETTER TO
               W. BANKSTON REQUESTING ANSWERS TO COMPLAINT;
               CONFER WITH M. DECKER RE CONTACT WITH J. MICELI
               RE QP; REVIEW FOIAS SENT TO EPA AND ADEC

10/01/03 MRD   CONFER WITH T. BORCHERS RE: CASE STATUS;                 .80
               INVESTIGATE CURRENT WHEREABOUTS OF J. MICELI

10/02/03 VW    REVIEW LETTER FROM EPA REGARDING RECEIPT OF             1.50
               FOIA REQUEST; DRAFT RECORDS SUBPOENAS TO EDWARD
               TRAVERS, DAVID B. HAMAKER AND THE SALVAGE
               ASSOCIATION; TELEPHONE CALLS TO EDWARD TRAVERS,
               DAVID HAMAKER AND IAN HOGBEN OF THE SALVAGE
               ASSOCIATION REGARDING RECORDS SUBPOENAED

10/02/03 TB    REVIEW SUBPOENAS TO SURVEYORS; DISCUSS WITH V.           .30
               WU AND SIGN SUBPOENAS

10/03/03 VW    TELEPHONE CALL FROM SURVEYOR EDDIE TRAVERS               .30
               REGARDING RECORDS SUBPOENAED; PREPARATION FOR
               SERVICE OF RECORDS SUBPOENAS

10/06/03 C N   TELEPHONE CALLS TO C. ELLIOTT RE LETTER FROM             .50
               INSURED ATTEMPTING TO PAY RENEWAL.

10/06/03 MRD   WITH C. KELLOGG RE: INVESTIGATION INTO CURRENT           .30
               WHEREABOUTS OF J. MISELI
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 34 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

# COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Nov 12, 2003     PAGE   7
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/07/03 | MRD | RECEIVE AND REVIEW REPORT RE: WHEREABOUTS OF J. MISELI; PREPARE DOCUMENTS FOR REVIEW BY T. BORCHERS; COORDINATE PAYMENT OF INVOICE FOR RESEARCH | .50 |
| 10/08/03 | R A | REVIEW DRAFT REPORT; NOTE TO FILE | .50 |
| 10/08/03 | C N | REVISE DRAFT REPORT; ADDRESS RENEWAL ISSUES; RESEARCH ALASKA STATUTES RE RENEWAL AND CONSIDER APPLICATION OF STATUTES TO MARINE INSURANCE; FINALIZE AND SEND REPORT. | 2.30 |
| 10/08/03 | TB | PREPARE LETTER TO J. MICELI RE: OWNERSHIP OF QP. | .30 |
| 10/09/03 | R A | REVIEW EMAIL CORRESPONDENCE RE DRAFT REPORT | .40 |
| 10/09/03 | TB | REVIEW C. NICOLL EMAIL AND ATTACHED REPORT LETTER; REVISE REPORT LETTER AND BEGIN CHECKING ALASKA INSURANCE REGULATIONS. | .40 |
| 10/09/03 | MRD | REVIEW DRAFT LETTER TO J. MISELI; CONFER WITH T. BORCHERS RE: STATUS OF DISCOVERY | .40 |
| 10/11/03 | TB | RESEARCH ALASKAN LAW RE: CANCELLATION OF INSURANCE POLICIES; SEND EMAIL TO C. NICOLL CONFIRMING REVISED LANGUAGE OF REPORT LETTER; REVIEW AND REVISE REPORT LETTER. | 3.10 |
| 10/13/03 | R A | REVIEW EMAIL CORRESPONDENCE | .30 |
| 10/13/03 | VW | REVIEW EMAIL FROM GARY FOLLEY AT ALASKA DEC REGARDING CERTIFICATE OF NONLITIGATION AFFILIATION TO BE COMPLETED FOR FOIA RECORDS RELEASE; COMPLETE CERTIFICATE OF NONLITIGATION AFFILIATION; TWO TELEPHONE DISCUSSIONS WITH GARY FOLLEY OF ALASKA DEC REGARDING TYPES OF DOCUMENTS REQUESTED IN THE FOIA REQUEST | 1.20 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 35 OF 107**



