PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

INVOICE NO.: 394234 INVOICE DATE: Mar 11, 2004

02742.0001.000 CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARC
129181.000 INLET FISHERIES - QUANIRTUUG PRINCESS

| DATE | ATTY | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 06/16/03 | C N | EMAIL FROM AMANDA SCHAEFFER REGARDING COMMUNICATION FROM TOTEM AGENCIES REGARDING REQUEST TO INVESTIGATE HARVESTER BARGE; REVIEW TOTEM AGENCIES RESPONSE; REPLY VIA EMAIL TO AMANDA SCHAEFFER; TELEPHONE CONFERENCE WITH MS. SCHAEFFER; VARIOUS TELEPHONE CONFERENCES WITH COUNSEL REPRESENTING INLET; COMMENCE DRAFTING JOINT STATUS REPORT. | 1.80 |
| 06/17/03 | C N | TELEPHONE CONFERENCE WITH CASEY CONDON, DOCKETING CLERK FOR JUDGE ZILLY; PREPARE LETTER TO COUNSEL FOR INLET. | .50 |
| 06/18/03 | C N | REVIEW COMPLIANT FROM ANVIL CLAIMANTS VS. INLET FISHERIES; REVIEW POLICY; PREPARE LETTER TO COUNSEL FOR INLET FISHERIES RESPONDING TO ATTEMPT BY INLET TO TENDER DEFENSE OF ANVIL LAWSUIT TO VESSEL POLLUTION UNDERWRITERS EXPLAINING BOTH THAT COVERAGE IS DENIED AND NO DEFENSE WILL BE PROVIDED. | 1.30 |
| 10/02/03 | C N | CONFER WITH VICKI WU AND TIM BORCHERS REGARDING REQUIRED ADDITIONAL DOCUMENT SUBPOENAS. FAX TO BILL BANKSTON FORWARDING RECORDS RELATED TO ATTEMPTED SERVICE ON WQIS. | .60 |
| 10/15/03 | C N | REVIEW DRAFT REPORT ANALYZING POLICY NON-RENEWAL ISSUES UNDER ALASKA LAW PREPARED BY TIM BORCHERS. REVIEW AND REVISE REPORT; RESEARCH CASELAW CITED THEREIN; REVIEW STATUTES; FORWARD REVISED DRAFT TO DEBBIE KENNEDY FOR FORMALIZING INTO LETTER FORMAT. | 1.30 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 2
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/16/03 | C N | REVIEW AND REVISE DRAFT REPORT LETTER; TELEPHONE CONFERENCE WITH C. ELLIOTT CONCERNING ATTEMPT BY INLET TO EXTEND INSURANCE COVERAGE THROUGH USE OF ALASKA STATUTE REGARDING INSURANCE POLICY RENEWALS; ADDITIONAL RESEARCH INTO ALASKA LAW; FURTHER REVISIONS TO REPORT LETTER; | 3.10 |
| 10/17/03 | C N | REVIEW AND FINALIZE REPORT LETTER; EMAIL FROM V. WU REGARDING WQIS CLAIMS FILES; REVIEW WQIS CLAIMS FILES. | 1.10 |
| 10/20/03 | C N | REVIEW EMAIL FROM D. ALLEN CONVEYING THE INSTRUCTIONS OF LES WILTON IN RESPONSE TO OUR REPORT OF OCTOBER 10; TELEPHONE CALL TO C. ELLIOTT TO SCHEDULE A TIME TO CONDUCT AN INTERVIEW; RECEIVE AND REVIEW EMAIL FROM V. WU FORWARDING INDEX OF SPILLS AS SET FORTH IN THE RECORDS OF THE ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION; REVIEW INDEX. | 1.00 |
| 10/21/03 | C N | FURTHER REVIEW OF LIST OF OIL POLLUTION INCIDENTS IN ALASKA; FORWARD LIST TO D. ALLEN FOR REVIEW; PREPARE EMAIL TO R. GRECCO AT ACORDIA UPDATING ACORDIA AND AMERICAN E & S ABOUT THE STATUS OF INSTRUCTIONS FROM UNDERWRITERS AS WELL AS INVESTIGATIONS. | 1.00 |
| 10/31/03 | TB | CONTINUE DRAFTING DISCOVERY PLAN; REVIEW TOTEM AND WQIS FILES TO ASSIST WITH DRAFTING OF TIME LINE OF IMPORTANT EVENTS; PREPARE CASE OF CHARACTERS AND IDENTIFY POTENTIAL DEPOSITION TARGETS; REVIEW I. HOGBEN ON QP SINKING; OFFICE CONFERENCE WITH V. WU TO COORDINATE FURTHER DOCUMENT DISCOVERY. | 3.20 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 3
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 11/03/03 | C N | CONFER WITH T. BORCHERS RE STATUS OF DRAFT AMENDED COMPLAINT, WRITTEN DISCOVERY, AND DISCOVERY PLAN; REVIEW EMAILS FROM T. BORCHERS FORWARDING SAME FOR REVIEW; EXAMINE DISCOVERY PLAN AND WRITTEN DISCOVERY; EMAILS REGARDING I. HOGBEN. | .70 |
| 11/03/03 | TB | PREPARE DISCOVERY PLAN; PREPARE FINAL DRAFT OF AMENDED COMPLAINT AND FORWARD TO C. NICOLL; PREPARE AMENDED DRAFT OF DISCOVERY REQUESTS TO INLET AND FORWARD TO C. NICOLL; OFFICE CONFERENCE WITH C. NICOLL RE: STATUS OF PROJECTS AND REVIEW OF DOCUMENT PRODUCTION. | 4.90 |
