

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE          Oct 27, 2004        PAGE    6
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/19/04 | TB | REVIEW TOTEM ANSWERS TO THIRD-PARTY CLAIMS. | .20 |
| 04/20/04 | R A | LETTER TO BROKER AND IOC CHRIS NICOLL | .50 |
| 04/21/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: STATUS OF MOTION FOR SUMMARY JUDGMENT; REVIEW TOTEM MOTION TO SEVER AND STAY; BEGIN PREPARING RESPONSES TO TOTEM INTERROGATORIES TO UNDERWRITERS. | 1.80 |
| 04/23/04 | C N | REVIEW EMAIL FROM LANE POWELL RE RECENT FILINGS; REVIEW LETTER FROM COUNSEL FOR INLET; REVIEW DRAFT MOTION FOR SUMMARY JUDGMENT AND REVISE SAME; REVIEW EMAIL FROM T. BORCHERS. | .70 |
| 04/26/04 | C N | REVIEW CORRESPONDENCE AND PLEADINGS IN ALASKA FEDERAL COURT; ADDRESS ISSUES RELATED TO MOTION FOR SUMMARY JUDGMENT IN FEDERAL COURT. | .80 |
| 04/26/04 | TB | PREPARE UNDERWRITER'S ANSWERS TO TOTEM'S INTERROGATORIES AND REQUESTS FOR PRODUCTION. | .90 |
| 04/28/04 | TB | REVIEW ORDERS FROM STATE COURT IN BETHEL. | .10 |
| 04/29/04 | TB | TELEPHONE CONFERENCE WITH C. NICOLL RE: STATUS OF VARIOUS PROJECTS; REVISE STATE COURT ANSWER AND FORWARD TO B. JAMIESON'S OFFICE FOR FILING; EXCHANGE EMAILS WITH B. JAMIESON RE: STATE COURT ANSWER; SEND EMAIL TO B. JAMIESON CONFIRMING AUTHORITY TO FILE AMENDED COMPLAINT IN FEDERAL ACTION AND ASKING JAMIESON TO PREPARE MOTION FOR LEAVE TO FILE AMENDED ANSWER; REVIEW TOTEM MOTION TO SEVER AND BEING PREPARING JOINDER, INCLUDING CHECK OF YOUELL V. EXXON CASE; SEND EMAIL TO B. JAMIESON RE: HEARING ON MOTION TO SEVER. | ~~1.90~~ 1.30 |

(stamp: 04/14/06 EXCLUDED FROM ATTY FEE INVOICE)

04/14/06
PORTIONS EXCLUDED
FROM ATTY FEE INVOICE

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 61 OF 107



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

**COZEN O'CONNOR**
ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004    PAGE    7
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/30/04 | C N | CONFER WITH T. BORCHERS RE STATUS OF VARIOUS MOTIONS AND OUR RESPONSES TO SAME; RECEIVE AND BRIEFLY REVIEW AMERICAN E & S' TENDER OF DEFENSE AND INDEMNITY; DISCUSS WITH T. BORCHERS. | .70 |
| 05/04/04 | R A | EMAIL TO CHRIS NICOLL | .20 |
| 05/04/04 | TB | REVIEW INLETS MOTION TO STAY FEDERAL COURT ACTION AND INLET'S RESPONSE TO MOTION TO STAY OR SEVER STATE COURT ACTION; EMAIL C. NICOLL AND B. JAMIESON COMMENTS ON MOTIONS | .60 |
| 05/05/04 | TB | TELEPHONE CONFERENCE WITH S. SKINNER RE: ELLIOTT DECLARATION, TELEPHONE CONFERENCE WITH B. JAMIESON RE: MOTION FOR SUMMARY JUDGMENT. | .60 |
| 05/06/04 | TB | REVIEW AND REVISE DRAFT OF MOTION FOR SUMMARY JUDGMENT IN FEDERAL COURT ACTION; TELEPHONE CONFERENCE WITH N. BICKERSTAFF OF LPSL ANCHORAGE RE: TIMING OF FILING AND CONFIRMING RECEIPT OF ELLIOTT DECLARATION; REVIEW AND REVISE NICOLL DECLARATION. | .80 |
| 05/07/04 | C N | REVIEW MULTIPLE PLEADINGS IN STATE AND FEDERAL ACTIONS REGARDING MOTIONS TO STAY AND TO SEVER CERTAIN CLAIMS; RESPONSES TO SAME, ETC.; CONFER WITH T. BORCHERS RE STATUS OF DRAFT MOTION FOR SUMMARY JUDGMENT AND RE RESPONSE AND REPLY BRIEFING; REVIEW LETTER FROM KEN SCHOOLCRAFT, REPRESENTING TOTEM AGENCIES; REVIEW EMAILS REGARDING DISCOVERY RESPONSES; REVIEW MATERIALS CONCERNING TOTEM'S MOTION TO STAY THE STATE ACTION; REVIEW DRAFT SUMMARY JUDGMENT MOTION AND DRAFT DECLARATION; REVISE SAME; REVIEW LETTER FROM S. SKINNER RE AMERICAN E&S; PREPARE LETTER TO TOM MATTHEWS RE NEED FOR A BRIEF EXTENSION; REVISE AND FINALIZE MOTION FOR SUMMARY JUDGMENT; REVISE AND FINALIZE NICOLL | 6.10 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 62 OF 107



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

**COZEN O'CONNOR**
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004      PAGE    8
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

                DECLARATION IN SUPPORT OF MOTION; FORWARD TO
                LANE POWELL FOR FILING AND SERVICE.

05/07/04 TB     TELEPHONE CONFERENCE WITH D. KENNEDY TO PROVIDE                .30
                CORRECTIONS TO MSJ AND NICOLL DECLARATION.

05/10/04 C N    REVIEW PLEADINGS; PREPARE BRIEFS IN SUPPORT OF                5.60
                TOTEM'S REPLY IN RESPONSE TO INLET'S OPPOSITION
                TO MOTION TO SEVER AND STAY IN THE STATE COURT
                ACTION; REVIEW PLEADINGS IN CONNECTION WITH
                MOTION TO VACATE PRETRIAL DATES AND EXCHANGE
                EMAILS REGARDING ATTENDANCE AT ORAL ARGUMENT BY
                PHONE AND RE SCHEDULES; REPLY TO EMAIL FROM B.
                JAMESON; REVIEW AND REPLY TO VARIOUS EMAILS
                FROM N. BIGGERSTAFF; MEET WITH T. BORCHERS RE
                STATUS OF WORK ON RESPONSE IN OPPOSITION TO
                MOTION TO STAY FEDERAL ACTION; RESEARCH RE
                ABSTENTION.

