PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 26
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 07/13/04 | VW | GATHERING ALL RECENT MOTIONS PLEADINGS IN THE ANVIL MATTER IN ALASKA STATE COURT AND MATTER IN ALASKA DISTRICT COURT IN PREPARATION TO ATTACH TO STATUS REPORT TO CLIENT; EMAIL TO N. BIGGERSTAFF REGARDING MISSING PLEADINGS IN ANVIL MATTER | .90 |
| 07/13/04 | TB | TELEPHONE CONFERENCE WITH R. DAWE AND D. NUDING RE: | 1.00 |
| 07/14/04 | VW | REVIEW EMAIL FROM N. BIGGERSTAFF REGARDING VARIOUS PLEADINGS FROM THE PLAINTIFF NOT SERVED ON US AND REVIEW PLEADING INDEX TO DETERMINE WHICH ONES ARE MISSING; SEVERAL EMAILS WITH N. BIGGERSTAFF RE: PREPARING FOR HEARING IN THE ANVIL MATTER; REVIEW ALASKA STATE COURT ORDER REGARDING SCHEDULE FOR HEARING ON MOTION TO SEVER/VACATE | 1.50<br>04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 07/15/04 | VW | REVIEW NOTICE OF TELEPHONIC APPEARANCE REGARDING TRIAL SETTING CONFERENCE AND PREPARE ATTORNEY FOR ATTENDANCE; REVIEW EMAIL AND ATTACHED PLEADINGS FROM N. BIGGERSTAFF REGARDING ALL PLEADINGS FROM THE PLAINTIFF IN ANVIL MATTER NOT PREVIOUSLY SERVED ON DEFENSE COUNSEL; PREPARE ADDITIONAL PLEADINGS TO BE FORWARDED TO CLIENT WITH STATUS REPORT | .60<br>04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 07/15/04 | TB | PREPARE FINAL DRAFTS OF UNDERWRITERS ANSWERS TO TOTEMS FIRST AND SECOND INTERROGATORIES AND REQUESTS FOR PRODUCTION AND FIRST REQUESTS FOR ADMISSION. | 1.60 |
| 07/16/04 | VW | EMAILS REGARDING UNDERWRITERS' DISCOVERY RESPONSES TO TOTEM'S REQUESTS | .20 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE · SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 27
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/16/04 | TB | COMPLETE DRAFTS OF DISCOVERY RESPONSES, FORWARD TO C. NICOLL AND DISCUSS DRAFTS WITH HIM; EMAIL B. JAMIESON RE: PLAINTIFF'S OPPOSITION TO MOTION TO SEVER; OFFICE CONFERENCE WITH C. NICOLL RE: PLAINTIFF'S OPPOSITION TO MOTION TO SEVER IN STATE COURT. | 2.60 |
| 07/20/04 | VW | REVIEW MISSING PLEADINGS FROM PLAINTIFF ANVIL SENT BY N. BIGGERSTAFF; PREPARE EMAIL TO N. BIGGERSTAFF REGARDING OTHER MISSING PLEADINGS IN ORDER TO UPDATE OUR FILE; PREPARE TO FINALIZE FIVE SETS OF DISCOVERY RESPONSES TO TOTEM | .70 04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 07/21/04 | LEA | REVIEW, EDIT AND REVISE ANSWERS AND RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION, REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES; CALL C. NICOLL RE OBJECTIONS SET FORTH IN RFPS. | 2.80 |
| 07/22/04 | VW | ASSIST IN PREPARING DECLARATIONS FOR LONDON CLIENTS' SIGNATURES ON UNDERWRITERS' DISCOVERY RESPONSES | .30 |
| 07/26/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: REPORT LETTER TO CLIENTS; REVISE REPORT LETTER; REVIEW REPLIES TO MOTION FOR CONTINUANCE; REVIEW AMERICAN E&S ANSWER. | .70 |
| 07/27/04 | VW | LOCATE AND PREPARE ADDITIONAL RECENTLY FILED RESPONSES/REPLIES TO VARIOUS MOTIONS TO BE ATTACHED TO STATUS REPORT TO CLIENT | .40 |
| 07/27/04 | TB | REVIEW DRAFT REPORT LETTER, REVISE PER FRIDAY DISCUSSION WITH C. NICOLL, REVIEW PROPOSED ATTACHMENTS FOR REPORT LETTER AND REQUEST ADDITIONAL ATTACHMENTS; ARRANGE SENDING OF REPORT LETTER; REVIEW DRAFT LETTER TO S. | 4.80 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 28
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| | | SKINNER RE: ASSUMPTION OF DEFENSE OF AMERICAN E&S AND ARRANGE DELIVERY; REVIEW FAX FROM S. SKINNER ASKING FOR CLARIFICATION IN ASSUMPTION LETTER; LEAVE VOICE MESSAGE FOR C. NICOLL RE: ASSUMPTION LETTER; OFFICE CONFERENCE WITH K. MICHAEL RE: RESEARCH PROJECT AND DRAFT OF MOTION REGARDING AMERICAN E&S MOTION FOR SUMMARY JUDGMENT ON LIABILITY OF DISCLOSED AGENT; REVIEW INLET FISHERIES AND INLET FISH PRODUCERS RESPONSES TO TOTEM'S INTERROGATORIES AND REQUESTS FOR PRODUCTION; REQUEST N. BIGGERSTAFF FORWARD COPIES OF IF AND IFP DOCUMENT PRODUCTIONS; REVIEW AMERICAN E&S ANSWERS TO STATE COURT THIRD-PARTY CLAIMS. | |
| 07/27/04 | KM | SPOKE WITH T. BORCHERS FOR ASSESSMENT AND FACTS; MADE COPIES OF PLEADINGS AND REROUTED ORIGINALS BACK TO T. BORCHERS | .30 |
| 07/28/04 | TB | PREPARE DRAFT OF REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO STAY STATE COURT ACTION; FORWARD TO B. JAMIESON FOR COMMENTS; REVIEW DOCUMENTS PRODUCED BY INLET FISHERIES AND INLET FISH PRODUCERS; OFFICE CONFERENCE WITH V. WU RE: ORGANIZING DOCUMENTS FOR FILE. | 2.10 |
| 07/29/04 | VW | BRIEF REVIEW AND ORGANIZE DOCUMENTS PRODUCED BY INLET FISHERIES | .20 |
| 07/29/04 | TB | REVIEW EMAIL FROM B. JAMIESON RE: CHANGES TO REPLY ON PLAINTIFF RESPONSE TO STATE COURT MOTION TO STAY; REVISE REPLY BRIEF AND FORWARD TO B. JAMIESON OFFICE FOR FORMAT AND FILING; EXCHANGE EMAILS WITH B. JAMIESON RE: THEIR FILING MOTION FOR LEAVE TO FILE REPLY BRIEF; REVIEW LETTER FROM T. MATTHEWS RE: DEPOSITIONS OF UNDERWRITERS; PREPARE RESPONSE LETTER TO T. MATTHEWS. | 2.30 |

