

PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
DENVER  
LAS VEGAS  
LONDON  
LOS ANGELES  

**COZEN O'CONNOR**  
ATTORNEYS  

EIN 23-1732832  

NEWARK  
NEW YORK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
TRENTON  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WICHITA  
WILMINGTON  

A PROFESSIONAL CORPORATION  

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com  

CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE          Oct 27, 2004          PAGE   46  
FILE NUMBER: 129181.000  
INVOICE NO.: 420657  

| | | | |
|---|---|---|---|
| 09/24/04 | TB | CONFER WITH V. WU RE: JAMIESON DECLARATION; CONTINUE PREPARING JAMIESON AND SCHEAFER DECLARATIONS WITH ASSISTANCE OF V. WU; TELEPHONE CONFERENCE WITH C. ELLIOT RE: ____; CONFER WITH C. NICOLL RE: REVISIONS TO DRAFT OF AES REPLY BRIEF; REVISE AES REPLY BRIEF. | 5.80 |
| 09/26/04 | TB | COMPLETE DRAFT OF JAMIESON DECLARATION AND REPLY FOR AES MSJ AND FORWARD TO B. JAMIESON FOR REVIEW AND FILING. | 5.70 |
| 09/27/04 | R A | EMAIL CORRESPONDENCE WITH T. BORCHERS AND G. SPROWSON | .60 |
| 09/27/04 | TB | EXCHANGE EMAILS WITH D. ALLEN RE: ORDER DENYING UNDERWRITERS MOTION FOR SUMMARY JUDGMENT AND TRANSFER OF FILE TO C. NICOLL; RESPOND TO NICOLL REQUESTS FOR INFORMATION AND ASSISTANCE ON A. SCHAEFER DECLARATION AND REPLY BRIEF; REVIEW AND REVISE A. SCHAEFER DECLARATION AND FORWARD EXECUTED DECLARATION FOR FILING; TELEPHONE C. NICOLL ON ALASKA LAW ON INDEPENDENT LIABILITY OF AGENT; TELEPHONE CONFERENCE WITH C. ELLIOTT RE: TOTEM DOCUMENT REVIEW; EMAIL T. MATTHEWS RE: DOCUMENT REVIEW AT AE&S; COORDINATE EXECUTION OF WITHDRAWAL OF COUNSEL. | 6.60 |
| 09/28/04 | TB | REVIEW EMAIL FROM A. SCHAEFER RE: ____ AND FROM T. MATTHEWS RE: REVIEW OF DOCUMENTS. | .20 |
| 09/29/04 | TB | REVIEW ADDITIONAL EMAIL FROM T. MATTHEWS RE: DOCUMENT PRODUCTION; EXCHANGE EMAILS WITH A. SCHEAFER RE: ____ ORGANIZE FILE AND PROVIDE TO D. KENNEDY OF NICOLL BLACK. | .80 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**  
**PAGE 101 OF 107**



PHILADELPHIA  
ATLANTA  
CHARLOTTE  
CHERRY HILL  
CHICAGO  
DALLAS  
DENVER  
LAS VEGAS  
LONDON  
LOS ANGELES  

EIN 23-1732832  

NEWARK  
NEW YORK  
SAN DIEGO  
SAN FRANCISCO  
SEATTLE  
TRENTON  
WASHINGTON, DC  
WEST CONSHOHOCKEN  
WICHITA  
WILMINGTON  

**COZEN O'CONNOR ATTORNEYS**

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071  
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com  

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004      PAGE   47
FILE NUMBER: 129181.000
INVOICE NO.: 420657

              TOTAL HOURS........................              505.80

SUMMARY OF PROFESSIONAL SERVICES RENDERED:

   *-------------------------------TIME AND FEE SUMMARY----------------------*
   *---------TIMEKEEPER---------*           HOURS                  FEES
   R. ALLEN                                 10.20               3468.00
   C. NICOLL                               153.10              39806.00
   V. WU                                    54.60               6552.00
   T. BORCHER                              265.30              54386.50
   L E ALTENBRUN                             2.80                490.00
   MICHAEL R. DECKER                         1.70                187.00
   H. BAXTER                                 7.80               1209.00
   K. MICHAEL                               10.30               1596.50
                       TOTALS              505.80             107695.00

      FEES FOR PROFESSIONAL SERVICES RENDERED      $107,695.00
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**  
**PAGE 102 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

