## NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
October 26, 2004
Our File Number:   1008-0001M
Statement/Invoice No.:   11

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

### For Services Through 10/22/2004

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/27/2004 | CWN | Receive confirmation that file is being transferred; telephone conference with T. Borchers re status of AES reply brief; telephone conference with A. Schaeffer and C. Elliott re representation of AES; telephone conference with T. Matthews; exchange emails with Matthews re document review; review and revise draft reply brief; review A. Schaeffer's draft declaration with her on the telephone; revise declaration; additional research into agency law issues; final revisions and file AES' reply in support of motion for summary judgment; review court orders for clients; receive discovery order; send emails to N. Biggerstaff related to filings; telephone conversation with C. Elliott and Amanda Schaeffer re pre-document review meeting; confer with L. Altenbrun re assignment. | 4.60 |
| 09/28/2004 | LEA | Meet with C. Nicoll, A. Schaeffer, & C. Elliot re strategy session for document review, discussion of responsive documents, & schedule/strategy for further discovery. | 1.90 |
| | CWN | Meet with L. Altenbrun to review case status; walk to offices of AES; meet with A. Schaeffer, C. Elliott and L. Altenbrun to review documents and procedures for upcoming document review with T. Matthews; search for documents related to VANGUARD loss; return to office; telephone conferences with T. Matthews re logistics; email to T. Matthews reminding him of need for signed confidentiality agreement. | 2.30 |
| 09/30/2004 | LEA | Meet w/ T. Matthews re scheduling of various depositions in Seattle and London, status of discovery, & procedure for | |

**EXHIBIT 3**
**PAGE 1 OF 54**

Interested Underwriters at Lloyds

Page: 2
October 26, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 11

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | document review; Meet with A. Schaeffer re procedure for document review; Attend document review with T. Matthews & A. Schaeffer re American E&S's records (Document review - 0830 to 1230, 1430 to 2130); call C. Nicoll re status of document review & schedule of discovery. | 6.90 |
| 10/01/2004 | LEA | Meet with T. Matthews re document review, discovery deadlines, deposition schedule, and re-filing of motion for summary judgment; Organize files for review by T. Matthews; Review of database spreadsheet to determine missing files; Call C. Nicoll re discovery strategy & timing; Call M. Brown re deposition scheduling; Call C. Beard re scheduling of deposition; Call A. Schaeffer re document review; Coordinate document review with T. Matthews (document review - 0830 to 1730); Draft status update to C. Nicoll. | 4.80 |
| 10/03/2004 | LEA | Continue review of American E&S files re treatment of past losses in insurance application. | 2.40 |
| 10/04/2004 | CWN | Plan and prepare for discovery responses and depositions; confer with L. Altenbrun re document review and discovery; review file materials related to the VANGUARD declination; confer with L. Altenbrun re Clara Beard, former EAS employee; summarize law related to privileged communications with former employee of corporate client; assign L. Altenbrun to research and brief privilege issue. | 2.10 |
| | LEA | Continue review of American E&S files re treatment of disclosed losses in past cases; Meet with C. Nicoll re discovery scheduling and strategy; Call from C. Beard re deposition scheduling; Legal research re attorney-client privilege as it extends to former corporate employees. | 5.90 |
| 10/05/2004 | CWN | Review various pleadings, including stipulated confidentiality order and discovery responses from Inlet to PENCO. | 0.40 |
| | LEA | Complete American E&S document review; Calls to A. Schaeffer, C. Elliot, M. Brown, & C. Beard re scheduling of depositions. | 3.80 |
| 10/07/2004 | LEA | Continue legal research re circumstances where attorney-client privilege extends to former corporate employees under Ninth Circuit law; Draft memo to C. Nicoll re extension of privilege to former employees. | 3.70 |
| 10/08/2004 | LEA | Review 10/5 letter from T. Matthews re discovery schedule; Review court order granting Rule 56(f) motion for continuance; review recent correspondence; brief review of AES motion for summary judgment and related briefs; review recent correspondence re discovery requests and deadlines; draft e-mail to T. Matthews re scheduling of Seattle depositions & anticipated London depositions; Meet with D. Kennedy re document production, redaction, and confidentiality; review confidentiality agreement; draft status update to Underwriters & | |

