Page: 3
February 17, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 217

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| | | Hours | |
|---|---|---:|---:|
| | Totem Agencies. | 1.00 | |
| DSK | Continue to organize documents and prepare index to be forwarded to counsel for Totem Agencies, Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. for authentication. | 4.00 | |
| | For Current Services Rendered | 50.10 | 8,230.00 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Larry E Altenbrun | 34.20 | $185.00 | $6,327.00 |
| Christopher W. Nicoll | 4.90 | 220.00 | 1,078.00 |
| Debbie S. Kennedy | 11.00 | 75.00 | 825.00 |

### Expenses

| | |
|---|---:|
| Long distance telephone charges | 0.13 |
| Photocopy charges | 108.20 |
| Total Expenses Thru 01/28/2005 | 108.33 |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 01/21/2005 | Court Reporter/Transcript Costs - Atkinson-Baker, Inc., certified copy of the reporter's transcript of the deposition of Leslie Wilton, taken December 10, 2004 | 182.00 |
| 01/21/2005 | Court Reporter/Transcript Costs - Atkinson-Baker, Inc., certified copy of the reporter's transcript of the deposition of John Boydt and Paul Harcombe, taken December 9, 2004 | 229.50 |
| 01/21/2005 | Court Reporter/Transcript Costs - Atkinson-Baker, Inc., certified copy of the reporter's transcript of the deposition of Stephen Gargrave, taken December 7, 2004 | 440.80 |
| 01/21/2005 | Court Reporter/Transcript Costs - Atkinson-Baker, Inc., certified copy of the reporter's transcript of the deposition of Rawland Dawe, taken December 6, 2004 | 562.40 |
| | Total Advances | 1,414.70 |
| 01/06/2005 | Outsourced Copies - Check received from Bankston, Gronning, O'Hara to pay for outsourced copies 11/30/04, billed to client 12/23/04 | -165.72 |
| | Total Credits for Advances | -165.72 |
| | Total Current Work | 9,587.31 |
| | Previous Balance | $42,873.65 |

### Payments

| Date | Description | Amount |
|---|---|---:|
| 02/10/2005 | Payment received via ACH transmittal, thank you. | -42,873.65 |
| | Balance Due | $9,587.31 |

**EXHIBIT 3**
**PAGE 19 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
April 01, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 404

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

### For Services Through 03/25/2005

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/03/2005 | CWN | Email with B. Jamieson; review request for admission to parties re authentication of documents. | 0.40 |
| 02/04/2005 | LEA | Review, edit and revise plaintiff's requests for admission and Interrogatories to Inlet defendants and Totem re authenticity of documents for purpose of summary judgment motion. Meet with D. Kennedy to discuss written discovery. Draft letter to B. Stibitz & T. Matthews re requests to admit authenticity. Discuss status of requests with C. Nicoll. | 2.30 |
| 02/07/2005 | CWN | Meet with L. Altenbrun re motion for summary judgment and particular ways to alter motion from the one last filed. | 0.40 |
| | LEA | Review Underwriters' previously-filed motion for summary judgment; discuss upcoming motion schedule with D. Kennedy; meet with C. Nicoll to discuss status of motion for summary judgment and strategy for concluding case. | 0.80 |
| 02/08/2005 | CWN | Email from G. Sprowson re status and P. Sandle deposition transcript; reply to same with brief status report; telephone conference with G. Sprowson re case status. | 0.70 |
| 02/14/2005 | CWN | Telephone conference with C. Elliott re status; review letter from Inlet's counsel re document production from P. Klier. | 0.30 |
| 02/15/2005 | LEA | Begin drafting renewed motion for summary judgment. Draft legal standard section and begin drafting argument that utmost good faith is an established doctrine of maritime law. | 3.40 |

**EXHIBIT 3**
**PAGE 20 OF 54**

Interested Underwriters at Lloyds

Page: 2
April 01, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   404

Re:  Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/19/2005 | CWN | Research and work on current draft of Motion for Summary Judgment; review court's orders to date and insert references to same in briefing. | 2.60 |
| 02/28/2005 | CWN | Commence reviewing Inlet documents from Patrick Klier. | 0.70 |
| 03/03/2005 | LEA | Begin review of all London and Seattle deposition transcripts for use in motion for summary judgment regarding issue of Utmost Good Faith. | 3.70 |
| 03/04/2005 | LEA | Review final primary witness list and edit/revise same. | 1.10 |
| 03/07/2005 | CWN | Review Inlet records disclosed to Totem containing records of P. Klier; review draft summary judgment motion. | 1.30 |
| 03/07/2005 | LEA | Continue review of deposition transcripts for use in motion for summary judgment; Continue drafting motion for summary judgment (revise factual section, insert citations to deposition transcripts). | 8.40 |
| 03/08/2005 | LEA | Continue drafting motion for summary judgment; Legal research re caselaw expressly holding that the following nondisclosures are material as a matter of law: (1) loss history, (2) vessel condition, and (3) prior cancellation by former insurer; Incorporate legal research into motion. | 8.90 |
| 03/09/2005 | LEA | Call from office of Inlet Defendants' counsel to discuss Underwriters' requests for admission; Review correspondence and pleadings related to authenticity of documents. | 0.50 |
| 03/14/2005 | LEA | Continue drafting motion for summary judgment.  Review of all documents subject to requests for admissions and insertion of appropriate document citations in motion for summary judgment.  Legal research re case law defining the term material for purposes of doctrine of utmost good faith.  Edit and revise motion. | 7.40 |
| 03/15/2005 | LEA | Continue drafting motion for summary judgment; Draft Declaration of C. Nicoll referencing and authenticating all necessary documents for use in motion for summary judgment; Draft Declaration of Ian Hogben; Draft Declaration of Andrew Garger; Draft Declaration of E. Travers; Briefly discuss status of motion with C. Nicoll; Review Totem's responses to discovery requests. | 7.40 |
| 03/16/2005 | LEA | Review table summarizing Underwriters' past treatment of applicants with disclosed loss histories and draft conclusions therefrom; Review Ropner documents for files where treatment of insureds with disclosed loss history is unclear from AES files; Draft declaration of C. Elliott in support of motion for summary judgment; Draft Declarations of C. Nicoll, E. Travers, I. Hogben, and A. Garger authenticating documents.  Edit and revise Underwriters motion for summary judgment. | 9.20 |

