Interested Underwriters at Lloyds

Page: 6
July 08, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 662

Re: Lloyds-Quanirtuug Princess

### Expenses

| | |
|---|---:|
| Long distance telephone charges | 2.34 |
| Photocopy charges | 166.40 |
| Westlaw legal research | 678.44 |
| CourtLink Online Research | 107.50 |
| Total Expenses Thru 07/01/2005 | 954.68 |

### Advances

| Date | Description | Amount |
|---|---|---:|
| 06/07/2005 | Filing Fee/Court Costs - Retrieval of King County Superior Court documents 6/6/2005 | 122.33 |
| 06/15/2005 | Court Reporter/Transcript Costs - Reporting Deposition of Forrest Wilton 6/7/05 ($350.00); copy of transcript and e-transcript ($1,397.50); Exhibits ($18.00); Minuscript ($20.00) | 1,785.50 |
| 06/15/2005 | Court Reporter/Transcript Costs - Prolumina Trial Technologies, Videotaping of Deposition of Forrest Wilton 6/7/05, service hours 9:00 am to 4:20 p.m. @ $100/hr. ($750.00); original digital stock ($105.00); parking ($22.00); deposition copy on CD ($255.00); shipping/delivery charges ($7.50) | 1,237.84 |
| 06/15/2005 | Court Reporter/Transcript Costs - Esquire Deposition Services, video digitizing deposition of Kenneth draper, M.D. 6/8/05 ($361.25), shipping/administrative fee ($30.00) | 391.25 |
| 06/28/2005 | Court Reporter/Transcript Costs - Esquire Deposition Services, LLC, 6/8/05 reporting deposition of D. Kenneth Draper, one copy of transcript ($525.00), exhibits ($46.20) shipping, administrative fee ($25.00) | 596.20 |
| 07/01/2005 | Accurint online research charges: business searches/report 6/1/2005 - 6/30/2005 | 34.50 |
| | Total Advances | 4,167.62 |
| | Total Current Work | 36,351.80 |
| | Previous Balance | $21,307.55 |

### Payments

| | | |
|---|---|---:|
| 06/20/2005 | Payment received, thank you. | -4,875.76 |
| | Balance Due | $52,783.59 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 37 OF 54**

## NICOLL BLACK MISENTI & FEIG PLLC

Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

|  |  |
|---|---|
| Interested Underwriters at Lloyds<br>c/o Ropner Insurance Services, Ltd.<br>Attn: Darren Nuding<br>Boundary House, 7-17 Jewry Street<br>London   EC3N 2HP<br>United Kingdom | Page: 1<br>September 09, 2005<br>Our File Number:   1008-0001M<br>Statement/Invoice No.:   887 |

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

### For Services Through 09/02/2005

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 07/01/2005 | CWN | Receive email from J. Treptow re his need for an extension on filing a reply; review correspondence; reply to same agreeing to extension. | 0.20 | |
| 07/06/2005 | LEA | Review memo from S. Miller re whether attorney fees are actionable for wrongful denial of coverage under Alaska law. | 0.40 | |
| | CWN | Review second circuit case regarding method for determining maritime nature of contract of insurance for purposes of determining admiralty jurisdiction and choice of law; forward same to L. Altenbrun. | 0.60 | |
| 07/08/2005 | LEA | Meet with C. Nicoll to discuss status and schedule of briefing, anticipated arguments, and potential necessary research issues. | 0.40 | |
| | SRM | Meet with C. Nicoll briefly; research authority for supplementing material re: Draper deposition; research rules that permit a party to supplement the record; research FRCP. | 3.80 | n/c |
| 07/11/2005 | LEA | Email to N. Biggerstaff re status of Inlet's reply brief; Meet with C. Nicoll to discuss review of reply brief and potential need to file surreply. | 0.50 | n/c |
| | SRM | Research summary judgment, moving party's reply and judicial notice; research mechanism to request judicial notice | 3.30 | n/c |
| | SRM | Meet with C. Nicoll re: Fed v. AK timing and judicial notice | 0.50 | n/c |
| | SRM | Further research on judicial notice and draft memo to amend response or supplement record | 2.20 | n/c |
| | CWN | Send and review emails re status of reply briefing from Inlet; confer with S. Miller regarding research project about our ability | | |

