## SUMMARY OF FEE INVOICES

| Date of Invoice | Law Firm | Name | Designation | Hourly Rate | No. of Hours | Amount Invoiced | Adjustments |
|---|---|---|---|---|---|---|---|
| 05/14/04 | LP | Brewster Jamieson | Attorney | 280.00 | 4.50 | 1260.00 | |
| | | Brad Ambarian | Attorney | 270.00 | 5.30 | 1431.00 | |
| 06/10/04 | LP | Brewster Jamieson | Attorney | 280.00 | 5.00 | 1400.00 | |
| | | Adjustment | | | <1.60> | | <448.00> |
| | | Brad Ambarian | Attorney | 270.00 | 5.90 | 1593.00 | |
| | | Adjustment | | | <.60> | | <162.00> |
| | | M. Everard | | 140.00 | 3.20 | 448.00 | |
| | | Adjustment | | | <1.50> | | <210.00> |
| 07/23/04 | LP | Brewster Jamieson | Attorney | 280.00 | .60 | 168.00 | |
| | | Brad Ambarian | Attorney | 270.00 | .50 | 135.00 | |
| 08/10/04 | LP | Brewster Jamieson | Attorney | 280.00 | 3.70 | 1036.00 | |
| | | Brad Ambarian | Attorney | 270.00 | 1.90 | 513.00 | |
| 10/18/04 | LP | Brewster Jamieson | Attorney | 280.00 | 6.10 | 1708.00 | |
| | | Adjustment | | | <1.60> | | <448.00> |
| | | Brad Ambarian | Attorney | 270.00 | .70 | 189.00 | |
| 12/09/04 | LP | Brewster Jamieson | Attorney | 280.00 | 2.10 | 588.00 | |
| 01/20/05 | LP | Brewster Jamieson | Attorney | 280.00 | 5.90 | 1652.00 | |
| 04/25/05 | LP | Brad Ambarian | Attorney | 285.00 | .5 | 142.50 | |
| 05/17/05 | LP | Brewster Jamieson | Attorney | 295.00 | 1.30 | 383.50 | |
| 06/13/05 | LP | Brewster Jamieson | Attorney | 295.00 | 2.10 | 619.50 | |
| 07/19/05 | LP | Brewster Jamieson | Attorney | 295.00 | 2.30 | 678.50 | |
| | | Brad Ambarian | Attorney | 285.00 | .50 | 142.50 | |
| 10/18/05 | LP | Brewster Jamieson | Attorney | 295.00 | 1.90 | 560.50 | |
| | | Brad Ambarian | Attorney | 285.00 | .60 | 171.00 | |
| 05/19/03 | Cozen | Richard Allen | Attorney | 340.00 | 33.60 | 11424.00 | |
| | | Chris Nicoll | Attorney | 260.00 | 39.40 | 10244.00 | |
| | | Suzy Miller | Paralegal | 85.00 | 1.40 | 119.00 | |
| | | Tim Borchers | Attorney | 205.00 | 24.00 | 4920.00 | |
| | | Larry Altenbrun | Attorney | 175.00 | 23.20 | 4060.00 | |
| 09/03/03 | Cozen | Richard Allen | Attorney | 340.00 | 29.70 | 10098.00 | |
| | | Chris Nicoll | Attorney | 260.00 | 63.80 | 16588.00 | |
| | | Vicky Wu | Paralegal | 110.00 | .70 | 77.00 | |
| | | Tim Borchers | Attorney | 205.00 | 41.50 | 8507.50 | |
| | | Adjustment | | | <5.60> | | <410.00> |
| | | Larry Altenbrun | Attorney | 175.00 | 15.10 | 2642.50 | |
| 11/12/03 | Cozen | Richard Allen | Attorney | 340.00 | 9.80 | 3332.00 | |
| | | Adjustment | | | <1.20> | | <408.00> |
| | | Chris Nicoll | Attorney | 260.00 | 4.50 | 1170.00 | |
| | | Tim Borchers | Attorney | 205.00 | 38.60 | 7913.00 | |
| | | Larry Altenbrun | Attorney | 175.00 | 2.40 | 420.00 | |
| | | Vicky Wu | Paralegal | 110.00 | 24.40 | 2684.00 | |
| | | Michael Decker | Paralegal | 110.00 | 9.60 | 1056.00 | |
| | | Rod Fonda | Attorney | 270.00 | .50 | 135.00 | |
| 03/11/04 | Cozen | Richard Allen | Attorney | 340.00 | 2.50 | 850.00 | |
| | | Chris Nicoll | Attorney | 260.00 | 38.60 | 10036.00 | |
| | | Tim Borchers | Attorney | 205.00 | 32.00 | 6560.00 | |
| | | Vicky Wu | Paralegal | 110.00 | 26.70 | 2937.00 | |
| | | Michael Decker | Paralegal | 110.00 | 4.50 | 495.00 | |

