Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631

Christopher W. Nicoll, WSBA No. 20771
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle, Washington 98104
Telephone:  206-838-7555
Facsimile:   206-838-7515
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>INLET FISHERIES, INC., *et al.*,<br><br>　　　　　Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>TOTEM AGENCIES, INC., *et al.*,<br><br>　　　　　Third-Party Defendants. | **IN ADMIRALTY**<br><br><br>Case No. A04-0058 CV (JWS)<br><br>**ORDER GRANTING<br>AWARD OF ATTORNEYS' FEES** |

　　　　THIS COURT, having considered Certain Underwriters at Lloyds (Underwriters) and American E&S Insurance Brokers California, Inc.'s (AE&S) Motion for Award of Attorneys' Fees, all responses thereto, as well as applicable law;

　　　　IT IS ORDERED that Underwriters and AE&S's motion is GRANTED. Defendants Inlet Fisheries, Inc. (IFI) and Inlet Fish Producers, Inc. (IFP) are hereby ordered to reimburse Underwriters and for their attorneys' fees in the amount of _____. IFI and IFP shall be jointly and severally liable for the amount awarded in this order.

DATED this _____ day of April/May, 2006.

_____
The Honorable John W. Sedwick
United States District Court Judge

I certify that on April 14, 2006, a copy of the foregoing
was served by ECF on:

Thomas A. Matthews, tom.matthews@matthewszahare.com
John A. Treptow, treptow.john@dorsey.com

  s/ Brewster H. Jamieson
053081.0001/154680.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631