Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS,<br><br>    Plaintiffs,<br><br>v.<br><br>INLET FISHERIES, INC., *et al.*,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>TOTEM AGENCIES, INC., *et al.*,<br><br>    Third-Party Defendants. | **IN ADMIRALTY**<br><br><br><br>Case No. A04-0058 CV (JWS)<br><br>**NOTICE OF HEARING<br>RE BILL OF COSTS** |

  PLEASE TAKE NOTICE that a hearing on Certain Underwriters at Lloyds and American E&S Insurance Brokers California, Inc.' Bill of Costs, filed April 14, 2006, will be held in the office of the Clerk of the Court, United States District Court, 222 West Seventh Avenue, Suite 229, Anchorage, Alaska 99513, at April 24, 2006, at 9 a.m.

  DATED this 14th day of April, 2006.

                LANE POWELL LLC
                Attorneys for Plaintiffs


               By  s/ Brad E. Ambarian
                301 West Northern Lights Boulevard, Suite 301
                Anchorage, Alaska  99503-2648
                Tel: 907-277-9511
                Fax:907-276-2631
                Email: ambarianb@lanepowell.com
                ASBA No. 8711072

I certify that on April 14, 2006, a copy of the foregoing
was served by ECF on:

Thomas A. Matthews, tom.matthews@matthewszahare.com
John A. Treptow, treptow.john@dorsey.com

 s/ Brad E. Ambarian
053081.0001/154681.1