Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>INLET FISHERIES, INC., *et al.*,<br><br>　　　　　Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>TOTEM AGENCIES, INC., *et al.*,<br><br>　　　　　Third-Party Defendants. | **IN ADMIRALTY**<br><br><br><br>Case No. A04-0058 CV (JWS)<br><br>**ERRATA RE MISSING EXHIBIT<br>TO BILL OF COSTS (DOCKET 231)** |

Certain Underwriters at Lloyds and American E&S Insurance Brokers California, Inc.' files this errata to their Bill of Costs, filed April 14, 2006 (Docket 231).  Attached hereto is Exhibit 32 to the Declaration of Brad E. Ambarian, which was inadvertently omitted at the time of electronic filing.[1]

DATED this 17th day of April, 2006.

　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　Attorneys for Plaintiffs


　　　　　　　　　　　　　　　By  s/ Brad E. Ambarian
　　　　　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　　　　　Anchorage, Alaska  99503-2648
　　　　　　　　　　　　　　　　Tel: 907-277-9511
　　　　　　　　　　　　　　　　Fax: 907-276-2631
　　　　　　　　　　　　　　　　Email:  ambarianb@lanepowell.com
　　　　　　　　　　　　　　　　ASBA No. 8711072

I certify that on April 17, 2006, a copy of the foregoing
was served by ECF on:

Thomas A. Matthews, tom.matthews@matthewszahare.com
John A. Treptow, treptow.john@dorsey.com

　s/ Brad E. Ambarian
053081.0001/154685.1

---

[1] The courtesy copy delivered to the court this date, does contain Exhibit 32.