**COZEN O'CONNOR ATTORNEYS**

201210

| CASE NO. | ATT. | NAME OF CASE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 129181 | CWN 1668 | INLET FISHERIES – QUANIRTUUG PRINCESS | 11/24/03 | (A46) TOTEM AGENCIES, INC RE: DOCUMENT PRODUCTION OF 1998 TO 2003 FILES RE: INLET FISH PRODUCERS, INC. | $200.00 |
| | ID# 91-0983229 | | | | $200.00 |

PLEASE DETACH THIS STUB BEFORE DEPOSITING

EXHIBIT  32
PAGE  1  OF  2

#91-0983229

Matter No. 129181
Re: Doc Production

# INVOICE

TOTEM AGENCIES, INC.
PO BOX 3419
KIRKLAND, WA 98083-3419

Cozen O'Conner
Attn: Christopher W. Nicoll
1201 Third Ave Suite 5200
Seattle, WA 98101

(Customer #10775)                                                                 09/08/2003

| Date | Description | Amount |
|---|---|---|
| 09/8/2003 | File and Acquisition on Inlet Fish Producers, Inc. 1998 to 2003 Files Case #C03-0889Z | 200.00 |

Balance Due                                                                        $200.00

EXHIBIT  32
PAGE  2  OF  2