John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for Defendant
INLET FISHERIES, INC.,
et al.,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| CERTAIN UNDERWRITERS AT LLOYDS, | Case No. A04-0058 CV (JWS) |
|---|---|
| Plaintiffs | |
| vs. | |
| INLET FISHERIES, INC., et al., | |
| Defendants | |

## OBJECTION TO BILL OF COSTS

Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. hereby object to the Bill of Costs filed by Plaintiffs as follows:

1. <u>Fees of the Clerk</u>.

Defendants object to the request for $200 in filing fees for a pro hac vice application as not covered by Civil Rule 54.

2. <u>Fees for Service of Summons and Subpoena</u>.

Defendants object to imposition of fees for service on any party other than Inlet Fisheries, Inc. and Inlet Fish Producers, Inc.  Defendants also object to duplicative

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

OBJECTION TO BILL OF COSTS                                   Lloyds of London v. Inlet Fisheries, et al.
Page 1 of 2                                                                              A04-0058 CV (JWS)

service fees regarding Inlet Fish Producers, Inc.

       3.     <u>Fees of the Court Reporter</u>.

Defendants object to the court reporter's fees as excessive, they object to the request for fees of certified copies as not covered by Civil Rule 54.

       5.     <u>Fees for Witnesses</u>.

Defendants object to any request for witness fees as not covered by Civil Rule 54(d) for this case.

       6.     <u>Fees for Exemplification and Copies</u>.

Defendants object to the copy fees sought on the grounds that the rate per copy is excessive and the number of copies made appears duplicative and excessive.

DATED this 21st day of April, 2006, at Anchorage, Alaska.

                                           DORSEY & WHITNEY LLP

                                           By:      /s/   John A. Treptow
                                                  John A. Treptow, ABA #7605059
                                                  DORSEY & WHITNEY LLP
                                                  1031 West Fourth Avenue, Suite 600
                                                  Anchorage, AK 99501-5907
                                                  (907) 276-4557

I certify that on April 21, 2006, a copy of the foregoing was by ECF on:

    **Thomas A. Matthews,**
    **Brewster H. Jamieson**

      /s/  John A. Treptow
Certificate Signature

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

OBJECTION TO BILL OF COSTS                          Lloyds of London v. Inlet Fisheries, et al.
Page 2 of 2                                                                        A04-0058 CV (JWS)