John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>    Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>    Third-Party Defendant. | Case No. A04-0058 CV (JWS)<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME |

  Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., (collectively "Inlet"), hereby

request this Court to authorize an extension of time for Inlet to respond to the "Motion

for Award of Attorney's Fees" filed at Docket 238 by Plaintiff Certain Underwriters at Lloyds, London, and Third-Party Defendant American E&S Insurance Brokers California, Inc.

Counsel for Inlet has been completely occupied with preparations for a lengthy trial that was to have begun in Kotzebue on May 1.[1]  Due to these intensive trial preparations, counsel has not been able to focus the necessary attention on the subject motion to provide an adequate and useful response for the Court's consideration.  An extension of the response time until May 8, 2006, will provide the necessary time to prepare an adequate response.  Counsel has contacted the representatives of the moving parties, and can represent that the present request is unopposed.  As the request is supported by good cause and the parties do not believe the request will inure to the prejudice of any party, Inlet respectfully requests that the Court grant the extension of time.

DORSEY & WHITNEY LLP
Attorneys for Inlet Entities

Date:  April 27, 2006

By:  s/John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152
E-mail: treptow.john@dorsey.com
ABA #7605059

---

[1] The matter settled early this week.

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

CERTIFICATE OF SERVICE

This certifies that on the 27th day of April, 2006,
a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501


s/ John A. Treptow

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557