John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152
Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>　　　　　　Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>　　　　　　Third-Party Defendant. | Case No. A04-00058 CV (JWS)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

It is hereby **ORDERED** that the request for extension of time filed by Defendants Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., ("Inlet") is **GRANTED**.  Inlet shall

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

have until **May 8, 2006**, to file any opposition to the Motion for Award of Attorney's Fees at Docket 232.

ENTERED this 3rd day of May 2006.

/s/
JOHN W. SEDWICK
United States District Court Judge

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557