RECEIVED
APR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>    Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>    Third-Party Defendant. | U.S.D.C. Case No. 3:04-cv-0058-JWS<br><br>**INLET ENTITIES'**<br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that defendants and third-party plaintiffs Inlet Fisheries, Inc. and Inlet Fish Producers, Inc., in the above-captioned case, hereby appeal

Receipt # 001281317 PS
$455   4/28/06

to the Ninth Circuit Court of Appeals a judgment in a civil case entered in this action on March 29, 2006.

DATED this 28th day of April, 2006, at Anchorage, Alaska.

> DORSEY & WHITNEY LLP
> Attorneys for Inlet Fisheries, Inc. and
> Inlet Fish Producers, Inc.
>
> By: _____
> John A. Treptow, ABA #7605059
> Wendy E. Leukuma, ABA #0211048
> DORSEY & WHITNEY LLP
> 1031 West 4th Avenue, Suite 600
> Anchorage, Alaska 99501
> Phone: 907-276-4557
> Fax: 907-276-4152
> Email: treptow.john@dorsey.com
> Email: leukuma.wendy@dorsey.com

CERTIFICATE OF SERVICE

This certifies that on the 28th day of April, 2006, a copy of the foregoing document was served by first-class mail on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

Brewster H. Jamieson
Lane Powell
301 West Northern Lights Boulevard, Suite 301
Anchorage, AK 99503-2648

Christopher W. Nicoll
Nicoll Black Misenti & Feig, PLLC
816 Second Avenue, Suite 300
Seattle, WA 98104-1502

_____

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

INLET ENTITIES' NOTICE OF APPEAL
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al*, Case No. 3:04-cv-0058-JWS         Page 2 of 2