# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON,

    PLAINTIFF/APPELLEE

v.

INLET FISHERIES, INC. and
INLET FISH PRODUCERS, INC.,

    DEFENDANTS/APPELLANTS

Court of Appeals

Docket No.

Docket Number (s) of Court of
Appeals Companion and/or cross
appeals (if known).

District Court
Docket Number. 3:04-cv-00058-JWS

# CERTIFICATE OF RECORD

    This certificate is submitted in conformance with Rule 11-2 of the local rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcripts (if any) and the trial court clerk record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

    The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District Court docket sheet and should be used for reference purposes in the briefs.

Transcript Dates:  No hearings held
Copy of Certificate of Record filed in U.S. District Court Date:  May 4, 2006

                                                  IDA ROMACK
                                                  Clerk U.S. District Court
                                                  for the District of Alaska.


                                                  by:   Pam Richter
                                                  Deputy Clerk

{Certif.app Rev. 4/03}