John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants and Third-Party Plaintiffs, <br><br> vs. <br><br> TOTEM AGENCIES, INC., a Washington corporation, <br><br> Third-Party Defendant. | Case No. A04-0058 CV (JWS) <br><br> **PROPOSED ORDER DENYING MOTION FOR AWARD OF <u>ATTORNEY'S FEES</u>** |

Having reviewed the Motion for Award of Attorney's Fees filed by Plaintiff Lloyds and Third-Party Defendant American E&S Insurance Brokers California, Inc., and all opposition to such motion,

IT IS HEREBY ORDERED that the Motion for Award of Attorney's Fees is DENIED.

Date: _____    _____
JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 8th day of May, 2006, a copy of the foregoing document was served electronically on:

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

s/ John A. Treptow

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER DENYING MOTION FOR AWARD OF ATTORNEY'S FEES
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.,* Case No. A04-0058 CV (JWS)     Page 2 of 2