Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL PC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631

Christopher W. Nicoll
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle WA 98104
Telephone: (206) 838-7555
Facsimile: (206) 838-7515

Attorneys for Plaintiffs & American E&S Insurance Brokers California, Inc.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>                                              Plaintiffs,<br>v.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>                                                Defendants. | |
| INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>                                    Third-Party Plaintiffs,<br>v.<br><br>TOTEM AGENCIES, INC., a Washington Corporation, and AMERICAN E&S INSURANCE BROKERS CALIFORNIA, INC., A Washington corporation,<br><br>                                    Third-Party Defendants. | **IN ADMIRALTY**<br><br>NO. A04-0058CV (JWS)<br><br>**SECOND DECLARATION OF<br>CHRISTOPHER W. NICOLL** |

I, Christopher W. Nicoll, declare as follows:

---

**Second Declaration of Christopher W. Nicoll**                                        Page 1 of 2
*Certain Underwriters at Lloyds v. Inlet Fisheries, Inc.* (Case No. A04-0058 CV (JWS))

1. My name is Christopher W. Nicoll. I am one of the counsel for Certain Underwriters at Lloyd's. I am competent to make this declaration. The facts set forth in this declaration are from my personal knowledge and are provided in support of Certain Underwriters at Lloyds' Motion for Attorneys' Fees.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a letter from John Treptow, counsel for Inlet, dated April 14, 2006. Most of the letter has been redacted in order to remove unnecessary items and those statements that would be objectionable under FRE 407.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 18th day of May, 2006 at Seattle, Washington.

*[signature]*
Christopher W. Nicoll