

JOHN A. TREPTOW
(907) 257-7820
treptow.john@dorsey.com

April 14, 2006

**VIA EMAIL (cnicoll@nicollblack.com)**

Christopher W. Nicoll
Nicoll Black Misenti & Feig, PLLC
816 Second Avenue, Suite 300
Seattle, Washington 98104-1502

    Re:    *Lloyds v. Inlet et al.*, U.S.D.C. Alaska Case No. A04-0058 CV (JWS)

Dear Chris:

**EXHIBIT 1
PAGE 1 OF 2**



Christopher W. Nicoll
April 14, 2006
Page 2

       IFI's and IFPI's attorney fees incurred in defending the Bethel actions, the DOJ's suit for cleanup costs, and the attorney fees incurred in defending the declaratory judgment action are approximately $400,000.

Very truly yours,

John A. Treptow

c:    Vincent Goddard

**EXHIBIT 1**
**PAGE 2 OF 2**