Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL PC
301 W. Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648
Telephone: (907) 277-9511
Facsimile: (907) 276-2631

Christopher W. Nicoll
NICOLL BLACK MISENTI & FEIG PLLC
816 Second Avenue, Suite 300
Seattle WA 98104
Telephone: (206) 838-7555
Facsimile: (206)838-7515
Attorneys for Plaintiffs & American E&S Insurance Brokers California, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>          Plaintiffs, <br><br> v. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>          Defendants. | |
| INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>          Third-Party Plaintiffs, <br><br> v. <br><br> TOTEM AGENCIES, INC., a Washington corporation, and AMERICAN E&S INSURANCE BROKERS CALIFORNIA, INC., a Washington corporation, <br><br>          Third-Party Defendants. | **IN ADMIRALTY** <br><br><br> Case No. A04-0058 CV (JWS) <br><br> **ERRATA TO UNDERWRITERS' AND AES' REPLY TO INLET'S OPPOSITION TO UNDERWRITERS' MOTION FOR <u>ATTORNEYS FEES</u>** |

COME NOW, CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025 and AMERICAN E&S INSURANCE BROKERS CALIFORNIA, INC. (collectively "Underwriters") and file this errata to the Reply filed on May 18, 2006. Page 9 of the reply should be altered so that the fifth full sentence in the first full paragraph on page 9 reads:

> "In the cases of the bills generated when Underwriters' counsel were at Cozen O'Connor and the Lane Powell invoices, the hourly rates were not broken out, although they are easily discerned and, contrary to Inlet's contentions, were specifically delineated in the Summary of Fee Invoices, Exhibit 4 to Nicoll Declaration."

DATED this 19th day of May, 2006.

        NICOLL BLACK MISENTI & FEIG PLLC
        Attorneys for Certain Underwriters and American
        E&S Insurance Brokers California, Inc.

        By  /s/ Christopher W. Nicoll                .
        816 Second Avenue, Suite 300
        Seattle, Washington 98104
        Tel: 206-838-7555
        Fax: 206-838-7515
        Email: cnicoll@nicollblack.com
        WSBA No. 20771

I certify that on May 19, 2006, a copy of the foregoing was served by ECF on:

Thomas A. Matthews, tom.matthews@matthewszahare.com
John A. Treptow, treptow.john@dorsey.com

 /s/ Christopher W. Nicoll            .