UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Certain Underwriters at Lloyds v Inlet Fisheries, Inc., et al.
Court of Appeals No. (leave blank if unassigned): _____
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:04-cv-00058-JWS
Date Complaint/Indictment/Petition Filed: 4/11/03
Date Appealed Order/Judgment *entered*: 3/31/06
Date NOA *filed*: 4/28/06
COA Status (check one):
__granted in full (attach order)    __denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: N/A
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 4/28/06     Date Docket Fee billed: __
Date FP granted: _                 Date FP denied: __
Is FP pending? no                  Was FP Limited/Revoked?
US Government Appeal?  no
Companion Cases?  Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| John A. Treptow | Brewster Jamieson |
| Dorsey & Whitney | Lane Powell, et al. |
| 1031 W 4th Avenue, Suite 600 | 301 W Northern Lights Blvd., Suite 301 |
| Anchorage, AK 99501-4557 | Anchorage, AK 99503-2648 |
| e-mail: treptow.john@dorsey.com | e-mail: jamiesonb@lanepowell.com |
| fax: 907-276-4557 | fax: 907-276-2631 |

X Retained   __CJA   __FPD   __FPD   __Other Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: N/A     Address: __
Custody: __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __     9th Circuit Docket Number: __

Name and phone number of person completing this form:  Pam Richter
907-677-6125