John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br>　　　　　　　Plaintiff, <br><br>vs. <br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br>　　　　　　　Defendants and Third-Party Plaintiffs, <br><br>vs. <br><br>TOTEM AGENCIES, INC., a Washington corporation, <br><br>　　　　　　　Third-Party Defendant. | Case No. 3:04-cv-0058-JWS <br><br>**INLET'S REQUEST FOR ORAL ARGUMENT RE: MOTION FOR AWARD OF ATTORNEY'S FEES** |

　　　　Inlet Fisheries, Inc., ("IFI") and Inlet Fish Producers, Inc. ("IFPI") (collectively

"Inlet") requests oral argument on plaintiff Lloyds' and third-party defendant

American E&S's motion for award of attorneys' fees filed April 14, 2006 (Docket No. 232).

| | |
|---|---|
| Date: May 22, 2006 | DORSEY & WHITNEY LLP<br>Attorneys for Inlet Entities |

CERTIFICATE OF SERVICE

This certifies that on the 22nd day of May, 2006, a copy of the foregoing document was served electronically on:

Brewster H. Jamieson
Lane Powell
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

s/ John A. Treptow

By: s/John A. Treptow, ABA #7605059
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
Telephone: (907) 276-4557
Facsimile: (907) 276-4152
E-mail: treptow.john@dorsey.com
ABA #7605059

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

INLET'S REQUEST FOR ORAL ARGUMENT RE: MOTION FOR AWARD OF ATTORNEYS' FEES
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.,* Case No. 3:04-cv-0058-JWS        Page 2 of 2