John A. Treptow, ABA #7605059
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska  99501-5907
Telephone: (907) 276-4557
Facsimile:  (907) 276-4152

Attorneys for Inlet Fisheries, Inc.
 and Inlet Fish Producers, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc.,<br><br>              Plaintiff,<br><br>vs.<br><br>INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation,<br><br>              Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>TOTEM AGENCIES, INC., a Washington corporation,<br><br>              Third-Party Defendant. | Case No. 3:04-cv-0058-JWS<br><br>**PROPOSED ORDER SETTING HEARING RE: MOTION FOR AWARD OF ATTORNEYS' FEES** |

      Having considered Motion for Award of Attorneys' Fees filed by Plaintiff Lloyds and Third-Party Defendant American E&S Insurance Brokers California, Inc., and all opposition to such motion,

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

IT IS HEREBY ORDERED that oral argument on said Motion for Award of Attorneys' Fees shall be heard on _____, 2006, at ___:___ __.m., at 222 West 7th Avenue, Courtroom 32, Anchorage, Alaska.

ENTERED: _____   _____
                              JOHN W. SEDWICK
                              United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 8th day of May, 2006, a copy of the foregoing document was served electronically on:

Brewster H. Jamieson
Lane Powell
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648

Thomas A. Matthews
Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, AK 99501

s/ John A. Treptow _____

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER SETTING HEARING RE: MOTION FOR AWARD OF ATTORNEYS' FEES
*Certain Underwriters at Lloyds et al. v. Inlet Fisheries, Inc. et al.,* Case No. 3:04-cv-0058-JWS     Page 2 of 2