Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:   907-276-2631
Email:        jamiesonb@lanepowell.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO CERTIFICATE OF INSURANCE OP01 0025, through Puget Sound Underwriters, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> INLET FISHERIES, INC., an Alaska corporation, and INLET FISH PRODUCERS, INC., an Alaska corporation, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> TOTEM AGENCIES, INC., a Washington corporation, and AMERICAN E&S INSURANCE BROKERS CALIFORNIA, INC., a Washington corporation, <br><br> Third-Party Defendants. | **IN ADMIRALTY** <br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:04-cv-00058-JWS <br><br> **FINAL JUDGMENT IN A CIVIL CASE** |

A. Summary Judgment having been entered on September 12, 2005 (Docket No. 181), in favor of plaintiffs Certain Underwriters at Lloyds, London, Subscribing to Certificate of

Insurance OP01-0025, through Puget Sound Underwriters, Inc., against Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., IT IS ORDERED THAT JUDGMENT IS ENTERED as follows:

1. Judgment is entered in favor of plaintiffs on their first cause of action. Plaintiffs remaining causes of action are dismissed without prejudice as moot.

2. Counterclaims of defendants Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., are dismissed with prejudice.

3. Pursuant to the doctrine of *Uberrimae Fidei*, the subject insurance policy was void *ab initio*. Therefore, plaintiffs are ordered to return premiums totaling $9,659.91, which were paid by defendants for policy years 2000, 2001, and 2002. Said premiums shall be refunded within 20 days of the date of entry of this judgment.

4. Any motion for attorneys' fees pursuant to D. Ak. LR 54.3 must be filed within ten days of entry of this judgment. **

5. Plaintiffs shall submit a cost bill and notice of cost bill hearing, if any, upon defendants in accordance with CR 54.1. *

B. Summary Judgment having been entered on October 20, 2004 (Docket No. 126), in favor of third-party defendant American E&S Insurance Brokers California, Inc. ("AES"), against defendants/third-party plaintiffs Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., IT IS ORDERED THAT JUDGMENT IS ENTERED as follows:

1. That the defendants/third-party plaintiffs Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. take nothing;

2. That the claims asserted by defendants/third-party plaintiffs Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. against AES be dismissed on the merits; and

3. Any motion for attorneys' fees pursuant to D. Ak. LR 54.3 must be filed within ten days of entry of this judgment. **

2

    4.    That AES shall submit a cost bill and notice of cost bill hearing, if any, upon defendants/third-party plaintiffs Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. in accordance with CR 54.1.*

C. An Order Granting Stipulation for Dismissal on March 16, 2006 (Docket No. 228), in favor of third-party defendant Totem Agencies, Inc., against defendants/third-party plaintiffs Inlet Fisheries, Inc., and Inlet Fish Producers, Inc., **IT IS ORDERED THAT JUDGMENT IS ENTERED** as follows:

    1.    That the defendants/third-party plaintiffs Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. take nothing;

    2.    That the claims asserted by defendants/third-party plaintiffs Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. against Totem Agencies, Inc. be dismissed, with prejudice; and

    3.    Each party bear its own attorney's fees and costs.

ENTERED this 29th day of March, 2006.

/s/
The Honorable John W. Sedwick
United States District Court Judge

*Total costs taxed for plaintiff Certain Underwriters at Lloyds and third-party American E&S Insurance Brokers California Inc. and against defendants Inlet Fisheries, Inc. and Inlet Fish Producers, Inc. in the amount of $13,975.36.

**No attorney's fees awarded Certain Underwriters of Lloyds, London. Attorney's fees awarded American E&S Insurance Brokers from Inlet Fish Producers, Inc. in the amount of $3,604.30.

3