UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __11/02/07__

To: United States Court of Appeals      ATTN: (xx) CIVIL
    For the Ninth Circuit
    Office of the Clerk      () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      ()JUDGE

From: U.S. District Court
    222 W. 7th Ave., #4
    Anchorage, AK 99513


DC No: __3:04-cv-00058-JWS__      Appeal No: __06-35383__

Short title: __Certain Underwriters at Lloyds London v. Inlet Fisheries Incorporated__

Composition of Record

Clerk's Files in __11__ volumes    (X) original    () certified copy

    Bulky docs. __5__ volumes, docket # __55, 62, 63, 64, 135, 151, 152, 166, 198__
                        (folders)

Reporter's    in _____ volumes    () original    ()certified copy
Transcripts

Exhibits:    in _____ envelopes    () under seal

        in _____ boxes    () under seal

Other: __No Sealed volumes total of 11volumes and 5 expando folders: documents filed 1/1/06 and after are available electronically:.__
(please note any documents filed under seal)



Acknowledgement: __Nancy Lealaisalanoa__      Date: __11/02/07__
"record.app" [11/21/97]