UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 2 6 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON,

    Plaintiff-Appellee,

v.

INLET FISHERIES INCORPORATED;
INLET FISH PRODUCERS
INCORPORATED,

    Defendants – Appellants,

v.

TOTEM AGENCIES INCORPORATED;
AMERICAN E & S INSURANCE
BROKERS CALIFORNIA
INCORPORATED,

    Third-party-defendants – Appellees.

No. 06-35383

D.C. No. CV-04-0058-JWS

**APPELLEE'S BILL OF COSTS**

The Clerk is requested to tax the following as costs:  $413.14

| Cost | REQUESTED | | | | ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | Each Column Must Be Completed | | | | To Be Completed by the Clerk | | | |
| | No. of Docs.* | Pages per Doc. | Cost per Page** | TOTAL COST | No. of Docs. | Pages Per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 498 | $.09 | $313.74 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 71 | $.07 | 99.40 | | | | |
| Appellant's Reply | | | | | | | | |

**ORIGINAL**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Brief | | | | | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $ 413.14 | | | TOTAL | $ |

## DECLARATION

I, Christopher W. Nicoll, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: *[signature]*

Date: February 22, 2008.

Name of Counsel (printed or typed): Christopher W. Nicoll   Attorney for:

Certain Underwriters at Lloyds, London

Date: 3/6/08   Costs are taxed in the amount of $ 413.14

Clerk of Court

By: *[signature]*, Deputy Clerk.

CERTIFICATE OF SERVICE

This certifies that on the 22nd day of February, a copy of the foregoing document was served by first-class mail on:

Thomas A. Matthews
Matthews & Zahare, P.C.
421 W 7th Avenue, Suite 207
Anchorage AK 99501

Brewster H. Jamieson
Lane Powell
301 West Northern Lights boulevard, Suite 301
Anchorage AK 99503-2648

John A. Treptow
Wendy E. Leukuma
Dorsey & Whitney LLP
1031 West 4th Avenue, Suite 600
Anchorage AK 99501

_____
Monique Lefebvre

1008.0001/21625