UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 06 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| Certain Underwriters at Lloyds, London,<br><br>Plaintiff - Appellee<br><br>v.<br><br>Inlet Fisheries Incorporated; Inlet Fish Producers Incorporated,<br><br>Defendants - Appellants<br><br>v.<br><br>Totem Agencies Incorporated; American E&S Insurance Brokers California Incorporated,<br><br>Third-party-defendant - Appellees | No. 06-35383<br>D.C. No. CV-04-00058-JWS<br><br>MANDATE |

RECEIVED
MAR 1 2 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The judgment of this Court, entered 2/11/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly Dwyer
Acting Clerk of Court

/s/

By: Synitha Fuller
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 6 - 2008

by: _____
Deputy Clerk