PHILADELPHIA　　　　　　　　　　　　　　　　　　　EIN 23-1732832　　　NEWARK
ATLANTA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW YORK
CHARLOTTE　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SAN DIEGO
CHERRY HILL　　　　　　　　　　COZEN　　　　　　　　　　　　SAN FRANCISCO
CHICAGO　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SEATTLE
DALLAS　　　　　　　　　　　　　O'CONNOR　　　　　　　　　　　　　　　TRENTON
DENVER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WASHINGTON, DC
LAS VEGAS　　　　　　　　　　　　ATTORNEYS　　　　　　　　　　WEST CONSHOHOCKEN
LONDON　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WICHITA
LOS ANGELES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com


CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Nov 12, 2003    PAGE    8
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/14/03 | R A | TELEPHONE L. WILTON; NOTE TO FILE | .30 |
| 10/15/03 | R A | MEMO TO T. BOUCHERS RE ANALYSIS | .30 |
| 10/15/03 | VW | CHECK ON STATUS OF VARIOUS FOIA REQUESTS AND SUBPOENAS FOR RECORDS | .50 |
| 10/16/03 | R A | REVIEW EMAIL CORRESPONDENCE | .20 |
| 10/16/03 | VW | TELEPHONE DISCUSSION WITH HARRY YOUNG AT ALASKA DEC REGARDING DOCUMENTS REQUESTED THROUGH FOIA AND PAYMENT AND DELIVERY OF SAME | .30 |
| 10/17/03 | VW | ORGANIZED NEWLY RECEIVED CLAIMS FILES FROM WQIS PERTAINING TO INLET FISHERIES AND BATES LABEL SAME | .50 |
| 10/20/03 | R A | MEETING WITH L. WILTON; EMAIL CORRESPONDENCE WITH C. NICOLL | 1.30 |
| 10/20/03 | VW | REVIEW DOCUMENTS PRODUCED BY ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION IN RESPONSE TO FOIA REQUEST AND DRAFT INDEX OF ALL OIL SPILLS INVESTIGATED BY ADEC RELATED TO INLET FISHERIES AND ITS VESSELS, ORGANIZE AND BATES LABEL DOCUMENTS PRODUCED BY ADEC | 3.50 |
| 10/23/03 | R A | REVIEW EMAIL CORRESPONDENCE RE PRIOR ALASKA POLLUTION (ADEC) VIOLATIONS | .30 |
| 10/27/03 | VW | BRIEF REVIEW OF DOCUMENTS PRODUCED BY EDWARD TRAVERS & ASSOCIATES PER SUBPOENA, INCLUDING REPORTS AND PHOTOS; DRAFT LETTER TO HARRY YOUNG OF ADEC REGARDING PAYMENT FOR DOCUMENTS PRODUCED AND PRODUCTION OF ADDITIONAL PHONE LOGS AND FIELD NOTEBOOKS | .50 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 36 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Nov 12, 2003     PAGE   9
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/28/03 | TB | OFFICE CONFERENCE WITH V. WU RE: RECEIPT OF WQIS, TRAVERS AND ADEC DOCUMENTS, PRELIMINARY REVIEW OF DOCUMENTS TO CONFIRM RESPONSIVENESS TO SUBPOENA. | .40 |
| 10/29/03 | VW | BRIEF REVIEW OF DOCUMENTS PRODUCED BY EDWARD TRAVERS & ASSOCIATES THROUGH SUBPOENA, TELEPHONE CALLS WITH THE EPA FOIA OFFICER REGARDING REQUEST | .60 |
| 10/30/03 | VW | TELEPHONE CALL FROM JOE GILES OF EPA REGARDING TWO WEEKS EXTENSION IN PRODUCTION OF DOCUMENTS THROUGH FOIA REQUEST, ORGANIZE ALL DOCUMENTS RECEIVED TO DATE THROUGH DISCOVERY | .30 |
| 10/30/03 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: DISCOVERY PLAN; REVIEW SUPPLEMENTAL WQIS PRODUCTION AND DOCUMENTS PRODUCED BY E. TRAVERS AND ADEC; IDENTIFY PRODUCTION ISSUES AND FORWARD TO V. WU FOR CONTACT AT AGENCIES; IDENTIFY WITNESSES FOR DEPOSITION AND PREPARE MEMORANDUM TO C. NICOLL RE: WITNESSES. | 3.80 |
| 10/31/03 | VW | ARRANGE FOR DUPLICATION OF COLOR PHOTOGRAPHS PRODUCED BY EDWARD TRAVERS & ASSOCIATES, PREPARE TO CONTACT ADEC FOR PRODUCTION OF COLOR PHOTOGRAPHS MENTIONED IN THEIR FILE | .40 |