| 11/04/03 | C N | REVIEW AND REVISE DISCOVERY REQUESTS TO INLET FISHERIES; REVIEW AND REVISE DISCOVERY PLAN; EMAIL FROM V. WU RE DOCUMENTS FROM ADEC; REVIEW EMAIL FROM V. WU RE HOGBEN MAREN 1 MATERIALS. | 1.30 |
| 11/04/03 | VW | BRIEF REVIEW OF FILES FROM THE SALVAGE ASSOCIATION RE: MAREN I AND PREPARE DOCUMENTS AND PHOTOS PRODUCED; BATES LABEL PHOTOGRAPHS PRODUCED BY EDWARD F. TRAVERS & ASSOCIATES; REVIEW DISCOVERY PLAN REGARDING ADDITIONAL DOCUMENT PRODUCTION AND DEPOSITIONS; REVIEW FILES PRODUCED FROM THE EPA PER FOIA REQUEST; DRAFT EMAIL TO ADEC REQUESTING PRODUCTION OF PHOTOGRAPHS | 2.80 |
| 11/05/03 | VW | ORGANIZE DOCUMENTS PRODUCED BY THE EPA AND THE SALVAGE ASSOCIATION PER FOIA REQUEST AND SUBPOENA; REVIEW EMAIL FROM HARRY YOUNG AT ADEC REGARDING UPCOMING PRODUCTION OF PHOTOGRAPHS PER REQUEST | 2.30 |
| 11/06/03 | C N | REVIEW DISCOVERY PLAN ASSEMBLED BY T. BORCHERS | .50 |
| 11/10/03 | VW | REVIEW DOCUMENTS PRODUCTION SO FAR IN PREPARATION FOR FURTHER DISCOVERY | .50 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 4
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 11/10/03 | TB | OFFICE CONFERENCE WITH V. WU RE: REQUEST FOR FURTHER EPA DOCUMENTS. | .20 |
| 11/11/03 | TB | OFFICE CONFERENCE WITH M. DECKER AND V. WU RE: SERVING SUBPOENA ON J. MICELI; REVISE WU LETTER TO MICELI AND ARRANGE SERVICE OF SUBPOENA; DISCUSSION WITH C. NICOLL RE: DISCOVERY PLAN. | .50 |
| 11/12/03 | VW | REVIEW DOCUMENT DISCOVERY STATUS AND DISCUSS SAME WITH ATTORNEY; TELEPHONE CALL TO NATIONAL POLLUTION FUNDS CENTER REGARDING THE STATUS OF FOIA REQUEST SENT IN SEPTEMBER; TELEPHONE CALL TO DAVID HAMAKER AT RISING WIND SURVEYORS REGARDING STATUS OF RECORDS PRODUCTION PER SUBPOENA; DRAFT LETTER TO USCG REGARDING FOIA REQUEST | 1.30 |
| 11/13/03 | VW | DRAFT SUBPOENA DUCES TECUM TO JOHN MICELI, PREVIOUS OWNER OF QP; DRAFT LETTER TO MICELI REGARDING COOPERATION WITH RECORDS PRODUCTION IN RESPONSE TO SUBPOENA; ARRANGE FOR SERVICE OF SUBPOENA TO MR. MICELI PERSONALLY; TELEPHONE CALL FROM MADELINE DIGGS OF NPFC REGARDING STATUS OF FOIA REQUEST; FAX FOIA REQUEST LETTER TO MS. DIGGS PER HER REQUEST | 1.60 |
| 11/13/03 | TB | OFFICE CONFERENCE WITH M. DECKER RE: CONTACT OF J. MICELI. | .10 |
| 11/13/03 | MRD | SEVERAL CALLS TO LOCATE J. MICELI; CONFER WITH T. BORCHERS RE: DISCOVERY STRATEGY; CONFER WITH V. WU RE: DRAFTING OF SUBPOENA DUCES TECUM TO J. MICELI | .60 |
| 11/14/03 | R A | MEMO TO C. NICOLL; REVIEW CORRESPONDENCE | .30 |
| 11/14/03 | VW | TELEPHONE CALLS REGARDING THE PROCESS SERVICE OF SUBPOENA ON JOHN MICELI AND PREPARE FOR ALTERNATIVE SERVICE PLAN | .30 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 5
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 11/14/03 | TB | OFFICE CONFERENCE WITH V. WU RE: ATTEMPTED SERVICE BY ABC; OFFICE CONFERENCE WITH M. DECKER RE: SUBSTITUTE SERVICE FOR SUBPOENA ON MICELI. | .20 |
| 11/17/03 | TB | REVISE MICELI LETTER; SEND EMAIL TO V. WU RE: DISCLOSURE OF ACCUMULATED DOCUMENTS. | .30 |
| 11/18/03 | VW | DRAFT LETTERS TO PLAINTIFFS' COUNSEL REGARDING ALL THIRD PARTY DOCUMENTS RECENTLY OBTAINED AND OFFER FOR PRODUCTION; REVIEW AND RESPOND TO EMAIL FROM M. DIGGS, FOIA OFFICER FOR NPFC, REGARDING DOCUMENTS TO BE FORWARDED IN RESPONSE TO FOIA REQUEST | .60 |
| 11/20/03 | C N | EMAIL FROM ERIC PARTHEMER RE: PAYMENT FOR DOCUMENT PRODUCTION; REPLY TO SAME AND CONFER WITH V. WU. | .20 |
| 11/20/03 | VW | EMAILS WITH ERIC PARTHEMER OF TOTEM AGENCIES REGARDING DOCUMENTS PRODUCED AND PAYMENT OF SAME; ARRANGE FOR PAYMENT OF PRODUCTION OF TOTEM AGENCIES' DOCUMENTS | .30 |