05/10/04 VW     REVIEW LETTER FROM K. SCHOOLCRAFT TO B. JAMISON               .60
                REGARDING REQUEST FOR JACK MICELI'S DOCUMENTS;
                PREPARE J. MICELI DOCUMENTS TO BE PRODUCED TO
                SCHOOLCRAFT; DRAFT LETTER TO K. SCHOOLCRAFT
                REGARDING MICELI DOCUMENTS

05/10/04 TB     REVIEW PENCO JOINDER IN MOTION TO VACATE TRIAL               4.80
                DATE; REVIEW SCHOOLCRAFT LETTER RE: MICELI
                DOCUMENTS AND ARRANGE DELIVERY OF MICELLI
                DOCUMENTS TO BANKSTON OFFICE; REVIEW INLET'S
                MOTION TO STAY FEDERAL COURT ACTION; REVIEW
                UNDERWRITERS' JOINDER IN MOTION TO SEVER STATE
                COURT THIRD-PARTY CLAIMS; CONTINUE PREPARING
                RESPONSES TO TOTEM'S DISCOVERY REQUESTS; REVIEW
                LETTER FROM D. NUDING WITH ATTACHED DOCUMENTS
                FROM UNDERWRITERS' FILES AND INSERT INFORMATION
                IN DRAFT ANSWERS TO TOTEM DISCOVERY REQUESTS;
                TELEPHONE CONFERENCE WITH N. BICKERSTAFF RE:
                ANVIL FILE AND FILING OF JOINDER ON MOTION TO
                SEVER; CONFER IN OFFICE WITH C. NICOLL RE:
                UNDERWRITERS' RESPONSES TO TOTEM DISCOVERY

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 63 OF 107



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE        Oct 27, 2004       PAGE     9
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

|  |  |  |  |
|---|---|---|---|
|  |  | FEDERAL ACTION AND TO SEVER STATE COURT ACTION. |  |
| 05/11/04 | C N | REVIEW EMAILS RE UPCOMING HEARINGS; PREPARE BRIEF IN SUPPORT OF MOTION TO VACATE TRIAL DATE; RESEARCH AND WORK ON BRIEF IN OPPOSITION TO INLET'S MOTION TO STAY FEDERAL ACTION; WORK ON BRIEF IN SUPPORT OF TOTEM'S MOTION TO STAY STATE ACTION; RESEARCH ABSTENTION DOCTRINE AND WAIVER; CONTINUED DRAFTING; EMAILS WITH N. BIGGERSTAFF. | 6.10 |
| 05/11/04 | VW | WORK ON PLAINTIFF'S INITIAL DISCLOSURE BY IDENTIFYING AND LOCATING ADDRESS FOR ALL POTENTIAL WITNESSES LISTED AND UPDATE PLEADING WITH INFORMATION | 1.30 |
| 05/11/04 | TB | OFFICE CONFERENCE WITH V. WU RE: INLETS RESPONSES TO TOTEM DISCOVERY REQUESTS; REVIEW BANKSTON PLEADING FILE IN ANVIL CASE. | .30 |
| 05/12/04 | R A | IOC WITH C. NICOLL RE STATUS | .30 |
| 05/12/04 | C N | REVIEW EMAILS RE SCHEDULING CONFERENCE IN STATE COURT; CONTINUED RESEARCH AND DRAFTING RE ABSTENTION DOCTRINE. | 1.40 |
| 05/13/04 | C N | REVIEW EMAILS FROM V. WU AND T. BORCHERS RE DISCOVERY AND INITIAL DISCLOSURES. | .20 |
| 05/13/04 | VW | REVIEW FILE TO LOCATE ADDRESSES FOR FORMER INLET EMPLOYEES TO UPDATE PLAINTIFF'S INITIAL DISCLOSURES; FURTHER REVISE PLAINTIFF'S INITIAL DISCLOSURES | .40 |
| 05/13/04 | TB | TELEPHONE CONFERENCE WITH B. AMBERIAN OF LPSL RE: INITIAL DISCLOSURES, SEND V. WU ADDITIONAL INFORMATION FOR INITIAL DISCLOSURES. | .20 |
| 05/14/04 | R A | IOC C. NICOLL | .20 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 64 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