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 29
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 07/29/04 | KM | REVIEWED READINGS | .60<br>NO CHARGE |
| 07/30/04 | TB | REVISE UNDERWRITERS DISCOVERY TO INLET; BEING PREPARING MOTION FOR SUMMARY JUDGMENT FOR AMERICAN E&S. | 1.90 |
| 07/30/04 | KM | READ RESTATEMENT 2D AGENCY SECTION 320 AND CASE REFERENCES | .40 |
| 07/30/04 | KM | RESEARCH IN LIBRARY IN DIGESTS AND COUCH; WESTLAW RESEARCH; REVIEW RESULTS | 1.00 |
| 07/30/04 | KM | REVIEW CASES FROM D. COLORADO AND ALASKA AS CITED IN RESTATEMENT | .70 |
| 07/30/04 | KM | KEY CITE APPLETON & CIX FOR POSITIVE CITING REFERENCES AND SKIM CASES | .30 |
| 07/30/04 | KM | READ APPLETON & COX, SCOTT WETZEL SERVICES, AUSTIN AND JENSEN CASES | .60 |
| 07/30/04 | KM | SKIM PLEADINGS; FOCUS ON COUNTERCLAIM | .20 |
| 07/30/04 | KM | CLARIFY ISSUES WITH T. BORCHERS; FEDERAL COURT IN ALASKA | .20 |
| 07/30/04 | KM | REVIEW AND ANALYZE CONT. INS. CO. V. B&R, INC. | .30 |
| 08/02/04 | KM | CONFER WITH T. BORCHERS RE: THIRD-PARTY COMPLAINT AND COPY OF SAME; OUTLINE MEMO AND BEGIN DRAFTING; DRAFT INTRODUCTION AND SECTION ON AMER. A&E AS DISCLOSED AGENT | .20 |
| 08/02/04 | KM | REVISE MEMO AND SECTION ON AMERICAN A&E BEING A DISCLOSED AGENT | 1.30 |
| 08/02/04 | KM | REVISE, EDIT, AND ADD TO NEARLY COMPLETE MEMO | 1.70 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 30
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/02/04 | KM | WORK ON SECTION ON ALASKA LAW CONCERNING LIABILITY OF DISCLOSED AGENTS; ADD TO SECTION PROVING AMER. A&E WAS DISCLOSED | .80 |
| 08/02/04 | KM | DRAFT SECTION ON NO UNAUTHORIZED TORTIOUS ACTS | .70 |
| 08/02/04 | KM | REVISE ORGANIZATION OF DISCLOSED AGENT MEMO; REVISE SECTION ON ALASKA LAW CONCERNING LIABILITY OF DISCLOSED AGENTS; | 1.30 |
| 08/03/04 | TB | REVIEW DRAFT MOTION BY K. MICHAELS FOR SUMMARY JUDGMENT FOR AMERICAN E&S; REVISE MOTION AND PREPARE FACT SECTION FOR MEMO. | 2.50 |
| 08/03/04 | KM | FINISH MOTION FOR SUMMARY JUDGMENT AND DELIVER WITH CASES TO T. BORCHERS; COFER WITH T. BORCHERS RE SAME | .30 |
| 08/04/04 | TB | PREPARE DECLARATION OF C. ELLIOTT IN SUPPORT OF AMERICAN E&S MOTION FOR SUMMARY JUDGMENT; REVISE MOTION FOR SUMMARY JUDGMENT; REVIEW LETTER FROM T. MATTHEWS RE: DEPOSITION OF CLIENTS; PREPARE EMAIL TO C. NICOLL RE: DEPOSITIONS AND MOTION. | 2.90 |
| 08/05/04 | R A | MEMO TO FILE AND REVIEW EMAIL CORRESPONDENCE FROM C. NICOLL AND T. BOUCKER | .50 |
| 08/05/04 | C N | EMAIL FROM T. BORCHERS RE MOTION FOR SUMMARY JUDGMENT FOR AES; REVIEW DISCOVERY CORRESPONDENCE; TELEPHONE CALL K. SCHOOLCRAFT RE DISCOVERY ISSUES; REPLY TO EMAIL FROM CLIENT REPORTING ON RECENT EVENTS AND RESPONDING TO INQUIRIES; CONFER WITH T. BORCHERS RE STATUS. | 1.30 |
| 08/06/04 | R A | EMAIL CORRESPONDENCE WITH C. NICOLL AND T. BORCHERS RE CASE STATUS | .30 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 31
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 08/06/04 | C N | REVIEW EMAIL FROM L. WILTON RE ; REVIEW DRAFT CORRESPONDENCE RE DEFENSE OF AFS; REVIEW SKINNER LETTER RE SAME; REVIEW T. BORCHERS EMAIL RE SAME TO CLIENT; ADD COMMENTS RE SAME. | 2.30 |
| 08/06/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: LETTER TO L. WILTON RE: AMERICAN E&S: PREPARE EMAIL TO L. WILTON RE: ; CONTINUE PREPARING MOTION FOR SUMMARY JUDGMENT FOR AMERICAN E&S ON AGENCY GROUNDS AND SUPPORTING DECLARATION FROM CHRIS ELLIOTT; REVIEW TOTEM'S THIRD REQUESTS FOR PRODUCTION AND INTERROGATORIES TO UNDERWRITERS; OFFICE CONFERENCE WITH C. NICOLL RE: STATUS OF CASE. | 3.60 |
| 08/09/04 | R A | REVIEW REPORT AND EMAIL CORRESPONDENCE | .40 |
| 08/09/04 | C N | EMIAL FROM L. WILTON REVIEW AND REVISE SUMMARY JUDGMENT MOTION IN FAVOR OF AES BECAUSE IT WAS AN AGENT FOR A DISCLOSED PRINCIPAL; EMAIL TO T. BORCHERS RE SAME AND REQUESTING CITES TO RESTATEMENT OF THE LAW OF AGENCY; EMAIL FROM T. BORCHERS FORWARDING PERTINENT QUOTES; TELEPHONE CONFERENCE WITH COUNSEL FOR INLET RE OFFERS OF JUDGMENT; PREPARE EMAIL TO L. WILTON REGARDING | 2.40 |
| 08/09/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: STATUS OF AMERICAN E&S DEFENSE AND FUTURE COURSE OF LITIGATION; REVISE AMERICAN E&S MOTION FOR SUMMARY JUDGMENT; RESEARCH AGENCY LAW | 2.30 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 32
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 08/10/04 | C N | RESEARCH RE ALASKA AGENCY LAW; CONFER WITH T. BORCHERS; REVIEW EXCERPTS FROM STATEMENT; FURTHER REVISIONS TO MOTION FOR SUMMARY JUDGMENT RE AGENCY; REVIEW CORRESPONDENCE FROM COUNSEL FOR TOTEM; TELEPHONE CALL COUNSEL FOR INLET RE OFFER OF JUDGMENT; EMAIL TO L. WILTON RE SAME. | 4.60 |