COZEN
O'CONNOR
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000    800.423.1950    206.621.8783 FAX    www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004      PAGE  48
FILE NUMBER: 129181.000
INVOICE NO.: 420657
```

| DATE | EXPENSES INCURRED | VALUE |
|---|---|---|
| 02/18/04 | EXPERT RISING WINDS, LTD PROFESSIONAL & ADMINISTRATIVE SERVICES CC15628 | 493.77 |
| 02/19/04 | SPECIAL COPY - RISING WINDS, LTD., INV# 1786, CK# 204051, RE: ADMINISTRATIVE EXPENSES FOR DUPLICATION OF FIVE INLET SALMON FILES | 259.77 |
| 02/19/04 | SPECIAL COPY - RISING WINDS, LTD., INV# 1785, CK# 204052, RE: FILE RETRIEVAL, COPYING AND VARIOUS ADMINISTRATIVE SERVICES RE: FIVE INLET SALMON FILES | 234.00 |
| 02/24/04 | SPECIAL COPY ACCURINT 12/03 | 0.75 |
| 02/24/04 | DUPLICATING 14 COPIES 02/24 | 3.50 |
| 03/01/04 | DUPLICATING 7 COPIES 03/01 | 1.75 |
| 03/02/04 | LONG DISTANCE TELEPHONE 1 CALL(S) 03/02 | 6.89 |
| 03/08/04 | DUPLICATING 14 COPIES 03/08 | 3.50 |
| 03/09/04 | DUPLICATING 532 COPIES 03/09 | 133.00 |
| 03/09/04 | LONG DISTANCE TELEPHONE 1 CALL(S) 03/09 | 3.45 |
| 03/17/04 | MISC RESEARCH FEES COURTLINK 1/04 | 11.95 |
| 03/17/04 | LONG DISTANCE TELEPHONE 4 CALL(S) 03/17 | 11.47 |
| 03/18/04 | DUPLICATING 20 COPIES 03/18 | 5.00 |
| 03/24/04 | LONG DISTANCE TELEPHONE 1 CALL(S) 03/24 | 0.28 |
| 03/26/04 | LONG DISTANCE TELEPHONE 2 CALL(S) 03/26 | 28.42 |
| 04/08/04 | DUPLICATING 4 COPIES 04/08 | 1.00 |
| 04/09/04 | MISCELLANEOUS - SUPREME COURT, INV# CT0409-041, CK# 20684, RE: CERTIFICATE OF GOOD STANDING FOR C. NICOLL/T. BORCHERS | 20.00 |
| 04/09/04 | SERVICE FEES - ANGLETON ENTERPRISE, CK# 206078, RE: SERVICE OF SUBPOENA | 91.20 |
| 04/12/04 | DUPLICATING 94 COPIES 04/12 | 23.50 |
| 04/13/04 | DUPLICATING 60 COPIES 04/13 | 15.00 |
| 04/16/04 | FEDERAL EXPRESS INV# 1-633-91045 3/15/04 | 23.01 |
| 04/19/04 | DUPLICATING 196 COPIES 04/19 | 49.00 |
| 04/26/04 | DUPLICATING 164 COPIES 04/26 | 41.00 |
| 05/03/04 | EXPERT - PACER SERVICE CENTER, CK# 206147, RE: NET CHARGES | 1.54 |

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 103 OF 107**



| PHILADELPHIA | | EIN 23-1732832 | NEWARK |
| ATLANTA | | | NEW YORK |
| CHARLOTTE | | | SAN DIEGO |
| CHERRY HILL | COZEN | | SAN FRANCISCO |
| CHICAGO | | | SEATTLE |
| DALLAS | O'CONNOR | | TRENTON |
| DENVER | ATTORNEYS | | WASHINGTON, DC |
| LAS VEGAS | | | WEST CONSHOHOCKEN |
| LONDON | | | WICHITA |
| LOS ANGELES | | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004       PAGE   49
FILE NUMBER: 129181.000
INVOICE NO.: 420657

05/03/04  DUPLICATING 88 COPIES 05/03                              22.00
05/05/04  DUPLICATING 139 COPIES 05/05                             34.75
05/07/04  DUPLICATING 8 COPIES 05/07                                2.00
05/10/04  LONG DISTANCE TELEPHONE 1 CALL(S) 05/10                   3.45
05/10/04  DUPLICATING 60 COPIES 05/10                              15.00
05/11/04  WESTLAW RESEARCH "NICOLL,CHRISTOPHER W"                 176.35
          05/11/2004
05/11/04  DUPLICATING 417 COPIES 05/11                            104.25
05/13/04  LONG DISTANCE TELEPHONE 1 CALL(S) 05/13                   1.72
05/17/04  DUPLICATING 24 COPIES 05/17                               6.00
05/17/04  LONG DISTANCE TELEPHONE 1 CALL(S) 05/17                   1.72
05/18/04  WESTLAW RESEARCH "BORCHERS,TIMOTHY R"                   240.60
          05/18/2004
05/18/04  DUPLICATING 1107 COPIES 05/18                           276.75
05/19/04  DUPLICATING 3843 COPIES 05/19                           960.75
05/19/04  LONG DISTANCE TELEPHONE 1 CALL(S) 05/19                   2.58
05/20/04  DUPLICATING 4559 COPIES 05/20                          1139.75
05/21/04  LONG DISTANCE TELEPHONE 1 CALL(S) 05/21                   0.86
05/21/04  DUPLICATING 130 COPIES 05/21                             32.50
05/24/04  DUPLICATING 330 COPIES 05/24                             82.50
05/25/04  DUPLICATING 53 COPIES 05/25                              13.25
05/26/04  DUPLICATING 8 COPIES 05/26                                2.00