**EXHIBIT 3**
**PAGE 2 OF 54**

Interested Underwriters at Lloyds

Page: 3
October 26, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 11

Re: Lloyds-Quanirtuug Princess

|  |  |  | Hours |
|---|---|---|---|
|  |  | AES; meet briefly with C. Nicoll re discovery status & strategy. | 4.00 |
|  | CWN | Review and analyze draft report prepared by associate; revise same; review documents prior to production; confer re redaction needs; consider request from T. Matthews for unredacted copy of spreadsheet; address scheduling of discovery; emails re interviews of M. Brown and C. Beard. | 1.20 |
| 10/11/2004 | LEA | Review redaction log from document production produced by D. Kennedy; Brief review of document production & redacted entries; Draft letter to T. Matthews re document production, copy fees, and Seattle depositions; Draft email to W. Bankston re document production; Draft letter to C. Beard re deposition schedule & pre-deposition meeting; Draft letter to M. Brown re deposition schedule & pre-deposition meeting; Draft email to A. Schaeffer re deposition schedule & conference room availability. | 1.90 |
| 10/12/2004 | CWN | Review and respond to emails from Graeme Sprowson; telephone conference with Graeme Sprowson regarding case status and upcoming London depositions; review correspondence from Totem counsel; confer with L. Altenbrun re schedule. | 0.70 |
| 10/14/2004 | LEA | Review correspondence from T. Matthews & C. Nicoll re London depositions; Review documents produced by American E&S pursuant to Totem's second requests for production of documents; review outstanding discovery requests from Totem; Review Lloyd's and AES responses to Totem's first & second sets of interrogatories. | 2.90 |
|  | CWN | Prepare for meeting with C. Elliott and R. Dawe by reviewing documents produced to Totem from files of AES and meeting with L. Altenbrun; office conference with C. Elliott and R. Dawe re discovery and case status issues; review file materials with clients and prepare plan and strategy for addressing upcoming discovery; confer with L. Altenbrun re follow up; work on travel arrangements. | 2.30 |
| 10/16/2004 | LEA | Draft responses to outstanding discovery requests from Totem's first request for production to AES, second requests for production to AES, second interrogatories to AES, third interrogatories to AES, third interrogatories to Underwriters, third requests for production to AES, and third requests for production to Underwriters. | 2.30 |
| 10/18/2004 | CWN | Review discovery responses with L. altenbrun; review documents and reports produced; search for prior correspondence; emails with L. Wilton; confer with L,. Altenbrun re status. | 1.20 |
|  | LEA | Continue to draft answers and responses to outstanding discovery requests from Totem's first request for production to AES, second requests for production to AES, second interrogatories to AES, third interrogatories to AES, third |  |

**EXHIBIT 3**
**PAGE 3 OF 54**

Interested Underwriters at Lloyds

Page: 4
October 26, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 11

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | interrogatories to Underwriters, third requests for production to AES, and third requests for production to Underwriters. Review previously produced documents regarding form of pollution insurance applications. Draft email to C. Elliot & A. Schaeffer regarding various application forms. Meet with C. Nicoll re status of discovery responses. | 4.80 |
| 10/19/2004 | LEA | Edit and revise answers and responses to outstanding discovery requests from Totem's first requests for production to AES, second requests for production to AES, second interrogatories to AES, third interrogatories to AES, third interrogatories to Underwriters, third requests for production to AES, and third requests for production to Underwriters. Conference with C. Nicoll to discuss answers and responses. Draft Underwriters' second supplemental responses to Totem's first requests for production. | 3.90 |
| | CWN | Review and revise draft discovery responses prepared by L. Altenbrun; confer with L. Altenbrun re preparation and deposition schedules; confer re required additional information in order to answer written discovery; discuss proposed changes to draft responses. | 1.80 |
| 10/20/2004 | LEA | Meet with C. Elliot at AES re outstanding discovery responses; Review email from J. Edmonds re C. Beard deposition and need for independent counsel; Draft reply to J. Edmonds correspondence; Brief review of discovery documents provided by Totem Agencies & WQIS; Conference with C. Nicoll re deposition schedule and strategy, and status of outstanding discovery; Draft letter to T. Matthews re discovery responses and upcoming depositions; Edit & revise responses to outstanding discovery requests from Totem's first request for production to AES, second requests for production to AES, second interrogatories to AES, third interrogatories to AES, third interrogatories to Underwriters, third requests for production to AES, and third requests for production to Underwriters; Call for A. Schaeffer re upcoming deposition; Call for C. Beard re deposition schedule and preparation. | 6.90 |
| | CWN | Review and finalize discovery responses for AES and Lloyds Underwriters; Telephone conference with B. Jamieson re London depositions and his offer of assistance; confer with L. Altenbrun re scheduling, witness preparation for next week's depositions, and attorney client privilege issues with former employees of clients; review email from J. Edmonds on behalf of witness Clara Beard; confer with L. Altenbrun re proper reply and re his interview of C. Elliott regarding the history of AES applications; review L. Altenbrun email reply; exchange emails with G. Sprowson re scheduling witnesses in London; forward interrogatory responses to G. Sprowson for review and approval; emails to and from T. Matthews re discovery issues; telephone T. Matthews and leave message re same; commence preparation for Seattle depositions by reviewing Totem records; Telephone conference with T. Matthews re | |