EXHIBIT 3
PAGE 21 OF 54

Interested Underwriters at Lloyds

Page: 3
April 01, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 404

Re: Lloyds-Quanirtuug Princess

| Date | | Description | Hours |
|---|---|---|---|
| 03/17/2005 | LEA | Review, edit and revise motion for summary judgment; Review and revise declarations of Nicoll, Travers, Elliott, Garger, and Hogben. | 2.90 |
| 03/18/2005 | LEA | Review, edit and revise motion for summary judgment; Meet with C. Elliot and review his Declaration in detail; Edit and revise Elliot Declaration; Meet with E. Travers and briefly review and revise his declaration; Discuss status of motion and authentication of documents with C. Nicoll. | 4.20 |
| | CWN | Review and revise draft motion for summary judgment; review and revise declarations; telephone call to I. Hogben re his declaration; email and telephone call to A. Garger of WQIS re his declaration; office conference with E. Eliott re his declaration; office conference with E. Travers re his declaration and regarding his recollection of the condition of the QP and of other vessels owned by Inlet; revise declaration to take account of additional facts; obtain Travers' signature; review deposition transcripts for additional excerpts to use in motion and attach to declaration; review exhibits; research additional law on issues related to materiality and summary judgment; confer with L. Altenbrun re law regarding proof of authentication of governmental records; further drafting of motion for summary judgment and related pleadings. | 6.40 |
| 03/21/2005 | LEA | Edit and revise Nicoll Declaration in support of Motion for Summary Judgment; Review and revise Underwriters' Motion for Summary Judgment; Review authentication rules and verify proper foundation for introduction of exhibits in Nicoll Declaration; Review and revise letter to Alaska Dep't of Environmental Conservation re certified copies of documents; Review MAREN 1 abstract of title report; Edit and revise Motion for Summary Judgment; Meet with C. Nicoll to discuss status of motion and declarations. | 6.90 |
| | CWN | Continue to work on motion for summary judgment; telephone call to A. Garger regarding his declaration; revisions to Nicoll declaration. | 1.60 |
| 03/23/2005 | LEA | Review Declaration of Ian Hogben; Call to I. Hogben re execution of Declaration; Discuss status of Motion for Summary Judgment with C. Nicoll; Revise Motion for Summary Judgment. | 1.10 |
| | CWN | Further review of and revisions to motion for summary judgment; telephone conference with A. Garger regarding his declaration; re-send same to A. Garger; receive A. Garger's signature and follow up by email; final review of declarations and revisions to my declaration; confirm inclusion of references to Sandle and Dawe deposition testimony; confer re status of I. Hogben's declaration and inclusion of E. Travers' photographs; final revisions to motion. | 3.80 |
| 03/24/2005 | LEA | Final review and revision of Motion for Summary Judgment, all | |

**EXHIBIT 3**
**PAGE 22 OF 54**

|  |  |
|---|---|
| Interested Underwriters at Lloyds | Page: 4<br>April 01, 2005<br>Our File Number: 1008-0001M<br>Statement/Invoice No.: 404 |

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | declarations, and all exhibits attached thereto. | 1.20 | |
| 03/25/2005 | CWN | Check to confirm motion was filed and served in Alaska; brief review of papers filed. | 0.20 | |
| | | For Current Services Rendered | 87.80 | 16,887.00 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 69.40 | $185.00 | $12,839.00 |
| Christopher W. Nicoll | 18.40 | 220.00 | 4,048.00 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 1.09 |
| Photocopy charges | 189.00 |
| Postage | 274.21 |
| Miscellaneous expense | 550.00 |
| Westlaw legal research | 137.38 |
| Total Expenses Thru 03/25/2005 | 1,151.68 |