**EXHIBIT 3**
**PAGE 38 OF 54**

Page: 2
September 09, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 887

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| | | to file either a sur-reply or a motion to supplement the summary judgment record under Alaska court rules; receive and review Inlet's reply brief. | 2.00 | |
| 07/12/2005 | LEA | Review Inlet's reply brief in support of its cross-motion for summary judgment; Review Totem's response brief in opposition to Underwriters' motion to strike declaration of W. Wilton; Discuss the briefs with C. Nicoll. | 2.90 | |
| | CWN | Review email from client; continue reviewing Inlet's reply brief; commence review of K. Draper transcript; confer with S. Miller regarding her findings on supplementation of summary judgment record after reply has been filed; review Alaska rules; confer with S. Miller re case law on ability of opponent to use testimony of expert who has not yet testified in the proceedings; receive and review Totem's opposition to motion to strike Wilton declaration; prepare memo identifying key provisions of opposition brief that need to be addressed and refuted; continue to review Draper dep. to identify sections to include in supplementation of summary judgment record. | 4.30 | |
| | SRM | Memo on mechanism for response to reply to opposition to summary judgment; email w/ district of alaska provisions | 3.80 | n/c |
| | SRM | Briefly meet with L. Altenbrun and C. Nicoll separately re: expert witness use by opposing party | 0.50 | n/c |
| | SRM | Review our motion to strike Wilton testimony and research on reliability of witnesses | 1.50 | n/c |
| 07/13/2005 | CWN | Continue to work on supplementation of record for summary judgment; dictate declaration; confer with S. Miller re drafting motion to supplement record. | 2.80 | |
| | SRM | Memo re: use of expert witness designated by opposing party | 0.50 | n/c |
| | SRM | Further research on supplemental material; organize the statutes/argument providing for supplementing the record | 0.50 | n/c |
| 07/14/2005 | SRM | Draft motion for leave to supplement record; review and redraft; revise same; review cases applying rules and incorporate argument based on same. | 2.50 | n/c |
| | SRM | Meet with C. Nicoll re: motion for leave to supplement the record | 0.30 | n/c |
| | CWN | Receive and review Inlet's opposition to motion to strike opinions of Woody Wilton; continue reviewing Totem's opposition to motion to strike; continue to work on identifying segments of K. Draper testimony that needs to be added to the record; confer with S. Miller regarding the status of her research into motions to supplement the record, standards for supplementation and evidence rules permitting a party to put witness testimony into context (FRE 106); exchange emails with N. Biggerstaff regarding schedule for briefing on motion to strike. | 3.40 | |
| 07/15/2005 | LEA | Review Inlet's opposition brief to Underwriters' motion to strike Wilton Declaration; Draft outline for reply brief in support of motion to strike Wilton Declaration; Review draft motion for | | |