| Date of Invoice | Law Firm | Name | Designation | Hourly Rate | No. of Hours | Amount Invoiced | Adjustments |
|---|---|---|---|---|---|---|---|
| 10/27/04 | Cozen | Richard Allen | Attorney | 340.00 | 10.20 | $3468.00 | |
| | | Adjustment | | | <.80> | | <272.00> |
| | | Chris Nicoll | Attorney | 260.00 | 153.10 | 39806.00 | |
| | | Adjustment | | | <16.50> | | <4290.00> |
| | | Tim Borchers | Attorney | 205.00 | 265.30 | 54386.50 | |
| | | Adjustment | | | <21.00> | | <4305.00> |
| | | Larry Altenbrun | Attorney | 175.00 | 2.80 | 490.00 | |
| | | Vicky Wu | Paralegal | 120.00 | 54.60 | 6552.00 | |
| | | Adjustment | | | <2.80> | | <336.00> |
| | | Michael Decker | Paralegal | 110.00 | 1.70 | 187.00 | |
| | | Heidi Baxter | Law Clerk | 155.00 | 7.80 | 1209.00 | |
| | | Kevin Michael | Law Clerk | 155.00 | 10.30 | 1596.50 | |
| 10/26/04 | NBMF | Larry Altenbrun | Attorney | 185.00 | 65.90 | 12191.50 | |
| | | Chris Nicoll | Attorney | 220.00 | 26.50 | 5830.00 | |
| 11/23/04 | NBMF | Larry Altenbrun | Attorney | 185.00 | 59.00 | 10915.00 | |
| | | W.L. Rivers Black | Attorney | 220.00 | .50 | 110.00 | |
| | | Chris Nicoll | Attorney | 220.00 | 27.90 | 6138.00 | |
| | | Adjustment | | | <1.00> | | <220.00> |
| | | Debbie Kennedy | Paralegal | 75.00 | 2.50 | 187.50 | |
| 01/14/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 77.60 | 14356.00 | |
| | | Adjustment | | | <.80> | | <148.00> |
| | | Chris Nicoll | Attorney | 220.00 | 86.50 | 19030.00 | |
| | | Adjustment | | | <1.20> | | <264.00> |
| 02/17/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 34.20 | 6327.00 | |
| | | Chris Nicoll | Attorney | 220.00 | 4.90 | 1078.00 | |
| | | Debbie Kennedy | Paralegal | 75.00 | 11.00 | 825.00 | |
| 04/01/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 69.40 | 12839.00 | |
| | | Chris Nicoll | Attorney | 220.00 | 18.40 | 4048.00 | |
| 05/10/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 20.10 | 3718.50 | |
| | | Adjustment | | | <.40> | | <74.00> |
| | | Chris Nicoll | Attorney | 220.00 | 2.70 | 594.00 | |
| 06/14/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 36.60 | 6771.00 | |
| | | Chris Nicoll | Attorney | 220.00 | 19.50 | 4290.00 | |
| | | Debbie Kennedy | Paralegal | 75.00 | 2.00 | 150.00 | |
| | | Deborah Dowd | Attorney | 150.00 | 26.00 | 3900.00 | |
| | | Vicki Burrows | Paralegal | 75.00 | 3.20 | 240.00 | |
| 07/08/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 81.30 | 15040.50 | |
| | | Chris Nicoll | Attorney | 220.00 | 65.20 | 14344.00 | |
| | | Deborah Dowd | Attorney | 150.00 | 4.00 | 600.00 | |
| | | Vicki Burrows | Paralegal | 75.00 | 9.40 | 705.00 | |
| | | Shelly Miller | Law Clerk | 135.00 | 4.00 | 540.00 | |
| 09/09/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 8.40 | 1554.00 | |
| | | Chris Nicoll | Attorney | 220.00 | 42.20 | 9284.00 | |
| | | Adjustment | | 220.00 | <.60> | | <132.00> |
| | | Vicki Burrows | Paralegal | 75.00 | 3.00 | 225.00 | |
| 10/20/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 1.90 | 351.50 | |
| | | Chris Nicoll | Attorney | 220.00 | 8.30 | 1826.00 | |
| | | Adjustment | | 220.00 | <.40> | | <88.00> |
| 11/11/05 | NBMF | Larry Altenbrun | Attorney | 185.00 | 3.80 | 703.00 | |
| | | Chris Nicoll | Attorney | 220.00 | 4.50 | 990.00 | |
| 12/12/05 | NBMF | Chris Nicoll | Attorney | 220.00 | 3.70 | 814.00 | |
| | | Adjustment | | 220.00 | <1.80> | | <396.00> |

**Summary of Fee Invoices**

EXHIBIT 4
PAGE 2 OF 3

| Date of Invoice | Law Firm | Name | Designation | Hourly Rate | No. of Hours | Amount Invoiced | Adjustments |
|---|---|---|---|---|---|---|---|
| 02/06/06 | NBMF | Larry Altenbrun | Attorney | 205.00 | 28.90 | 5924.50 | |
| | | Adjustment | | | <1.40> | | <287.00> |
| | | Chris Nicoll | Attorney | 240.00 | 1.80 | 432.00 | |
| 03/10/06 | NBMF | Larry Altenbrun | Attorney | 205.00 | 8.00 | 1640.00 | |
| | | Adjustment | | | <2.00> | | <410.00> |
| | | Chris Nicoll | Attorney | 240.00 | 8.00 | 1920.00 | |
| | | Adjustment | | | <.30> | | <72.00> |
| | | Chris Reilly | Attorney | 175.00 | .40 | 70.00 | |
| | | Adjustment | | | <.40> | | <70.00> |
| | SUBTOTAL | | | | | 399284.00 | <13,450.00> |
| TOTAL | | | | | | | 385834.00 |