           TOTAL HOURS........................         89.80

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 37 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Nov 12, 2003    PAGE   10
FILE NUMBER: 129181.000
INVOICE NO.: 380612


SUMMARY OF PROFESSIONAL SERVICES RENDERED:

   *-----------------------------TIME AND FEE SUMMARY---------------------*
   *----------TIMEKEEPER---------*        HOURS                FEES
   R. ALLEN                                9.80             3332.00
   C. NICOLL                               4.50             1170.00
   V. WU                                  24.40             2684.00
   T. BORCHER                             38.60             7913.00
   L E ALTENBRUN                           2.40              420.00
   MICHAEL R. DECKER                       9.60             1056.00
   R.Q. FONDA                               .50              135.00
                        TOTALS            89.80            16710.00


         FEES FOR PROFESSIONAL SERVICES RENDERED        $16,710.00
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 38 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Nov 12, 2003 PAGE 11
FILE NUMBER: 129181.000
INVOICE NO.: 380612

| DATE | DISBURSEMENTS | VALUE |
|---|---|---|
| 06/02/03 | WESTLAW RESEARCH "BORCHERS,TIMOTHY R" 06/02/2003 | 41.37 |
| 06/26/03 | WESTLAW RESEARCH "BORCHERS,TIMOTHY R" 06/26/2003 | 88.39 |
| 08/05/03 | LONG DISTANCE TELEPHONE - MAY, 2003 - MOBILE | 4.38 |
| 08/05/03 | LONG DISTANCE TELEPHONE CALLS - JUNE, 2003 | 0.35 |
| 08/05/03 | FAX CHARGES - JUNE, 2003 - 6 PAGES | 0.90 |
| 08/08/03 | COURIER SERVICE 05/28/03 - NW LEGAL SUPPORT, INC - INVOICE OF 06/23/03 | 6.50 |
| 08/08/03 | COURIER SERVICE 06/11/03 - NW LEGAL SUPPORT, INC - INVOICE OF 06/23/03 | 14.00 |
| 08/22/03 | FAX CHARGES 14 PAGE(S) 08/22 | 14.00 |
| 08/22/03 | DUPLICATING 14 COPIES 08/22 | 3.50 |
| 09/12/03 | FAX CHARGES 10 PAGE(S) 09/12 | 10.00 |
| 09/16/03 | DUPLICATING 28 COPIES 09/16 | 7.00 |
| 09/25/03 | DUPLICATING 8 COPIES 09/25 | 2.00 |
| 09/26/03 | LONG DISTANCE TELEPHONE 3 CALL(S) 09/26 | 4.90 |
| 09/30/03 | DUPLICATING 13 COPIES 09/30 | 3.25 |
| 10/03/03 | DUPLICATING 13 COPIES 10/03 | 3.25 |
| 10/06/03 | DUPLICATING 18 COPIES 10/06 | 4.50 |
| 10/09/03 | DUPLICATING 29 COPIES 10/09 | 7.25 |
| 10/13/03 | DUPLICATING 1 COPIES 10/13 | 0.25 |
| 10/13/03 | LONG DISTANCE TELEPHONE 2 CALL(S) 10/13 | 2.45 |
| 10/13/03 | FAX CHARGES 2 PAGE(S) 10/13 | 2.00 |
| 10/16/03 | DUPLICATING 13 COPIES 10/16 | 3.25 |
| 10/16/03 | LONG DISTANCE TELEPHONE 1 CALL(S) 10/16 | 4.08 |
| 10/20/03 | INVESTIGATIVE SERVICES - NORTHWEST LOCATION SERVICE, INC., INV# 43134, CK# 199957, RE: LOCATE JACK MICELI | 100.00 |
| 10/28/03 | SPECIAL COPY AMERICAN LEGAL COPY. STMT093003. | 969.28 |

*Fees and Costs are due upon receipt of bill*

| | | |
|---|---|---|
| PHILADELPHIA | EIN 23-1732832 | NEWARK |
| ATLANTA | | NEW YORK |
| CHARLOTTE | **COZEN** | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | SEATTLE |
| DALLAS | | TRENTON |
| DENVER | ATTORNEYS | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WICHITA |
| LOS ANGELES | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Nov 12, 2003    PAGE   12
FILE NUMBER: 129181.000
INVOICE NO.: 380612


        TOTAL DISBURSEMENTS....................    $1,296.85


        GRAND TOTAL                               $18,006.85
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 40 OF 107**