| 11/21/03 | VW | REVIEW LETTER FROM BOB CLARSON OF ADEC REGARDING DOCUMENT PRODUCTION PURSUANT TO FOIA REQUEST; REVIEW FIELD NOTES AND PHONE LOGS PRODUCED BY BOB CARLSON OF THE ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION; EMAIL TO BOB CARLSON REGARDING DOCUMENTS RECEIVED AND ADDITIONAL PHOTOGRAPHS TO BE LOCATED; REVIEW EMAIL FROM MADELINE DIGGS OF NPFC REGARDING DOCUMENTS FORWARDED AND COST OF THE FOIA REQUEST; RETURN EMAIL TO MS. DIGGS CONFIRMING SAME | 1.60 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 6
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 11/24/03 | VW | REVIEW EMAIL FROM M. DIGGS AT NPFC, EMAIL TO T. BORCHERS REGARDING THE STATUS OF DOCUMENT PRODUCT FROM NATIONAL POLLUTION FUNDS CENTER PER FOIA REQUEST | .20 |
| 11/25/03 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE STATUS | .30 |
| 11/26/03 | VW | REVIEW EMAIL FROM AND RESPOND TO BOB CARLSON OF ADEC REGARDING PRODUCTION OF COLOR PHOTOGRAPHS IN RESPONSE TO FOIA REQUEST | .20 |
| 12/01/03 | VW | REVIEW EMAILS FROM BOB CARLSON OF ADEC FORWARDING COLOR PHOTOGRAPHS OF THE MAREN I AND QP; PREPARE PHOTOGRAPHS FOR DOCUMENT PRODUCTION PURPOSES; DRAFT EMAIL TO BOB CARLSON REGARDING ADDITIONAL PHOTOGRAPHS TO BE PRODUCED; EMAIL TO T. BORCHERS AND C. NICOLL REGARDING THE CURRENT STATUS OF DOCUMENT PRODUCTION FROM VARIOUS AGENCIES; RECEIVE AND BRIEF REVIEW OF DOCUMENTS PRODUCED BY NPFC IN RESPONSE TO FOIA REQUEST AND PREPARE FOR LABELING OF DOCUMENTS FOR PRODUCTION PURPOSES | 1.70 |
| 12/03/03 | VW | ORGANIZE AND BATES LABEL DOCUMENTS PRODUCED BY NPFC IN RESPONSE TO FOIA REQUEST; ORGANIZE AND BATES LABEL RECENTLY RECEIVED PHOTOGRAPHS FROM ADEC | .80 |
| 12/04/03 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: ORGANIZATION OF UNDERLYING FACTS FOR PRESENTATION TO INSURED; REVIEW CHRONOLOGY OF EVENTS AND DIVIDE INTO LIABILITY AN INSURANCE PHASES, AND INSTRUCT V. WU ON WHERE TO FIND SUPPORTING DOCUMENTATION. | .40 |
| 12/09/03 | MRD | CONFER WITH T. BORCHERS AND C. NICOLL RE: STATUS OF SERVICE OF SUBPOENA DUCES TECUM ON J. MICELI; FURTHER RESEARCH RE: CONTACT INFORMATION FOR J. MICELI | 1.10 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 7
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | |
|---|---|---|
| 12/10/03 VW | REVIEW TIME LINE REGARDING INLET'S KNOWLEDGE OF ITS PRIOR LOSSES AND LOCATE DOCUMENT EVIDENCE IN SUPPORT THROUGH REVIEW OF WQIS DOCUMENTS | .70 |
| 12/10/03 MRD | RECEIVE AND REVIEW MEMORANDUM FROM T. BORCHERS RE: CONTACT INFORMATION FOR BAYWATCH SEAFOODS; TELEPHONE CONFERENCE WITH C. KELLOGG; CONFER WITH T. BORCHERS RE: STATUS OF INQUIRIES; SEVERAL CALLS TO BAYWATCH SEAFOODS COMPANY | 1.10 |
| 12/11/03 C N | REVIEW BORCHERS' REPORT OF INTERVIEW OF FORMER OWNER OF QUANIRTUUG PRINCESS; REPLY TO SAME. | .80 |
| 12/11/03 VW | LOCATE DOCUMENTS IN SUPPORT OF ALL INCIDENTS ON THE TIMELINE REGARDING INLET'S PRIOR LOSSES AND EVIDENCE OF INLET'S KNOWLEDGE OF PRIOR LOSSES BY REVIEWING DOCUMENTS PRODUCED THROUGH FOIA REQUESTS AND SUBPOENA; REVIEW SUMMARY OF CONVERSATION WITH JOHN MICELLI, PRIOR OWNER OF THE Q.P. | 3.70 |
| 12/11/03 TB | TWO TELEPHONE CALLS WITH J. MICELI RE: INLET FISHERIES AND QP; CONFER WITH M. DECKER RE: RETRIEVING MICELI DOCUMENTS. | .90 |
| 12/11/03 MRD | TELEPHONE CONFERENCE WITH NORTHWEST LOCATION SERVICES RE: REVERSE DIRECTORY TRACE ON PHONE NUMBER FOR BAYWATCH SEAFOODS; CONFER WITH T. BORCHERS RE: RESULTS OF INQUIRIES | .60 |