**COZEN O'CONNOR**
ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Oct 27, 2004     PAGE  10
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/14/04 | C N | REVIEW INITIAL DISCLOSURES AND REVISE SAME; CONFER WITH T. BORCHERS. | .80 |
| 05/14/04 | VW | REVIEW EMAIL FROM T. BORCHERS REGARDING ADDITIONAL ADDRESS INFORMATION FOR WITNESSES IN INITIAL DISCLOSURE AND UPDATE PLAINTIFF'S INITIAL DISCLOSURE | .30 |
| 05/14/04 | TB | CONTINUE RESEARCH ON TIMING FOR FILING MOTION TO ABSTAIN FROM JURISDICTION PER BRILLHART/WILTON; OFFICE CONFERENCE WITH C. NICOLL RE: RESEARCH RESULTS; CONTINUE PREPARING INITIAL DISCLOSURES. | 5.30 |
| 05/17/04 | C N | REVIEW EMAILS RE DISCOVERY AND MOTIONS IN STATE COURT; REPLY TO SAME REGARDING STRATEGY SURROUNDING MOTION TO CONSOLIDATE IN BETHEL STATE COURT; REVIEW PLEADINGS RE NEW STATE COURT ACTION; EMAILS RE CONFERENCE CALL. | 1.20 |
| 05/17/04 | VW | REVIEW EMAILS BETWEEN COUNSEL REGARDING PLAINTIFF'S INITIAL DISCLOSURE AND INTERROGATORY RESPONSES; BEGIN TO ORGANIZE AND PREPARE DOCUMENTS RECEIVED FROM ROPNER INSURANCE SERVICES IN PREPARATION FOR PRODUCTION AS RESPONSE TO INTERROGATORIES | 2.30 |
| 05/17/04 | TB | CONFER WITH V. WU RE: DOCUMENTS NEEDED FOR BATES NUMBERING IN RESPONSE TO TOTEM REQUESTS; REVIEW FILE AND IDENTIFY RESPONSIVE DOCUMENTS IN FILE; TELEPHONE CONFERENCE WITH B. STIBITZ RE: ANVIL 2 CASE AND STATUS OF DOCUMENT PRODUCTIONS; ORGANIZE DOCUMENTS TO BE PRODUCED AND INSTRUCT V. WU ON PRIVILEGE AND DOCUMENT LOGS; REVIEW MOTION TO CONSOLIDATE NEW ANVIL 2 CASE IN STATE COURT; REVIEW COMPLAINT IN ANVIL 2. | 1.70 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 65 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004      PAGE   11
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/18/04 | C N | TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT, COUNSEL FOR TOTEM RE REQUEST FOR EXTENSION ON TIME TO RESPOND TO OUR MOTION FOR SUMMARY JUDGMENT IN FEDERAL COURT AND RE OUR POSITION REGARDING ABSTENTION ANALYSIS IN OPPOSITION TO INLET'S MOTION TO STAY FEDERAL PROCEEDING; EMAIL RE SAME; REVIEW EMAIL FROM T. BORCHERS DETAILING RESULTS OF HIS RESEARCH INTO WHETHER THE WILTON/BRILLHART STANDARD SHOULD BE APPLIED OR THE COLORADO RIVER/MOSES CONE STANDARD; RECEIVE AND REVIEW TOTEM AGENCY'S DRAFT OPPOSITION DEALING WITH ABSTENTION ISSUES; REVIEW SAME AND FORWARD TO T. BORCHERS WITH COMMENTS; REVIEW EMAIL FROM T. BORCHERS WITH REACTION TO TOTEM PROPOSAL AND SUGGESTING ALTERNATIVES; REPLY TO SAME; CONFER WITH T. BORCHERS RE MARITIME CASES THAT ELECT TO APPLY ONE STANDARD OR ANOTHER AND WHY. | 2.60 |
| 05/18/04 | VW | REVIEW DOCUMENTS FROM ROPNER INSURANCE SERVICES AND CREATE PRODUCTION LOG; CREATE PRIVILEGE LOG FOR ROPNER DOCUMENTS NOT TO BE PRODUCED AND REVISE SAME AFTER ATTORNEY REVIEW; DISCUSS PREPARATION OF ALL DOCUMENTS TO BE PRODUCED TO TOTEM IN RESPONSE TO INTERROGATORY WITH T. BORCHERS; BEGIN TO PREPARE AND ORGANIZE DOCUMENTS TO BE PRODUCED TO TOTEM IN RESPONSE TO INTERROGATORIES *stet* | 5.30 |
| 05/18/04 | TB | TELEPHONE CONFERENCE WITH C. NICOLL AND B. JAMIESON [REDACTED]; CONTINUE RESEARCH OF ABSTENTION DOCTRINE AND BEGIN PREPARING INSERT INTO UNDERWRITERS' RESPONSE TO MOTION TO STAY FEDERAL COURT ACTION. | 7.90 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2
PAGE 66 OF 107**

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

# COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004      PAGE   12
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/19/04 | C N | CONFER WITH T. BORCHERS RE ABSTENTION ISSUES AND RESEARCH; EMAIL TO T. BORCHERS PROVIDING GUIDANCE ON HOW TO APPROACH BRIEFING CONTENT AND TONE; REVIEW RESPONSES TO REQUEST FOR PRODUCTION; REVISE SAME AND INCLUDE ADDITIONAL MATERIALS; IDENTIFY CERTAIN DOCUMENTS AS PRIVILEGED; MODIFY OBJECTIONS; EMAILS RE TIMING OF VARIOUS FILINGS; WORK ON MY DECLARATION IN SUPPORT OF OPPOSITION BREIF; TELEPHONE CONFERENCE WITH COUNSEL FOR INLET SEEKING DELAY IN FILING RESPONSE TO MOTION FOR SUMMARY JUDGMENT. | 2.80 |
| 05/19/04 | VW | FINISH ORGANIZING AND PREPARE ALL DOCUMENTS TO BE PRODUCED IN RESPONSE TO TOTEM'S DISCOVERY REQUESTS AND DRAFT DOCUMENT PRODUCTION LOG AND PRIVILEGE LOG; DISCUSS DOCUMENTS TO BE WITHHELD FROM PRODUCTION WITH T. BORCHERS AND C. NICOLL; REMOVE PRIVILEGED DOCUMENTS AND PREPARE THE FINAL SET OF DOCUMENTS TO BE PRODUCED; REVISE INDEX OF ROPNER DOCUMENTS | 5.30 |
| 05/19/04 | TB | CONTINUE PREPARING SEGMENT FOR RESPONSE TO INLET MOTION TO STAY FEDERAL COURT ACTION AND PERFORM FURTHER RESEARCH OF ABSTENTION ISSUE; WORK WITH V. WU TO INSURE CORRECT DOCUMENTS ARE SELECTED FOR PRODUCTION AND BATES NUMBERS; REVIEW DOCUMENTS TO BE PRODUCED AND REVISE PRIVILEGE LOG; CONFER WITH C. NICOLL RE: UNDERWRITERS DRAFT RESPONSES TO TOTEM'S INTERROGATORIES AND REQUESTS FOR PRODUCTION AND UNDERWRITERS' INITIAL DISCLOSURES; REVISE DISCOVERY RESPONSES AND DISCLOSURES AND ARRANGE SERVICE; PREPARE LETTER TO D. NUDING RE: VERIFICATION OF INTERROGATORIES. | 9.20 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 67 OF 107



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

**COZEN O'CONNOR ATTORNEYS**

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004      PAGE   13
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/20/04 | C N | WORK ON OPPOSITION TO INLET'S MOTION TO STAY FEDERAL PROCEEDINGS BY REFINING ARGUMENT ABOUT APPLICATION OF FEDERAL MARITIME LAW AND ADDING EXACT REFERENCES TO FACTS SURROUNDING DECISION TO FILE IN FEDERAL COURT; COMMENCE DRAFT DECLARATION TO FILE IN SUPPORT OF OPPOSITION; EMAIL DRAFTS TO N. BIGGERSTAFF IN ANCHORAGE FOR FORMATTING AND TO ASSIST IN GETTING READY FOR FILING TOMORROW; TELEPHONE CONFERENCE WITH COUNSEL FOR INLET RE INLET'S REQUEST FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT PREMISED ON NEED TO CONDUCT ADDITIONAL DISCOVERY; ARRANGE TO SEND INLET'S COPIES OF RESPONSES TO TOTEM DISCOVERY VIA FEDEX; CONFER WITH B. JAMIESON RE LOCAL ISSUES RELATED TO AGREEING WITH REQUESTS FOR EXTENSIONS, ETC. | 2.50 |
| 05/20/04 | VW | PREPARE EXHIBITS TO DECLARATION OF CHRIS NICOLL IN SUPPORT OF RESPONSE TO MOTION TO STAY | .40 |
| 05/20/04 | TB | CONTINUE PREPARING RESPONSE TO MOTION TO STAY FEDERAL COURT ACTION AND SUPPORTING DECLARATION OF C. NICOLL; CONTINUE RESEARCH ON ABSTENTION ISSUES; PREPARE EXHIBITS FOR DECLARATION AND ARRANGE DELIVERY TO ANCHORAGE; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT RE: COMPLETENESS OF UNDERWRITERS RESPONSES TO TOTEM REQUESTS FOR PRODUCTION; TELEPHONE CONFERENCE WITH N. BIGGERSTAFF RE: FILING OF MOTION TO STAY. | 7.60 |
| 05/21/04 | C N | FURTHER REVISIONS TO RESPONSE IN OPPOSITION TO MOTION FOR STAY IN FEDERAL COURT; REVIEW CASES; CONFER WITH T. BORCHERS RE ARGUMENTS; REVIEW FILES AND CORRESPONDENCE AND PREPARE DECLARATION IN SUPPORT OF OPPOSITION TO MOTION | 4.30 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 68 OF 107**