| 08/10/04 | TB | EXCHANGE EMAILS WITH N. BIGGERSTAFF RE: SUBSTITUTION OF COUNSEL FOR AMERICAN E&S, PREPARE STIPULATION FOR SUBSTITUTION OF COUNSEL; REVIEW PENCO DISCOVERY REQUESTS TO INLET AND HOMEOWNERS; REVISE ELLIOTT DECLARATION FOR AMERICAN E&S MSJ; REVIEW TOTEM MOTION TO COMPEL AMERICAN E&S DISCOVERY RESPONSES. | 2.90 |
| 08/11/04 | C N | REVIEW TOTEM'S MOTION TO COMPEL DISCOVERY FROM AES; REVIEW DISCOVERY REQUESTS AND OBJECTIONS FILED BY AES; REVIEW AND REVISE DRAFT LETTER TO STEVE SKINNER RE INDEMNITY; EMAIL TO T. BORCHERS WITH MY ANALYSIS OF HOW TO DEAL WITH THE MOTION TO COMPEL. | 1.20 |
| 08/11/04 | TB | EXCHANGES EMAILS WITH N. BIGGERSTAFF RE: TOTEM MOTION TO COMPEL; REVIEW LETTER FROM S. SKINNER RE: ASSUMPTION OF DEFENSE FOR AMERICAN E&S; OFFICE CONFERENCE WITH C. NICOLL RE: AMERICAN E&S; PREPARE LETTER TO S. SKINNER DEFENSE OF AMERICAN E&S; LEAVE MESSAGE FOR S. SKINNER RE: PROPOSED MEETING; SEND EMAIL TO C. NICOLL RE: TOTEM MOTION TO COMPEL AMERICAN E&S. | 1.90 |
| 08/12/04 | C N | LETTER TO SKINNER RE INDEMNITY; RESEARCH WHETHER AGENCY RELATIONSHIP IS WITH MARITIME LAW; RESEARCH CHOICE OF LAW; RESEARCH WA AGENCY LAW; REVIEW BRIEF; TELEPHONE CALL S. SKINNER TO SET UP MEETING WITH C. ELLIOTT. | 3.80 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 33
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/12/04 | TB | REVISE MOTION FOR SUBSTITUTION OF COUNSEL; TELEPHONE CONFERENCE WITH C. NICOLL RE: FORM OF MOTION FOR SUBSTITUTION. | 1.20 |
| 08/13/04 | C N | REVIEW MESSAGE FROM S. SKINNER. | .10 |
| 08/17/04 | C N | MEET WITH C. ELLIOTT AMERICAN E & S AND STEVE SKINNER RE REPRESENTATION OF AMERICAN E & S AND RE MOTION FOR SUMMARY JUDGMENT AND DISCOVERY ISSUES; REVISE MOTION FOR SUMMARY JUDGMENT; REVISE ELLIOTT DECLARATION; REVIEW MOTION TO SUBSTITUTE COUNSEL. | 3.70 |
| 08/17/04 | TB | MEET WITH C. ELLIOTT, C. NICOLL AND S. SKINNER TO TRANSFER AMERICAN E&S TO COZEN; OFFICE CONFERENCE WITH C. NICOLL RE: AMERICAN E&S MSJ; REVIEW NICOLL CHANGES TO MSJ; REVISE ELLIOTT DECLARATION IN SUPPORT OF MSJ; TELEPHONE CONFERENCE WITH C. ELLIOTT RE: SEARCH TERMS FOR SUPPLEMENTAL AMERICAN E&S DISCOVERY RESPONSES; EMAIL C. ELLIOTT WITH FINAL SEARCH LIST. | 3.60 |
| 08/18/04 | TB | COMPLETE DECLARATION FOR C. ELLIOTT RE: MOTION FOR SUBSTITUTION AND MAIL TO ELLIOTT AND S. SKINNER FOR APPROVAL; REVISE MOTION FOR SUBSTITUTION OF COUNSEL; EXCHANGE EMAILS WITH N. BIGGERSTAFF RE: FORMS OF MOTIONS FOR SUBSTITUTION; COMPLETE DRAFTS OF AMERICAN E&S MSJ WITH SUPPORTING ELLIOTT DECLARATION AND FORWARD TO AMERICAN E&S FOR REVIEW AND APPROVAL. | .40 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 34
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 08/19/04 | C N | TELEPHONE CONFERENCE WITH TOTEM COUNSEL RE OUR SUBSTITUTION FOR AES COUNSEL AND OUR PROPOSAL TO GET AROUND DISCOVERY ISSUES INVOLVING AES THROUGH DATA SEARCH; REACH AGREEMENT; TELEPHONE CALL T. BORCHERS RELAYING SAME AND ASKING HIM TO FOLLOW UP WITH BREWSTER TO ARRANGE EXTENSION; REVIEW DECLARATION OF C. ELLIOTT IN SUPPORT OF SUBSTITUTION OF COUNSEL; FURTHER WORK ON MOTION FOR SUMMARY JUDGMENT; REVIEW EMAIL RE STATUS OF AES DATA SEARCH. | 2.60 |
| 08/19/04 | TB | TELEPHONE CONFERENCE WITH C. NICOLL RE: EXTENSION OF TIME TO RESPOND TO TOTEM MOTION TO COMPEL; TELEPHONE CONFERENCE N. BIGGERSTAFF RE: MESSAGE FOR B. JAMIESON AND FORM OF PROPOSED CONFIDENTIALITY AGREEMENT; EXCHANGE EMAIL WITH N. BIGGERSTAFF RE: FORM OF CONFIDENTIALITY AGREEMENT. | .30 |
| 08/20/04 | TB | REVIEW S. SKINNER EMAIL APPROVING OF ELLIOT DECLARATION; REVISE SUBSTATION MOTION AND FORWARD TO COUNSEL FOR APPROVAL. | .40 |
| 08/23/04 | C N | CONFER WITH T. BORCHERS RE STATUS OF DISCOVERY; FINAL REVIEW OF MOTION FOR SUMMARY JUDGMENT. | .80 |
| 08/23/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: C. ELLIOTT DECLARATION AND MOTION TO SUBSTITUTE COUNSEL; LEAVE MESSAGE FOR C. ELLIOTT; REVIEW EMAIL FROM S. SKINNER RE: DRAFT OF MOTION TO SUBSTITUTE COUNSEL; REVISE FORMAT OF MOTION AND SEND TO B. JAMIESON FOR FILING. | 1.00 |
| 08/24/04 | C N | REVIEW DRAFT CONFIDENTIALITY ORDERS; REVIEW EMAILS RE SCHEDULING AND DISCOVERY; EMAIL TO T. BORCHERS RE SEEKING PROTECTION IN BOTH FEDERAL AND STATE COURTS. | .60 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 35