05/26/04  FEDERAL EXPRESS INV# 1-680-53076 3/22/04                 13.98
          TRACKING ID 792455473276
06/01/04  DUPLICATING 21 COPIES 06/01                               5.25
06/02/04  POSTAGE 05/20/04 - 4 PACKAGES                            11.55
06/02/04  POSTAGE 05/20/04 - 3 PACKAGES                            17.55
06/08/04  DUPLICATING 56 COPIES 06/08                              14.00
06/10/04  DUPLICATING 17 COPIES 06/10                               4.25
06/15/04  DUPLICATING 86 COPIES 06/15                              21.50
06/16/04  DUPLICATING 16 COPIES 06/16                               4.00
06/16/04  LONG DISTANCE TELEPHONE 2 CALL(S) 06/16                   3.44
06/16/04  TRAVEL RELATED EXPENSES DIAMOND PARKING,                 44.00
          BILLABLE PARKING, 3884, ATTY # 1668
06/17/04  DUPLICATING 242 COPIES 06/17                             60.50
06/20/04  WESTLAW RESEARCH "BORCHERS,TIMOTHY R"                     5.40
          06/20/2004
06/22/04  DUPLICATING 92 COPIES 06/22                              23.00
06/25/04  DUPLICATING 32 COPIES 06/25                               8.00
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 104 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

**COZEN O'CONNOR ATTORNEYS**

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004      PAGE  50
FILE NUMBER: 129181.000
INVOICE NO.: 420657

06/25/04  WESTLAW RESEARCH "NICOLL,CHRISTOPHER W"                      84.51
          06/25/2004
06/29/04  LONG DISTANCE TELEPHONE 1 CALL 06/29                          1.28
06/29/04  FEDERAL EXPRESS 791835971968, FED EX,                        20.60
          1-774-71902, 05/10/04
06/30/04  DUPLICATING 24 COPIES 06/30                                   6.00
06/30/04  LONG DISTANCE TELEPHONE 1 CALL 06/30                          1.28
07/02/04  LONG DISTANCE TELEPHONE 1 CALL 07/02                          0.64
07/02/04  DUPLICATING 2 COPIES 07/02                                    0.50
07/02/04  WESTLAW RESEARCH "BORCHERS,TIMOTHY R"                         3.82
          07/02/2004
07/02/04  DUPLICATING 2 COPIES 07/02                                    0.50
07/02/04  DUPLICATING 2 COPIES 07/02                                    0.50
07/06/04  LONG DISTANCE TELEPHONE 1 CALL 07/06                          1.92
07/06/04  DUPLICATING 12 COPIES 07/06                                   3.00
07/06/04  DUPLICATING 28 COPIES 07/06                                   7.00
07/07/04  FAX CHARGES 8 PAGE(S) 07/07                                   8.00
07/07/04  FAX CHARGES 7 PAGE(S) 07/07                                   7.00
07/07/04  LONG DISTANCE TELEPHONE 1 CALL 07/07                          5.12
07/07/04  DUPLICATING 22 COPIES 07/07                                   5.50
07/07/04  FAX CHARGES 8 PAGE(S) 07/07                                   8.00
07/08/04  DUPLICATING 22 COPIES 07/08                                   5.50
07/14/04  LONG DISTANCE TELEPHONE 1 CALL 07/14                          0.64
07/15/04  DUPLICATING 428 COPIES 07/15                                107.00
07/16/04  DUPLICATING 96 COPIES 07/16                                  24.00
07/16/04  LONG DISTANCE TELEPHONE 1 CALL 07/16                          5.12
07/19/04  DUPLICATING 14 COPIES 07/19                                   3.50
07/20/04  FEDERAL EXPRESS FED EX, 1-775-96089, 05/24/04                43.14
07/20/04  FEDERAL EXPRESS FED EX, 1-775-96089, 05/24/04                22.91
07/27/04  DUPLICATING 144 COPIES 07/27                                 36.00
07/27/04  DUPLICATING 19 COPIES 07/27                                   4.75
07/27/04  FAX CHARGES 2 PAGE(S) 07/27                                   2.00
07/27/04  LONG DISTANCE TELEPHONE 1 CALL 07/27                          1.92
07/27/04  DUPLICATING 6 COPIES 07/27                                    1.50
07/27/04  DUPLICATING 73 COPIES 07/27                                  18.25
07/27/04  DUPLICATING 76 COPIES 07/27                                  19.00
07/28/04  FEDERAL EXPRESS FED EX.  INVOICE NO.                         13.92