**EXHIBIT 3**
**PAGE 4 OF 54**

Page: 5
October 26, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 11

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| Date | TK | Description | Hours | |
|------|----|-----|------|--|
| | | deposition locations in Seattle and London and re deposition order and related issues. | 2.60 | |
| 10/21/2004 | LEA | Continue drafting memo to C. Nicoll re extension of attorney-client privilege to former corporate employees under Supreme Court's Upjohn decision and its progeny, and the limits of the attorney-client privilege to former corporate employees. Review correspondence from C. Beard's personal counsel requesting NBMF representation of Ms. Beard for purposes of deposition. | 2.50 | |
| 10/22/2004 | LEA | Draft email to counsel for C. Beard re representation for deposition; Call A. Schaeffer re spreadsheet from 10/1 document review. Review spreadsheet from 10/1 document review and revise it to reflect only files designated for copying; Conference with C. Nicoll & C. Elliot re preparation for deposition and written discovery responses; Conference with A. Schaeffer and C. Nicoll re preparation for deposition; Continue review of documents produced by Totem Agencies pursuant to discovery requests; Review court order granting American E&S motion for summary judgment. | 7.30 | |
| | CWN | REceive and review order from court granting AES' motion for summary judgment; forward same to clients; review and reply to email from G. Sprowson re scheduling; review documents; travel to AES offices and prep Chris Elliott and Amanda Schaeffer for next week's depositions; return to office and review emails re C. Beard and to R. Dawe; confer with L. Altenbrun re deposition schedules and preparation; review email from G. Sprowson re AES result. | 7.30 | |
| | | For Current Services Rendered | 92.40 | 18,021.50 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 65.90 | $185.00 | $12,191.50 |
| Christopher W. Nicoll | 26.50 | 220.00 | 5,830.00 |

### Expenses

| | |
|---|---|
| Photocopy charges | 444.00 |
| Travel expense | 8.00 |
| Total Expenses Thru 10/22/2004 | 452.00 |
| Total Current Work | 18,473.50 |
| Balance Due | $18,473.50 |

**EXHIBIT 3**
**PAGE 5 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London  EC3N 2HP
United Kingdom

Page: 1
November 23, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 102

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

For Services Through 11/19/2004

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/24/2004 | LEA | Preparation for deposition of A. Schaeffer (review Lloyd's motion for summary judgment and all related pleadings; review A. Schaeffer claims file). | 1.90 |
| 10/25/2004 | CWN | Email from G. Sprowson re various issues; reply to same; telephone conference with G. Sprowson re scheduling, interrogatory responses, representation of C. Beard and reserves; meet with C. Beard to prepare her for deposition testimony and review documents; confer with L. Altenbrun re deposition preparation and document review. | 5.10 |
| | LEA | Review of discovery documents related to C. Beard's work at PSU; Meet with C. Beard and C. Nicoll re preparation for C. Beard's deposition and interview re knowledge of AES/PSU vessel pollution application and C. Beard's practices at PSU; Meet with C. Nicoll re strategy for conduct of Seattle depositions and scheduling of London depositions. | 7.60 |
| 10/26/2004 | CWN | review materials in connection with C. Elliot deposition; email from G. Sprowson; review fax from G. Sprowson to S. Gargrave; Email to G. Sprowson addressing issues raised in his email; confer with L. altenbrun re deposition of C. Elliot; walk to AES offices and meet with C. Elliot for last minute preparation; attend first part of deposition of C. Elliot; confer with counsel for Totem about discovery and case issues; telephone conference with L. Altenbrun re issue in deposition; confer with L. Altenbrun re deposition outcome after conclusion. | 3.80 |
| | LEA | Prepare for deposition of C. Elliot; Organize documents produced to Totem pursuant to document review for access at | |

**EXHIBIT 3**
**PAGE 6 OF 54**

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | depositions; Meet briefly with C. Nicoll to discuss C. Elliot deposition; Attend & defend deposition of C. Elliot; Meet with C. Nicoll re debriefing of Elliot deposition. | 7.90 |
| 10/27/2004 | LEA | Prepare for, attend, and defend deposition of Clara Beard; Meet briefly with T. Matthews to discuss status of discovery and upcoming depositions. | 4.90 |
| 10/28/2004 | WLB | Tel. conference with C. Nicoll re message to London underwriters; draft e-mail to G. Sprowson (Limit) re rescheduling conference; Telephone conf with G. Sprowson re same. | 0.50 |
| | LEA | Prepare for deposition of M. Brown; Attend and defend deposition of M. Brown. | 5.30 |
| 10/29/2004 | CWN | Review emails from clients; telephone conference with L. Altenbrun re deposition of Amanda Schaeffer; meet with C. Elliott; receive and review order from court denying Inlet's motion for summary judgment on ambiguity. | 1.00 |
| | LEA | Prepare for deposition of A. Schaeffer; Meet with A. Schaeffer re deposition preparation; Attend and defend deposition of A. Schaeffer; Meet with T. Matthews re discovery status and schedule. | 6.20 |
| | CWN | Confer with L. Altenbrun re deposition of C. Beard; review materials; send L. Altenbrun to defend deposition; review email from G. Sprowson re P. Sandle; email to G. Sprowson re same; telephone conference with L. Altenbrun re outcome of deposition; office conference with M. Brown and L. Altenbrun to prepare M. Brown for her deposition. | 3.60 |
| 11/01/2004 | LEA | Review correspondence from R. Dawe re Ropner files related to recent document review; Briefly review files. | 1.60 |
| | LEA | Review court order denying Inlet's motion for summary judgment re ambiguity. | 0.20 |
| 11/03/2004 | LEA | Telephone conference with G. Sprowson & P. Sandle re responses to Totem's Interrogatories and status of depositions; Edit and revise Answers to Totem's Third Interrogatories. | 1.10 |
| | LEA | Review notes from Seattle depositions; Draft emails to C. Elliot re document requests and request for search of Filemaker Pro database. | 0.40 |
| | CWN | Review and reply to email from P. Sandle re conference call; telephone conference with L. Altenbrun re conference call; review discovery responses; conference call with G. Sprowson, P. Sandle and L. Altenbrun re discovery responses; review 28 USC 1746 re unsworn declarations; telephone conference with T. Matthews re using an unsworn declaration instead of an affidavit and re London depositions; email to clients re same. | 2.00 |
| 11/04/2004 | LEA | Review documents forwarded by Ropner Insurance re files with loss history and other "unusual" circumstances. | 2.10 |
| | CWN | Email from G. Sprowson forwarding email communications with | |