### Advances

| Date | Description | Amount |
|---|---|---|
| 02/02/2005 | Outsourced Copies - ALC, glasswork copies (395) and color copies (29) 1/12/05 | 123.38 |
| 02/07/2005 | Outsourced Copies - ALC, 1,146 copies, 87 color copies, 487 auto-feed copies | 471.87 |
| 03/03/2005 | Outsourced Copies - A-2 Duplicating Service, LLC, Anchorage, AK, for copies of documents provided to Totem by IFI and IFPI 2/19/2005 | 254.37 |
| 03/25/2005 | Outsourced Copies - ALC, 174 color copies, 3/23/2005 | 198.78 |
| | Total Advances | 1,048.40 |
| | Total Current Work | 19,087.08 |
| | Previous Balance | $9,587.31 |

### Payments

| Date | Description | Amount |
|---|---|---|
| 03/25/2005 | Payment received, thank you. | -9,587.31 |
| | Balance Due | $19,087.08 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 23 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

|  |  |
|---|---|
| Interested Underwriters at Lloyds<br>c/o Ropner Insurance Services, Ltd.<br>Attn: Darren Nuding<br>Boundary House, 7-17 Jewry Street<br>London   EC3N 2HP<br>United Kingdom | Page: 1<br>May 10, 2005<br>Our File Number:   1008-0001M<br>Statement/Invoice No.:   481 |

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

<u>For Services Through 04/29/2005</u>

|  |  |  | Hours |
|---|---|---|---|
| 03/29/2005 | CWN | Confer with L. Altenbrun and D. Kennedy re expert designations; search for current contact details for Ken Draper, marine insurance expert. | 0.40 |
| 03/30/2005 | LEA | Draft email to K. Draper re retention as expert witness; Call from K. Draper re general discussion of facts and legal status of case. | 0.90 |
| 03/31/2005 | LEA | Prepare for and meet with K. Draper   Review facts of case with K. Draper and provide him with various documents and deposition transcripts; Review court's scheduling order (as amended) regarding expert disclosures; Draft email to K. Draper articulating specific issues for him to address; Review correspondence from Lane Powell regarding briefing deadlines for Underwriters motion for summary judgment. | 3.90 |
| 04/01/2005 | LEA | Calls to/from K. Draper re status of expert opinion; ; Call to I. Hogben re disclosure as expert witness; Brief review of the FRCP 26 expert disclosures; Review proposed discovery extensions from new counsel for Inlet Fisheries and discuss the same with C. Nicoll. | 2.20 |
|  | CWN | telephone conference with K. Draper work on stipulation to extend deadlines; various emails with new |  |

**EXHIBIT 3**
**PAGE 24 OF 54**

Page: 2
May 10, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 481

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | counsel for Inlet re scheduling. | 2.30 |  |
| 04/11/2005 | LEA | Brief review of pleadings filed in state court re request to serve V. Goddard by publication; Review schedule re Underwriters motion for summary judgment. | 0.40 |  |
| 04/12/2005 | LEA | Call to N. Biggerstaff re status of responses to Underwriters motion for summary judgment. | 0.20 |  |
| 04/14/2005 | LEA | Review briefing schedule for motion for summary judgment; Calls from B. Jamieson re Inlet's request for an extension to file opposition brief; Review correspondence between C. Nicoll and Inlet's counsel re possible extensions; Draft email to B. Jamieson stating basis for Underwriters refusal to grant further extensions; Meet with C. Nicoll re Inlet's actions and strategy for proceeding forward. | 3.40 |  |
| 04/15/2005 | LEA | Review Inlet's motion for extension of time to file opposition brief and affidavit of J. Treptow; Draft email to B. Jamieson re response to Inlet's motion; Draft opposition to Inlet's motion for extension of time; Draft Declaration of C. Nicoll in opposition to Inlet's motion; Review correspondence from B. Jamieson; Brief discussion with C. Nicoll re status and strategy of opposition brief. | 5.30 |  |
| 04/18/2005 | LEA | Review reply brief filed by Inlet in support of motion to extend deadline to respond to Underwriters' motion for summary judgment; Call from Lane Powell to discuss reply brief. | 0.70 |  |
| 04/19/2005 | LEA | Review order granting Inlet's motion for extension to respond to motion for summary judgment and correspondence from counsel related thereto; Review local rules for due date of reply brief. | 0.50 |  |
| 04/21/2005 | LEA | Review correspondence from K. Draper and respond thereto re expert report and meeting. | 0.40 |  |
| 04/22/2005 | LEA | ; Draft email to K. Draper re report; Call from K. Draper re finalization of expert report. | 1.10 |  |
| 04/29/2005 | LEA | Review, edit and revise expert disclosures; Call to E. Travers, I. Hogben, and K. Draper re expert reports and publications. | 1.10 |  |
|  |  | For Current Services Rendered | 22.80 | 4,312.50 |

*[Stamp: 04/14/06 EXCLUDED FROM ATTY FEE INVOICE]*

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 20.10 | $185.00 | $3,718.50 |
| Christopher W. Nicoll | 2.70 | 220.00 | 594.00 |

**EXHIBIT 3**
**PAGE 25 OF 54**

|  |  |
|---|---|
| Interested Underwriters at Lloyds | Page: 3<br>May 10, 2005 |
|  | Our File Number: 1008-0001M |
|  | Statement/Invoice No.: 481 |