**EXHIBIT 3**
**PAGE 39 OF 54**

Interested Underwriters at Lloyds

Page: 3
September 09, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 887

Re: Lloyds-Quanirtuug Princess

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| | | leave to file supplmental facts and discuss the same with S. Miller; Meet with C. Nicoll re strategy and tasks for final brieifings. | 4.40 | |
| | SRM | Revise motion for leave to supplement the record; request docket numbers for procedural history; review motion with C. Nicoll; insert FRE106 argument and support. | 3.50 | n/c |
| | CWN | Emails with N. Biggerstaff re briefing schedule on reply in support of motion to strike; continue to work on motion to supplement identifying deposition excerpts from Draper deposition and linking them to references in Inlet's reply brief; commence declaration for my signature in support of motion to supplement; confer with L. Altenbrun regarding briefing on motion to strike; receive and review draft outline for reply brief from L. Altenbrun; confer with S. Miller regarding status of research and drafting on motion to supplement. | 2.30 | |
| 07/16/2005 | SRM | E-mail to C. Nicoll and D. Kennedy with the current draft of Motion for Leave to Supplement the Record with docket numbers still needed. | 0.20 | n/c |
| 07/18/2005 | CWN | Revise motion to supplement; finish identifying excerpts of deposition testimony to include in motion to supplement; dictate table for use in identifying sections of Draper testimony and explaining reason for inclusion; research on issue of admissibility of non-scientific expert witness testimony, focusing specifically on examples of cases in which courts attempted to fashion tests for reliability of expert testimony based solely on experience. | 3.80 | |
| 07/19/2005 | CWN | Finalize and file motion to supplement record and supporting declaration with excerpts from K. Draper deposition; continue researching in connection with reply in support of motion to strike Wilton testimony; further review of opposition briefs; commence drafting reply. | 2.80 | |
| 07/20/2005 | VDB | Computer research. Locate cases referred to in Plaintiff's opposition to motion to strike expert's testimony. | 1.00 | |
| | CWN | Review Ninth Circuit cases on court's gatekeeping role in screening non-scientific expert testimony; further research into specific examples of types of information considered by courts applying Daubert and amended FRE 702 reliability test in the context of non-scientific expert testimony; dictate draft Reply in support of motion to strike; examine and consider Inlet's argument to admit Wilton's testimony as lay opinion evidence; commence research re same. | 4.30 | |
| 07/21/2005 | VDB | Computer research. Locate cases referred to in Plaintiff's Response to striking expert's testimony. | 2.00 | |
| | CWN | Work on reply in support of motion to strike; draft declaration in support of motion to strike; additional research into treatment of non-scientific expert testimony; research into reliance on testimony related to bias and misconduct in connection with | | |

EXHIBIT 3
PAGE 40 OF 54

Page: 4
Interested Underwriters at Lloyds
September 09, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 887

Re: Lloyds-Quanirtuug Princess

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | reliability prong of FRE 702 test; research 2000 amendments to FRE 701; research cases on lay opinion testimony; review facts of Hangartner and other controlling ninth circuit decisions; revise reply brief. | 6.40 |  |
| 07/22/2005 | CWN | Finalize research; revise and finalize reply brief; finalize supporting declaration and attachments; arrange for filing. | 6.50 |  |
| 07/25/2005 | CWN | Review email from N. Biggerstaff forwarding copy of pleading filed on Friday; review pleadings in state court action; prepare email report to clients re recent filings and status. | 1.40 |  |
| 08/12/2005 | LEA | Review correspondence re motion to supplement record; Review court order granting motion to supplement. | 0.30 |  |
|  | CWN | Receive and review court order granting motion to supplement summary judgment record with excerpts from the deposition of K. Draper; draft report to clients regarding same and forwarding pleadings for review and consideration. | 1.40 |  |
|  |  | For Current Services Rendered | 53.60 | 11,063.00 |
|  |  | Total Non-billable Hours | 23.60 |  |

(stamp: 04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE)

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 8.40 | $185.00 | $1,554.00 |
| Christopher W. Nicoll | 42.20 | 220.00 | 9,284.00 |
| Vicki D. Burrows | 3.00 | 75.00 | 225.00 |

Expenses

| Federal Express Delivery | 24.39 |
|---|---|
| Photocopy charges | 3.40 |
| Westlaw legal research | 262.82 |
| CourtLink Online Research | 11.92 |
| Total Expenses Thru 09/02/2005 | 302.53 |