| 12/15/03 VW | REVIEW DOCUMENTS PRODUCED BY JOHN MICELI PER SUBPOENA AND PREPARE SAME; TELEPHONE CALL TO CAPT. DAVID HAMAKER OF RISING WIND REGARDING THE STATUS OF HIS PRODUCTION, INCLUDING PHOTOGRAPHS | 1.10 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 8
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/17/03 | C N | RECEIVE AND REVIEW ANSWER, COUNTERCLAIM AND THIRD PARTY CLAIM FROM INLET FISH PRODUCERS, INC.; COMMENCE REPORT LETTER TO CLIENTS; RECEIVE MOTION TO TRANSFER VENUE FILED BY INLET FISHERIES, INC. | 2.00 |
| 12/18/03 | C N | RECEIVE AND REVIEW ANSWER, COUNTERCLAIM AND THIRD PARTY COMPLAINT OF INLET FISH PRODUCERS; PREPARE REPORT TO CLIENT; RECEIVE AND REVIEW ANSWER AND VENUE MOTION FROM INLET FISHERIES; CONFER T. BORCHERS RE SAME; TELEPHONE CALL TO COUNSEL FOR IFP AND LEAVE MESSAGE. | 2.10 |
| 12/19/03 | C N | RECEIVE AND REVIEW ANSWER AND THIRD PARTY COMPLAINT OF INLET FISHERIES; REVIEW MOTION TO TRANSFER VENUE; TELEPHONE CONFERENCE WITH INLET'S COUNSEL RE BRIEFING SCHEDULE IN LIGHT OF HOLIDAYS; RECEIVE AND REVIEW NOTICE OF RE-NOTING MOTION; ASSIGN T. BORCHERS TO RESEARCH AND PREPARE FIRST DRAFT RESPONSE TO MOTION, SPECIFYING THE ELEMENTS AND STRATEGY OF OUR RESPONSE. | 2.00 |
| 12/22/03 | TB | RESEARCH MOTIONS TO TRANSFER VENUE FOR DECLARATORY JUDGMENT ACTIONS INITIATED BY UNDERWRITERS WITH NO PARALLEL ACTION. | 3.20 |
| 12/23/03 | TB | BEGIN PREPARING RESPONSE TO MOTION TO TRANSFER VENUE. | 2.10 |
| 12/24/03 | VW | BRIEF REVIEW OF DOCUMENTS AND PHOTOGRAPHS PRODUCED BY DAVID HAMAKER (RISING WIND) IN RESPONSE TO SUBPOENA; PREPARE THE ORIGINAL COLOR PHOTOGRAPHS FOR DUPLICATION; PREPARE BATES LABELS FOR DOCUMENTS PRODUCED; INSTRUCTION TO DOCUMENT CLERK REGARDING BATES LABELING | .70 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 9
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 12/29/03 | TB | TELEPHONE CONFERENCE WITH P. KLIER RE: EMPLOYMENT WITH INLET; PREPARE INTEROFFICE MEMORANDUM TO C. NICOLL RE: KLIER; CONTINUE DRAFTING RESPONSE TO MOTION TO TRANSFER VENUE. | .90 |
| 12/29/03 | MRD | CONFER WITH T. BORCHERS RE: STATUS OF DISCOVERY; INVESTIGATE CURRENT WHEREABOUTS OF FACT WITNESSES; CONFER WITH T. BORCHERS RE: RESULTS OF INQUIRIES | 1.10 |
| 12/30/03 | VW | SECOND TELEPHONE CALL TO ALC REGARDING DUPLICATION OF COLOR PHOTOGRAPHS PRODUCED BY DAVID HAMAKER AND PROVIDE INSTRUCTION | .30 |
| 01/05/04 | VW | INSTRUCTION TO AND DISCUSSION WITH A. YANG REGARDING THE PROJECT OF BATES NUMBERING DOCUMENTS AND PHOTOGRAPHS (ORIGINAL AND COPIES) PRODUCED BY RISING WIND (CAPT. DAVE HAMAKER) | .20 |
| 01/06/04 | TB | CONTINUE DRAFTING OPPOSITION TO MOTION TO TRANSFER VENUE. | 1.60 |
| 01/07/04 | C N | CHECK ON STATUS OF DRAFT RESPONSE BRIEF; CONFER WITH T. BORCHERS RE LEGAL AND FACTUAL ISSUES AND REGARDING NEED TO OBTAIN A DECLARATION FROM CHRIS ELLIOTT OF AMERICAN E&S; REVIEW INLET'S MOTION TO TRANSFER VENUE. | 1.20 |
| 01/07/04 | VW | TELEPHONE CALL FROM JANEL STAGG, USCG, REGARDING FOIA REQUEST AND REDACTION TO BE MADE | .20 |
| 01/08/04 | VW | TELEPHONE CALL TO REX AT ALC AND ARRANGE FOR THE COLOR DUPLICATION OF ADDITIONAL PHOTOGRAPHS PRODUCED BY DAVID HAMAKER | .10 |
| 01/08/04 | TB | REVIEW TOTEM NOTICE OF APPEARANCE; CONTINUE DRAFTING OPPOSITION TO MOTION TO TRANSFER VENUE. | 1.90 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 10
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 01/09/04 | C N | TELEPHONE CALL C. ELLIOTT RE DECLARATION; CONFER WITH T. BORCHERS RE SAME; CONFER WITH V. WU RE DECLARATION; REVIEW DRAFT RESPONSE; REVIEW DRAFT DECLARATION. | 2.30 |
| 01/09/04 | VW | REVIEW PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE AND IDENTIFY ALL DOCUMENTS TO BE USED AS EXHIBITS; LOCATE AND PREPARE DOCUMENTS TO BE USED AS EXHIBITS TO THE BRIEF; DRAFT DECLARATION OF CHRISTOPHER W. NICOLL IN SUPPORT OF OPPOSITION BRIEF | 2.70 |