| PHILADELPHIA | | | NEWARK |
| ATLANTA | | EIN 23-1732832 | NEW YORK |
| CHARLOTTE | | | SAN DIEGO |
| CHERRY HILL | **COZEN** | | SAN FRANCISCO |
| CHICAGO | | | SEATTLE |
| DALLAS | **O'CONNOR** | | TRENTON |
| DENVER | ATTORNEYS | | WASHINGTON, DC |
| LAS VEGAS | | | WEST CONSHOHOCKEN |
| LONDON | | | WICHITA |
| LOS ANGELES | | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE       Oct 27, 2004      PAGE   14
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

|  |  |  |
|---|---|---|
|  | FOR STAY; REVIEW AND FINALIZE MOTION PAPERS AND SEND SAME TO ALASKA COUNSEL; TELEPHONE CONFERENCES WITH N. BIGGERSTAFF RE FILING; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT, TOTEM'S COUNSEL RE EXTENSION ON SUMMARY JUDGMENT RESPONSE; TELEPHONE CONFERENCE WITH COUNSEL FOR INLET RE SAME; TELEPHONE CONFERENCE WITH B. JAMIESON RE SAME; SIGN AND SEND REVISED DECLARATION. |  |
| 05/21/04 TB | CONFER WITH C. NICOLL RE: RESPONSE TO MOTION TO STAY FEDERAL COURT ACTION AND SUPPORTING NICOLL DECLARATION; REVIEW AND COMPLETE FINAL DRAFTS OF PLEADINGS AND ARRANGE SERVICE VIA ANCHORAGE; CORRECT AND SUBMIT FINAL COPIES OF NICOLL DECLARATION; CONFER WITH C. NICOLL RE: RESPONSE TO MOTION TO CONSOLIDATE TWO ANVIL ACTIONS IN STATE COURT; PREPARE RESPONSE TO MOTION TO CONSOLIDATE; REVIEW LETTER FROM K. SCHOOLCRAFT RE: UNDERWRITERS DOCUMENT PRODUCTION. | 7.60  5.60  04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE |
| 05/24/04 C N | REVIEW VARIOUS PLEADINGS FILED IN FEDERAL COURT; REVIEW AND REVISE NON-OPPOSITION TO STATE MOTION TO CONSOLIDATE; TELEPHONE CONFERENCE WITH S. SKINNER RE AMERICAN E&S REQUEST FOR INDEMNITY; REVIEW CASES ON LIABILITY OF AGENT FOR DISCLOSED PRINCIPAL AND ON DUTY OF PRINCIPAL TO INDEMNIFY AGENT IN ABSENCE OF CONTRACTUAL OBLIGATION TO DO SO; COMMENCE LETTER TO CLIENTS RE SAME. | 2.40  04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 05/24/04 VW | REVIEW LETTER FROM KEN SCHOOLCRAFT REGARDING SUPPLEMENTAL DOCUMENTS AND AMENDED INTERROGATORY ANSWERS REQUESTED; DISCUSS AMENDING INTERROGATORY RESPONSE WITH T. BORCHERS AND C. NICOLL; DRAFT EMAIL TO T. BORCHERS WITH SUGGESTED AMENDED RESPONSES | .80 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 69 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE        Oct 27, 2004         PAGE    15
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/24/04 | TB | REVIEW LETTER FROM K. SCHOOLCRAFT; CONFER WITH C. NICOLL AND V. WU RE: SUPPLEMENTING DISCOVERY RESPONSES; CONFER WITH C. NICOLL RE: RESPONDING TO CONSOLIDATION MOTION IN STATE COURT; REVIEW NICOLL DRAFT OF RESPONSE AND ARRANGE FILING IN BETHEL; REVIEW TOTEM RESPONSE TO MOTION TO STAY FEDERAL COURT ACTION; REVIEW TOTEM MOTION FOR ADDITIONAL TIME; REVIEW INLET'S SUPPLEMENTAL INITIAL DISCLOSURES; BEGIN PREPARING RESPONSE TO TOTEM MOTION FOR ADDITIONAL TIME; EMAIL K. SCHOOLCRAFT RE: QUESTIONS IN UNDERWRITERS DOCUMENT PRODUCTION; PREPARE EMAIL TO D. NUDING RE: DOCUMENT PRODUCTION. | 6.50 |
| 05/25/04 | C N | REVIEW INDEMNITY REQUEST; RESEARCH SAME BY REVIEWING BINDING AUTHORITY AGREEMENT; RESEARCH WASHINGTON LAW ON IMPLIED INDEMNITY; RESEARCH WASHINGTON LAW ON LIABILITY OF AGENT ACTING FOR A DISCLOSED PRINCIPAL; PREPARE EMAIL CORRESPONDENCE TO L. WILTON ADDRESSING THE INDEMNITY ISSUES; TELEPHONE CONFERENCES WITH B. JAMIESON RE COURT ACTIVITY AND PLEADINGS FILED IN ALASKA BUT NOT SENT TO SEATTLE; REVIEW SAME; REVIEW AND RESPOND TO EMAIL FROM B. JAMIESON; EMAIL TO T. BORCHERS RE ANSWERING COUNTERCLAIM IN FEDERAL ACTION. | 4.20 |
| 05/25/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: TOTEM'S MOTION FOR ADDITIONAL TIME AND APPARENT ORDER GRANTING MOTION. | .40 |
| 05/25/04 | TB | PREPARE ANSWER TO INLET FISHERIES COUNTERCLAIM IN FEDERAL COURT. | .80 |