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 08/24/04 | TB | REVISE CONFIDENTIALITY AGREEMENT SENT FROM ANCHORAGE AND FORWARD TO C. NICOLL AND B. JAMIESON; OFFICE CONFERENCE WITH C. NICOLL RE: ADDITIONAL TERMS FOR CONFIDENTIALITY AGREEMENT; EXCHANGE EMAIL WITH C. ELLIOTT RE: STATUS OF DATABASE SEARCH; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT RE: RESPONSES TO TOTEM DISCOVERY REQUESTS TO AMERICAN E&S AND EXTENSION OF TIME IN WHICH TO FILE RESPONSE TO MOTION TO COMPEL; TELEPHONE CONFERENCE WITH B. JAMIESON RE: EXTENSION OF TIME AND PREPARATION OF STIPULATION FOR EXTENSION; EXCHANGE EMAIL WITH N. BIGGERSTAFF RE: PARTIES TO INCLUDE ON STIPULATION. | 2.30 |
| 08/25/04 | C N | REVIEW MODIFIED COMPLAINT IN STATE COURT SENT BY MENDES & MOUNT; CONFER WITH T. BORCHERS RE SAME; REVIEW AND REPLY TO EMAILS RE: FILING OF MOTION TO SUBSTITUTE COUNSEL AND MOTION FOR SUMMARY JUDGMENT ON BEHALF OF AMERICAN E&S; CONFER WITH T. BORCHERS RE: STATUS OF RESPONSES FROM C. ELLIOTT BASED ON HIS SEARCHES OF QUOTATION HISTORY. | 1.00<br>04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 08/25/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: IFP'S CORRECTED THIRD-PARTY COMPLAINT; IDENTIFY CHANGES IN CORRECTED PLEADING; EXCHANGE EMAILS WITH C. NICOLL RE: NEED TO ACT ON CORRECTIONS; EXCHANGE EMAILS WITH N. BIGGERSTAFF RE: MOTION FOR SUBSTITUTION; RECEIVE EXECUTED DECLARATION OF C. ELLIOT AND FORWARD TO ALASKA FOR FILING WITH MOTION FOR SUBSTITUTION. | 1.80 |
| 08/26/04 | C N | EMAIL FROM T. BORCHERS RE RESULTS OF C. ELLIOTT SEARCH AND RE PREPARATION OF SPREADSHEET FOR DISCLOSURE OF RESULTS TO TOTEM; CONFER WITH V. WU RE SAME; REVIEW EMAIL FROM N. BIGGERSTAFF RE FILINGS. | .70 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 36
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/26/04 | TB | TELEPHONE CONFERENCE WITH C. ELLIOTT RE: DATABASE SEARCHES AND DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; CHECK AND REFORWARD ELLIOTT DECLARATION; OFFICE CONFERENCE WITH C. NICOLL RE: | .80 |
| 08/27/04 | C N | RECEIVE AND REVIEW RESULTS OF DATABASE SEARCH FROM AMERICAN E&S; TAB DOCUMENTS FOR FOLLOW UP AND DISCUSS SAME WITH T. BORCHERS; REVIEW EMAILS RE DATE TO RESPOND TO MOTION TO COMPEL; REPLY TO SAME. | 1.70 |
| 08/27/04 | VW | BRIEF REVIEW OF DOCUMENTS RECEIVED FROM AMERICAN E&S AND DISCUSS PRODUCTION PREPARATION AND PREPARATION OF SPREADSHEET TO CAPTURE INFORMATION ON DOCUMENTS WITH T. BORCHERS | .30 |
| 08/27/04 | TB | C. ELLIOTT DECLARATION AND DOCUMENT SEARCH; OFFICE CONFERENCE WITH C. NICOLL RE: AES DOCUMENTS; REVIEW AES DOCUMENTS AND INSTRUCT V. WU RE: BATES NUMBERING AND REDACTION; REVISE COURT ORDER AND STIPULATION OF CONFIDENTIALITY. | 1.80 |
| 08/27/04 | MRD | CONFER WITH T. BORCHERS RE: NEW MATTER; REVIEW AND NUMBER LABEL DOCUMENTS PRODUCED BY AMERICAN E&S; PREPARE DOCUMENTS FOR REVIEW BY T. BORCHERS | 1.70 |
| 08/30/04 | C N | REVIEW EMAIL FROM T. BORCHERS RE STATUS OF AES DOCUMENT REVIEW; CONFER WITH V. WU RE SPREADSHEET AND REDACTION JOB; TELEPHONE CONFERENCE WITH C. ELLIOTT OF AES RE ; REVIEW DOCUMENTS WITH V. WU FOR SPREADSHEET PURPOSES. | 1.70 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 37
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| 08/30/04 VW | BEGIN TO REDACT CONFIDENTIAL INFORMATION(ASSURED'S NAMES, ADDRESSES AND VESSEL NAMES) FROM COPIES OF INSURANCE DELCARATIONS PRODUCED BY AMERICAN E&S; BEGIN TO PREPARE SPREADSHEET SUMMARIZING INFORMATION ON INSURANCE DECLARATIONS PRODUCED BY AMERICAN E&S | 2.80 |
| 08/30/04 TB | OFFICE CONFERENCE WITH C. NICOLL RE: STATUS OF CASE AND AMERICAN E&S PRODUCTION; ARRANGE BATES NUMBERING OF AES PRODUCTION, REDACTION OF DOCUMENTS AND FORM OF SPREADSHEET FOR USE IN PRODUCING DOCUMENTS; COMPLETE CONFIDENTIALITY AGREEMENT AND FAX WITH COVER LETTER TO COUNSEL REQUESTING AUTHORITY TO EXECUTE FOR FEDERAL ACTION. | 1.40 |
| 08/31/04 C N | REVIEW DRAFT SPREADSHEET; CONFER WITH V. WU RE REDACTIONS AND GETTING SCANNED COPY OF AN AES INSURANCE CERTIFICATE; PREPARE REPORT TO R. GRECO OF ACCORDIA RE ; TELEPHONE CONFERENCES WITH R. GRECO RE ; EMAIL TO T. BORCHERS RE SAME; REVIEW EMAILS RE FILING; EMAIL TO TOTEM COUNSEL RE PRODUCTION OF SPREADSHEET AND FOLLOW UP; EMAIL FROM TOTEM COUNSEL RE SAME AND RE DEPOSITION SCHEDULE; REPLY TO SAME; EMAIL TO TOTEM COUNSEL FORWARDING SPREADSHEET AND EXPLAINING SAME; EMAIL FROM TOTEM COUNSEL RE DEPOSITIONS; FAX FROM TOTEM COUNSEL RE DEPOSITIONS. | 5.10 |
| 08/31/04 VW | CONTINUE TO REVIEW INSURANCE DELCARATION SHEETS PROVIDED BY AMERICAN E&S AND SUMMARIZE INFORMATION INTO SPREADSHEET; CREATE A SECOND SPREADSHEET FOR PRODUCTION PURPOSES | 6.70 |