          1-822-55955.  5/31/04.  TRACKING NO.
          791248344262.
07/29/04  FAX CHARGES 3 PAGE(S) 07/29                                   3.00
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 105 OF 107**



| | | |
|---|---|---|
| PHILADELPHIA | | EIN 23-1732832 | NEWARK |
| ATLANTA | | | NEW YORK |
| CHARLOTTE | | | SAN DIEGO |
| CHERRY HILL | COZEN | | SAN FRANCISCO |
| CHICAGO | | | SEATTLE |
| DALLAS | O'CONNOR | | TRENTON |
| DENVER | | | WASHINGTON, DC |
| LAS VEGAS | ATTORNEYS | | WEST CONSHOHOCKEN |
| LONDON | | | WICHITA |
| LOS ANGELES | | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE    Oct 27, 2004      PAGE   51
FILE NUMBER: 129181.000
INVOICE NO.: 420657

07/29/04  DUPLICATING 36 COPIES 07/29                                9.00
07/29/04  FAX CHARGES 2 PAGE(S) 07/29                                2.00
07/29/04  LONG DISTANCE TELEPHONE 1 CALL 07/29                       1.28
07/29/04  FAX CHARGES 3 PAGE(S) 07/29                                3.00
07/30/04  WESTLAW RESEARCH "MICHAEL,KEVIN" 07/30/2004                15.84
08/06/04  DUPLICATING 2 COPIES 08/06                                 0.50
08/06/04  LONG DISTANCE TELEPHONE 1 CALL 08/06                       1.28
08/06/04  DUPLICATING 4 COPIES 08/06                                 1.00
08/06/04  DUPLICATING 60 COPIES 08/06                                15.00
08/09/04  LONG DISTANCE TELEPHONE (MOBILE) - MAY, 2004               2.18
08/10/04  DUPLICATING 172 COPIES 08/10                               43.00
08/10/04  DUPLICATING 60 COPIES 08/10                                15.00
08/11/04  LONG DISTANCE TELEPHONE 1 CALL 08/11                       0.64
08/11/04  LONG DISTANCE TELEPHONE 1 CALL 08/11                       2.56
08/12/04  DUPLICATING 17 COPIES 08/12                                4.25
08/12/04  FAX CHARGES 2 PAGE(S) 08/12                                2.00
08/18/04  FEDERAL EXPRESS FED EX.  INVOICE NO.                      101.63
          1-915-92593.  TRACKING NO. 792053919408.
08/19/04  LONG DISTANCE TELEPHONE 1 CALL 08/19                       5.12
08/24/04  DUPLICATING 62 COPIES 08/24                                15.50
08/25/04  DUPLICATING 22 COPIES 08/25                                5.50
08/25/04  DUPLICATING 3 COPIES 08/25                                 0.75
08/25/04  DUPLICATING 2 COPIES 08/25                                 0.50
08/30/04  DUPLICATING 424 COPIES 08/30                              106.00
08/31/04  LONG DISTANCE TELEPHONE 1 CALL 08/31                       1.92
08/31/04  DUPLICATING 9 COPIES 08/31                                 2.25
09/01/04  DUPLICATING 375 COPIES 09/01                               93.75
09/01/04  DUPLICATING 1 COPIES 09/01                                 0.25
09/01/04  DUPLICATING 31 COPIES 09/01                                7.75
09/01/04  DUPLICATING 375 COPIES 09/01                               93.75
09/02/04  LONG DISTANCE TELEPHONE 1 CALL 09/02                       1.28
09/02/04  LONG DISTANCE TELEPHONE 1 CALL 09/02                      14.08
09/02/04  LONG DISTANCE TELEPHONE 1 CALL 09/02                       2.08
09/02/04  DUPLICATING 51 COPIES 09/02                               12.75
09/03/04  LONG DISTANCE TELEPHONE 1 CALL 09/03                       1.04
09/07/04  DUPLICATING 99 COPIES 09/07                               24.75
09/07/04  DUPLICATING 3 COPIES 09/07                                 0.75
09/08/04  LONG DISTANCE TELEPHONE 1 CALL 09/08                      17.67
09/08/04  DUPLICATING 126 COPIES 09/08                              31.50
09/09/04  DUPLICATING 1 COPIES 09/09                                 0.25
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 106 OF 107**



PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
LAS VEGAS
LONDON
LOS ANGELES

**COZEN O'CONNOR**
ATTORNEYS

EIN 23-1732832

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 5200   WASHINGTON MUTUAL TOWER   1201 THIRD AVENUE   SEATTLE, WA 98101-3071
206.340.1000   800.423.1950   206.621.8783 FAX   www.cozen.com