EXHIBIT 3
PAGE 7 OF 54

Page: 3
November 23, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 102

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Les Wilton; reply to same; email from G. Sprowson re revisions to P. Sandle's declaration in support of interrogatory responses; reply to same. | 0.40 |
| 11/05/2004 | CWN | Review and reply to emails from G. Sprowson re upcoming depositions and re interrogatory responses; confer with L. Altenbrun re discovery; review email to P. Sandle. | 0.60 |
| 11/09/2004 | CWN | Telephone conference with G. Sprowson re witness preparation, reserves and fees; prepare email to be sent to S. Gargraves by G. Sprowson; email to D. Kennedy requesting scanned copies of reports. | 1.10 |
| | DSK | Review correspondence files for status reports; copy and scan. | 0.50 |
| 11/10/2004 | DSK | Redact names of assureds and vessels from Ropner documents; copy for production to T. Mathews (Totem counsel) | 2.00 |
| | LEA | Meet with D. Kennedy re redaction of information from Ropner documents; Brief review of Totem's notices of videotape depositions; Meet with C. Nicoll re status of discovery and preparation for re-filing of motion for summary judgment; Review discovery re documents related to D. Willoughby; Draft email to A. Schaeffer requesting D. Willoughby file; Draft letter to T. Matthews re documents possibly subject to attorney-client privilege and other discovery issues; Review letter to U/Ws re Ropner documents. | 1.90 |
| 11/11/2004 | CWN | Review and revise draft letter to counsel forwarding materials; review and sign letter forwarding materials to S. Gargrave; review prior reports and work on email to G. Sprowson; confer with L. Altenbrun re document production; review deposition notices calling for videotape depositions in London; assign associate to research whether videotaped depositions are permitted in UK. | 1.50 |
| | LEA | Meet with C. Nicoll re assertion of privilege in certain AES disclosures; Edit and revise letter to counsel for Totem and Inlet re privilege documents and disclosure of Ropner documents; Legal research re legal basis for demanding video deposition of non-party deponents in United Kingdom. | 1.80 |
| 11/12/2004 | LEA | Draft memo to C. Nicoll re availability of videotape deposition for non-party deponent in United Kingdom; Review correspondence from A. Schaeffer & D. Willoughby re disclosure of Willoughby file. | 1.50 |
| | LEA | Legal research re case law where court found nondisclosure of material fact but refused to void policy ab initio on equitable grounds. | 1.10 |
| | CWN | Reply to email from G. Sprowson; work on email to S. Gargrave; review materials from T. Matthews re witness list in state court; emails with Lane Powell re status of state case; commence preparing witness list for state court. | 0.80 |
| 11/15/2004 | CWN | Review email from G. Sprowson; review reports and attach key | |

**EXHIBIT 3**
**PAGE 8 OF 54**

Interested Underwriters at Lloyds

Page: 4
November 23, 2004
Our File Number:   1008-0001M
Statement/Invoice No.:   102