Re: Lloyds-Quanirtuug Princess

### Expenses

| | |
|---|---:|
| Long distance telephone charges | 0.73 |
| Photocopy charges | 170.20 |
| Postage | 71.96 |
| Westlaw legal research | 19.97 |
| Total Expenses Thru 04/29/2005 | 262.86 |

### Advances

| | | |
|---|---|---:|
| 04/19/2005 | Court Reporter/Transcript Costs - Atkinson-Baker, Inc. for certified copy of the reporter's transcripts of the depositions of Philip Sandle and Darren Nuding taken on December 8, 2004 | 300.40 |
| | Total Advances | 300.40 |
| | Total Current Work | 4,875.76 |
| | Previous Balance | $19,087.08 |

### Payments

| | | |
|---|---|---:|
| 04/25/2005 | Payment received, thank you. | -19,087.08 |
| | Balance Due | $4,875.76 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 26 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

|  |  |
|---|---|
| Interested Underwriters at Lloyds<br>c/o Ropner Insurance Services, Ltd.<br>Attn: Darren Nuding<br>Boundary House, 7-17 Jewry Street<br>London   EC3N 2HP<br>United Kingdom | Page: 1<br>June 14, 2005<br>Our File Number:   1008-0001M<br>Statement/Invoice No.:   575 |

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

For Services Through 05/27/2005

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/02/2005 | LEA | Review and revise FRCP 26(a) expert disclosures; Calls to/from E. Travers re previous publications; Brief discussion of expert disclosures with C. Nicoll. | 0.70 |
|  | CWN | Receive and review Totem Agency's opposition to motion for summary judgment; confer with D. Kennedy re contact with local counsel about location of Inlet's response; review expert disclosures | 1.50 |
| 05/03/2005 | CWN | Review pleadings filed by opposing parties; confer with L. Altenbrun re same and assignment to prepare reply and to research admissibility of W. Wilton's opinion. | 1.70 |
|  | DSK | Copy and assemble working notebooks for C. Nicoll and L. Altenbrun in preparation of MSJ argument. | 2.00 |
|  | LEA | Thorough review of Totem Agencies response to Underwriters motion for summary judgment, Inlet's response to Underwriters motion for summary judgment and Inlet's cross-motion for summary judgment, supporting documentation to the response briefs, and Declaration of Woody Wilton; Discuss response briefs with C. Nicoll; Draft email to N. Bigerstaff re disclosure of expert witnesses; brief review of evidentiary rules pertaining to admissibility of expert witnesses. | 5.30 |
| 05/04/2005 | LEA | Legal research re federal rules of evidence pertaining to admission of expert testimony, U.S. Supreme Court decisions of Daubert and Kumho tire, case law discussing court's 'gatekeeping' role of ensuring that evidence is reliable, case law examining the reliability analysis in the context of nonscientic evidence and in the specific context of insurance customs and |  |

**EXHIBIT 3**
**PAGE 27 OF 54**

Interested Underwriters at Lloyds

Page: 2
June 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 575

Re: Lloyds-Quanirtuug Princess

| | | | Hours |
|---|---|---|---|
| | | practices. Legal research re qualification requirements to serve as expert witness; legal research re exclusion of expert witness based upon extreme bias; Draft memorandum of legal research results for use in deposition of W. Wilton and in possible motion to exclude testimony; Email to T. Matthews and K. Schoolcraft re availability of W. Wilton for deposition; Call to N. Biggerstaff re expert disclosures; Email to plaintiff's counsel re briefing schedule for reply; Calls to/from B. Jamieson re strategy of reply brief, need to depose W. Wilton, and briefing schedule for reply. | 6.90 |
| | CWN | Confer with L. Altenbrun re scheduling for summary judgment response and reply briefing; strategize regarding whether best to file a motion to strike Wilton's declaration before or after taking his deposition; review upcoming case deadlines; conclude it is best to depose Wilton prior to filing responsive briefs and motion to strike; telephone call to John Treptow and Tom Matthews re briefing schedule revisions. | 1.00 |
| 05/05/2005 | LEA | Call B. Jamieson re deadline for filing reply brief and response to cross-motion; Draft stipulation and order re scheduling of combined response/reply briefs; legal research re contention that doctrine of utmost good faith does not apply to vessel pollution policies for nontank vessels or that definition of materiality is altered in the context of vessel pollution policies for nontank vessels. Meet with C. Nicoll re need to depose W. Wilton; Review insurance commissioner records of W. Wilton; Review past lawsuit involving W. Wilton and Marine Insurance Managers, Inc. | 5.30 |
| | CWN | Telephone message from opposing counsel consenting to revision in briefing schedule to enable us to combine response and reply briefs and to set the date for after taking Wilton's deposition; review L. Altenbrun research re case law on application of Daubert standard for admissibility of expert testimony to opinion testimony from self-styled expert in insurance industry practice and custom related to materiality of certain disclosures in application for pollution insurance of non-tank vessels; research WA insurance commissioner's web site for official records of discipline of W. Wilton or any of his companies; order copies of results of investigative findings on Marine Insurance Managers Inc.; search web sites for information on Marine Insurance Managers Inc. and Woody Wilton; make public records disclosure request to WA State Insurance Commissioner for copy of all investigative materials related to Wilton and MIMI; search published cases for decisions involving Woody Wilton and/or MIMI; request search of Court-Link and SCOMIS for a listing of all cases in which Woody Wilton and/or MIMI have been parties; search Secretary of State records for Wilton, MIMI and Totem Agencies; exchange emails with the public disclosure officer for WA State Insurance Commissioner regarding requests for documents; prepare and send e-mail to WQIS attaching copy of Wilton's declaration and requesting assistance, pointing out that it is not | |