Advances

| 09/01/2005 | Outside professional fee - D. Kenneth Draper, Draper Consulting, 3-31-05 - 4-24-05, 14.25 hours @ $175/hour + 9.00 parking (see attached invoice) | 2,502.75 |
|---|---|---|
| 09/01/1005 | Outside professional fee - D. Kenneth Draper, Draper Consulting, 5-18-05 - 6-28-05, 21 hours @ $175/hour + 47.00 parking (see attached invoice) | 3,722.00 |
|  | Total Advances | 6,224.75 |
|  | Total Current Work | 17,590.28 |
|  | Previous Balance | $52,783.59 |

**EXHIBIT 3**
**PAGE 41 OF 54**

Page: 5
September 09, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   887

Interested Underwriters at Lloyds

Re:  Lloyds-Quanirtuug Princess

Payments

| | | |
|---|---|---|
| 07/18/2005 | Payment received, thank you. | -16,431.79 |
| 08/15/2005 | Payment received, thank you. | -36,351.80 |
| | Total Payments | -52,783.59 |
| | Balance Due | $17,590.28 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 42 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
October 20, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 974

Re:  Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

## For Services Through 09/30/2005

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 09/06/2005 | CWN | Receive and review discovery materials from Inlet in the state court case. | 0.40 | |
| 09/13/2005 | LEA | Review court's decision re summary judgment and discuss the same with B. Jamieson and C. Nicoll. | 1.90 | |
| | CWN | Receive and review court order granting summary judgment; consider same with L. Altenbrun; prepare emails to clients advising them of outcome and forwarding copy of decision. | 2.40 | |
| 09/14/2005 | CWN | Detailed review and analysis of court's decision; emails with B. Jamieson regarding whether a separate motion for judgment under CR 54 needs to be submitted; review statute regarding cost bill; emails with client representatives regarding decision; assess strategy for next steps. | 2.30 | |
| 09/16/2005 | CWN | Research regarding need for separate judgment; consideration of judge's failure to address return of premium in summary judgment order; review steps that need to be taken in anticipation of meetings with clients next week. | 1.80 | |
| 09/21/2005 | CWN | Meet with J. Gaughan to discuss outcome of summary judgment motion and implications for future handling; meet with G. Sprowson to discuss further handling and to set strategy for completing all federal and state litigation. | 1.40 | |
| | | For Current Services Rendered | 10.20 | 2,177.50 |

*Stamp: EXCLUDED FROM 04/14/06 ATTY FEE INVOICE*

**EXHIBIT 3**
**PAGE 43 OF 54**

Page: 2
October 20, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 974

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

### Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 1.90 | $185.00 | $351.50 |
| Christopher W. Nicoll | 8.30 | 220.00 | 1,826.00 |

### Expenses

| | |
|---|---|
| Photocopy charges | 0.40 |
| Total Expenses Thru 09/30/2005 | 0.40 |

### Advances

| | | |
|---|---|---|
| 09/21/2005 | Drinks, meeting C. Nicoll and L. Altenbrun re: Judge's Order, 9/16/2005 | 37.53 |
| | Total Advances | 37.53 |
| | Total Current Work | 2,215.43 |
| | Previous Balance | $17,590.28 |

### Payments

| | | |
|---|---|---|
| 10/14/2005 | Payment received, thank you. | -17,590.28 |
| | Balance Due | $2,215.43 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 44 OF 54**

# NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
November 11, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   1034