| 01/09/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: OPPOSITION TO MOTION TO TRANSFER VENUE; TELEPHONE CONFERENCE WITH C. ELLIOT RE: FACTS FOR DECLARATION IN SUPPORT OF OPPOSITION; PREPARE DECLARATIONS FOR C. ELLIOT AND C. NICOLL; TELEPHONE CONFERENCE WITH C. ELLIOT RE: DECLARATION; OFFICE CONFERENCE WITH V. WU RE: DOCUMENTS NEEDED FOR C. NICOLL DECLARATION; IDENTIFY ADDITIONAL DOCUMENTS FOR C. NICOLL DECLARATION; COMPLETE DRAFT OF OPPOSITION AND SUPPORTING DECLARATIONS. | 6.80 |
| 01/11/04 | C N | REVISE OPPOSITION TO VENUE TRANSFER MOTION; REVISE DECLARATION; EMAIL V. WU; RESEARCH WILBURN BOATS. | 5.00 |
| 01/12/04 | C N | REVISE RESPONSE IN OPPOSITION TO MOTION TO TRANSFER VENUE; MODIFY ARGUMENT IN RELIANCE UPON SDNY CASE; VARIOUS CONFERENCES THROUGHOUT THE DAY WITH AMERICAN E&S AND ITS COUNSEL RE DECLARATION OF C. ELLIOTT; REVIEW AND REVISE C. NICOLL DECLARATION AND REVIEW ATTACHMENTS; PAGE CHECK REFERENCES TO CITED MATERIALS; FINALIZE ALL PLEADINGS AND FILE SAME. | 4.30 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 11
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 01/12/04 | VW | REVIEW AND REVISE THE DECLARATION OF CHRISTOPHER W. NICOLL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE AND VERIFY THE ACCURACY OF ALL EXHIBITS ATTACHED; BRIEF REVIEW OF MATERIALS PRODUCED BY THE USCG IN RESPONSE TO FOIA REQUEST | .70 |
| 01/12/04 | TB | REVISE DECLARATION OF C. NICOLL AND GATHER ADDITIONAL EXHIBITS; WORK WITH C. NICOLL AND V. WU TO COMPLETE OPPOSITION BRIEF; TELEPHONE CONFERENCE WITH C. ELLIOT RE: DECLARATION. | 4.50 |
| 01/15/04 | VW | REVIEW LETTER FROM USCG REGARDING FOIA REQUESTED MATERIALS NOT RELEASED DUE TO INCOMPLETE INVESTIGATION; DRAFT LETTER TO USCG GRANTING EXTENSION OF TIME FOR THE RELEASE OF REMAINING MATERIALS; ORGANIZE DOCUMENTS AND PHOTOGRAPHS PRODUCED BY CAPT. DAVID HAMAKER IN RESPONSE TO RECORDS SUBPOENA; ORGANIZE/REVIEW AND PREPARE BATES LABELS FOR PORTION OF DOCUMENTS PRODUCED BY USCG IN RESPONSE TO FOIA REQUEST | 1.70 |
| 01/16/04 | C N | REVIEW EMAIL NOTIFICATIONS FROM COURT RE RECENT FILINGS. | .60 |
| 01/18/04 | R A | EMAIL CORRESPONDENCE RE STATUS | .30 |
| 01/19/04 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL | .30 |
| 01/19/04 | C N | REVIEW EMAIL FROM R. ALLEN AND REPLY TO SAME; ARRANGE FOR PLEADINGS TO BE SENT TO R. ALLEN; COMMENCE REPORT. | 1.30 |
| 01/20/04 | C N | RECEIVE LATE REPLY BRIEF; EMAIL FROM D. STROUT; REPLY TO SAME; TELEPHONE CALL FROM TOTEM LAWYER; REVIEW REPLY AND ATTACHMENTS. | 1.00 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 12
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| | | | |
|---|---|---|---|
| 01/25/04 | TB | REVIEW INLET REPLY BRIEF ON MOTION TO TRANSFER VENUE; SEND EMAIL TO C. NICOLL NOTING THIRD PARTY COMPLAINT IN ANVIL ACTION THAT HAD BEEN FILED AGAINST CLIENT. | .30 |
| 01/26/04 | R A | EMAIL TO C. NICOLL RE STATUS | .30 |
| 01/26/04 | C N | REVIEW NEW REPLY BRIEF; EMAIL R. ALLEN; EMAIL D. STROUD; TELEPHONE CALL COUNSEL FOR TOTEM AGENCIES RE MOTION AND RE DOCS PRODUCED. | 1.30 |
| 01/27/04 | R A | CONFERENCE WITH L. WILTON. PREPARE FOR BRIEFING | .50 |
| 01/28/04 | R A | NOTE TO FILE RE STATUS | .20 |
| 02/03/04 | VW | TELEPHONE CALL FROM CAPT. HAMAKER OF RISING WIND REGARDING PAYMENT FOR DOCUMENTS PRODUCED AND RETURN PHONE CALL TO CAPT. HAMAKER | .40 |
| 02/05/04 | C N | RESPOND TO EMAIL INQUIRY FROM R. ALLEN; EMAIL TO D.KENNEDY; WORK ON CLIENT REPORT. | .30 |
| 02/06/04 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL RE STATUS | .30 |