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 70 OF 107



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE     Oct 27, 2004     PAGE   16
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/26/04 | C N | FINALIZE AND SEND ANALYSIS OF INDEMNITY REQUEST; REVIEW THIRD PARTY COMPLAINTS AND DRAFT ANSWERS TO INLET AND IFP; REVIEW EMAILS FROM B. JAMIESON RE SAME; FINALIZE ANSWERS AND SEND TO COUNSEL IN ALASKA FOR FILING; REVIEW EMAILS RE COURT DECISION TO SHORTEN TIME AND GRANT EXTENSION WITHOUT WAITING FOR A RESPONSE; RECEIVE AND REVIEW ADDITIONAL PLEADINGS FORWARDED VIA EMAIL. | 2.10 ~~3.10~~ |
| 05/26/04 | VW | REVIEW EMAILS REGARDING PREPARATION OF UNDERWRITER'S ANSWER TO COUNTERCLAIM | .20 |
| 05/26/04 | TB | CONFER WITH C. NICOLL RE: ANSWER TO FEDERAL COURT COUNTERCLAIM BY INLET FISHERIES; REVISE ANSWER AND ARRANGE FILING; PREPARE ANSWER TO FEDERAL COURT COUNTERCLAIM BY INLET FISH PRODUCERS; ARRANGE FILING OF ANSWER TO IFO; CONFER WITH B. JAMIESON RE: TIME TO FILE ANSWERS; REVIEW INLET MOTION FOR ADDITIONAL TIME TO ANSWER UNDERWRITER'S MSJ; REVIEW COURT ORDERS GRANTING TIME TO RESPOND TO MSH; REVIEW TOTEM MOTION FOR ADDITIONAL TIME; REVIEW TOTEM RESPONSE TO INLET MOTION TO STAY; PREPARE LETTER TO D. NUDING RE: TOTEM QUESTIONS ABOUT PRODUCTION. | 6.80 |
| 05/27/04 | R A | REVIEW REPORT TO CLIENT; NOTE TO C. NICOLL | .30 |
| 05/27/04 | C N | REVISE ANSWER TO THIRD PARTY COMPLAINT; REVIEW DOCUMENTS PRODUCED BY TOTEM; EMAIL RE INLET'S RECEIPT OF CERTAIN DOCUMENTS WITHOUT KNOWLEDGE OF WHAT THEY RELATE TO; REPLY TO SAME. | 1.20 |
| 05/27/04 | VW | REVIEW EMAIL FROM BANKSTON'S OFFICE RE: QUESTION CONCERNING ATTACHMENT DOCUMENTS | .20 |

04/14/06
PORTIONS EXCLUDED
FROM ATTY FEE INVOICE

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2
PAGE 71 OF 107**



```
PHILADELPHIA                                    EIN 23-1732832        NEWARK
ATLANTA                                                               NEW YORK
CHARLOTTE                                                             SAN DIEGO
CHERRY HILL                  COZEN                                    SAN FRANCISCO
CHICAGO                     _____                                  SEATTLE
DALLAS                     O'CONNOR                                   TRENTON
DENVER                     ATTORNEYS                                  WASHINGTON, DC
LAS VEGAS                                                             WEST CONSHOHOCKEN
LONDON                                                                WICHITA
LOS ANGELES                                                           WILMINGTON
```

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004      PAGE  17
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/27/04 | TB | EXCHANGE EMAILS WITH C. NICOLL AND B. JAMIESON RE: CHANGES TO UNDERWRITERS' ANSWER TO IFP'S COUNTERCLAIM. | .20 |
| 05/28/04 | C N | REVIEW VARIOUS EMAILS CONCERNING SERVICE OF PAPERS AND DELAYS IN RECEIVING FILINGS FROM COUNSEL FOR INLET; EMAILS WITH INLET'S COUNSEL'S LEGAL ASSISTANT; REPLY TO SAME; REVIEW FAXED COPIES OF MOTION TO SHORTEN TIME AND FOR AN EXTENSION AND CONFIRM THAT PLEADINGS WERE NOT EVEN FAXED TO US UNTIL AFTER THE COURT HAD RULED; EMAIL TO BANKSTON FIRM ASKING TO SPEAK BY TELEPHONE TO RESOLVE SERVICE AND NOTICE ISSUES. | 1.50 |
| 06/01/04 | TB | CONTINUE PREPARING SUPPLEMENTAL ANSWERS TO INLET DISCOVERY RESPONSES. | .50 |
| 06/02/04 | TB | REVIEW INLET'S MOTION FOR CLARIFICATION OF DATES FOR FILING PLEADING; SEND EMAIL TO B. JAMISON RE: UNDERWRITER'S RESPONSE TO MOTION; CONTINUE PREPARING REVISIONS TO UNDERWRITERS DISCOVERY RESPONSES; SEND LETTER TO D. NUDING RE: ADDITIONAL DOCUMENTS; REVIEW ROPNER PRODUCTION TO CONFIRM DOCUMENTS PRODUCED FROM UNDERWRITER VIS A VIS BROKER. | 1.60 |
| 06/04/04 | R A | TELEPHONE K. WILTON AND NOTE TO FILE | .30 |
| 06/04/04 | TB | REVIEW ORDER GRANTING CONSOLIDATION. | .20 |
| 06/04/04 | TB | EXCHANGE EMAILS WITH C. NICOLL RE: CONSOLIDATION. | .10 |
| 06/04/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND OUR LIKELY REPLY. | .20 |
| 06/05/04 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL | .40 |

Annotation: 04/14/06 EXCLUDED FROM ATTY FEE INVOICE → (pointing to the two 06/04/04 TB entries with .20 and .10)

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 72 OF 107**



PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
DENVER  
LAS VEGAS  
LONDON  
LOS ANGELES  

**COZEN O'CONNOR**  
ATTORNEYS  

EIN 23-1732832

NEWARK  
NEW YORK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
TRENTON  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WICHITA  
WILMINGTON  