***Fees and Costs are due upon receipt of bill***

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 38
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| 08/31/04 TB | TELEPHONE CONFERENCE WITH C. ELLIOTT (SEVERAL) RE: ; REVIEW EXECUTED DECLARATION AND FORWARD WITH AES MSJ TO ALASKA FOR FILING; TELEPHONE CONFERENCE WITH N. BIGGERSTAFF RE: FILING OF MSJ; OFFICE CONFERENCE WITH C. NICOLL RE: SPREADSHEET OF AES DOCUMENTS; OFFICE CONFERENCE WITH V. WU SPREADSHEET; REVIEW LETTER FROM T. MATTHEWS RE: PROPOSED DEPOSITIONS; REVIEW C. NICOLL EMAIL TO B. GRECO. | 2.10 |
| 09/01/04 C N | REVIEW SPREADSHEETS SUMMARIZING AES SEARCH RESULTS; PREPARE LETTER FORWARDING SAME TO CLIENTS WITH ANALYSIS; CONFER V. WU RE CREATING REDACTED VERSION TO SEND TO OPPOSING COUNSEL; PREPARE EMAIL TO B. GRECO (ACORDIA) AND C. ELLIOTT (AES) FORWARDING SPREADSHEET; TELEPHONE CALL WITH B. GRECO RE ; PREPARE LETTER FORWARDING SPREADSHEET TO TOTEM COUNSEL; CONFER WITH V. WU RE REDACTIONS OF CERTIFICATES OF INSURANCE FOR PRODUCTION; RECEIPT OF DEPOSITION LETTER SETTING FORTH PROPOSED SCHEDULE; EMAIL TO CLIENTS RE SAME, SEEKING INSTRUCTIONS ON WHETHER TO MOVE FOR PROTECTIVE ORDER; EMAIL TO S. SKINNER FOR "E" COPY OF DISCOVERY RESPONSES FOR AES; RECEIVE SAME AND FORWARD TO T. BORCHERS; FINALIZE AND SEND LETTER TO CLIENTS WITH ATTACHMENTS; CONFER WITH T. BORCHERS. | 5.80 |
| 09/01/04 VW | CONTINUE AND FINISH REDACTED CONFIDENTIAL INFORMATION FROM AES INSURANCE DEC SHEETS FOR PRODUCTION PURPOSES; REVISE/FINALIZE SPREADSHEETS OF SUMMARIZED DATA FROM THE DEC SHEETS; PREPARE REDACTED DOCUMENTS FOR PRODUCTION; PREPARE UNREDACTED DOCUMENTS TO BE FORWARDED TO CO-COUNSEL | 2.30 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 39
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 09/02/04 | R A | EMAIL CORRESPONDENCE WITH C NICOLL AND T BOUCKER. | .40 |
| 09/02/04 | C N | REVIEW AGENCY MSJ; TELEPHONE MESSAGES FROM R. DAWES; TELEPHONE CALL TO T. DAWES AND LEAVE MESSAGE; EMAIL FROM J. BOYT RE UNDERWRITERS' INSTRUCTIONS; REPLY TO SAME; EMAIL TO D. SCHAEFER AT AES RE DOCUMENT PRODUCTION; REVIEW MATERIALS FOR BREWSTER; EMAILS FROM N. BIGGERSTAFF RE MOTION FOR SUMMARY JUDGMENT FILING IN FEDERAL COURT; EMAIL R. ALLEN AND REPLY; EMAIL TO BORCHERS RE HIS TELEPHONE CONFERENCE WITH TOTEM COUNSEL CONCERNING EXTENSION ON MOTION TO COMPEL; REVIEW FAX FROM T. MATTHEWS; TELEPHONE CALL T. MATTHEWS RE SAME AND CONFIRMING EARLIER CALL WITH K. SCHOOLCRAFT. | 3.70 |
| 09/02/04 | TB | TELEPHONE CONFERENCE WITH C. ELLIOT (SEVERAL), A. SHAEFER AND OFFICE CONFERENCE WITH C. NICOLL RE: PRODUCTION OF DOCUMENTS FOR AES; EXCHANGE EMAIL WITH N. BIGGERSTAFF RE: FILING OF AES MSJ; LEAVE MESSAGE FOR K. SCHOOLCRAFT RE: PROGRESS IN AES PRODUCTION; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT RE: AES AND MOTION TO COMPEL; EMAIL B. JAMIESON RE: EXTENSION OF TIME TO RESPOND TO TOTEM MOTION TO COMPEL AES AND ARRANGE FOR STIPULATION OF EXTENDED RESPONSE DATE; EXCHANGE EMAILS WITH C. NICOLL RE: AES DISCOVERY RESPONSES; REVIEW AES DISCOVERY RESPONSES TO DETERMINE WHICH NEED SUPPLEMENTATION AFTER AES DATABASE SEARCH. | 2.70 |
| 09/03/04 | R A | REVIEW CORRESPONDENCE FROM COUNSEL FOR TOTEM AGENCIES AND C NICOLL; NOTES TO FILE RE LONDON DISCOVERY. | .50 |