```
CERTAIN UNDERWRITERS AT LLOYD'S C/O SJ GARGRAVE      Oct 27, 2004      PAGE   52
FILE NUMBER: 129181.000
INVOICE NO.: 420657

09/10/04  LONG DISTANCE TELEPHONE 1 CALL 09/10             24.95
09/20/04  DUPLICATING 242 COPIES 09/20                     60.50
09/21/04  LONG DISTANCE TELEPHONE 1 CALL 09/21              1.28
09/21/04  LONG DISTANCE TELEPHONE 1 CALL 09/21              1.92
09/21/04  LONG DISTANCE TELEPHONE 1 CALL 09/21              1.28
09/22/04  LONG DISTANCE TELEPHONE 1 CALL 09/22             10.24
09/23/04  DUPLICATING 18 COPIES 09/23                       4.50
09/23/04  FAX CHARGES 3 PAGE(S)  09/23                      3.00
09/24/04  SPECIAL COPY 11/30/03 STMT. - AMERICAN LEGAL     36.56
          COPY, LLC
09/24/04  DUPLICATING 29 COPIES 09/24                       7.25
09/24/04  DUPLICATING 9 COPIES 09/24                        2.25
09/24/04  DUPLICATING 2 COPIES 09/24                        0.50
09/24/04  SPECIAL COPY 11/30/03 STMT. - AMERICAN LEGAL    201.39
          COPY, LLC
09/24/04  DUPLICATING 4 COPIES 09/24                        1.00
09/24/04  LONG DISTANCE TELEPHONE 1 CALL 09/24              5.12
09/24/04  DUPLICATING 14 COPIES 09/24                       3.50
09/24/04  DUPLICATING 43 COPIES 09/24                      10.75
09/27/04  SPECIAL COPY 12/31/03 STMT. - AMERICAN LEGAL    291.80
          COPY, LLC
09/29/04  TRAVEL RELATED EXPENSES CHECK NO. 3940; DIAMOND  22.00
          PARKING; PARKING VALIDATIONS;
10/05/04  FEDERAL EXPRESS INV# 7-606-78098 9/06/04         27.60
10/13/04  COURIER SERVICE NW LEGAL SUPPORT INV# STMT       10.00
          8/28-9/23/04

            EXPENSES INCURRED......................   $6,682.01


            GRAND TOTAL                           $114,377.01
```

*Fees and Costs are due upon receipt of bill*

**EXHIBIT 2**
**PAGE 107 OF 107**