Re:   Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | reports to email to G. Sprowson for review by S. Gargrave; revise interrogatory responses and declaration for signature by P. Sandle; forward same to G. Sprowson with instructions; review discovery documents; **prepare witness list in state court action; email same to Lane Powell for filing.** | 2.80 / 1.3 04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE |
| 11/16/2004 | CWN | Review emails from G. Sprowson and P. Sandle; reply to same; prepare brief report in response to inquiry from G. Sprowson; review email from N. Biggerstaff re filing yesterday; confer with D. Kennedy re status of document production to Inlet; check status of discovery responses to Inlet and email to L. Altenbrun re same. | 2.10 |
| | LEA | Meet with D. Kennedy re correspondence from Inlet and disclosure of American E&S documents to Inlet. | 0.30 |
| 11/17/2004 | LEA | Draft responses to Inlet's first requests for production of documents, first set of interrogatories, and first set of requests for admission.  Meet with D. Kennedy re status of document disclosures to Totem Agencies and Inlet.  Review correspondence file re offer of disclosure of American E&S documents to Inlet defendants. | 5.30 |
| | CWN | Review emails from G. Sprowson; confer with L. Altenbrun re responses to discovery requests from Inlet and discovery schedule; reply to G. Sprowson; send email to L. Wilton. | 1.00 |
| 11/18/2004 | LEA | Continue drafting answers and responses to Inlet's first discovery requests and edit and revise the same; Meet with C. Nicoll re answers and responses to Inlet's discovery requests and possible objections to videotaped depositions; Call R. Dawe re Totem's demand to videotape depositions; Review court's scheduling order re discovery deadlines and related trial deadlines; Draft letter to B. Bankston and T. Matthews re stipulation extending discovery deadline; Draft email to G. Sprowson & P. Sandle re discovery requests; Draft email to C. Elliot re AES lawsuits and requested discovery documents; Brief review of Inlet's responses to Totem's discovery requests; Review correspondence from N. Biggerstaff. | 6.80 |
| | CWN | Review phone message from G. Sprowson re video depositions; review emails re same; comence reply; confer with L. Altenbrun re discovery responses; review and revise same; confer with L. Altenbrun re contacting R. Dawe about video depositions; receive email from L. Wilton re video deposition and re consulting fee; review court order re scheduling for conference with court; review email from R. Dawe. | 1.30 |
| 11/19/2004 | LEA | Review correspondence from P. Sandle re discovery; Review correspondence from R. Dawe re video depositions and respond thereto; Edit and revise letter to B. Bankston & T. Matthews re discovery deadlines; Brief review of discovery responses and answers. | 1.10 |
| | CWN | Review emails regarding videotaping of depositions; confer with L. Altenbrun re same; email to clients and to R. Dawe; review | |

**EXHIBIT 3**
**PAGE 9 OF 54**

Interested Underwriters at Lloyds

Page: 5
November 23, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 102

Re: Lloyds-Quanirtuug Princess

|  | Hours |  |
|---|---|---|
| signed declaration from P. Sandle; review final version of discovery responses and sign same for service; review and reply to emails from Lane Powell re scheduling conference; review and sign letter to other counsel re discovery cutoff. | 1.30 |  |
| For Current Services Rendered | 89.90 | 17,350.50 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 59.00 | $185.00 | $10,915.00 |
| W. L. Rivers Black III | 0.50 | 220.00 | 110.00 |
| Christopher W. Nicoll | 27.90 | 220.00 | 6,138.00 |
| Debbie S. Kennedy | 2.50 | 75.00 | 187.50 |

### Expenses

| Photocopy charges | 204.26 |
|---|---|
| Travel expense | 22.00 |
| Miscellaneous expense | 119.13 |
| Total Expenses Thru 11/19/2004 | 345.39 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 10/06/2004 | Courier fee - 520 Pike Street - Seattle, WA | 7.00 |
| 10/07/2004 | Outsourced Copies - ALC Inv. 89068, 530 copies and bates labeling 525 pages | 132.30 |
| 10/11/2004 | Courier fee - (D) 520 Pike Street - Seattle, WA | 45.00 |
| 11/08/2004 | Outsourced Copies - ALC, Bates labeling services (189 pgs.) and 1 set of copies (189) | 42.16 |
| 11/17/2004 | Edward F. Travers & Associates, Inc., Marine Surveyors, Inv. No. 10 6681 03 dated 10/24/2003: survey fee: $330.00; photographs $137.00; mileage $15.00; admin. $15.00 | 497.00 |
| 11/17/2004 | Confidential Reporting Service, Inc., Inv. 545544, transcript ($207.50) and exhibits ($3.85) for deposition of Molly Brown, taken 10/28/2004; transcript ($237.50) and exhibits ($12.25) for deposition of Amanda Schaefer, taken 10/29/2004; delivery and handling ($15.00) | 476.00 |
| 11/18/2004 | Westlaw online legal research | 181.84 |
|  | Total Advances | 1,381.30 |
| 11/01/2004 | Reimbursement check received from Matthews & Zahare for ALC Inv. 89068 for outsourced copies | -132.30 |
|  | Total Credits for Advances | -132.30 |
|  | Total Current Work | 18,944.89 |
|  | Previous Balance | $18,473.50 |

### Payments

| 11/19/2004 | Payment received, thank you. | -18,473.50 |
|---|---|---|

**EXHIBIT 3**
**PAGE 10 OF 54**

Interested Underwriters at Lloyds

Page: 6
November 23, 2004
Our File Number: 1008-0001M
Statement/Invoice No.: 102

Re: Lloyds-Quanirtuug Princess

Balance Due $18,944.89

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 11 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
January 14, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   162