**EXHIBIT 3**
**PAGE 28 OF 54**

Interested Underwriters at Lloyds

Page: 3
June 14, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   575

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | in WQIS' interest to permit Wilton to establish industry standard for disclosures in vessel pollution insurance involving non-tank vessels; receive signed order of discipline re Woody Wilton; confer with L. Altenbrun re outcome of his research and re discussions with opposing counsel concerning scheduling; set deposition for W. Wilton for May 17; prepare and sign deposition notice and subpoena duces tecum. | 4.30 |
| 05/06/2005 | LEA | Call from K. Schoolcraft re scheduling deposition of W. Wilton and additional discovery to be performed; Meet with C. Nicoll re status of discovery, Wilton deposition, and strategy for reply brief; Draft report to Underwriters summarizing Inlet's and Totem's primary arguments, rebuttals thereto, and the Wilton Declaration. | 1.80 |
| | CWN | Confer with L. Altenbrun re briefing schedule; prepare deposition notice and subpoena duces tecum for W. Wilton; additional research into Wilton's background; review L. Altenbrun's report to clients and reply to same with instructions. | 1.00 |
| 05/09/2005 | LEA | Review correspondence from counsel for Totem and counsel for Inlet re deposition of W. Wilton; Draft email to C. Elliot, R. Dawe, and D. Nuding re need for information on W. Wilton; Meet with C. Nicoll re resources establishing no exceptions for application of doctrine of utmost good faith; Review order from Court re stipulation and agreement concerning briefing schedule. | 1.40 |
| | CWN | Confer with L. Altenbrun re results of research concerning admissibility of insurance expert opinion; search UW law library web site for marine insurance treatises and volumes; create list of texts to review; revise Wilton deposition notice; review and reply to emails with counsel concerning scheduling; telephone call to A. Garger of WQIS and leave message. | 1.20 |
| 05/10/2005 | LEA | Review correspondence from Underwriters and respond thereto; Review correspondence from R. Dawe re Woody Wilton; Review correspondence from C. Nicoll re importance of deposing W. Wilton; Review revised expert disclosures from Totem; Meet with C. Nicoll re litigation schedule. | 1.30 |
| | CWN | Review report prepared by L. Altenbrun at my request; add comments to clients; review reply from G. Sprowson; work with L. Altenbrun to schedule meeting with C. Elliott and K. Draper. | 0.40 |
| 05/11/2005 | LEA | Review correspondence from counsel for Totem and Inlet re deposition of K. Draper and respond thereto. | 0.40 |
| | CWN | Receive and reply to email from A. Garger regarding willingness of WQIS to assist in responding to declaration of W. Wilton. | 0.10 |
| 05/12/2005 | LEA | Review correspondence from counsel for Inlet and Totem re discovery schedule and deposition of K. Draper and respond thereto; Review correspondence from WQIS re willingness to assist; Review correspondence from N. Biggerstaff re stipulated motion setting response dates. | 0.90 |

**EXHIBIT 3**
**PAGE 29 OF 54**

Interested Underwriters at Lloyds

Page: 4
June 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 575

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/16/2005 | CWN | Research at UW Law library for treatises on marine insurance underwriting, doctrine of utmost good faith and vessel pollution insurance; confer with L. Altenbrun re same; return to office. | 3.70 |
| | LEA | Call from B. Jamieson re stipulation for discovery; Review discovery stipulation; Review local Alaska rules re motion to strike material supporting summary judgment brief; draft email to D. Dowd re assistance with motion to strike; legal research re Inlet and Totem's arguments attempting to avoid the application of the general maritime law doctrine of utmost good faith. | 3.90 |
| 05/17/2005 | LEA | Meet with D. Dowd re Wilton Declaration, Daubert standard of reliability, and motion to strike; Calls to C. Elliot and K. Draper re meeting; Draft email to T. Matthews and J. Treptow re deposition schedules; Call from G. Sprowson re Wilton; Review leading texts on insurance practice and insurance law concerning exceptions, or lack thereof, to rule of utmost good faith. | 5.20 |
| | CWN | Exchange emails regarding meeting with K. Draper and C. Elliot; review articles from UW research; review summary judgment materials. | 1.40 |
| 05/18/2005 | LEA | Review correspondence from counsel for Totem and Inlet re deposition schedule and respond thereto; Prepare for and meet with K. Draper, C. Elliot, and C. Nicoll | 2.30 |
| | DD | Analyze summary judgment motions and Wilton Declaration to develop arguments for motion to strike Wilton's expert declaration | 3.50 |
| | CWN | Prepare for and meet with K. Draper, expert witness, and C. Elliott of American E&S review insurance treatises with K. Draper for purposes of refining and bolstering his opinions; telephone A. Garger and leave message regarding follow up of offer to assist in defeating Wilton position. | 2.20 |
| 05/19/2005 | DD | Begin to research requirements under FRE 702 and U.S. S. Ct. caselaw for admissibility of expert witness | 5.70 |
| | VDB | Computer research to locate information about plaintiff's expert. | 3.20 |
| 05/20/2005 | DD | Continue to research FRE 702 and common law requirements for admissibility of expert opinion | 8.00 |
| | DD | Begin to draft motion to strike Wilton's declaration | 7.50 |
| 05/21/2005 | DD | Research Alaska district court local rules for motion to strike procedures or requirements | 0.40 |
| | DD | Develop questions for Wilton deposition | 0.90 |
| 05/24/2005 | LEA | Review correspondence, stipulation, and notices related to depositions of K. Draper and W. Wilton and extending deadline to file combined reply/response brief. | 0.50 |