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

For Services Through 10/28/2005

|  |  |  | Hours |
|---|---|---|---|
| 10/25/2005 | CWN | Review email from A. Garger regarding deposition notice for Russ Brown, send email to A. Garger explaining posture of the case and explaining what the deposition notice probably concers; review response email from A. Garger. | 0.70 |
| 10/27/2005 | LEA | Meet with C. Nicoll re status of case and entry of judgment; legal research re effect of summary judgment in situations of multiple claims/parties where other parties remain in litigation and standards for granting entry of judgment under Rule 54(b) of the Federal Rules of Civil Procedure; Draft email memorandum to C. Nicoll analyzing the requirements for filing motion for entry of judgment; Draft email to B. Jamieson and N. Biggerstaff re status of Alaska litigation and need to continue to monitor litigation. | 3.80 |
|  | CWN | Review email from L. Altenbrun conveying information and requests from N. Biggerstaff related to her assumption that the time for appealing the decision in QP has passed; review rules of appellate procedure, CR 56 and CR 54(b); draft reply to email taking issue with assumption that the order was a final judgment; confer with L. altenbrun, assigning him to research whether our summary judgment orders constitute final judgments given that we have multiple parties and issues and the court's orders did not resolve all issues for all parties; confer with L. Altenbrun re results of his research; commence report to clients; incorporate results of L. Altenbrun's research; revise and finalize report; review pleadings and orders in ongoing |  |

**EXHIBIT 3**
**PAGE 45 OF 54**

Page: 2
November 11, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 1034

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

|  | Hours |  |
|---|---|---|
| action between Inlet and Totem; review email from A. Garger re upcoming deposition of R. Brown; scan and email copy of R. Brown's declaration used in summary judgment proceedings along with motion to compel and court's order on shortened time; telephone conference with A. Garger regarding deposition issues for R. Brown based upon current status of case; telephone conference with T. Matthews regarding current status of litigation and his views as to whether the summary judgment order is final and appealable, as well as his intentions in deposing R. Brown. | 3.80 |  |
| For Current Services Rendered | 8.30 | 1,693.00 |

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 3.80 | $185.00 | $703.00 |
| Christopher W. Nicoll | 4.50 | 220.00 | 990.00 |

Expenses

| Long distance telephone charges | 0.17 |
|---|---|
| Photocopy charges | 5.60 |
| Westlaw legal research | 30.98 |
| Total Expenses Thru 10/28/2005 | 36.75 |
| Total Current Work | 1,729.75 |
| Previous Balance | $2,193.43 |
| Balance Due | $3,923.18 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 46 OF 54**

## NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
December 12, 2005
Our File Number:   1008-0001M
Statement/Invoice No.:   1129

Re: Lloyds-Quanirtuug Princess

    Name of Assured: Inlet Fisheries, Inc.
    Vessel: QUANIRTUUG PRINCESS
    Matter: Sinking near Bethel, Alaska
    D/Incident: August 24, 2002
    Policy Number: OP01 0025

For Services Through 12/02/2005

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/31/2005 | CWN | Review and reply to email from client regarding refund of premium and efforts to collect costs. | 0.20 |
| 11/01/2005 | CWN | Receive and review email from A. Garger of WQIS documents produced by WQIS in the litigation; reply to A. Garger ₁; receive and review email from WQIS' lawyer, James Mercante : search records re same and reply to Mercante's email; receive and reply to email from Mercante ∵ confer with D. Kennedy ۱; review email confirming that Inlet and Totem received copies of the WQIS documents; email to Mercante ·; review email from Mercante ∵; confer with D. Kennedy and V. Burrows re same. | 1.80 |
| 11/10/2005 | CWN | Receive emails from J. Boyt regarding computation of premium to be refunded; review documents and pleadings; confirm amount of refund in reply email to J. Boyt; review his response. | 0.80 |
| 11/11/2005 | CWN | Review email from J. Boyt regarding whether third year premium was paid by Inlet; reply to same; review email from | |

04/14/06 EXCLUDED FROM ATTY FEE INVOICE

**EXHIBIT 3**
**PAGE 47 OF 54**

Interested Underwriters at Lloyds

Page: 2
December 12, 2005
Our File Number: 1008-0001M
Statement/Invoice No.: 1129

Re: Lloyds-Quanirtuug Princess

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | Boyt and C. Elliot; send further response. |  | 0.70 |  |
| 11/14/2005 | CWN | Review and respond to email regarding recent filings in State court and relevance of those pleadings to our motion for judgment. | 0.20 |  |
|  |  | For Current Services Rendered | 3.70 | 814.00 |