TOTAL HOURS........................ 104.30

SUMMARY OF PROFESSIONAL SERVICES RENDERED:

*---------------------------TIME AND FEE SUMMARY----------------------*

| *----------TIMEKEEPER----------* | HOURS | FEES |
|---|---|---|
| R. ALLEN | 2.50 | 850.00 |
| C. NICOLL | 38.60 | 10036.00 |
| V. WU | 26.70 | 2997.00 |
| T. BORCHER | 32.00 | 6560.00 |
| MICHAEL R. DECKER | 4.50 | 495.00 |
| TOTALS | 104.30 | 20938.00 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 13
FILE NUMBER: 129181.000
INVOICE NO.: 394234

FEES FOR PROFESSIONAL SERVICES RENDERED $20,938.00

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 14
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| DATE | EXPENSES INCURRED | VALUE |
|---|---|---|
| 08/01/03 | AIR FARE (INTERNATIONAL), 01 AUG 2003, RICHARD ALLEN, CLIENT/MANAGEMENT MEETINGS, FROM LONDON TO SEATTLE TACOMA, TKT# 4 125 2305777254 5, REF# ER00025616 | 205.21 |
| 10/11/03 | WESTLAW RESEARCH "BORCHERS,TIMOTHY R" 10/11/2003 | 68.62 |
| 10/11/03 | WESTLAW RESEARCH "BORCHERS,TIMOTHY R" 10/11/2003 | 43.35 |
| 10/16/03 | WESTLAW RESEARCH "NICOLL,CHRISTOPHER W" 10/16/2003 | 82.66 |
| 10/27/03 | DUPLICATING 6 COPIES 10/27 | 1.50 |
| 10/29/03 | DUPLICATING 12 COPIES 10/29 | 3.00 |
| 11/04/03 | DUPLICATING 308 COPIES 11/04 | 77.00 |
| 11/05/03 | SPECIAL COPY - ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION, CK# 199990, RE: FOIA REQUEST, COPY CHARGES REIMBURSEMENT | 69.00 |
| 11/11/03 | DUPLICATING 1 COPIES 11/11 | 0.25 |
| 11/11/03 | SPECIAL COPY - UNITED STATE ENVIRONMENTAL PROTECTION AGENCY - REGION 10, BILL# 0-RIN-00001-04, CK# 200042, RE: FOIA REQUEST - AK POLLUTION INCIDENTS | 42.20 |
| 11/11/03 | MISC RESEARCH FEES ACCURINT 10/03 | 1.25 |
| 11/12/03 | DUPLICATING 2 COPIES 11/12 | 0.50 |
| 11/13/03 | DUPLICATING 6 COPIES 11/13 | 1.50 |
| 11/18/03 | DUPLICATING 1 COPIES 11/18 | 0.25 |
| 11/19/03 | COURIER SERVICE 09/22/03 STMT. - NW LEGAL SUPPORT, INC. | 7.00 |
| 11/19/03 | SPECIAL COPY EDWARD F. TRAVERS & ASSOCIATES, INC. REVIEW AND COPY CONTENTS OF 2 FILES. INVOICE NO. CC15082. | 497.00 |
| 11/19/03 | COURIER SERVICE 09/22/03 STMT. - NW LEGAL SUPPORT, INC. | 32.00 |
| 11/19/03 | COURIER SERVICE 09/22/03 STMT. - NW LEGAL SUPPORT, INC. | 10.00 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Mar 11, 2004 PAGE 15
FILE NUMBER: 129181.000
INVOICE NO.: 394234

| Date | Description | Amount |
|---|---|---|
| 11/19/03 | COURIER SERVICE 09/22/03 STMT. - NW LEGAL SUPPORT, INC. | 10.00 |
| 11/19/03 | COURIER SERVICE 09/22/03 STMT. - NW LEGAL SUPPORT, INC. | 20.00 |
| 11/21/03 | DUPLICATING 1 COPIES 11/21 | 0.25 |
| 12/01/03 | MISC RESEARCH FEES 07/03-09/03 - PACER SERVICE CENTER - INV# CO0609 OF 10/08/03 | 3.50 |
| 12/10/03 | SPECIAL COPY - UNITED STATES COAST GUARD, CK# 201243, RE: DOCUMENT PRODUCTION | 144.71 |
| 12/10/03 | SPECIAL COPY - TOTEM AGENCIES, INC., CK# 201210, RE: DOCUMENT PRODUCTION OF 1998 TO 2003 FILES RE: INLET FISH PRODUCERS, INC. | 200.00 |
| 12/10/03 | SPECIAL COPY - STATE OF ALASKA - A.D.E.C., CK# 201209, RE: FOIA REQUEST RE: RECORDS FOR MARENTI, QANIRTUUG PRINCESS AND HARVESTER BARGE SPILLS | 31.50 |
| 12/15/03 | LONG DISTANCE TELEPHONE 1 CALL(S) 12/15 | 6.03 |
| 12/18/03 | DUPLICATING 150 COPIES 12/18 | 37.50 |
| 12/22/03 | DUPLICATING 22 COPIES 12/22 | 5.50 |
| 01/09/04 | DUPLICATING 68 COPIES 01/09 | 17.00 |
| 01/12/04 | DUPLICATING 853 COPIES 01/12 | 213.25 |
| 01/15/04 | DUPLICATING 1 COPIES 01/15 | 0.25 |
| 01/20/04 | DUPLICATING 50 COPIES 01/20 | 12.50 |
| 01/27/04 | DUPLICATING 191 COPIES 01/27 | 47.75 |