A PROFESSIONAL CORPORATION  
SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004       PAGE   18
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/07/04 | TB | REVIEW AMERICAN E&S DOCUMENT PRODUCTION AND DISCOVERY RESPONSES; REVIEW INLET'S REPLY ON INLET'S MOTION TO STAY FEDERAL COURT ACTION; REVIEW UNDERWRITERS NON-OPPOSITION TO MOTION FOR MORE TIME. | 1.60 |
| 06/08/04 | TB | PREPARE UNDERWRITER'S ANSWER TO INLET'S THIRD-PARTY CLAIM IN ANTONE ANVIL STATE COURT ACTION; TELEPHONE CONFERENCE N. BIGGERSTAFF RE: UNDERWRITERS' ANSWERS TO DIFFERENT THIRD-PARTY CLAIMS; REVIEW VOICE MAIL FROM C. NICOLL RE: HARMONIZING ANSWER TO THIRD-PARTY CLAIMS. | 1.60 |
| 06/09/04 | TB | EXCHANGE EMAILS WITH N. BIGGERSTAFF RE: APPEARANCES BY COZEN LAWYERS IN ANTONE ANVIL SUIT. | .20 [04/14/06 EXCLUDED FROM ATTY FEE INVOICE] |
| 06/10/04 | R A | CONFERENCE WITH C. NICOLL RE STATUS AND DEFENCE OF THE SEATTLE BROKER | .50 |
| 06/10/04 | C N | REVIEW AND REPLY TO EMAILS RE FILINGS; REVIEW PLEADINGS FILED IN MATTERS OVER THE LAST WEEK; CONFER WITH T. BORCHERS. | 1.10 |
| 06/10/04 | TB | REVIEW ORDER GRANTING CONSOLIDATION. | .20 [04/14/06 EXCLUDED FROM ATTY FEE INVOICE] |
| 06/10/04 | TB | EXCHANGE EMAILS WITH C. NICOLL RE: CONSOLIDATION. | .10 |
| 06/10/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: RESPONSE TO MOTION FOR SUMMARY JUDGMENT AND OUR LIKELY REPLY. | .20 |
| 06/11/04 | R A | IOC C. NICOLL RE JURISDICTION/VENUE ISSUES | .40 |



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

**COZEN O'CONNOR ATTORNEYS**

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE       Oct 27, 2004        PAGE   19
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/11/04 | C N | REVIEW EMAIL FROM R. ALLEN RE RESPONSE TO AMERICAN E & S REQUEST FOR INDEMNITY; CONFER WITH R. ALLEN RE SAME; TELEPHONE CONFERENCE WITH S. SKINNER VERBALLY RELAYING DETERMINATION OF UNDERWRITERS; CONFER WITH T. BORCHERS RE ASSIGNMENT TO DRAFT REPORT TO CLIENTS AND STATUS OF VARIOUS MOTIONS. | 1.20 |
| 06/14/04 | R A | IOC C. NICOLL RE STATUS OF MOTION TO TRANSFER TO ALASKA STATE COURT | .30 |
| 06/14/04 | C N | MEET WITH R. ALLEN TO UPDATE RE STATUS AND CASE HANDLING ISSUES. | .30 |
| 06/15/04 | C N | REVIEW RESPONSE TO MOTION FOR SUMMARY JUDGMENT FILED BY INLET; REVIEW MOTIONS FOR CONTINUANCE UNDER FRCP 56(F); EMAIL TO N. BICKERSTAFF RE DUE DATE FOR REPLY; CONFER WITH T. BORCHERS RE ASSIGNMENTS. | 1.40 |
| 06/15/04 | TB | OUTLINE RESPONSE TO TOTEM MOTION FOR MORE TIME PER RULE 56(F). | .90 |
| 06/15/04 | TB | CONTINUE PREPARING REPLY BRIEF ON SUMMARY JUDGMENT MOTION WITH ADDITIONAL REVIEW OF CASES CITED BY INLET. | 3.80 |
| 06/15/04 | TB | CONFER WITH C. NICOLL RE: UNDERWRITERS REPLY BRIEF ON MOTION FOR SUMMARY JUDGMENT. | .30 |
| 06/16/04 | VW | TELEPHONE CALL FROM JOAN AT BILL BANKSTON'S OFFICE REGARDING PRIVILEGED ROPNER DOCUMENTS; LOCATE PRIVILEGED ROPNER DOCUMENTS REQUESTED BY BANKSTON AND DISCUSS SAME WITH T. BORCHERS; RETURN TELEPHONE CALL TO JOAN ANDERSON REGARDING REDACTED DOCUMENTS TO BE PRODUCED | .50 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 74 OF 107**



PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
DENVER  
LAS VEGAS  
LONDON  
LOS ANGELES  

**COZEN O'CONNOR**  
ATTORNEYS  

EIN 23-1732832  

NEWARK  
NEW YORK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
TRENTON  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WICHITA  
WILMINGTON  

A PROFESSIONAL CORPORATION  
SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com  

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004        PAGE   20  
FILE NUMBER: 129181.000  
INVOICE NO.: 420657  

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/16/04 | TB | REVIEW TOTEM ANSWER TO INLET THIRD-PARTY COMPLAINT; CONTINUE PREPARING REPLY FOR UNDERWRITERS MSJ INCLUDING CHECKING CASES CITED BY INLET; OFFICE CONFERENCE WITH V. WU RE: REQUEST BY INLET TO WITHDRAW PRIVILEGE FROM CERTAIN DOCUMENTS; REVIEW DOCUMENTS AND REDACT FOR PRIVILEGE; PREPARE LETTER TO B. SETZLER RE: PRIVILEGE CLAIMS; LEAVE VOICE MESSAGE FOR SETLZER RE: INLET'S DOCUMENT PRODUCTION. | 6.30 |
| 06/17/04 | VW | REVIEW LETTER TO BRIAN STIBITZ REGARDING ADDITONAL PRODUCTION OF PREVIOUSLY WITHHELD DOCUMENTS AND PREPARE TO AMEND THE PRIVILEGE LOG | .20 |
| 06/17/04 | TB | CONTINUE PREPARING UNDERWRITER'S REPLY ON SUMMARY JUDGMENT MOTION AND CONDUCT ADDITION RESEARCH INTO CASES CITED BY INLET. | 4.10 |
| 06/18/04 | R A | MEMO TO C. NICOLL RE STATUS | .30 |
| 06/18/04 | VW | AMEND THE PRIVILEGE LOG FOR ROPNER DOCUMENTS AND DOCUMENT INDEX AFTER RECENT ADDITIONAL PRODUCTION | .40 |
| 06/20/04 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL RE STATUS | .20 |
| 06/20/04 | TB | COMPLETE DRAFT OF REPLY ON MOTION FOR SUMMARY JUDGMENT AND CONDUCT ADDITIONAL RESEARCH ON NEED FOR APPLICATION IN UBERRIMAE FIDEI SITUATION. | 4.90 |
| 06/21/04 | TB | COMPLETE WORK ON REPLY BRIEF AND FORWARD DRAFT TO C. NICOLL; BEGIN RESEARCHING CASES CITED BY TOTEM IN RULE 56(F) MOTION; EXCHANGE EMAILS WITH N. BIGGERSTAFF RE: INLET FISHERIES PRODUCTION. | 1.60 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**  
**PAGE 75 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