*Fees and Costs are due upon receipt of bill*

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 40
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 09/03/04 | C N | TELEPHONE CALL R. DAWE OF ROPNER INSURANCE SERVICES RE REVIEW SPREADSHEET FOR INSURANCE CERTIFICATE FOR WHICH BACK UP IS NEEDED. | 1.50 |
| 09/03/04 | VW | REVIEW SPREADSHEET OF DATA SUMMARIES OF DOCUMENTS FROM AMERICAN E&S AND IDENTIFY ALL ENTRIES THAT MENTION CLAIMS OR LOSSES | .40 |
| 09/07/04 | C N | REVIEW INSURANCE CERTIFICATES PULLED BY V. WU; COMMENCE LETTER TO A. SCHAEFFER AT A&E RE SAME; EMAIL FROM N. BIGGERSTAFF RE EXTENSION ON MOTION TO COMPEL. | .80 |
| 09/07/04 | VW | REVIEW COMPILED AMERICAN E&S INSURANCE DECLARATION SHEETS AND PREPARE TO REQUEST SUPPORT DOCUMENTS FOR THESE | .30 |
| 09/08/04 | C N | TELEPHONE CALL TO L. WILTON RE ; EMAIL R. ALLEN RE SAME; CALL AND LEAVE MESSAGE FOR A. SCHAEFFER AT AES RE SAME; CALL AND LEAVE MESSAGE FOR R. DAWE RE SAME; TELEPHONE CONFERENCE WITH D. NUDING RE ; CONFER WITH T. BORCHERS RE SAME; REVIEW INSURANCE CERTIFICATES TO SEND TO AES FOR FOLLOW UP. | 2.20<br>04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| 09/08/04 | TB | OFFICE CONFERENCE WITH C. NICOLL RE: CHANGES AT LIMIT AND NEED TO LOCATE S. GRAGRAVES AND L. WILTON; REVIEW NOTICES OF DEPOSITION OF AES AND AES EMPLOYEES; TELEPHONE CONFERENCE WITH C. ELLIOT RE: NOTICES OF DEPOSITION, LOCATION OF MOLLY BROWN AND STATUS OF FILES TO BE PULLED. | 1.20 (0.80)<br>04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE |
| 09/09/04 | C N | TELEPHONE CALL A. SCHAEFFER OF AES RE CONFERENCE CALL AND DISCOVERY; LETTER TO A. SCHAEFFER FORWARDING SAME. | .50 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 41
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| 09/09/04 VW | PREPARE SUMMARY OF AMERICAN E&S SPREADSHEET TO REFLECT PRIVILEGE AND CONFIDENTIALITY DUE TO WORK PRODUCT | .40 |
| 09/09/04 TB | PREPARE MOTION TO QUASH AMERICAN E&S DEPOSITIONS. | 1.80 |
| 09/10/04 C N | TELEPHONE CALL R. DAWE AND C. ELLIOTT RE ; CONFER WITH T. BORCHERS RE SAME; REVIEW DEP NOTICES; CONFER WITH T. BORCHERS RE MOTION FOR PROTECTIVE ORDER; REVIEW EMAILS RE SAME; REVIEW EMAIL FROM LANE POWELL RE OUTCOME OF MOTION RE ABSTENTION IN FAVOR OF CLIENTS; EMAILS WITH B. JAMIESON RE SAME; EMAIL REPORT TO CLIENTS. | 3.60 |
| 09/10/04 TB | PREPARE MOTION FOR PROTECTIVE ORDER; EXCHANGE EMAILS WITH B. JAMIESON ON FORM OF MOTION. | 1.10 |
| 09/11/04 R A | EMAIL CORRESPONDENCE WITH C NICOLL. | .30 |
| 09/13/04 C N | REVIEW COURT ORDER DENYING INLET'S MOTION TO STAY FEDERAL PROCEEDINGS UNDER ABSTENTION DOCTRINE; EMAIL RE SAME TO B. JAMIESON; REVIEW VOICE MESSAGE FROM B. JAMIESON IN REPLY; PREPARE REPORT TO CLIENTS ANALYZING COURT ORDER; FORWARD SAME; REVIEW DEPOSITION NOTICES; CHECK SCHEDULE FOR ORAL ARGUMENT IN STATE COURT ON TOTEM AND UNDERWRITERS' MOTION TO SEVER AND STAY INSURANCE CLAIMS IN STATE COURT PROCEEDINGS; EMAIL FROM N. BIGGERSTAFF RE TOTEM'S PLAN TO FILE FEDERAL ORDER IN STATE COURT; REVIEW EMAIL FROM T. BORCHERS RE FILING ORDER; EMAIL TO CO-COUNSEL ANALYZING ORDER AND EXAMINING OPTIONS RE | 4.10 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 42