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

## For Services Through 12/31/2004

Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/22/2004 | CWN | Emails from G. Sprowson and L. Wilton re retention of Wilton as a consultant; reply to both; review L. Altenbrun email re concerns over meaning of local order regarding designation of expert witnesses; reply to same; receive and review order from state court granting motion to sever and stay coverage aspects of state court litigation; forward same to clients with report; work on preparations for trip to London. | 2̶.4̶0̶  1.2 |
| | LEA | Review order from state court action granting motion to sever and motion for stay; Review scheduling order re disclosure of expert witnesses; Draft email to C. Nicoll re expert disclosure requirements. | 0̶.9̶0̶  .5 |
| 11/29/2004 | LEA | Review D. Willoughby file _____; Call to T. Matthews re Wilton deposition and discovery issues; Review photographs from E. Travers file for possible use in depositions; Review privilege logs for various discovery document disclosures. | 2.10 |
| | CWN | Review emails from L. Wilton and G. Sprowson _____ re scheduling for S. Gargraves and L. Wilton; email K. Wren re Gargraves' schedule and appointment to meet on arrival in London; prepare for trip by identifying categories of documents to be designated by L. Altenbrun to accompany us; review files of Salvage Association and E. Travers for useful photographs and data regarding the MAREN 1 incident; emails concerning expert disclosure and other deadlines coming up; email re rescheduling deposition of L. Wilton to Friday 12/10. | 1.80 |

(Stamp: PORTIONS EXCLUDED FROM ATTY FEE INVOICE 04/14/06)

**EXHIBIT 3**
**PAGE 12 OF 54**

Interested Underwriters at Lloyds

Page: 2
January 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 162

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/30/2004 | LEA | Review AES documents and Ropner documents for preparation of London depositions; Review and mark for copying relevant pleadings and discovery pleadings for use at London depositions; Call from T. Matthews re discovery deadlines and London depositions; draft email to T. Matthews re confirmation of agreement re discovery deadlines and depositions. | 2.90 |
| | CWN | Emails to and from G. Sprowson, L. Wilton and K. Wren regarding scheduling of preparation sessions and testimony; emails with N. Biggerstaff re stipulations on trial dates; review documents for trip; depart for London. | 1.70 |
| 12/01/2004 | CWN | Continued travel Seattle to London for depositions; meet with L. Wilton, D. Nuding, R. Dawe and S. Gargrave to prepare S. Gargrave for testimony. | 15.00 |
| | LEA | Travel from home to Seatac Airport, to London via British Airways, to Ropners' offices; Prepare for meeting with deponents; Meet with Steve Gargrave, Rowland Dawe, Darren Nuding, John Boyt, Les Wilton, and C. Nicoll re preparation for upcoming depositions. | 16.70 |
| 12/02/2004 | CWN | Meeting with representatives of Ropner Insurance Services and L. Wilton to prepare for deposition testimony; separate meeting with R. Dawe; telephone call to P. Sandle; telephone call to G. Sprowson and leave message; email to G. Sprowson re need to schedule meeting with and deposition of P. Sandle; meet with B. Jamieson and L. Altenbrun; review claims file supplied by D. Nuding. | 7.30 |
| | LEA | Meet with L. Wilton, R. Dawe, D. Nuding, P. Harcombe, J. Boyt, B. Jamison, & C. Nicoll re preparation for upcoming depositions; Meet individually with R. Dawe for preparation for his deposition. Meet with C. Nicoll re status of preparations. | 6.70 |
| 12/03/2004 | CWN | Meet with P. Harcombe to prepare for his deposition; meet with R. Dawe re his deposition and re preparations for Monday morning; place calls to counsel in Alaska regarding court reporter services and schedules; telephone call with court reporter re availability of phone conferencing equipment; meet with G. Sprowson to update him on progress and outcome of preparation sessions; place calls to P. Sandle; meet with L. Wilton and schedule date and time for his preparation meeting; review additional documents; emails regarding stipulation to extend disclosure dates; phone message from K. Schoolcraft. | 5.30 |
| | LEA | Prepare for meetings with P. Harcombe & L. Wilton re deposition preparation; Meet individually with Paul Harcombe & Les Wilton re preparation for upcoming depositions. Meet with G. Sprowson to update him on progress and outcome of preparation sessions. Confer with C. Nicoll re status of deposition preparations, schedule of depositions, and motion to extend discovery deadlines. | 5.40 |
| 12/06/2004 | LEA | Meet with R. Dawe & C. Nicoll re final deposition preparations; Attend deposition of R. Dawe; Meet with P. Sandle re | |