EXHIBIT 3
PAGE 30 OF 54

Interested Underwriters at Lloyds

Page: 5
June 14, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 575

Re: Lloyds-Quanirtuug Princess

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/25/2005 | LEA | Meet with C. Nicoll & V. Burrows re case status and strategy. | 0.30 | |
| | CWN | Review materials from D. Dowd; confer with L. Altenbrun regarding status of motion to strike Wilton testimony; review excerpt from case and address same; identify upcoming discovery and need to follow up with materials that are needed for Wilton deposition. | 1.00 | |
| 05/26/2005 | LEA | Review email from C. Nicoll re Employer's Reinsurance decision and draft email to D. Dowd. | 0.40 | |
| | | For Current Services Rendered | 87.30 | 15,351.00 |

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 36.60 | $185.00 | $6,771.00 |
| Christopher W. Nicoll | 19.50 | 220.00 | 4,290.00 |
| Debbie S. Kennedy | 2.00 | 75.00 | 150.00 |
| Deborah Dowd | 26.00 | 150.00 | 3,900.00 |
| Vicki D. Burrows | 3.20 | 75.00 | 240.00 |

### Expenses

| | |
|---|---|
| Long distance telephone charges | 0.75 |
| Photocopy charges | 320.40 |
| Postage | 69.71 |
| Westlaw legal research | 573.50 |
| Total Expenses Thru 05/27/2005 | 964.36 |

### Advances

| | | |
|---|---|---|
| 05/13/2005 | Outsourced Copies - ALC, for copies (566) and tabs (47) 5/3/2005 | 116.43 |
| | Total Advances | 116.43 |
| | Total Current Work | 16,431.79 |
| | Previous Balance | $4,875.76 |
| | Balance Due | $21,307.55 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 31 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
July 08, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   662

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

For Services Through 07/01/2005

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/29/2005 | DD | Complete draft of motion to strike Wilton opinion | 4.00 |
| 06/01/2005 | LEA | Review correspondence from D. Dowd re motion to strike; Brief review of draft motion to strike and memo re possible deposition topics. | 1.10 |
| 06/02/2005 | LEA | Respond to correspondence from G. Sprowson; Meet with V. Burrows re background investigation of W. Wilton; Review dockets and court filings related to W. Wilton. | 2.70 |
|  | VDB | Gather information on plaintiff's expert. | 1.40 |
| 06/03/2005 | VDB | Coordinate with Florida State court retrieval company regarding documents regarding plaintiff's expert (Wilton). | 1.00 |
| 06/06/2005 | CWN | Meet with K. Draper and L. Altenbrun to prepare K. Draper for his deposition; review documents and materials in connection with preparations for W. Wilton deposition; prepare deposition outline; contact Washington Insurance Commissioner's office regarding public disclosure act requests; receive and review materials regarding MIMI bonding and cancellation; meet with L. Altenbrun and paralegal regarding court records in Florida and Washington. | 6.40 |
|  | LEA | Prepare for meeting with K. Draper; meeting with K. Draper and C. Nicoll re preparation for deposition; prepare for deposition of Woody Wilton. | 6.50 |
|  | VDB | Computer research locating information regarding plaintiff's expert, Mr. Wilton. | 2.80 |