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Christopher W. Nicoll | 3.70 | $220.00 | $814.00 |

Expenses

| Federal Express Delivery | 35.60 |
|---|---|
| Photocopy charges | 108.40 |
| Total Expenses Thru 12/02/2005 | 144.00 |
| Total Current Work | 958.00 |
| Previous Balance before Adjustments | $3,945.18 |

| 11/15/2005 | Write off wire transfer fee on payment made by client 11/15/2005. | -22.00 |
|---|---|---|
|  | Previous Balance | $3,923.18 |

Payments

| 11/15/2005 | Payment received via ACH transmittal. Thank you. | -2,193.43 |
|---|---|---|
|  | Balance Due | $2,687.75 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 48 OF 54**

## NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

|  |  |
|---|---|
| Interested Underwriters at Lloyds<br>c/o Ropner Insurance Services, Ltd.<br>Attn: Darren Nuding<br>Boundary House, 7-17 Jewry Street<br>London   EC3N 2HP<br>United Kingdom | Page: 1<br>February 06, 2006<br>Our File Number:   1008-0001M<br>Statement/Invoice No.:   1257 |

Re:  Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

### For Services Through 01/27/2006

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/19/2005 | LEA | Review Inlet's reply brief in support of motion to continuance to determine whether Underwriters' have interest in responding to same. | 0.80 |
| 12/20/2005 | LEA | Review Totem's motion for summary judgment and supporting documentation | 1.20 |
| 01/05/2006 | LEA | Call from K. Draper re status of litigation and draft email to K. Draper attaching summary judgment decision; Review correspondence from N. Biggerstaff re recent court filings. | 0.30 |
| 01/06/2006 | LEA | Draft emails to D. Christensen and J. Matejovsky re status update on settlement and file closure; discuss status with R. Black. | 1.40 |
| 01/13/2006 | CWN | Review phone message from T. Matthews re developments in Alaska; place call to Matthews and leave message; draft report and request to clients and Ropners; office conference with L. Altenbrun re status of motion for entry of judgment and rumor of a motion to set aside; email to N. Biggerstaff re same; review docket and order copy of motion to reconsider; review phone message from T. Matthews and commence review of motion to reconsider. | 1.80 |
| 01/16/2006 | LEA | Detailed review the Inlet Defendants' motions for leave and for reconsideration and the supporting documentation thereto; Review court's order scheduling briefing of motions. | 2.80 |

EXCLUDED FROM 04/14/06 ATTY FEE INVOICE

EXHIBIT 3
PAGE 49 OF 54

Page: 2
February 06, 2006
Our File Number: 1008-0001M
Statement/Invoice No.: 1257

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 01/19/2006 | LEA | Review deposition transcript of Russell Brown of WQIS; Review pleadings related to disclosure of WQIS personnel; legal research re standard for granting motion for reconsideration under Federal Rule of Civil Procedure 59(e); Begin drafting Underwriters' brief in opposition to Inlet's motion for reconsideration and motion for leave. | 8.20 | |
| 01/20/2006 | LEA | Continue drafting Underwriters Opposition to Inlet's Motion for Reconsideration and Inlet's Motion to Relax Deadlines; Legal research re interaction between FRCP 59 and FRCP 60 and the application of each, whether a motion brought under Rule 59 is jurisdictional, and legal standard applicable to motion brought under FRCP 60; Review, edit and revise response briefs; Draft Declaration in Support of Response Briefs. | 5.90 | |
| 01/24/2006 | LEA | Continue drafting Underwriters' opposition brief to Inlet's motion for reconsideration and discuss the same with C. Nicoll; Edit and revise opposition brief and Nicoll Declaration. | 4.40 | |
| 01/27/2006 | LEA | Review, edit and revise response brief in opposition to Inlet's motions for reconsideration and to extend time; Review, edit and revise Declaration of C. Nicoll. | 3.90 | |
| | | For Current Services Rendered | 30.70 | 6,356.50 |