EXPENSES INCURRED...................... $1,892.03

GRAND TOTAL $22,830.03

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

INVOICE NO.: 420657 INVOICE DATE: Oct 27, 2004

02742.0001.000 CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARG
129181.000 INLET FISHERIES - QUANIRTUUG PRINCESS

| DATE | ATTY | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 02/10/04 | R A | EMAIL CORRESPONDENCE | .30 |
| 02/10/04 | C N | TELEPHONE CONFERENCE WITH A. SCHAEFFER RE TELEPHONE NUMBER OF AMERICAN E&S LAWYER; RECEIPT AND REVIEW COURT DECISION RE VENUE TRANSFER MOTION. | 1.10 |
| 02/11/04 | C N | REVIEW COURT'S ORDER GRANTING MOTION TO TRANSFER VENUE; CONSIDER OPTIONS | .40 |
| 02/13/04 | C N | REVIEW PLEADINGS AND COURT ORDER; DRAFT REPORT TO CLIENTS RE OUTCOME OF MOTION TO TRANSFER VENUE AND MAKING RECOMMENDATIONS; REVISE AND SEND SAME. | 1.40 |
| 02/19/04 | R A | REVIEW REPLY MEMORANDUM - MOTION TO TRANSFER | .30 |
| 02/24/04 | C N | RECEIVE AND REVIEW NOTICES OF SERVICE VIA ALASKA SECRETARY OF STATE | .20 |
| 03/02/04 | TB | RESEARCH AVENUES FOR STAY OF STATE COURT THIRD-PARTY CLAIM | 1.70 |
| 03/03/04 | VW | TELEPHONE CALL FROM AND REVIEW LETTER FROM JOYCE WYLIE OF MATTHEWS AND ZAHARE REGARDING PLANS FOR DUPLICATION OF ALL DOCUMENTS OBTAINED THROUGH SUBPOENA AND FOIA REQUESTS | .30 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 2
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/04/04 | VW | REVIEW EMAIL FROM JOYCE WYLIE REGARDING DOCUMENTS TO BE DUPLICATED AND DRAFT EMAIL LISTING VOLUME OF DOCUMENTS FROM EACH AGENCY; TELEPHONE CALL FROM ALC AND ARRANGE FOR DUPLICATION OF DOCUMENTS AT THE REQUEST OF JOYCE WYLIE OF MATTHEW ZAHARE | .70 |
| 03/04/04 | TB | COMPLETE MEMO TO C. NICOLL RE: REMOVAL OF THIRD PARTY CLAIMS; LEAVE MESSAGE FOR B. JAMIESON RE: ANSWER FOR ANVIL ACTION. | 2.50 04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 03/05/04 | TB | REVISE DISCOVERY REQUESTS TO INLET; LEAVE MESSAGE FOR B. JAMIESON; BEGIN DRAFTING ANSWER FOR STATE COURT ACTION IN BETHEL. | ~~.80~~ .60 04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE |
| 03/08/04 | TB | CONTINUE PREPARING ANSWER FOR STATE COURT ACTION; TELEPHONE CONFERENCE WITH B. JAMIESON RE: BACKGROUND OF CASE, ROLE AS LOCAL COUNSEL, MOTIONS TO BE FILED, PREPARING ANSWER AND COPYING OF PLEADINGS. | 3.80 04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 03/09/04 | TB | REVISE DRAFT ANSWER AND FORWARD TO C. NICOLL FOR REVIEW; TELEPHONE CONFERENCE WITH J. ANDERSON OF BANKSTON'S OFFICE RE: FILING ANSWER IN BETHEL ACTION. | .90 04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 03/11/04 | TB | RESEARCH RULE 14 MOTIONS TO SEVER IN ALASKA AND THE MARITIME LAW. | 1.30 |
| 03/12/04 | TB | RESEARCH SEVERABILITY OF THIRD-PARTY CLAIMS. | .60 |
| 03/15/04 | C N | CONFER WITH T. BORCHERS RE DRAFT ANSWER; COMMENCE REVIEWING SAME; EMAIL FROM B. JAMIESON RE PRO HAC VICE ADMISSION. | .50 |
| 03/18/04 | TB | RESEARCH ALASKA SEVERANCE AND STAY RULES; BEGIN PREPARING MOTION TO SEVER AND STAY THIRD PARTY CLAIMS. | 1.80 |

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 57 OF 107**

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 3
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/19/04 | TB | PREPARE MOTION TO SEVER AND STAY THIRD PARTY CLAIMS. | 1.40 |
| 03/25/04 | R A | EMAIL TO C. NICOLL | .30 |
| 03/25/04 | TB | REVIEW ORDERS FROM DISTRICT COURT SETTING STATUS CONFERENCE AND REQUESTING STATUS REPORT; LIAISE WITH C. NICOLL RE: TELEPHONE CONFERENCE WITH B. JAMIESON. | .20 |
| 03/26/04 | C N | TELEPHONE CONFERENCE WITH B. JAMIESON AND T. BORCHERS RE CASE STATUS AND STRATEGY; REVIEW MATERIALS FROM LANE POWELL; REVIEW EMAIL FROM B. JAMIESON; PREPARE EMAIL TO B. JAMIESON FORWARDING LETTERS. | 2.50 |
| 03/26/04 | TB | TELEPHONE CONFERENCE WITH B. JAMIESON AND C. NICOLL RE: STATUS OF STATE AND FEDERAL COURT ACTIONS AND PROPOSED COURSE OF ACTION; BEGIN PREPARING MOTION FOR SUMMARY JUDGMENT RE: UTMOST GOOD FAITH; BEGIN PREPARING JOINT STATUS REPORT; FORWARD DRAFT AMENDED COMPLAINT AND STATE COURT ANSWER TO B. JAMIESON. | 3.40 |
| 03/29/04 | TB | CONTINUE PREPARING MOTION FOR SUMMARY JUDGMENT ON UBERRIMAE FIDEI AND JOINT STATUS REPORT. | .80 |
| 03/30/04 | TB | CONTINUE DRAFTING MOTION FOR SUMMARY JUDGMENT ON UBERRIMAE FIDEI. | .90 |
| 04/07/04 | C N | REVIEW DRAFT MOTION FOR SUMMARY JUDGMENT ON UBERRIMAE FIDEI; REVIEW AND REVISE DRAFT JOINT STATUS REPORT; EMAIL FROM B. JAMIESON RE SAME; FORWARD DRAFT AND CIRCULATE TO ALL COUNSEL; TELEPHONE CONFERENCE WITH B. JAMIESON RE STATUS CONFERENCE; PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE; POST CONFERENCE DEBRIEF WITH B. JAMIESON. | 1.70 |