## COZEN O'CONNOR ATTORNEYS

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004    PAGE   21
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/22/04 | TB | BEGIN PREPARING RESPONSE TO TOTEM RULE 56(F) MOTION; EXCHANGE EMAIL WITH N. BIGGERSTAFF RE: DUE DATES FOR MOTIONS; REVIEW TOTEM'S SUPPLEMENTAL DISCOVERY TO UNDERWRITERS. | 1.60 |
| 06/23/04 | C N | REVIEW INLET'S MOTION FOR SUMMARY JUDGMENT BASED UPON AMBIGUITY; REVIEW CASES RE SAME; EMAIL TO T. BORCHERS REQUESTING QUOTE FOR STATEMENT IN SUPPORT OF THE POLICY RATIONALE UNDERLYING DOCTRINE OF UTMOST GOOD FAITH; REVIEW CASES CITED BY INLET AND CASAES UPON WHICH THOSE CASES RELY; REVISE AND CONTINUE DRAFTING RESPONSE IN OPPOSITION. | 4.20 |
| 06/23/04 | TB | CONTINUE PREPARING RESPONSE ON RULE 56(F) MOTION. | 1.80 |
| 06/23/04 | TB | REVIEW TOTEM'S SECOND DISCOVERY REQUESTS TO AMERICAN E&S. | .10 |
| 06/23/04 | TB | PREPARE LETTER TO D. NUDING RE: TOTEM'S SUPPLEMENTAL DISCOVERY REQUESTS. | .20 |
| 06/23/04 | TB | REVIEW TOTEM SECOND REQUESTS FOR PRODUCTION AND INTERROGATORIES TO UNDERWRITERS. | .20 |
| 06/23/04 | TB | EMAIL R. DAWES RE: PRODUCTION OF DOCUMENTS FROM UNDERWRITERS. | .20 |
| 06/24/04 | C N | WORK ON RESEARCH INTO WHETHER RULE AGAINST AMBIGUITIES IN INSURANCE POLICIES HAS EVER BEEN APPLIED TO INSURANCE APPLICATION FORMS SUCH THAT DUTY OF UBERRIMAE FIDEI HAS BEEN REDUCED BASED UPON ALLEGEDLY AMBIGUOUS APPLICATION INQUIRIES; REVIEW DRAFT REPLY BRIEF. | 2.10 |
| 06/24/04 | TB | CONTINUE WORK ON RULE 56(F) RESPONSE AND REPLY ON MOTION FOR SUMMARY JUDGMENT. | 3.20 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 76 OF 107



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR ATTORNEYS**

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004      PAGE  22
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/25/04 | C N | REVISE DRAFT REPLY BRIEF; KEYCITE CASES CITED BY INLET; REVIEW CASES CITED IN SD FLA DECISION; FURTHER REVISE REPLY; CONFER WITH T. BORCHERS RE NEED FOR ADDITIONAL FACTUAL SUPPORT; DRAFT PARAGRAPH EXPLAINING PRACTICAL AND HISTORIC UNDERPINNING OF UTMOST GOOD FAITH RULE; REVIEW EMAILS FROM T. BORCHERS AND MODIFY REPLY TO INSERT MATERIALS PROVIDED; REVIEW DRAFT DECLARATION; REVISE AND SIGN SAME; REVIEW LATEST RE-DRAFT; FINALIZE, SIGN AND FILE; CONFER WITH T. BORCHERS RE SCHEDULE FOR AND APPROACH TO ADDRESSING MOTIONS CROSS MOTION FOR SUMMARY JUDGMENT AND MOTION TO CONTINUE UNDER FRCP 56(F). | 7.50 |
| 06/25/04 | VW | ASSIST IN LOCATING DOCUMENTS TO BE USED AS EXHIBITS TO RESPONSE TO SUMMARY JUDGMENT | .30 |
| 06/25/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: FINAL CHANGES TO UNDERWRITERS REPLY ON SUMMARY JUDGMENT MOTION; CONDUCT FINAL RESEARCH AND ARRANGE SERVICE OF REPLY BRIEF; PREPARE COVER LETTER FOR DISTRIBUTION OF REVISED PRIVILEGE LOG. | 5.80 |
| 06/28/04 | TB | CONTINUE PREPARING RESPONSES TO MOTIONS FOR CONTINUANCE AND FOR SUMMARY JUDGMENT ON AMBIGUITY. | 4.70 |
| 06/29/04 | TB | CONTINUE PREPARING RESPONSES TO MOTION FOR FILE 56(F) CONTINUANCE AND SUMMARY JUDGMENT ON AMBIGUITY; IDENTIFY POTENTIAL EXHIBITS FOR POTENTIAL DECLARATION IN SUPPORT OF RESPONSES; REVIEW DOCUMENTS TO CONFIRM WHETHER TOTEM KNEW ABOUT HARVESTER BARGE SPILL IN 2000; OFFICE CONFERENCE WITH H. BAXTER RE: RESEARCH ON UBERRIMAE FIDEI; TELEPHONE CONFERENCE WITH N. BIGGERSTAFF RE: FILING OF RESPONSES PRIOR TO HOLIDAY WEEKEND; REVIEW ORDER GRANTING | 4.90 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 77 OF 107**



| PHILADELPHIA | | EIN 23-1732832 | NEWARK |
| ATLANTA | | | NEW YORK |
| CHARLOTTE | **COZEN** | | SAN DIEGO |
| CHERRY HILL | | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | | SEATTLE |
| DALLAS | ATTORNEYS | | TRENTON |
| DENVER | | | WASHINGTON, DC |
| LAS VEGAS | | | WEST CONSHOHOCKEN |
| LONDON | | | WICHITA |
| LOS ANGELES | | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200  WASHINGTON MUTUAL TOWER  1201 THIRD AVENUE  SEATTLE, WA 98101-3071
206.340.1000  800.423.1950  206.621.8783 FAX  www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004    PAGE   23
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