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 09/14/04 | C N | REVIEW EMAIL FROM T. BORCHERS WITH COMMENTS ON COURT ORDER; REPLY TO SAME; REVIEW TOTEM'S FILING IN STATE COURT IN PREPARATION FOR MOTION TO SEVER AND TO STAY. | 1.00 |
| 09/14/04 | TB | REVIEW ORDER DENYING INLET'S MOTION FOR STAY; OFFICE CONFERENCE WITH C. NICOLL RE: ORDER AND FURTHER STRATEGY ON CASE. | .50 |
| 09/15/04 | C N | AND REVISE MOTION FOR PROTECTIVE ORDER RE DEPOSITION NOTICES; RESEARCH ISSUE OF MATERIALITY AS A MATTER OF LAW FOR USE IN MOTION; EMAIL REVISIONS TO T. BORCHERS AND B. JAMIESON FOR REVIEW AND COMMENT. | 2.70 |
| 09/15/04 | TB | REVISE MOTION TO QUASH AES DEPOSITIONS AND FORWARD TO C. NICOLL AND B. JAMIESON WITH COMMENTS ON TIMING FOR FILING MOTION. | .30 |
| 09/16/04 | R A | INTEROFFICE CONFERENCE WITH C. NICOLL RE STATUS OF CASES | .30 |
| 09/16/04 | C N | REVISE MOTION FOR PROTECTIVE ORDER; VOICE MAIL FROM K. SCHOOLCRAFT RE DISCOVERY FROM AES; VOICE MESSAGE TO T. BORCHERS RE SAME. | 1.30 |
| 09/17/04 | R A | INTEROFFICE CONFERENCES WITH C. NICOLL - ALASKA STATE COURT ARGUMENT OF MOTIONS TO STAY OR TRANSFER COVERAGE ACTIONS FILED AT BETHEL | .80 |
| 09/17/04 | C N | PREPARE FOR TELEPHONIC HEARING ON MOTION TO SEVER AND STAY IN STATE COURT ACTION; TELEPHONE CONFERENCE WITH B. JAMIESON RE SAME; REVIEW PLEADINGS; PARTICIPATE IN TELEPHONIC HEARING AND MAKE ARGUMENT IN SUPPORT OF MOTIONS TO | 5.30 |

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

2.30

04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



COZEN O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 43
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| | SEVER AND TO STAY INSURANCE COVERAGE CLAIMS; POST-HEARING TELEPHONE CONFERENCE WITH B. JAMIESON RE SAME AND RE FILING MOTION TO STRIKE DEPOSITION NOTICES; PLACE CALLS TO A. SCHAEFFER AND C. ELLIOTT RE STATUS OF AMERICAN E&S DOCUMENT REVIEW; TELEPHONE MESSAGE FROM T. BORCHERS RE DOC. REVIEW AND DISCOVERY OBLIGATIONS OF AMERICAN E&S TO TOTEM; LEGAL RESEARCH FOR CASE LAW ON STANDARD FOR MOTION TO STRIKE DEPOSITIONS WHILE A DISPOSITIVE MOTION IS PENDING; REVISE AND FINALIZE MOTION TO STRIKE AND EMAIL SAME TO B. JAMIESON FOR FILING; TELEPHONE CONFERENCE RE DUE DATES FOR MOTION TO SHORTEN TIME ON MOTION TO STRIKE; REVIEW AND REPLY TO EMAILS FROM L. WILTON; UPDATE R. ALLEN ON STATUS OF CASE. | |
| 09/20/04 C N | REVIEW COURT ORDER RE BANKRUPTCY; REVIEW RESPONSE OF INLET TO AES MSJ; EMAIL TO T. BORCHERS RE SAME; VOICE MESSAGE C. ELLIOTT; CHECK STATUS OF MOTION TO STRIKE. | 1.80 |
| 09/20/04 VW | REVIEW NEW REPORT OF INVESTIGATION PRODUCED BY THE U.S. COAST GUARD AND PREPARE SAME TO BE PRODUCED TO COUNSEL; UPDATE DOCUMENT PRODUCTION INDEX; REVIEW EMAILS FROM N. BIGGERSTAFF REGARDING VARIOUS COURT FILINGS | .60 |
| 09/20/04 TB | REVIEW SUA SPONTE ORDER RE: BANKRUPTCY COURT REFERRAL; REVIEW INLET RESPONSE TO AED MSJ; REVIEW TOTEM'S CORRECTED ANSWER; REVIEW SUPPLEMENTAL COAST GUARD RESPONSE TO FOIA REQUEST; TELEPHONE CONFERENCE WITH C. ELLIOT RE: STATUS OF AES DOCUMENT GATHERING; OFFICE CONFERENCE WITH C. NICOLL RE: REPLY FOR AES MSJ AND AES ANSWER TO SUPPLEMENTAL DISCOVERY; LEAVE MESSAGE FOR K. SCHOOLCRAFT. | 2.90 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES



EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 44
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | | |
|---|---|---|---|
| 09/21/04 | C N | EMAILS WITH A. SCHAEFFER RE ; CONFER WITH V. WU RE SAME AND VISIT AES OFFICES; MEET WITH A. SCHAEFFER AND C. ELLIOTT; REVIEW CERTAIN UNDERWRITING FILES IDENTIFIED THROUGH USE OF THE SPREADSHEET BASED UPON AES' DATABASE SEARCH; CONFER RE WITH C. ELLIOTT; STRATEGIZE RE ; CONFER WITH C. ELLIOTT AND A. SCHAEFFER RE TAKE COPIES OF EXAMPLE DOCUMENTS; RETURN TO OFFICE; ARRANGE FOR SCANNING; PLACE CALL TO TOTEM'S COUNSEL AND LEAVE MESSAGE ABOUT DOCUMENT REVIEW;REVIEW EMAILS FROM TOTEM'S COUNSEL AND REPLY TO SAME EMAILING COPY OF MOTION TO STRIKE; CONFER WITH T. BORCHERS ABOUT DOCUMENT REVIEW AND HIS PREPARATION OF DRAFT REPLY TO INLET;S RESPONSE TO AES' MOTION FOR SUMMARY JUDGMENT; EMAIL TO TOTEM'S COUNSEL FORWARDING SCANNED REDACTED AES DOCUMENTS FOR REVIEW AND ADDRESSING DOCUMENT PRODUCTION ISSUES. | 4.40 |
| 09/21/04 | VW | EMAIL AND TELEPHONE CALL WITH A. SCHAEFFER AT AMERICAN E&S REGARDING ; TRAVEL TO AMERICAN E&S OFFICE FOR DOCUMENT REVIEW; SPOT CHECK FILES PULLED BY A. SCHAEFFER AND MEET WITH A. SCHAEFFER AND C. ELLIOTT; RETURN TO OFFICE; TELEPHONE CALL AND EMAIL WITH A. SCHAEFFER REGARDING UPCOMING DEPOSITIONS; REDACT AND PREPARE SAMPLE OF DOCUMENTS TO BE PRODUCED | 3.10 |
| 09/21/04 | TB | EXCHANGE SERIES OF EMAILS WITH T. MATTHEWS RE: SCHEDULING OF AES DEPOSITIONS AND AES' MOTION TO COMPEL; TELEPHONE CONFERENCE WITH N. BIGGERSTAFF RE: FILING OF AES MOTION TO COMPEL; LEAVE MESSAGE FOR K. SCHOOLCRAFT RE: DISCOVERY | 7.10 |

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES




EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200 WASHINGTON MUTUAL TOWER 1201 THIRD AVENUE SEATTLE, WA 98101-3071
206.340.1000 800.423.1950 206.621.8783 FAX www.cozen.com

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE Oct 27, 2004 PAGE 45
FILE NUMBER: 129181.000
INVOICE NO.: 420657

| | | |
|---|---|---|
| | SCHEDULE; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT RE: DISCOVERY SCHEDULE; OFFICE CONFERENCE WITH C. NICOLL RE: DOCUMENTS REVIEWED AT AES; BEGIN PREPARING REPLY BRIEF ON AES MSJ; REVIEW DOCUMENTS FOR PRECISE TIMELINE OF EVENTS AT TIME CLAIM CAME IN. | |
| 09/22/04 TB | OFFICE CONFERENCE WITH V. WU RE: ATTACHMENTS FOR REPLY BRIEF. | .10 |
| 09/22/04 TB | TELEPHONE CONFERENCE WITH N. BIGGERSTAFF RE: ATTACHMENTS FOR REPLY BRIEF. | .10 |
| 09/22/04 TB | CONTINUE PREPARING REPLY FOR AMERICAN E&S MOTION FOR SUMMARY JUDGMENT AND GIVE TO C. NICOLL. | 4.20 |
| 09/23/04 R A | IOC T. BORCHERS RE PLEADINGS TO BE FILED; MEMO TO FILE AND TELEPHONE G. SPROWSON (OFFICE) | 1.00 |
| 09/23/04 TB | TELEPHONE CONFERENCE WITH C. ELLIOTT RE: ; TELEPHONE CONFERENCE WITH K. SCHOOLCRAFT RE: REVIEW OF AES DOCUMENTS AND CONFIDENTIALITY AGREEMENT; PREPARE LETTER TO K. SCHOOLCRAFT FORWARDING CONFIDENTIALITY AGREEMENT; CONTINUE PREPARING REPLY ON MOTION FOR SUMMARY JUDGMENT WITH SUPPORTING DECLARATIONS BY B. JAMIESON AND A. SCHAEFER. | 5.40 |
| 09/24/04 R A | EMAIL CORRESPONDENCE WITH T. BORCHER RE STATUS | .30 |
| 09/24/04 VW | REVIEW AES' RESPONSE TO MOTION TO SUMMARY JUDGMENT AND PREPARE DOCUMENTS TO BE USED AS EXHIBITS | 1.60 |

*Fees and Costs are due upon receipt of bill*