**EXHIBIT 3**
**PAGE 13 OF 54**

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

Page: 3
January 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 162

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | preparation for upcoming deposition and review of relevant documents; Review Ropner claim file ; Meet briefly with C. Nicoll and T. Matthews re depositions schedule and status of related discovery issues. | 7.80 |
| | CWN | Continue to prepare for deposition of R. Dawe; meet with R. Dawe for final preparation; meet with Totem counsel; defend and take the deposition of R. Dawe; post-deposition meeting with Totem counsel; deposition de-brief with R. Dawe; prepare for deposition of S. Gargraves; meet with P. Harcombe and D. Nuding; email from G. Sprowson re P. Sandle; telephone P. Sandle to schedule meeting; meet with P. Sandle following R. Dawe deposition to prepare him for his deposition on Wednesday; reply to G. Sprowson. | 10.30 |
| 12/07/2004 | LEA | Prepare for and meet with D. Nuding re deposition preparation; Prepare for and meet with J. Boyt re deposition preparation; Attend S. Gargrave deposition (partially). | 5.80 |
| | CWN | Final preparations for deposition of S. Gargrave; review certain documents with S. Gargrave; meet with Totem counsel; attend and defend and take deposition of S. Gargrave; post-deposition de-brief with S. Gargrave, R. Dawe, D. Nuding and P. Harcombe; telephone call with P. Sandle; confer with L. Altenbrun re preparations of J. Boyt and D. Nuding; close review of Sandle materials; | 9.20 |
| 12/08/2004 | LEA | Continue review of Ropner claims file; Meet with T. Matthews re disclosure of Ropner claims file; Meet with P. Sandle re preparation for deposition; Attend final portion of Sandle deposition; Meet with D. Nuding re final preparation for deposition; Attend and defend deposition of D. Nuding. | 4.70 |
| | CWN | Meet with P. Sandle to finalize his preparation in advance of his deposition; review notes and documents with P. Sandle; meet with Totem's counsel prior to deposition; defend and take the deposition of P. Sandle; post-deposition meeting with P. Sandle; meet with P. Harcombe to finalize his deposition preparation; review records with P. Harcombe; meet with counsel for Totem prior to P. Harcombe deposition; defend and take deposition of P. Harcombe; post-deposition meeting with D. Nuding, P. Harcombe and R. Dawe; commence review of contents of Ropner Insurance Services Claims files; meet with and prepare L. Wilton for his deposition. | 8.20 |
| 12/09/2004 | LEA | Prepare for J. Boyt deposition; Meet with J. Boyt re final preparation for deposition and review of Nuding deposition; Attend and defend Boyt deposition; Meet with P. Harcombe & C. Nicoll re Harcombe deposition; Brief meeting with R. Dawe re status of depositions. | 3.90 |
| | CWN | Finish reviewing Ropner claims file; meet with J. Boyt and D. Nuding to assist in deposition preparation; meet with Totem | |

**EXHIBIT 3**
**PAGE 14 OF 54**

Page: 4
Interested Underwriters at Lloyds
January 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 162

Re: Lloyds-Quanirtuug Princess

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| | | counsel and produce discoverable contents of the claims files; organize documents related to L. Wilton deposition scheduled for Friday; post-deposition meetings with J. Boyt and D. Nuding. | 4.20 | |
| 12/10/2004 | LEA | Legal research ; Meet with C. Nicoll ; Meet with L. Wilton and C. Nicoll re final deposition preparation; Meet with T. Matthews re status of discovery and litigation. | 2.60 | |
| | CWN | Finalize preparations for L. Wilton deposition; meet with L. Wilton for last minute issues; confer with counsel for Totem in advance of deposition re whether Inlet counsel will be asking any questions; defend and take deposition of L. Wilton; post-deposition meeting with L. Wilton, R. Dawe, D. Nuding and others; gather files and other materials and depart Ropner Insurance premises; telephone calls to G. Sprowson and leave voice message re outcome of depositions. | 5.40 | |
| 12/11/2004 | LEA | Travel from London to Seattle; Begin review of AES documents related to past treatment of insureds with prior losses. | 15.90 | |
| | CWN | Travel from London to Seattle. | 15.00 | |
| 12/13/2004 | CWN | Review and reply to email from G. Sprowson re last week's depositions and re L. Wilton's fee bill; review and respond to G. Sprowson's reply re same; organize materials following trip to London; confer with L. Altenbrun re follow up to obtain stipulations on WQIS and other documents desired for use in renewed motion for summary judgment. | 0.70 | |
| 12/15/2004 | LEA | Review correspondence from Lane Powell; Review revised complaint in state court action. | 0.40 | |
| | LEA | Continue review of American E&S and Ropner documents re summary of past treatment of insured's with disclosed prior losses. | 1.80 | |
| | | For Current Services Rendered | 164.10 | 33,386.00 |

*04/14/06 EXCLUDED FROM ATTY FEE INVOICE*

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 77.60 | $185.00 | $14,356.00 |
| Christopher W. Nicoll | 86.50 | 220.00 | 19,030.00 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 146.61 |
| Photocopy charges | 248.00 |
| Postage | 170.41 |
| Travel expense | 8,155.22 |
| Miscellaneous expense | 32.50 |
| Total Expenses Thru 12/31/2004 | 8,752.74 |

**EXHIBIT 3**
**PAGE 15 OF 54**

Page: 5
Interested Underwriters at Lloyds
January 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 162