**EXHIBIT 3**
**PAGE 32 OF 54**

Interested Underwriters at Lloyds

Page: 2
July 08, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 662

Re: Lloyds-Quanirtuug Princess

| Date | | | Hours |
|---|---|---|---|
| 06/07/2005 | CWN | Finalize preparations for deposition of W. Wilton; attend and take video deposition of W. Wilton, expert witness proferred by Totem Agencies; post-deposition telephone conference with K. Draper; review and organize materials from deposition. | 9.20 |
| | LEA | Prepare for deposition of Woody Wilton; Attend deposition of Woody Wilton. | 8.90 |
| | VDB | Locate depositions and motions regarding plaintiff's expert (Wilton) in Florida state. | 0.90 |
| 06/08/2005 | LEA | Meet with K. Draper to prepare for deposition; Attend deposition of K. Draper (attended afternoon portion only). | 3.10 |
| | CWN | Telephone conference with K. Draper re his deposition; meet with K. Draper to finalize his deposition preparation and review Wilton's testimony with him; attend and defend K. Draper's deposition at offices of Dorsey Whitney; meet with K. Draper at lunch to discuss his testimony and likelihood of cross-examination; telephone conference with L. Altenbrun re issues arising during Draper's deposition; continue to defend deposition of K. Draper; review deposition. transcripts during a break and identify passages to use in examination; depose K. Draper on points regarding his opinions; finalize deposition and meet with K. Draper and L. Altenbrun afterwards; dictate draft report to clients summarizing depositions of Draper and Wilton. | 8.30 |
| 06/09/2005 | LEA | Draft declaration of Russ Brown in support of Underwriters' motion for summary judgment and discuss the same with C. Nicoll; Calls to R. Brown re declaration; Brief review of Wilton Deposition; Draft supplemental witness disclosure statement (adding R. Brown); Continue drafting Underwriter's reply brief in support of summary judgment. | 4.90 |
| | CWN | Review deposition transcript for W. Wilton; work with draft motion to strike prepared by D. Dowd; revise same to include specific references to deposition testimony of W. Wilton; research regarding cases addressing proof of industry standards in marine insurance coverage disputes; confer with L. Altenbrun re status of drafting our reply and response brief; review and revise draft declaration of R. Brown from WQIS; discuss same with L. Altenbrun; review draft response and reply. | 3.40 |
| 06/10/2005 | LEA | Call to R. Brown (WQIS) re interview for finalizing declaration in support of Underwriters motion for summary judgment; Review, edit and revise Declaration of R. Brown and forward to WQIS for review; Continue drafting Underwriters' response in opposition of Inlet's motion for summary judgment and reply brief in support of Underwriters' motion for summary judgment. | 8.90 |
| | CWN | Continue to work on motion to strike testimony of W. Wilton, incorporating references to his deposition testimony into draft motion and revising order and structure of motion; confer with L. Altenbrun re weekend work schedule and regarding the reply | |

**EXHIBIT 3**
**PAGE 33 OF 54**

Interested Underwriters at Lloyds

Page: 3
July 08, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 662

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | and response briefing; review Inlet's and Totem's briefs and declaration of W. Wilton; continue to work on Motion to Strike and commence supporting declaration; confer with L. Altenbrun re final declaration from R. Brown of WQIS; request that Brown be added as a witness in a supplemental disclosure. | 4.20 |
| 06/11/2005 | LEA | Continue drafting Underwriters' reply brief in support of summary judgment and response brief opposing Inlet's motion; Research case law and texts discussing uberrimae fidei and failing to cite any exception for vessel pollution insurance; Review various documents and deposition testimony for inclusion in reply/response brief. | 7.70 |
| | CWN | Work on Motion to Strike testimony of W. Wilton; review deposition transcript and isolate additional sections of testimony to support motion; conduct additional research; revise brief; review draft combined response and reply brief and commence edits. | 2.50 |
| 06/12/2005 | LEA | Continue drafting Underwriters' response brief in opposition to Inlet's motion for summary judgment and reply brief in support of Underwriters' motion for summary judgment; legal research re various cases cited by Inlet and Totem in their response briefs; Review various documents and deposition testimony for use in reply/response brief; Draft Declaration of C. Nicoll in support of motion for summary judgment. | 7.80 |
| | CWN | Revise Motion to Strike; insert page references to deposition testimony of W. Wilton supporting assertions in motion to strike; review and revise latest draft of response and reply briefing. | 5.30 |
| 06/13/2005 | LEA | Continue drafting Underwriters' response brief in support of summary judgment and opposition brief to Inlet's cross-motion for summary judgment; Review various deposition transcripts for inclusion in response/reply brief; Edit and revise Declaration of C. Nicoll in support of motion for summary judgment; meet with C. Nicoll to discuss status of reply/response brief and Underwriters' motion to strike W. Wilton testimony. | 10.20 |
| | CWN | Finish draft motion to strike; prepare supporting declaration; instruct assistant to attach entire deposition of W. Wilton and exhibits as exhibit to my declaration; receive, review and revise latest draft of response/reply brief; review deposition testimony to incorporate further information regarding the renewal in 2002; research Alaska law concerning recission and tender; review pleadings for references made to tendering return of premium; review briefs of parties to ensure our briefing addresses all arguments raised; research regarding overcoming expert opinion testimony in a summary judgment motion; search for cases addressing materiality and disclosures in context of vessel pollution insurance or involving WQIS; search for publications, literature, articles and treatises that address standards for underwriting and making disclosures in connection with vessel pollution insurance; revise declaration to add reference to computer research into claims of W. Wilton; | |