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 28.90 | $205.00 | $5,924.50 |
| Christopher W. Nicoll | 1.80 | 240.00 | 432.00 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 0.33 |
| Photocopy charges | 23.80 |
| Westlaw legal research | 12.25 |
| Total Expenses Thru 01/27/2006 | 36.38 |
| Total Current Work | 6,392.88 |
| Previous Balance before Adjustments | $2,687.75 |
| 01/13/2006  Write off of bank wire transfer fee on payment received on 1/3/06. | -30.00 |
| Previous Balance | $2,657.75 |

Payments

| | |
|---|---|
| 01/13/2006  Payment received, thank you. | -2,657.75 |

**EXHIBIT 3**
**PAGE 50 OF 54**

Page: 3
February 06, 2006
Our File Number: 1008-0001M
Statement/Invoice No.: 1257

Interested Underwriters at Lloyds

Re: Lloyds-Quanirtuug Princess

| | |
|---|---|
| Balance Due | $6,392.88 |

### TRUST ACCOUNT ACTIVITY

| | | |
|---|---|---|
| | Beginning Trust Account Balance | $0.00 |
| 02/03/2006 | Wire transfer received from Salvus Bain Management LLC for one-time premium payback | 9,659.91 |
| | ENDING TRUST ACCOUNT BALANCE | $9,659.91 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 51 OF 54**

## NICOLL BLACK MISENTI & FEIG PLLC
Attorneys
816 Second Avenue, Suite 300
Seattle, WA 98104
Tel: 206-838-7555/Fax: 206-838-7515
EIN: 20-1610786
www.nicollblack.com

Interested Underwriters at Lloyds
c/o Ropner Insurance Services, Ltd.
Attn: Darren Nuding
Boundary House, 7-17 Jewry Street
London   EC3N 2HP
United Kingdom

Page: 1
March 10, 2006
Our File Number:   1008-0001M
Statement/Invoice No.:   1353

Re: Lloyds-Quanirtuug Princess

    Name of Assured:  Inlet Fisheries, Inc.
    Vessel:  QUANIRTUUG PRINCESS
    Matter:  Sinking near Bethel, Alaska
    D/Incident:  August 24, 2002
    Policy Number:  OP01 0025

### For Services Through 03/03/2006

| Date | Atty | Description | Hours |
|---|---|---|---|
| 02/01/2006 | CWN | Review email from G. Sprowson re premium return issue; review email from D. Nuding and reply to same; telephone conference with C. Elliott re premium return questions | 0.70 |
| 02/02/2006 | CWN | Telephone conference with C. Elliot re wire transfer; confer with J. Hendricks re same. | 0.20 |
| 02/03/2006 | CWN | Review email from G. Sprowson re status of collections and questions about same; reply to G. Sprowson email; email to J. Treptow, counsel for Inlet, requesting federal tax ID number; review bank notice of receipt of premium refund deposit; receive and review various pleadings filed by Totem and Inlet related to summary judgment motions between the two parties. | 1.30 |
| 02/08/2006 | LEA | Continue drafting motion for final judgment (draft background section); Review pleadings from State law case and lawsuit asserted by U.S. government against Inlet. | 3.40 |
|  | CWN | Review pleadings forwarded from Alaska related to State court litigation; forward same to L. Altenbrun; assign C. Reilly to research requirements for getting federal judgment enforced in Alaska state court. | 0.30 |
| 02/09/2006 | CPR | Research and prepare materials for C. Nicoll concerning res judicata in Alaska and relevant Alaska Rules of Civil Procedure | 0.40 |
| 02/13/2006 | LEA | Continue drafting motion for entry of final judgment; Discuss | |