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 4
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| 04/07/04 VW | CONFER WITH C. NICOLL REGARDING PREPARATION FOR MOTION FOR SUMMARY JUDGMENT, FOR INITIAL DISCLOSURES AND FOR MEETING WITH E. TRAVERS; TELEPHONE CALLS TO E. TRAVERS' OFFICE REGARDING MEETING WITH C. NICOLL; BEGIN TO DRAFT DOCUMENT PRODUCTION LOG IN PREPARATION FOR INITIAL DISCLOSURES | 2.20 |
| 04/08/04 VW | COMPLETE THE DOCUMENT PRODUCTION LOG; PREPARE EMAIL TO ALASKA COUNSEL B. JAMIESON AND FORWARD DOCUMENT PRODUCTION LOG; REVIEW THE FACTUAL BACKGROUND PORTION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN PREPARATION TO IDENTIFY AND LOCATE DOCUMENTS CITED | 1.80 |
| 04/09/04 TB | REVIEW ORDER SETTING PRE-TRIAL SCHEDULE; REVIEW JOINT STATUS REPORT; REVIEW CORRESPONDENCE RE: JOINT STATUS REPORT; OFFICE CONFERENCE WITH C. NICOLL RE: COMPLETING MOTION FOR SUMMARY JUDGMENT; REVIEW PORT LYNCH CASE. | .60 |
| 04/12/04 VW | CONFER WITH T. BORCHERS REGARDING PREPARATION OF EXHIBITS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF CHRIS NICOLL; REVIEW DECLARATION OF CHRIS NICOLL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND IDENTIFY DOCUMENTS CITED AS EXHIBITS; BEGIN TO LOCATE AND PREPARE DOCUMENTS CITED AS EXHIBITS | 1.30 |
| 04/12/04 TB | REVISE MOTION FOR SUMMARY JUDGMENT AND DECLARATION OF C. ELLIOTT; PREPARE DECLARATION FOR C. NICOLL; ORGANIZE EXHIBITS WITH ASSISTANCE OF V. WU; LEAVE MESSAGE FOR S. KINNER RE: CONTACT OF ELLIOT; EXCHANGE EMAILS WITH B. JAMIESON RE: FORMATTING OF MOTIONS; SEND DRAFTS OF MOTION AND DECLARATIONS TO B. JAMIESON AND C. NICOLL. | 4.80 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 5
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| 04/13/04 VW | REVIEW PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND REVISE DECLARATION OF CHRISTOPHER NICOLL IN SUPPORT OF MOTION TO INCLUDE ADDITIONAL EXHIBITS; LOCATE DOCUMENTS FROM THE ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION TO BE USED AS EXHIBITS TO NICOLL DECLARATION; FINALIZE AND COMPILE ALL DOCUMENTS TO BE USED AS EXHIBITS TO NICOLL DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; REVIEW DECLARATION OF CHRIS ELLIOTT REGARDING EXHIBITS NEEDED TO BE ATTACHED; REVIEW PUGET SOUND UNDERWRITER DOCUMENTS AND LOCATE PERTINENT DOCUMENTS AS EXHIBITS TO CHRIS ELLIOTT'S DECLARATION | 3.30 |
| 04/13/04 TB | TELEPHONE CONFERENCE WITH S. SKINNER RE: CONTACT OF C. ELLIOTT; EMAIL C. NICOLL AND B. JAMIESON WITH STATUS OF MATTER; REVISE ELLIOTT DECLARATION AND MOTION WITH INFORMATION FROM ATTACHMENTS TO DECLARATION; REVIEW AND CONFIRM EXHIBITS TO DECLARATIONS. | 1.20 |
| 04/16/04 TB | CONTINUE PREPARING MOTION FOR SUMMARY JUDGMENT ON UBERRIMAE FIDEI. | 1.40 |
| 04/19/04 VW | CONFER WITH C. NICOLL REGARDING THE STATUS OF THE SUMMARY JUDGMENT MOTION PREPARATION AND PLAN TO ANSWER TOTEM'S FIRST SET OF INTERROGATORIES | .20 |
| 04/19/04 TB | REVIEW TOTEM DISCOVERY TO OTHER PARTIES. | .20 |
| 04/19/04 TB | REVIEW TOTEM DISCOVERY TO UNDERWRITERS. | .30 |
| 04/19/04 TB | CONTINUE DRAFTING MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS FOR C. NICOLL AND C. ELLIOTT. | 1.50 |
| 04/19/04 TB | TELEPHONE CONFERENCE WITH S. SKINNER RE: C. ELLIOTT DECLARATION. | .30 |

*Fees and Costs are due upon receipt of bill*