|  |  |  |  |
|---|---|---|---|
| | | EXTENSION FOR FILING OF REPLY BRIEF. | |
| 06/29/04 | HB | MEETING WITH TIM BORCHERS TO DISCUSS NEW ASSIGNMENT PROJECT, THE NARROW ISSUE TO RESEARCH, UBERRIMAE FIDEI IN MARITIME LAW | .50 |
| 06/29/04 | HB | RESEARCH; READING UBERRIMEA FIDEI IN SECONDARY SOURCES | .60 |
| 06/30/04 | TB | TELEPHONE CONFERENCE WITH RAWLEY DAWE CONTINUE PREPARING RESPONSES TO RULE 56(F) MOTIONS FOR CONTINUANCES AND MOTION FOR SUMMARY JUDGMENT ON AMBIGUITY; OFFICE CONFERENCE WITH H. BAXTER RE: RESEARCH ON RELEVANT OF APPLICATION IN UTMOST GOOD FAITH STANDARD FOR AMBIGUITY MSJ; REVIEW BAXTER RESEARCH MEMO. | 5.20 |
| 06/30/04 | HB | RESEARCH AND WRITING OF MEMO ON UBERRIMAE FIDEI ISSUE | 6.50 |
| 06/30/04 | HB | MEETING WITH TIM BORCHERS TO DISCUSS RESEARCH ON UBERRIMAE FIDEI | .20 |
| 07/01/04 | TB | CONTINUE REVISIONS TO RESPONSE TO RULE 56(F) MOTIONS AND AMBIGUITY MOTION FOR SUMMARY JUDGMENT; PREPARE DRAFT OF REPORT LETTER TO CLIENT; REVIEW K. SCHOOLCRAFT LETTER RE: DISCOVERY STATUS. | 3.90 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 78 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200  WASHINGTON MUTUAL TOWER  1201 THIRD AVENUE  SEATTLE, WA 98101-3071
206.340.1000  800.423.1950  206.621.8783 FAX  www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE   Oct 27, 2004    PAGE 24
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/02/04 | C N | REVIEW AND REVISE DRAFT REPLY BRIEFS IN CONNECTION WITH MOTION FOR SUMMARY JUDGMENT IN U.S. DISTRICT COURT ON ISSUES OF AMBIGUITY AND MOTION FOR CONTINUANCE; REVIEW EMAILS IN CONNECTION WITH SAME; REVIEW AND REVISE DECLARATIONS AND ATTACHMENTS; FINALIZE SAME AND CONFER WITH T. BORCHERS RE: SENDING COMPLETE BRIEFS AND ATTACHMENTS UP TO ANCHORAGE FOR FILING. | 2.80 |
| 07/02/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: DRAFTS OF RESPONSES TO RULE 56(F) MOTIONS AND AMBIGUITY SUMMARY JUDGMENT MOTION; PERFORM ADDITIONAL RESEARCH ON SUBJECTIVE/OBJECTIVE STANDARD FOR UBERRIMAE FIDEI; REVISE DRAFTS AND FORWARD TO N. NUDING WITH ATTACHED BORDEREAU. | 5.80 |
| 07/06/04 | VW | DISCUSS DISCOVERY REQUESTED BY DEFENDANTS WITH C. NICOLL AND T. BORCHERS; BEGIN TO PREPARE ADDITIONAL ROPNER DOCUMENTS TO BE PRODUCED | .60 |
| 07/06/04 | TB | IDENTIFY DOCUMENT PRODUCTION ISSUES FOR UNDERWRITERS; OFFICE CONFERENCE WITH C. NICOLL AND V. WU RE: STATUS OF DISCOVERY; ARRANGE FOR BATES NUMBERING OF ADDITIONAL DOCUMENTS. | .50 |
| 07/07/04 | VW | PREPARE ADDITIONAL ROPNER DOCUMENTS FOR PRODUCTION; UPDATE ROPNER DOCUMENT INDEX | .40 |
| 07/07/04 | TB | PREPARE RESPONSES TO TOTEMS SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION AND FIRST REQUESTS FOR ADMISSION; CONFER WITH C. NICOLL RE: DISCOVERY RESPONSES; SEND EMAIL TO R. DAWE RE: DOCUMENTS REQUESTED FROM ROPNER; CONFER WITH V. WU RE: DOCUMENTS THAT WILL BE SUPPLEMENTED; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT RE: TOTEM'S DISCOVERY REQUESTS; PREPARE LETTER TO K. SCHOOLCRAFT FORWARDING SUPPLEMENTAL DOCUMENT PRODUCTION; TELEPHONE | 3.30 |

*Fees and Costs are due upon receipt of bill*

EXHIBIT 2
PAGE 79 OF 107



| PHILADELPHIA | | EIN 23-1732832 | NEWARK |
| ATLANTA | | | NEW YORK |
| CHARLOTTE | **COZEN** | | SAN DIEGO |
| CHERRY HILL | | | SAN FRANCISCO |
| CHICAGO | **O'CONNOR** | | SEATTLE |
| DALLAS | ATTORNEYS | | TRENTON |
| DENVER | | | WASHINGTON, DC |
| LAS VEGAS | | | WEST CONSHOHOCKEN |
| LONDON | | | WICHITA |
| LOS ANGELES | | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004       PAGE   25
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

CONFERENCE WITH S. SKINNER OFFICE RE:

| 07/08/04 | VW | REVIEW LETTER AND DOCUMENTS FROM S. SKINNER REGARDING ADDITIONAL DOCUMENTS FROM AMERICAN E&S PRODUCED AND DISCUSS WITH COUNSEL REGARDING COMPLETE DOCUMENT DISCOVERY FROM AMERICAN E&S IN PREPARATION TO TAKE OVER DEFENSE | .60 |
|---|---|---|---|
| 07/08/04 | TB | PREPARE SUPPLEMENTAL RESPONSES TO TOTEM'S FIRST REQUESTS FOR PRODUCTION AND INTERROGATORIES; REVISE DRAFT RESPONSES TO TOTEM'S SECOND REQUESTS FOR PRODUCTION AND INTERROGATORIES AND FIRST REQUESTS FOR ADMISSION. | 1.90 |
| 07/09/04 | VW | PREPARE DRAFT LETTER TO K. SCHOOLKRAFT FOR C. NICOLL REGARDING DISCOVERY ISSUES; COMPARE CALENDARS TO ENSURE ALL PLEADING DUE DATES AND HEARINGS HAVE BEEN NOTED | .60 |
| 07/12/04 | C N | TELEPHONE CONFERENCE WITH STEVE SKINNER RE: DEFENSE OF AMERICAN E&S; REVIEW EMAIL REGARDING COURT ORDER REQUIRING AN ANSWER; REVIEW PLEADINGS TO DETERMINE WHICH COMPLAINT REQUIRES AN ANSWER AND CONCLUDE THAT OUR ANSWER IS NOT MISSING. | 1.10 |
| 07/12/04 | VW | REVIEW LATEST REPORT TO CLIENT AND IDENTIFY VARIOUS MOTIONS FILED SINCE LAST REPORT IN PREPARATION TO ATTACH PLEADINGS TO CURRENT REPORT TO CLIENT | .80 |
| 07/13/04 | C N | TELEPHONE CONFERENCE WITH D. NUDING AND ROWLAND DAWE CONCERNING<br><br>DRAFT REPORT LETTER REGARDING DISCOVERY AND OTHER ISSUES. | 3.10 |

*Fees and Costs are due upon receipt of bill*    **EXHIBIT 2**
**PAGE 80 OF 107**