Re: Lloyds-Quanirtuug Princess

### Advances

| Date | Description | Amount |
|---|---|---:|
| 12/21/2004 | Outsourced Copies - ALC, 45 color copies, 160 copies, 49 pages Bates labeled 11/22/04 | 87.03 |
| 12/23/2004 | Outsourced Copies - ALC, 952 copies, 11/30/2004 | 165.72 |
| 12/23/2004 | Outsourced Copies - ALC, 213 copies, 11/30/2004 | 37.08 |
| 12/23/2004 | Outsourced Copies - ALC, 33 color copies, 11/30/2004 | 37.70 |
| 12/31/2004 | Westlaw online legal research | 432.99 |
| | Total Advances | 760.52 |
| 12/23/2004 | Outside professional fee - Returned check from Edward F. Travers & Associates, Inc.; payment on Inv. 10 6681 03 previously made by Cozen O'Connor | -497.00 |
| | Total Credits for Advances | -497.00 |
| | Total Current Work | 42,402.26 |
| | Previous Balance | $18,944.89 |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 01/13/2005 | Payment received, thank you. | -18,473.50 |
| | Balance Due | $42,873.65 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 16 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
February 17, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   217

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

### For Services Through 01/28/2005

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/03/2005 | LEA | Review recent correspondence re witness disclosure deadline; call from counsel for Inlet re extension of witness disclosure deadline; review and execute stipulated extension of deadline. | 1.10 |
| 01/05/2005 | LEA | Draft stipulated motion to extend discovery deadlines and review recent correspondence related thereto. | 1.40 |
| 01/06/2005 | LEA | Begin review of all discovery documents (review WQIS documents & E. Travers documents), marking documents to be authenticated for potential use in motion for summary judgment. | 1.90 |
| 01/07/2005 | LEA | Continue review of all discovery documents (review Totem documents (1-3700) and selected Inlet documents), marking documents to be authenticated for potential use in motion for summary judgment; confer with C. Nicoll re same. | 6.70 |
| | CWN | Email from L. Altenbrun re document review; meet with L. Altenbrun and go over documents required for summary judgment motion. | 1.10 |
| | CWN | Further review of summary judgment documents; telephone conference with S. Skinner re American E&S; forward court order dismissing American E&S to S. Skinner. | 0.70 |
| 01/10/2005 | LEA | Continue to review all documents produced through discovery for potential use in summary judgment motion and for designating for authentication; Review various discovery pleadings and privilege logs. | 5.50 |
| 01/11/2005 | LEA | Meet with D. Kennedy to discuss organization and copying of | |

**EXHIBIT 3**
**PAGE 17 OF 54**

|  |  |  | Page: 2 |
|---|---|---|---|
| Interested Underwriters at Lloyds | | | February 17, 2005 |
| | | Our File Number: | 1008-0001M |
| | | Statement/Invoice No.: | 217 |

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | various discovery documents. | 0.50 |
| | CWN | Receive and review emails from clients; receive e-transcripts of depositions of R. Dawe, P. Sandle and L. Wilton. | 0.40 |
| 01/12/2005 | CWN | Review client emails; telephone conference with J. Anderson of Bankston's office re stipulations on deadlines; review same; confer with L. Altenbrun re documents identified as needed for renewed motion and re deadlines stipulation. | 1.20 |
| | LEA | Begin drafting summary of treatment of insurance applicants with disclosed prior loss histories, 1996-2002, by Underwriters; Meet with D. Kennedy re compilation of data; Review marked documents to be authenticated by other parties; Meet with Chris Nicoll to discuss status of case, timing of motion, stipulated motion re discovery deadlines, and general strategy; Edit and revise stipulated motion to extend discovery deadlines; Draft letter to counsel for Inlet and Totem re stipulated motion; Review recent discovery requests served by Totem upon Inlet defendants. | 6.80 |
| 01/13/2005 | LEA | Edit and revise letter to defendants and third party defendants re stipulated motion to extend discovery deadlines; Call to T. Matthews re authenticity of documents; Calls to/from B. Bankston's office re proposed stipulated motion; Draft letter to all parties re changes to stipulated motion. | 1.60 |
| 01/14/2005 | CWN | Review letter re stipulation for authenticity; confer with L. Altenbrun re additional records located in Salvage Association materials and in Inlet's records; commence reviewing deposition transcripts from London. | 1.50 |
| 01/20/2005 | LEA | Meet with C. Nicoll re status of case, receipt of deposition transcripts, and strategy of motion for summary judgment; Review email from Lane Powell re stipulated motion. | 0.50 |
| 01/26/2005 | LEA | Meet with C. Nicoll re case status; Calls to B. Stibitz and T. Matthews re stipulated extension of discovery deadlines; Continue review of AES files re disclosed prior loss history and data compilation thereof; Edit and revise proposed discovery deadlines stipulation and forward same to T. Matthews. | 2.40 |
| | DSK | Organize documents, arrange for copying and prepare index of documents to be forwarded to counsel for Totem Agencies, Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. for authentication. | 6.00 |
| 01/27/2005 | LEA | Finalize compilation of data related to Underwriters treatment of prospective insureds with prior loss history; Review and edit table re description of documents necessary to be authenticated and review each document described therein; Review emails from counsel for Totem and counsel for Inlet re stipulated motion and respond thereto. | 5.80 |
| | DSK | Prepare requests for admission and interrogatories to be served on Inlet Fisheries and Inlet Fish Producers, Inc. and | |

**EXHIBIT 3**
**PAGE 18 OF 54**