**EXHIBIT 3**
**PAGE 34 OF 54**

Interested Underwriters at Lloyds

Page: 4
July 08, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 662

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | modify briefs to include proper references to Motion to Strike and to accurately refer to the deposition testimony of W. Wilton. | 7.30 |
| | VDB | Review and organize documents for declaration. | 1.50 |
| 06/14/2005 | LEA | Continue drafting Underwriters' reply in support of motion for summary judgment and opposition brief to Inlet's motion for summary judgment; Review, edit and revised response/reply brief; legal research re law of the case doctrine and summary judgment standard; review, edit and revise Declaration of C. Nicoll; review all exhibits in support of reply/response brief; Review, edit and revise Underwriters' motion to strike Woody Wilton Declaration and all material supporting motion. | 11.10 |
| | CWN | Continue to work on Motion to Strike and response/reply briefs; add section on tendering return of premium; research re case law on requirement of actual return of check to qualify as a tender under doctrine of utmost good faith; research law related to waiver and estoppel in connection with doctrine of utmost good faith and draft footnote addressing same; confer with L. Altenbrun re need to incorporate legal discussion of law of the case doctrine so we do not overreach in the brief, and to firm up section on treatment of expert testimony under the summary judgment standard; review CNA case from the 9th Circuit and draft section of brief dealing with arguments about alleged inadequacies of the PSU application form; review revised briefing, edit and finalize same; draft concluding section to brief; coordinate with Anchorage counsel for filing; confer with N. Biggerstaff regarding her desire for a one-day extension; receive and review emails from B. Jamieson; reply to same; review exhibits; confer with L. Altenbrun re completion of project; commence report to client on status, incorporating earlier draft following depositions of Wilton and Draper. | 9.80 |
| | VDB | Review and organize documents for declaration. | 1.80 |
| 06/15/2005 | LEA | Review status of filing of Underwriters briefs; review correspondence from B. Jamieson; Review correspondence from G. Sprowson; Review local Alaska rules for due date on reply brief. | 0.90 |
| 06/16/2005 | LEA | Draft email to G. Sprowson confirming filing of briefs, enclosing briefs and recent published decision, and commenting on timeline for decision; Brief review of final, filed briefs; Brief review of deposition transcript of K. Draper. | 1.80 |
| | CWN | Review report from L. Altenbrun; add comments regarding same; forward pleadings and materials to A. Garger of WQIS and C. Elliot of American E&S; review email request from J. Treptow seeking additional time to reply; respond to same and forward information to L. Altenbrun and local counsel in Alaska seeking information regarding due dates and local custom; review and respond to emails from C. Elliot and A. Garger; confer with L. Altenbrun re reporting and regarding expected reaction of opponents to latest filings; provide L. Altenbrun with draft report letter for further work. | 2.30 |

EXHIBIT 3
PAGE 35 OF 54

Page: 5
Interested Underwriters at Lloyds
July 08, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 662

Re: Lloyds-Quanirtuug Princess

| Date | TK | Description | Hours |
|---|---|---|---|
| 06/17/2005 | LEA | Review Inlet's motion for extension to file reply brief; Meet with C. Nicoll to discuss case status and strategy; Review correspondence from C. Nicoll and B. Jamieson re oral arguments; Draft discovery requests to Totem seeking any agreements reached with Inlet. | 1.40 |
| 06/20/2005 | LEA | Revise status report drafted by C. Nicoll to Underwriters and Ropners. | 3.70 |
|  | CWN | Receive and review email from G. Sprowson regarding status and reserving; reply to same; work on status report; assign S. Miller to research recoverability of attorneys' fees in Alaska. | 1.30 |
| 06/21/2005 | SRM | Research recovery of attorneys' fees in Alaska where insurer refused to defend insured in a matter later determined to be covered; commence memo. | 2.50 |
| 06/22/2005 | SRM | Finalize memo on recovery of attorneys' fees in Alaska where insurer refuses to defend insured. | 1.50 |
|  | CWN | Continue drafting report to clients, incorporating data on billed and unbilled time and addressing issues related to reserving; confer with L. Altenbrun re further requested delays from opposing counsel; email from L. Altenbrun re views of B. Jamieson as to impact of delays on judge; instruct L. Altenbrun to agree to requested extensions; review memo regarding Alaska law on recoverability of attorneys fees by a successful insured in coverage litigation in the absence of a bad faith finding; incorporate results into report and reserve recommendations; finalize, sign and send report to clients. | 2.30 |
| 06/23/2005 | CWN | Review and reply to email from G. Sprowson regarding reserves and allocation of costs; review segments of W. Wilton DVD for possible use in reply briefing. | 2.70 |
| 06/24/2005 | LEA | Review correspondence from Inlet's counsel and discuss Inlet's motion for extension with C. Nicoll. | 0.30 |
|  | CWN | Receive and reply to email regarding extension on due date for opposition to motion to strike. | 0.20 |
| 06/30/2005 | LEA | Review correspondence from J. Treptow re motion to extend reply deadline and respond thereto. | 0.30 |

For Current Services Rendered    163.90    31,229.50

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 81.30 | $185.00 | $15,040.50 |
| Christopher W. Nicoll | 65.20 | 220.00 | 14,344.00 |
| Deborah Dowd | 4.00 | 150.00 | 600.00 |
| Vicki D. Burrows | 9.40 | 75.00 | 705.00 |
| Shelley R. Miller | 4.00 | 135.00 | 540.00 |

**EXHIBIT 3**
**PAGE 36 OF 54**