*[Stamp: 04/14/06 PORTIONS EXCLUDED FROM ATTY FEE INVOICE]*

04/14/06
EXCLUDED FROM
ATTY FEE INVOICE

**EXHIBIT 3**
**PAGE 52 OF 54**

Interested Underwriters at Lloyds

Page: 2
March 10, 2006
Our File Number: 1008-0001M
Statement/Invoice No.: 1353

Re: Lloyds-Quanirtuug Princess

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| | | status of motion with C. Nicoll. | 0.90 | |
| 02/17/2006 | LEA | Call T. Matthews re possible settlement between Inlet and Totem. | 0.30 | 04/14/06 EXCLUDED FROM ATTY FEE INVOICE |
| | CWN | Review court notice that Totem and Inlet settled; forward same to L. Altenbrun with request to find out what has happened; confer with L. Altenbrun re his conversation with T. Matthews concerning settlement. | 0.60 | |
| 02/24/2006 | LEA | Review order denying Inlet's motion for reconsideration; Call from local counsel re status of case and motion for final judgment. | 0.50 | |
| 02/27/2006 | CWN | Review court order denying motions to expand time and for reconsideration; prepare report to clients forwarding same and recommending follow up steps; confer with L. Altenbrun re decision. | 1.80 | |
| 02/28/2006 | CWN | Review email from G. Sprowson with questions about further handling and when the case will ultimately be finished; draft and send response to same, reporting on current status, analyzing issues, including the likelihood of an Inlet appeal, and outlining the steps to be taken and the order to take them in. | 1.30 | |
| 03/01/2006 | CWN | Receive and review email from G. Sprowson confirming understanding of situation and approval of plan; receive and review court order directing submission of final judgment for Underwriters and AES; email to L. Altenbrun re same. | 0.50 | |
| 03/02/2006 | LEA | Review order from court re final judgment and discuss the same with C. Nicoll; Review proposed motion for final judgment sent by local counsel. | 0.70 | |
| 03/03/2006 | LEA | Draft motion for final judgment of American E&S and Underwriters and proposed order granting motion for final judgment. | 2.20 | |
| | CWN | Commence review of draft motion for entry of judgments and proposed judgments prepared by L. Altenbrun; confer with L. Altenbrun about getting the materials together to prepare our cost bill; review 28 USC 1910 and send same to L. Altenbrun as a reference point. | 1.30 | |
| | | For Current Services Rendered | 16.40 | 3,630.00 |

Summary

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Larry E Altenbrun | 8.00 | $205.00 | $1,640.00 |
| Christopher W. Nicoll | 8.00 | 240.00 | 1,920.00 |
| Chris P. Reilly | 0.40 | 175.00 | 70.00 |

**EXHIBIT 3
PAGE 53 OF 54**

|  |  |
|---|---|
| | Page: 3 |
| Interested Underwriters at Lloyds | March 10, 2006 |
| | Our File Number: 1008-0001M |
| | Statement/Invoice No.: 1353 |

Re: Lloyds-Quanirtuug Princess

### Expenses

| | |
|---|---:|
| Long distance telephone charges | 0.19 |
| Westlaw legal research | 17.96 |
| Total Expenses Thru 03/03/2006 | 18.15 |
| Total Current Work | 3,648.15 |
| Previous Balance | $6,392.88 |

### Payments

| | | |
|---|---|---:|
| 02/28/2006 | Payment received via wire transfer. Thank you. | -6,392.88 |
| | Balance Due | $3,648.15 |

### TRUST ACCOUNT ACTIVITY

| | |
|---|---:|
| Beginning Trust Account Balance | $9,659.91 |
| ENDING TRUST ACCOUNT BALANCE | $9,659.91 |

Federal Tax ID: 20-1610786

Wiring Information:
The Commerce Bank of Washington, Routing: 125008013
For services rendered: account 2003163
For advance payments/escrow funds: account 2003244
Please include our file number in the wiring instructions.

**EXHIBIT 3**
**PAGE 54 OF 54**